JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Ian Pollard ;
1 Citizen of This State; Missouri
**County of Residence:** Lafayette County

### Defendant(s):
First Listed Defendant:
Remington Arms Company, LLC ;
5 Incorporated and Principal Place of Business in Another State; North Carolina
**County of Residence:** Outside This District

Additional Defendants(s):
Sporting Goods Properties, Inc. ;
5 Incorporated and Principal Place of Business in Another State; Delaware

E.I. Du Pont Nemours and Company ;
5 Incorporated and Principal Place of Business in Another State; Delaware

**County Where Claim For Relief Arose:** Lafayette County

### Plaintiff's Attorney(s):
Attorney Randall Seth Crompton (Ian Pollard)
Holland Groves Schneller Stolze
300 N. Tucker Blvd., Suite 801
St. Louis, Missouri 63101
Phone: 314-241-8111
Fax: 314-241-5554
Email: scrompton@allfela.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
   Plaintiff: 1 Citizen of This State
   Defendant: 5 Incorporated and Principal Place of Business in Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 190 All Other Contract Actions
**Cause of Action:** 28 U.S.C. § 1332(d)(2) (diversity jurisdiction) and the Class Action Fairness Act
**Requested in Complaint**
    **Class Action:** Class Action Under FRCP23
    **Monetary Demand (in Thousands):** 5,000,000.00
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** s/R. Seth Crompton

**Date:** 1/28/2013

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.