# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## WAIVER OF SERVICE OF SUMMONS

Ian Pollard
_____
Plaintiff

v.                                              Case Number: 4:13-cv-00086-ODS

E.I. Du Pont Nemours and Company, et al.
_____
Defendant

TO:   R. Seth Crompton
      _____
      Name of Plaintiff's Attorney or Unrepresented Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the above action, in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 01/30//2013 , or within 90 days after that date if the request was sent outside the United States.

_Jan. 30, 2013_
Date

_Dale G. Wills_ (signature)
Signature

_Dale G. Wills_
Printed/Typed Name

_330 N. Wabash Ave., Suite 3300_
Street Address

_Chicago, IL 60611_
City/State/Zip

_E.I. duPont de Nemours and Company_
Party Represented

_(312) 923-8266_     Illinois - 6184565
Telephone Number     Missouri - 32482
                     Bar #

(See Reverse)

:waivsum.int

# DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such services unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court if the answer or motion is not served within this time a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 31, 2013, the foregoing Executed Waiver of Service of Summons was filed electronically through the Court's CM/ECF system to be served upon all parties of record.

s/R. Seth Crompton
R. Seth Crompton -- Mo. Bar No. 57448
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Telephone: (314)241-8111
Facsimile: (314)241-5554
E-Mail: scrompton@allfela.com

**ATTORNEYS FOR PLAINTIFF**

2