IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself,<br>And all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br><br>REMINGTON ARMS COMPANY, LLC.,<br>SPORTING GOODS PROPERTIES, INC.<br>And E.I. DU PONT NEUMOURS AND<br>COMPANY<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 13-86<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

COMES NOW Andrew S. Leroy, of Monsees and Mayer, P.C. and hereby enters his appearance on behalf of Plaintiff, Ian Pollard in the above captioned matter.

          Respectfully submitted,

          MONSEES & MAYER, P.C.
          A Professional Corporation

          By */s/ Andrew S. Leroy*
            ANDREW S. LEROY, #57712
            4717 Grand Avenue, Suite 820
            Kansas City, Missouri 64112
            aleroy@monseesmayer.com
            T: 816.361.5550
            F: 816.361.5577
            ATTORNEYS FOR PLAINTIFF
            IAN POLLARD

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which sent an electronic copy of the foregoing to the following:

R. Seth Crompton
Eric D. Holland
**Holland, Groves, Schneller & Stolze, LLC.**
300 North Tucker Boulevard,
Suite 801
St. Louis, MO 63101
Email: scrompton@allfela.com
eholland@allfela.com

and

Jon D. Robinson
Christopher Ellis
**Bolen Robinson & Ellis, LLP**
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Email: jrobinson@brelaw.com
cellis@brelaw.com

and

Richard Arsenault
**Neblett, Beard & Arsenault**
2220 Bonaventure Court
Alexandria, LA 71301
Email: rarsenault@nbalawfirm.com

And

Charles E. Schaffer
**Levin, Fishbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
Email: cschaffer@lfsblaw.com

ATTORNEYS FOR PLAINTIFF

And

Jordan L. Chaikin
Florida Bar Number 0878421
**Parker Waichman LLP**
3301 Bonita Beach Road, Suite 101 Bonita
Springs, Florida 34134
jchaikin@yourlawyer.com

And

John R. Climaco
John A. Peca
**Climaco, Wilcox, Peca, Tarantino & Garofoli Co., LPA**
55 Public, Suite 1950
Cleveland, OH 44113
Email: jrclim@climacolaw.com
japeca@climacolaw.com

and

Richard Ramler
**Ramler Law Office, P.C.**
202 West Madison Avenue
Belgrade, Montana 59714
Email: richardramler@aol.com

Dale G. Wills
**Swanson Martin and Bell, LLP**
330 N. Wabash Avenue, Suite 3300
Chicago, IL 60611
dwills@smbtrials.com
ATTORNEY FOR DEFENDANT