IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13-cv-00086-ODS |
| | ) |
| REMINGTON ARMS COMPANY, | ) |
| LLC, et al., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Comes now Eric D. Holland of the law firm of Holland, Groves, Schneller & Stolze, LLC, and enters his appearance as counsel for Plaintiff, Ian Pollard, in this action.

Respectfully submitted,

HOLLAND, GROVES, SCHNELLER
& STOLZE, LLC

s/Eric D. Holland
Eric D. Holland
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Telephone: (314)241-8111
Facsimile: (314)241-5554
E-Mail: eholland@allfela.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 11, 2013, the foregoing Notice of Appearance was filed electronically through the Court's CM/ECF system to be served upon all parties of record.

HOLLAND, GROVES, SCHNELLER
& STOLZE, LLC

s/Eric D. Holland
Eric D. Holland
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Telephone: (314)241-8111
Facsimile: (314)241-5554
E-Mail: eholland@allfela.com

**ATTORNEYS FOR PLAINTIFF**

2