# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, **R. Seth Crompton**, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit *pro hac vice*, **Richard A. Ramler**, an attorney admitted to practice in the United States District Court for the **District of Montana** and the State of **Montana** but not admitted to the Bar of this court, who will be counsel for the **plaintiffs**, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_[signature]_
**Signature of Movant/Attorney**

39935
**MO Bar Number**

February 14, 2013
**Date**

Holland, Groves, Schneller & Stolze
**Address**
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101

314-241-8111
**Phone**

### Affidavit of Proposed Admittee

I, **Richard A. Ramler**, am currently a member in good standing of the bars of the United States District Court for the **District of Montana** and the State of **Montana**, but not admitted to the Bar of this court. I understand that if this court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):**
13-86

**Case Title(s):**
Pollard v. Remington Arms Company, LLC., et. al.

**Date**
February 13, 2013

**(Signature of Admittee)**
_[signature]_

**State Bar Number** 2256
**District Court Bar Number**
**Phone**
406-388-0150
**E-Mail**
richardramler@aol.com

**Address**
Ramler Law Office, P.C., 202 West Madison Ave., Belgrade, MT 59714

Pursuant to WDMO Local Rule 83.5(I) a fee of $100 is required for each case in which the attorney is seeking admittance.