UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:13-cv-00086-ODS |
| REMINGTON ARMS COMPANY, LLC, et al. ) ) | |
| Defendants. ) ) | |

## NOTICE OF APPEARANCE

Comes now John Sherk with the law firm of Shook, Hardy & Bacon, L.L.P. and hereby enters his appearance as counsel of record for Defendants Remington Arms Company, LLC, Sporting Goods Properties, Inc., and E.I. du Pont de Nemours & Company, in the above-entitled cause of action.

          Respectfully Submitted,

          By:    s/John Sherk_____
                John Sherk, MO Bar # 35963
                **Shook, Hardy & Bacon, L.L.P.**
                2555 Grand Blvd.
                Kansas City, MO 64108
                Telephone: 816.474.6550
                Facsimile: 816.421.5547
                jsherk@shb.com

          ATTORNEY FOR DEFENDANTS

905440

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Timothy W. Monsees, Andrew S. LeRoy, Charles E. Schaffer, Christopher Ellis, Eric D. Holland, John R. Climaco, John A. Peca, Jon D. Robinson, Jordan L. Chaikin, Richard J. Arsenault, Richard Ramler, and R. Seth Crompton, Attorneys for Plaintiff.

By:    s/John Sherk
John Sherk, MO Bar # 35963
**Shook, Hardy & Bacon, L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jsherk@shb.com

ATTORNEY FOR DEFENDANTS

905440