UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:13-cv-00086-ODS |
| REMINGTON ARMS COMPANY, LLC, et al. | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF INTEREST

Under Federal Rule of Procedure 7.1 and Western District of Missouri Local Rule 7.1, Defendants Remington Arms Company, LLC, Sporting Goods Properties, Inc., and E.I. du Pont de Nemours & Company file this Certificate of Interest and disclose the following:

Remington Arms Company, LLC ("Remington") is a Delaware limited liability company. The sole member of Remington is FGI Operating Company, LLC ("FGI Operating"), a Delaware limited liability company. FGI Operating's sole member is FGI Holding Company, LLC ("FGI Holding"), a Delaware limited liability company. FGI Holding's sole member is Remington Outdoor Company, Inc., a Delaware corporation. No publicly owned company owns more than ten percent (10%) of the stock of Remington Arms Company, LLC.

Sporting Goods Properties, Inc. is a Delaware corporation. E.I. du Pont de Nemours & Company is the parent company of Sporting Goods Properties, Inc. No other publicly traded company owns more than ten percent (10%) of the stock of Sporting Goods Properties, Inc.

904747

E.I. du Pont de Nemours & Company ("DuPont") is a publicly traded Delaware corporation. No other publicly traded company owns more than ten percent (10%) of the stock of DuPont. DuPont's subsidiaries[1] are:

Belco Technologies Corporation
Christiana Insurance, LLC
Coastal Training Technologies Corp.
DuPont Nutrition Biosciences ApS
DuPont (Australia) Ltd.
DuPont (Changshu) Fluoro Technology Co., Ltd.
DuPont (China) Research & Development and Management Co., Ltd.
DuPont (Korea) Inc.
DuPont (U.K.) Industrial Limited
DuPont (U.K.) Ltd.
DuPont Acquisition, LLC
DuPont Agricultural Caribe Industries, Ltd.
DuPont Apollo (Shenzhen) Limited
DuPont Argentina S.R.L.
DuPont Asturias, S.L.
DuPont Capital Management Corporation
DuPont Chemical and Energy Operations, Inc.
DuPont China Holding Company Ltd.
DuPont China Limited
DuPont Company (Singapore) Pte Ltd.
DuPont Coordination Center N.V.
DuPont de Nemours (Belgium) BVBA
DuPont de Nemours (Deutschland) GmbH
DuPont de Nemours (France) S.A.S.
DuPont de Nemours (Luxembourg) SARL
DuPont de Nemours (Nederland) B.V.
DuPont de Nemours Development S.A.
DuPont de Nemours Holding SA
DuPont de Nemours International S.A.
DuPont de Nemours Italiana S.r.l.
DuPont Deutschland Holding GmbH & Co. KG
DuPont do Brasil S.A.
DuPont Electronics Microcircuits Industries, Ltd.
DuPont Energy Company, LLC
DuPont Global Operations, Inc.
DuPont Integration, LLC
DuPont Iberica, S.L.
DuPont International (Luxembourg) SCA
DuPont International Operations SARL

---

[1] This list is from Exhibit 21 to DuPont's 10-K Annual Report.

904747

DuPont Kabushiki Kaisha
DuPont KGA B.V.
DuPont Mexico S.A. de C.V.
DuPont NLco BV
DuPont Operations (Luxembourg) SARL
DuPont Operations Worldwide, Inc.
DuPont Operations, Inc.
DuPont Properties (Luxembourg) S.A.R.L
DuPont Quimica de Venezuela, C.A.
DuPont Taiwan Limited
DuPont Technology (Luxembourg) S.a.r.l.
DuPont Trading (Shanghai) Co., Ltd.
E.I. DuPont Canada – Thetford Inc.
E.I. DuPont Canada Company
E.I. DuPont India Private Limited
EKC Technology, Inc.
First Chemical Corporation
Holding DuPont S.A. de C.V.
Howson Algraphy BV
Initiatives de Mexico, S.A. de C.V.
Innovalight Inc.
MECS Inc.
Pioneer Hi-Bred International, Inc.
Solae L.L.C.
Sporting Goods Properties, Inc.

        Respectfully Submitted,

By:    s/John Sherk
     John Sherk, MO Bar # 35963
     **Shook, Hardy & Bacon L.L.P.**
     2555 Grand Blvd.
     Kansas City, MO 64108
     Telephone: 816.474.6550
     Facsimile: 816.421.5547
     jsherk@shb.com

     ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Timothy W. Monsees, Andrew S. LeRoy, Charles E. Schaffer, Christopher Ellis, Eric D. Holland, John R. Climaco, John A. Peca, Jon D. Robinson, Jordan L. Chaikin, Richard J. Arsenault, Richard Ramler, and R. Seth Crompton, Attorneys for Plaintiff.

By:     s/John Sherk
John Sherk, MO Bar # 35963
**Shook, Hardy & Bacon L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jsherk@shb.com

ATTORNEY FOR DEFENDANTS