UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> REMINGTON ARMS COMPANY, LLC, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 4:13-cv-00086-ODS

**DEFENDANTS' MOTION TO DISMISS
THE CLASS ACTION COMPLAINT**

COME NOW Defendants and move to dismiss Plaintiff's Class Action Complaint under Federal Rules of Civil Procedure 12(b)(6) and 9(b). For the reasons set forth in Defendants' Suggestions in Support of Defendants' Motion to Dismiss, Defendants respectfully request that the Court dismiss Plaintiff's Class Action Complaint because Plaintiff's Complaint fails to state a claim for which relief may be granted and fails to plead allegations of fraud with sufficient particularity.

Respectfully Submitted,

By:    s/John Sherk   
John Sherk, MO Bar # 35963
**Shook, Hardy & Bacon L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jsherk@shb.com

ATTORNEY FOR DEFENDANTS

1

# CERTIFICATE OF NOTICE OF INCLUSION
# IN THE EARLY ASSESSMENT PROGRAM PROVIDED TO CLIENT

I hereby certify that on February 27, 2013, a copy of the Notice of Inclusion in the Early Assessment Program in the Western District of Missouri (Doc. 4) was electronically delivered via e-mail to Remington Arms Co, LLC; E.I. du Pont de Nemours & Company; and Sporting Goods Properties, Inc. through its parent company E.I. du Pont de Nemours & Company.

Respectfully Submitted,

By:    s/John Sherk
      John Sherk, MO Bar # 35963
      **Shook, Hardy & Bacon L.L.P.**
      2555 Grand Blvd.
      Kansas City, MO 64108
      Telephone: 816.474.6550
      Facsimile: 816.421.5547
      jsherk@shb.com

      ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Timothy W. Monsees, Andrew S. LeRoy, Charles E. Schaffer, Christopher Ellis, Eric D. Holland, John R. Climaco, John A. Peca, Jon D. Robinson, Jordan L. Chaikin, Richard J. Arsenault, Richard Ramler, and R. Seth Crompton, Attorneys for Plaintiff.

                  By:   s/John Sherk
                      John Sherk, MO Bar # 35963
                      **Shook, Hardy & Bacon L.L.P.**
                      2555 Grand Blvd.
                      Kansas City, MO 64108
                      Telephone: 816.474.6550
                      Facsimile: 816.421.5547
                      jsherk@shb.com

                      ATTORNEY FOR DEFENDANTS