UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:13-cv-00086-ODS |
| REMINGTON ARMS COMPANY, LLC, et al. | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

Comes now Amy Crouch with the law firm of Shook, Hardy & Bacon, L.L.P. and hereby enters her appearance as counsel of record for Defendants Remington Arms Company, LLC, Sporting Goods Properties, Inc., and E.I. du Pont de Nemours & Company, in the above-entitled cause of action.

Respectfully Submitted,

By:   s/Amy Crouch
     Amy Crouch, MO Bar # 48654
     **Shook, Hardy & Bacon, L.L.P.**
     2555 Grand Blvd.
     Kansas City, MO 64108
     Telephone: 816.474.6550
     Facsimile: 816.421.5547
     amcrouch@shb.com

     ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Timothy W. Monsees, W. Mark Lanier, Andrew S. LeRoy, Charles E. Schaffer, Christopher Ellis, Eric D. Holland, John R. Climaco, John A. Peca, Jon D. Robinson, Jordan L. Chaikin, Richard J. Arsenault, Richard Ramler, and R. Seth Crompton, Attorneys for Plaintiff, and John K. Sherk, Attorney for Defendants.

By:   s/Amy Crouch
Amy Crouch, MO Bar # 48654
**Shook, Hardy & Bacon, L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
amcrouch@shb.com

ATTORNEY FOR DEFENDANTS

906241

Case 4:13-cv-00086-ODS   Document 29   Filed 04/11/13   Page 2 of 2