UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Defendants. | CASE NO.: 4:13-cv-00086-ODS |

## JOINT MOTION TO EXTEND DEADLINES TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

COMES NOW, Plaintiff Ian Pollard, on behalf of himself and all others similarly situated, and Defendants Remington Arms Company, LLC, Sporting Goods Properties, Inc., and E.I. du Pont de Nemours and Company, by and through their respective counsel, and for their Joint Motion to Extend Deadlines to Respond to Defendants' Motion to Dismiss, states as follows:

1. Defendants filed their motion to dismiss on April 1, 2013, and pursuant to Court order, Plaintiff's response is currently due on April 18, 2013.

2. The parties would respectfully request a one (1) week extension for Plaintiff to respond to Defendants' motion to dismiss, as well as a one (1) week extension for Defendants to file a reply in support of their motion to dismiss.

3. As such, Plaintiff's response would be due on April 25, 2013 and Defendants' reply would be due on May 16, 2013.

4. No party will be prejudiced and this motion is not made for the purpose of delay as the parties seek only a short extension.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court grant Plaintiff up to and including April 25, 2013 to file his response to Defendants' motion to dismiss, and that Defendant be given up to and including May 16, 2013 to file its reply in support of its motion to dismiss, and for any further relief the Court deems just and proper.

Respectfully submitted,

/s/ Eric D. Holland
Eric D. Holland
R. Seth Crompton
**Holland, Groves, Schneller & Stolze, LLC.**
300 North Tucker Boulevard,
Suite 801
St. Louis, MO 63101
Tel: (314) 241-8111
Fax: (314) 241-5554
eholland@allfela.com
scrompton@allfela.com

Attorneys for Plaintiff

/s/ John Sherk (with consent)
John Sherk
**Shook, Hardy & Bacon**
2555 Grand Blvd.
Kansas city, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
jsherk@shb.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on April 15, 2013, the foregoing was served on all parties or their counsel of record through the CM/ECF system.

/s/ Eric D. Holland
Eric D. Holland
R. Seth Crompton
**Holland, Groves, Schneller & Stolze, LLC.**
300 North Tucker Boulevard,
Suite 801
St. Louis, MO 63101
Tel: (314) 241-8111
Fax: (314) 241-5554
eholland@allfela.com
scrompton@allfela.com