UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO.: 4:13-cv-00086-ODS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO EXCEED PAGE LIMITATIONS

COMES NOW, Plaintiff Ian Pollard, on behalf of himself and all others similarly situated, and Defendants Remington Arms Company, LLC, Sporting Goods Properties, Inc., and E.I. du Pont de Nemours and Company, by and through their respective counsel, and for their Joint Motion to Exceed Page Limitations, states as follows:

1. Defendants filed their motion to dismiss on April 1, 2013 and Plaintiff's suggestion in opposition is due April 25, 2013.

2. Pursuant to Local Rule 7(f), Plaintiff's suggestion in opposition shall not be longer than 15 pages and Defendants' reply shall not be longer than 10 pages.

3. The parties respectfully request a 10 page extension to their respective briefs, thus allowing Plaintiff up to 25 pages for his suggestion in opposition and Defendants 20 pages for their reply.

4. No party will be prejudiced and this motion is made in good faith due to the complexity of the briefing on this putative class action.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court grant their Joint Motion to Exceed Page Limitations allowing Plaintiff up to 25 pages for his suggestion in opposition to Defendants' motion to dismiss and Defendants 20 pages for their reply, and for any further relief the Court deems just and proper.

Respectfully submitted,

/s/ Eric D. Holland
Eric D. Holland
R. Seth Crompton
**Holland, Groves, Schneller & Stolze, LLC.**
300 North Tucker Boulevard,
Suite 801
St. Louis, MO 63101
Tel: (314) 241-8111
Fax: (314) 241-5554
eholland@allfela.com
scrompton@allfela.com

Attorneys for Plaintiff

/s/ John Sherk (with consent)
John Sherk
**Shook, Hardy & Bacon**
2555 Grand Blvd.
Kansas city, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
jsherk@shb.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I certify that on April 22, 2013, the foregoing was served on all parties or their counsel of record through the CM/ECF system.

                                        /s/ Eric D. Holland
                                        Eric D. Holland
                                        R. Seth Crompton
                                        **Holland, Groves, Schneller & Stolze, LLC.**
                                        300 North Tucker Boulevard, Suite 801
                                        St. Louis, MO 63101
                                        Tel: (314) 241-8111
                                        Fax: (314) 241-5554
                                        eholland@allfela.com
                                        scrompton@allfela.com