IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself,<br>And all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC.,<br>SPORTING GOODS PROPERTIES, INC.<br>And E.I. DU PONT NEMOURS AND<br>COMPANY<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:13-cv-00086-ODS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR
## EXTENSION OF TIME TO FILE RULE 26(a)(1) DISCLOSURES

Plaintiff, IAN POLLARD, by his counsel of record, and REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT NEMOURS AND COMPANY, by their counsel of record, for their Joint Motion for Extension of Time to File Rule 26(a)(1) Disclosures, state as follows:

1. According to Local Rules, initial disclosures pursuant to Rule 26(a)(1) are due to be served on or before June 25, 2013.

2. A fourteen (14) day extension of time for serving initial disclosures is agreeable to counsel for Plaintiff and Defendants.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court grant the parties an extension of fourteen (14) days, through July 9, 2013, to serve initial disclosures.

DATED: June 25, 2013

s/ R. Seth Crompton
R. Seth Crompton
**HOLLAND, GROVES, SCHNELLER & STOLZE, LLC.**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
Email: scrompton@allfela.com

Attorneys for Plaintiff

s/ Dale G. Wills  (by consent)
Mr. Dale G. Wills
Swanson Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2013, I caused a copy of the foregoing document to be served upon all counsel of record via ECF Notice of Electronic Filing.

/s/ R. Seth Crompton
R. Seth Crompton
**HOLLAND, GROVES, SCHNELLER &STOLZE, LLC.**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
Email: scrompton@allfela.com