UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated,  )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>REMINGTON ARMS COMPANY, LLC, et al. )<br>)<br>Defendants. )<br>_____ ) | Case No. 4:13-cv-00086-ODS |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2013, Defendants Remington Arms Company, LLC, Sporting Goods Properties, Inc., and E.I. du Pont de Nemours & Company served Defendants' Rule 26(a)(1) Initial Disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.1, via U.S. mail, postage prepaid upon:

**Timothy W. Monsees**
Email: tmonsees@monseesmayer.com
**Andrew S. LeRoy**
Email: aleroy@monseesmayer.com
Monsees & Mayer PC
4717 Grand Avenue
Suite 820
Kansas City, MO 64112-2207
816/361-5550
Fax: 816/361-5577

**W. Mark Lanier**
Email: wml@lanierlawfirm.com
The Lanier Law Firm, P.C.
6810 FM 1960 Rd West
Houston, TX 77069
(713) 659-5200
Fax: (713) 659-2204

913422

**Charles E. Schaffer**
Email: cschaffer@lfsblaw.com
Levin Fishbein Sedran & Berman
510 Walnut St.
Ste 500
Philadelphia, PA 19106
215-592-1500
Fax: 215-592-4663

**Christopher Ellis**
Email: cellis@brelaw.com
**Jon D. Robinson**
Email: jrobinson@brelaw.com
Bolen Robinson & Ellis LLP
202 S. Franklin
2nd Floor
Decatur, IL 62523
217-429-4296

**Eric D. Holland**
Email: eholland@allfela.com
**R. Seth Crompton**
Email: scrompton@allfela.com
Holland Groves Schneller & Stolze LLC
300 North Tucker Blvd
Suite 801
St. Louis, MO 63101
314-241-8111
Fax: 314-241-5554

**John R. Climaco**
Email: jrclim@climacolaw.com
**John A. Peca**
Email: japeca@climacolaw.com
Climaco Law Firm
55 Public Square
Suite 1950
Cleveland, OH 44113
(216) 621-8484

**Jordan L. Chaikin**
Email: jchaikin@yourlawyer.com
Parker Waichman LLP
3301 Bonita Beach Rd
Ste 101
Bonita Springs, FL 34134

913422

239-390-1000
Fax: 239-390-0055

**Richard J. Arsenault**
Email: rarsenault@nbalawfirm.com
Neblett Beard & Arsenault
PO Box 1190
Alexandria, LA 71315
(318) 487-9874
Fax: (318) 561-2591

**Richard Ramler**
Email: richardramler@aol.com
Ramler Law Office PC
202 West Madison Avenue
Belgrade, MT 59714
406-388-0150

ATTORNEYS FOR PLAINTIFF


Date: June 25, 2013                                  Respectfully Submitted,

                                                     By: __s/John Sherk_____
                                                         John Sherk, MO Bar # 35963
                                                         jsherk@shb.com
                                                         Amy Crouch, MO Bar # 48654
                                                         amcrouch@shb.com
                                                         **Shook, Hardy & Bacon, L.L.P.**
                                                         2555 Grand Blvd.
                                                         Kansas City, MO 64108
                                                         Tel: 816.474.6550
                                                         Fax: 816.421.5547

                                                         Dale G. Wills
                                                         dwills@smbtrials.com
                                                         Andrew A. Lothson
                                                         alothson@smbtrials.com
                                                         **Swanson, Martin & Bell, LLP**
                                                         330 N. Wabash Avenue, Suite 3300
                                                         Chicago, Illinois 60611
                                                         Tel: 312.923.8266
                                                         Fax: 312.321.0990

                                                         ATTORNEYS FOR DEFENDANTS

913422

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF participants for this case.

By:    s/John Sherk
       John Sherk, MO Bar # 35963

913422