UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

IAN POLLARD, on behalf of himself )
and all others similarly situated, )
                                   )
        Plaintiffs,                )
                                   )
v.                                 )   Case No. 4:13-cv-00086-ODS
                                   )
REMINGTON ARMS COMPANY, LLC, et al. )
                                   )
        Defendants.                )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2013, Defendant Remington Arms Company, LLC served Interrogatories to Plaintiff, pursuant to Federal Rules of Civil Procedure 26 and 33, via electronic mail upon:

**Timothy W. Monsees**
Email: tmonsees@monseesmayer.com
**Andrew S. LeRoy**
Email: aleroy@monseesmayer.com
Monsees & Mayer PC
4717 Grand Avenue
Suite 820
Kansas City, MO 64112-2207
816/361-5550
Fax: 816/361-5577

**W. Mark Lanier**
Email: wml@lanierlawfirm.com
The Lanier Law Firm, P.C.
6810 FM 1960 Rd West
Houston, TX 77069
(713) 659-5200
Fax: (713) 659-2204
**Charles E. Schaffer**
Email: cschaffer@lfsblaw.com

914125

Levin Fishbein Sedran & Berman
510 Walnut St.
Ste 500
Philadelphia, PA 19106
215-592-1500
Fax: 215-592-4663

**Christopher Ellis**
Email: cellis@brelaw.com
**Jon D. Robinson**
Email: jrobinson@brelaw.com
Bolen Robinson & Ellis LLP
202 S. Franklin
2nd Floor
Decatur, IL 62523
217-429-4296

**Eric D. Holland**
Email: eholland@allfela.com
**R. Seth Crompton**
Email: scrompton@allfela.com
Holland Groves Schneller & Stolze LLC
300 North Tucker Blvd
Suite 801
St. Louis, MO 63101
314-241-8111
Fax: 314-241-5554

**John R. Climaco**
Email: jrclim@climacolaw.com
**John A. Peca**
Email: japeca@climacolaw.com
Climaco Law Firm
55 Public Square
Suite 1950
Cleveland, OH 44113
(216) 621-8484

**Jordan L. Chaikin**
Email: jchaikin@yourlawyer.com
Parker Waichman LLP
3301 Bonita Beach Rd
Ste 101
Bonita Springs, FL 34134
239-390-1000
Fax: 239-390-0055

**Richard J. Arsenault**
Email: rarsenault@nbalawfirm.com
Neblett Beard & Arsenault
PO Box 1190
Alexandria, LA 71315
(318) 487-9874
Fax: (318) 561-2591

**Richard Ramler**
Email: richardramler@aol.com
Ramler Law Office PC
202 West Madison Avenue
Belgrade, MT 59714
406-388-0150

ATTORNEYS FOR PLAINTIFF

Date: July 1, 2013

Respectfully Submitted,

By: ___s/John Sherk_____
    John Sherk, MO Bar # 35963
    jsherk@shb.com
    Amy Crouch, MO Bar # 48654
    amcrouch@shb.com
    **Shook, Hardy & Bacon, L.L.P.**
    2555 Grand Blvd.
    Kansas City, MO 64108
    Tel: 816.474.6550
    Fax: 816.421.5547

    Dale G. Wills
    dwills@smbtrials.com
    Andrew A. Lothson
    alothson@smbtrials.com
    **Swanson, Martin & Bell, LLP**
    330 N. Wabash Avenue, Suite 3300
    Chicago, Illinois 60611
    Tel: 312.923.8266
    Fax: 312.321.0990

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF participants for this case.

By:    s/John Sherk                
     John Sherk, MO Bar # 35963

914125