UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Case No. 4:13-cv-00086-ODS |
| ) | |
| REMINGTON ARMS COMPANY, LLC, et al. ) ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2013, Defendant Remington Arms Company, LLC served Requests for Production to Plaintiff, pursuant to Federal Rules of Civil Procedure 26 and 34, via electronic mail upon:

**Timothy W. Monsees**
Email: tmonsees@monseesmayer.com
**Andrew S. LeRoy**
Email: aleroy@monseesmayer.com
Monsees & Mayer PC
4717 Grand Avenue
Suite 820
Kansas City, MO 64112-2207
816/361-5550
Fax: 816/361-5577

**W. Mark Lanier**
Email: wml@lanierlawfirm.com
The Lanier Law Firm, P.C.
6810 FM 1960 Rd West
Houston, TX 77069
(713) 659-5200
Fax: (713) 659-2204
**Charles E. Schaffer**
Email: cschaffer@lfsblaw.com

914124

Levin Fishbein Sedran & Berman
510 Walnut St.
Ste 500
Philadelphia, PA 19106
215-592-1500
Fax: 215-592-4663

**Christopher Ellis**
Email: cellis@brelaw.com
**Jon D. Robinson**
Email: jrobinson@brelaw.com
Bolen Robinson & Ellis LLP
202 S. Franklin
2nd Floor
Decatur, IL 62523
217-429-4296

**Eric D. Holland**
Email: eholland@allfela.com
**R. Seth Crompton**
Email: scrompton@allfela.com
Holland Groves Schneller & Stolze LLC
300 North Tucker Blvd
Suite 801
St. Louis, MO 63101
314-241-8111
Fax: 314-241-5554

**John R. Climaco**
Email: jrclim@climacolaw.com
**John A. Peca**
Email: japeca@climacolaw.com
Climaco Law Firm
55 Public Square
Suite 1950
Cleveland, OH 44113
(216) 621-8484

**Jordan L. Chaikin**
Email: jchaikin@yourlawyer.com
Parker Waichman LLP
3301 Bonita Beach Rd
Ste 101
Bonita Springs, FL 34134
239-390-1000
Fax: 239-390-0055

914124

**Richard J. Arsenault**
Email: rarsenault@nbalawfirm.com
Neblett Beard & Arsenault
PO Box 1190
Alexandria, LA 71315
(318) 487-9874
Fax: (318) 561-2591

**Richard Ramler**
Email: richardramler@aol.com
Ramler Law Office PC
202 West Madison Avenue
Belgrade, MT 59714
406-388-0150

ATTORNEYS FOR PLAINTIFF


Date: July 1, 2013					Respectfully Submitted,

							By: ___s/John Sherk_____
								John Sherk, MO Bar # 35963
								jsherk@shb.com
								Amy Crouch, MO Bar # 48654
								amcrouch@shb.com
								**Shook, Hardy & Bacon, L.L.P.**
								2555 Grand Blvd.
								Kansas City, MO 64108
								Tel: 816.474.6550
								Fax: 816.421.5547

								Dale G. Wills
								dwills@smbtrials.com
								Andrew A. Lothson
								alothson@smbtrials.com
								**Swanson, Martin & Bell, LLP**
								330 N. Wabash Avenue, Suite 3300
								Chicago, Illinois 60611
								Tel: 312.923.8266
								Fax: 312.321.0990

								ATTORNEYS FOR DEFENDANTS

914124

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF participants for this case.

By:    s/John Sherk                  
      John Sherk, MO Bar # 35963

914124