IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself, And all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC. And E.I. DU PONT NEMOURS AND COMPANY <br> Defendants. | Case No.: 4:13-cv-00086-ODS |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2013, Plaintiff, Ian Pollard, on behalf of himself and all others similarly situated, served Plaintiffs' First Set of Interrogatories to Defendants, First Request for Production to Defendants, and First Requests for Admission to Defendants, pursuant to Federal Rules of Civil Procedure 26 and 36, via electronic mail and regular mail upon:

John Sherk
Amy Crouch
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816)474-6550
Fax: (816)421-5547
Email: jsherk@shb.com
Email: amcrouch@shb.com

Dale G. Wills
Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611
(312)923-8266
Fax: (312)321-0990
Email: dwills@smbtrials.com
Email: alothson@smbtrials.com

ATTORNEYS FOR DEFENDANTS

**DATED:** July 8, 2013          s/ R. Seth Crompton
R. Seth Crompton
**HOLLAND, GROVES, SCHNELLER & STOLZE, LLC.**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
Email: scrompton@allfela.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2013, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF participants for this case.

/s/ R. Seth Crompton
R. Seth Crompton
**HOLLAND, GROVES, SCHNELLER &STOLZE, LLC.**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
Email: scrompton@allfela.com

ATTORNEY FOR PLAINTIFFS