IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself, <br> And all others similarly situated, <br> <br> Plaintiffs, <br> v. <br> <br> REMINGTON ARMS COMPANY, LLC., <br> SPORTING GOODS PROPERTIES, INC. <br> And E.I. DU PONT NEUMOURS AND <br> COMPANY <br> Defendants. | Case No.: 4:13-cv-00086-ODS |

## JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiff, by and through his attorneys, and Defendants by and through their attorneys, hereby move this Court to enter an Order extending the deadlines imposed by the Scheduling Order dated June 27, 2013 [#45], and state as follows:

1. That the parties have been diligently working to meet the deadlines set by the Court's Scheduling Order of June 27, 2013.

2. That due to the schedules of counsel for Plaintiff and Defendants, and the complexity of the issues involved in the case, the parties need more time to complete discovery and prepare pleadings.

3. The parties jointly propose the following modified discovery and briefing deadlines for class certification.

   A. Plaintiff shall identify experts he intends to rely on for issues relating to class certification and provide a report on or before November 7, 2013;

   B. Defendant shall identify experts they intend to rely on for issues relating to class certification and provide a report on or before December 9, 2013;

C. Plaintiff shall file his motion for class certification on or before January 27, 2014;

D. Defendants' response to Plaintiff's motion shall be filed on or before March 3, 2014;

E. Plaintiff's reply shall be filed on or before March 31, 2014.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter an order extending the deadlines as proposed above.

Dated: July 15, 2013        By:  /s/ R. Seth Crompton
                                 R. Seth Crompton
                                 Eric D. Holland
                                 **Holland, Groves, Schneller & Stolze, LLC**
                                 300 North Tucker Boulevard, Suite 801
                                 St. Louis, MO 63101
                                 Tel: (314) 241-8111
                                 Fax: (314) 241-5554
                                 Email: eholland@allfela.com
                                            scrompton@allfela.com

                                 *On behalf of Plaintiff*

Dated: July 15, 2013        By:    /s/ Dale G. Wills
                                 Dale G. Wills
                                 Andrew A. Lothson
                                 **Swanson Martin & Bell, LLP**
                                 330 N. Wabash, Suite 3300
                                 Chicago, IL 60611
                                 Telephone: (312)923-8266
                                 Fax: (312)321-0990
                                 dwills@smbtrials.com
                                 alothson@smbtrials.com

                                 *On behalf of Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2013, I caused a copy of the foregoing document to be served upon all counsel of record via ECF Notice of Electronic Filing.

      /s/ R. Seth Crompton
R. Seth Crompton
**Holland, Groves, Schneller & Stolze, LLC**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
Email: scrompton@allfela.com