IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-0086-CV-W-ODS |
| ) | |
| REMINGTON ARMS COMPANY, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### (1) ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES (DOC. #52); AND (2) AMENDED SCHEDULING ORDER

Pending is the parties' Joint Motion for Extension of Deadlines (Doc. #52). The Motion is granted. The Court hereby orders that the scheduling deadlines shall be extended as follows:

- Plaintiff shall identify experts he intends to rely on for issues relating to class certification and provide a report on or before November 7, 2013;
- Defendant shall identify experts they intend to rely on for issues relating to class certification and provide a report on or before December 9, 2013;
- Plaintiff shall file his motion for class certification on or before January 27, 2014;
- Defendants' response to Plaintiff's motion shall be filed on or before March 3, 2014;
- Plaintiff's reply shall be filed on or before March 31, 2014.

IT IS SO ORDERED.

DATE: July 15, 2013

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT