UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, ) ) ) | |
| ) | CASE NO.: 4:13-cv-00086-ODS |
| Plaintiffs, ) | |
| v. ) ) | |
| REMINGTON ARMS COMPANY, LLC., ) SPORTING GOODS PROPERTIES, INC. ) and E.I. DU PONT NEMOURS AND ) COMPANY, ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2013, I served the below counsel with Defendants' Objections and Answers to Plaintiffs' First Set of Interrogatories, via electronic mail:

**Timothy W. Monsees**
Email: tmonsees@monseesmayer.com
**Andrew S. LeRoy**
Email: aleroy@monseesmayer.com
Monsees & Mayer PC
4717 Grand Avenue
Suite 820
Kansas City, MO 64112-2207
816/361-5550
Fax: 816/361-5577

**W. Mark Lanier**
Email: wml@lanierlawfirm.com
The Lanier Law Firm, P.C.
6810 FM 1960 Rd West
Houston, TX 77069
(713) 659-5200
Fax: (713) 659-2204
**Charles E. Schaffer**
Email: cschaffer@lfsblaw.com

916558

Levin Fishbein Sedran & Berman
510 Walnut St.
Ste 500
Philadelphia, PA 19106
215-592-1500
Fax: 215-592-4663

**Christopher Ellis**
Email: cellis@brelaw.com
**Jon D. Robinson**
Email: jrobinson@brelaw.com
Bolen Robinson & Ellis LLP
202 S. Franklin
2nd Floor
Decatur, IL 62523
217-429-4296

**Eric D. Holland**
Email: eholland@allfela.com
**R. Seth Crompton**
Email: scrompton@allfela.com
Holland Groves Schneller & Stolze LLC
300 North Tucker Blvd
Suite 801
St. Louis, MO 63101
314-241-8111
Fax: 314-241-5554

**John R. Climaco**
Email: jrclim@climacolaw.com
**John A. Peca**
Email: japeca@climacolaw.com
Climaco Law Firm
55 Public Square
Suite 1950
Cleveland, OH 44113
(216) 621-8484

**Jordan L. Chaikin**
Email: jchaikin@yourlawyer.com
Parker Waichman LLP
3301 Bonita Beach Rd
Ste 101
Bonita Springs, FL 34134
239-390-1000
Fax: 239-390-0055

**Richard J. Arsenault**
Email: rarsenault@nbalawfirm.com
Neblett Beard & Arsenault
PO Box 1190
Alexandria, LA 71315
(318) 487-9874
Fax: (318) 561-2591

**Richard Ramler**
Email: richardramler@aol.com
Ramler Law Office PC
202 West Madison Avenue
Belgrade, MT 59714
406-388-0150

ATTORNEYS FOR PLAINTIFF

Date: August 13, 2013

Respectfully submitted:

By: ___s/John Sherk_____
John Sherk, MO Bar # 35963
jsherk@shb.com
Amy Crouch, MO Bar # 48654
amcrouch@shb.com
**Shook, Hardy & Bacon, L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816.474.6550
Fax: 816.421.5547

Dale G. Wills
dwills@smbtrials.com
Andrew A. Lothson
alothson@smbtrials.com
**Swanson, Martin & Bell, LLP**
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Tel: 312.923.8266
Fax: 312.321.0990

ATTORNEYS FOR DEFENDANTS