IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself, <br> And all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br><br> REMINGTON ARMS COMPANY, LLC., <br> SPORTING GOODS PROPERTIES, INC. <br> And E.I. DU PONT NEUMOURS AND <br> COMPANY <br> Defendants. | Case No.: 4:13-cv-00086-ODS |

## JOINT DESIGNATION OF MEDIATOR CERTIFICATE

The parties jointly designate John Perry to conduct the MAP mediation in this case. Mr. Perry is a partner with Perry, Atkinson, Balhoff, Mengis, and Burns and a founding principal of Perry Dampf Solutions. Mr. Perry has been conducting mediations for over 17 years and is one of the most active mediators and arbitrators in the south. His mediation practice has spanned thousands of successfully completed mediations for legal and commercial clients. Mr. Perry is recognized as a leading authority on the process and application of alternative dispute resolution. His experience as a senior mediator has covered a wide array of multi-party, complex legal and commercial issues.

Dated: October 31, 2013         By:  /s/ R. Seth Crompton

R. Seth Crompton
Eric D. Holland
**Holland, Groves, Schneller & Stolze, LLC**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Tel: (314) 241-8111
Fax: (314) 241-5554
Email: eholland@allfela.com
scrompton@allfela.com

*On behalf of Plaintiff*

Dated: October 31, 2013         By:     /s/ John K. Sherk (with consent)
John K. Sherk
**Shook, Hardy & Bacon LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
jsherk@shb.com

*On behalf of Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2013, I caused a copy of the foregoing document to be served upon all counsel of record via ECF Notice of Electronic Filing.

/s/ R. Seth Crompton
R. Seth Crompton
**Holland, Groves, Schneller & Stolze, LLC**
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554
Email: scrompton@allfela.com