IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-0086-CV-W-ODS |
| | ) |
| REMINGTON ARMS COMPANY, | ) |
| LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 4, 2015, the Court will hold a hearing on Parties' Joint Motion for Conditional Certification of Settlement Classes, Preliminary Approval of Class Action Settlement, Approval of Notice Plan, Appointment of Class Action Settlement Administrator, Appointment of Class Counsel, and Plaintiff's Unopposed Motion for Leave to File First Amended Class Action Complaint.

The Court sets forth the following guidelines and requirements for the hearing:

1. The Court has set aside two hours for the hearing. Each side is allocated one hour.
2. To the extent there is testimony, sponsoring counsel is required to submit a short summary of the testimony on or before January 28, 2015.
3. Any additional documents intended to address the Court's December 11, 2014 Order (Doc. #70) or otherwise address the issue of preliminary approval shall be submitted on or before January 28, 2015.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: January 21, 2015        UNITED STATES DISTRICT COURT