# BOLEN ROBINSON & ELLIS, LLP

202 South Franklin, 2nd Floor
Decatur, Illinois 62523

Telephone: 217.429.4296
Facsimile: 217.329.0034
WWW.BRELAW.COM

Sender's Direct email:
jrobinson@brelaw.com

Jon D. Robinson
Christopher M. Ellis
Timothy J. Tighe, Jr.
Michael O. Gibson
Shane M. Mendenhall
Steven C. Langhoff
Matthew C. Spain
L. Drew Jacobus

T. G. Bolen, Retired
(1960 – 2013)

January 12, 2015

Mr. Jack Belk
240 N. Center Street
Oakley, ID 83346

Dear Jack:

I was surprised and disappointed to hear that you were no longer supporting our settlement and the XMP trigger as a safer, more reliable and reasonable replacement for the Walker triggers. Your recent public statement that the XMP is a "very, very well designed trigger" but inappropriate to replace the Walker trigger because you claim it will not last as long as it should is not supported by competent research and testing.

Plaintiffs' counsel continue to believe, based on the opinions of other consultants and experts, that the XMP triggers are safer, more reliable and appropriate replacements for the dangerous Walker triggers. As we have discussed, the XMP replacement is a huge improvement and will save lives.

We believe your current opinion that the XMP is not a suitable replacement for the Walker trigger lacks credible support, and we are therefore terminating your engagement as a consultant for plaintiffs' class counsel. While we are disappointed you now decline to support the XMP as a reasonable replacement for the Walker trigger, we are not trying to stop you from saying whatever you please, despite your prior consulting relationship with us. However, do not hold yourself out or represent to others that you are an expert for plaintiffs in the pending class action litigation.

Good luck with your book sales.

Sincerely,

Jon D. Robinson

JDR/ca