UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>REMINGTON ARMS COMPANY, LLC, et al. )<br>)<br>Defendants. )<br>_____ ) | Case No. 4:13-cv-00086-ODS |

### AMENDED JOINT MOTION FOR CONDITIONAL CERTIFICATION OF SETTLEMENT CLASSES, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF NOTICE PLAN, APPOINTMENT OF CLASS ACTION SETTLEMENT ADMINISTRATOR, AND APPOINTMENT OF CLASS COUNSEL

Plaintiffs Ian Pollard[1] and Defendants Remington Arms Company, LLC, Sporting Goods Properties, Inc., and E.I. du Pont de Nemours & Company move this Court for an Order pursuant to Fed. R. Civ. P. 23 that would: (1) conditionally certify the Settlement Classes; (2) preliminarily approve the terms of the proposed Settlement Agreement; (3) approve the proposed Notice Plan; (4) approve the Claim Forms; (5) appoint Angeion Group as the Class Action Settlement Administrator; (6) appoint Class Counsel; (7) schedule a Final Approval Hearing for approval of Class Certification and the Class Settlement; and (8) schedule dates by which the Parties and Settlement Class Members are to comply with their obligations as more fully set forth in the Suggestions in Support and the proposed order filed herewith.

---

[1] Pending before the Court is Plaintiffs' Motion for Leave to Amend the Class Action Complaint which additionally names Plaintiffs Rodney Barbre, Wallace Brown, Gordon Hardaway, William Moodie, James Waterman, and Mitchel Winterburn.

953360

The facts and arguments in support of this Motion are set forth in the accompanying Suggestions in Support filed herewith.

WHEREFORE, the Parties move the Court an Order preliminarily approving the proposed Settlement, directing issuance of notice to the Class Members, appointing Angeion Group as the Class Action Settlement Administrator, scheduling a Final Hearing to consider final approval of the Settlement, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

NEBLETT, BEARD & ARSENAULT

    s/ Richard J. Arsenault
Richard Arsenault
2220 Bonaventure Court
Alexandria, LA 71301
Phone: 800-256-1050
Fax: 318-561-2592
rarsenault@nbalawfirm.com


Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: 215-592-1500
Fax: 215-592-4663
cschaffer@lfsblaw.com

SHOOK, HARDY & BACON LLP

    s/ John K. Sherk
John K. Sherk, MO Bar #35963
Amy M. Crouch, MO Bar #48654
Molly S. Carella, MO Bar #56902
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
jsherk@shb.com
amcrouch@shb.com
mcarella@shb.com

Dale G. Wills
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: 312-321-9100
Fax: 312-321-0990
dwills@smbtrials.com

| | |
|---|---|
| Eric D. Holland<br>R. Seth Crompton<br>HOLLAND, GROVES, SCHNELLER & STOLZE, LLC<br>300 North Tucker Boulevard, Suite 801<br>St. Louis, MO 63101<br>Tel: (314) 241-8111<br>Fax: (314) 241-5554<br>eholland@allfela.com<br>scrompton@allfela.com | **Attorneys for Defendants Remington Arms Company, LLC, E.I. du Pont de Nemours & Company, and Sporting Goods Properties, Inc.** |

W. Mark Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
wml@lanierlawfirm.com

John R. Climaco
John A. Peca
CLIMACO, WILCOX, PECA, TARANTINO & GAROFOLI CO., LPA
55 Public, Suite 1950
Cleveland, OH 44113
jrclim@climacolaw.com
japeca@climacolaw.com

Richard Ramler
RAMLER LAW OFFICE, PC
202 W. Madison Avenue
Belgrade, MT 59714
richardramler@aol.com

Timothy W. Monsees
MONSEES & MAYER, PC
4717 Grand Avenue, Suite 820
Kansas City, MO 64112
tmonsees@mmmpalaw.com

Jordan L. Chaikin
PARKER WAICHMAN LLP
27300 Riverview Center Boulevard, Suite 103
Bonita Springs, FL 34134
jchaikin@yourlawyer.com

Jon D. Robinson
Christopher Ellis
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, IL 62523
Phone: 217-429-4296
Fax: 217-329-0034
jrobinson@brelaw.com
cellis@brelaw.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2015, I filed the foregoing document with the clerk of the court using the court's CM/ECF system, which will serve electronic notice on all parties of interest.

           /s John K. Sherk
**Attorneys for Defendants Remington Arms Company, LLC, E.I. du Pont de Nemours & Company, and Sporting Goods Properties, Inc.**