IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-0086-CV-W-ODS |
| ) | |
| REMINGTON ARMS COMPANY, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

On November 30, 2015, the Court acknowledged it had received communication from Richard Barber and that he would be permitted to address the Court at the Final Approval Hearing. Doc. #110. The Court directs Mr. Barber to submit to the Court a one page summary of his intended remarks three business days before the Final Approval Hearing.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: December 2, 2015
UNITED STATES DISTRICT COURT