IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-0086-CV-W-ODS |
| | ) |
| REMINGTON ARMS COMPANY, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 4, 2016, a telephone conference was held regarding a discovery dispute. The Court orders as follows:

1. Objector Rodney Townsend ("Objector") shall submit to a deposition for up to 8 hours. The deposition shall be scheduled at a time convenient for all parties within the next two weeks.

2. To the extent Objector seeks discovery from Plaintiffs and Defendants, Objector shall file its request with the Court explaining (1) what discovery Objector seeks and (2) for what purpose Objector seeks it. After the Court's receipt of Objector's request, Plaintiffs and Defendants shall have five days to oppose or otherwise respond to Objector's request.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: February 4, 2016     UNITED STATES DISTRICT COURT