IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 13-0086-CV-W-ODS ) |
| REMINGTON ARMS COMPANY, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER SETTING HEARING AND
DENYING PENDING MOTIONS WITHOUT PREJUDICE**

  On December 8, 2015, the Court cancelled a Final Settlement Approval hearing, setting forth three main concerns with regard to this matter's resolution. Doc. #112. The Court ordered the parties to file supplemental briefing addressing those concerns. *Id.* On June 10, 2016, the parties filed their Joint Supplemental Brief, which set forth a revised notice plan, addressed the potential waiver of personal injury claims, and discussed the merits of potential state consumer protection law claims. Doc. #127. The Court sets a hearing on August 2, 2016, at 9 a.m. at the United States Courthouse in Kansas City, Missouri. The parties should be prepared to discuss the issues raised by the Court's December 8, 2015 Order (Doc. #112).

  In light of the need to have a second preliminary approval hearing, as well as revisions to the settlement agreement and revised notice plan, the parties' Joint Motion to Certify Class (Doc. #91) and Plaintiffs' Fee Application (Doc. #93) are denied without prejudice.

IT IS SO ORDERED.

                  /s/ Ortrie D. Smith
                  ORTRIE D. SMITH, SENIOR JUDGE
DATE: July 14, 2016         UNITED STATES DISTRICT COURT