UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| IAN POLLARD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | § § § § | |
| Plaintiffs | § § | |
| VS. | § § | CASE NO. 13-86 |
| REMINGTON ARMS COMPANY L.L.C.; SPORTING GOODS PROPERTIES, INC.; and E.I. DU PONT NEMOURS AND COMPANY | § § § § § | |
| Defendants | § § | |

## OBJECTOR'S NOTICE OF WITHDRAWAL OF OBJECTION

COMES NOW, Objector RODNEY TOWNSEND, and files this NOTICE OF WITHDRAWAL OF OBJECTION to the class action settlement in the above-referenced case.

                                              Respectfully submitted,

                                              THE CHAFFIN LAW FIRM

                                              /s/Robert A. Chaffin
                                              Robert A. Chaffin, *Pro Hac Vice*
                                              Texas Bar No. 04057500
                                              robert@chaffinlawfirm.com
                                              4265 San Felipe Ste 1020
                                              Houston TX 77027
                                              713-528-1000
                                              713-952-5972/Fax
                                              Angela Arango-Chaffin (of Counsel)
                                              Florida Bar # 87919
                                              angela@chaffinlawfirm.com
                                              90 Alton Rd Ste 2704
                                              Miami Beach, FL 33139
                                              713-818-2515
                                              Fax 713-952-5972

OF COUNSEL:
THE CHAFFIN LAW FIRM

                                              ATTORNEYS FOR OBJECTOR

## CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure on July 28, 2016.

               /s/Robert A. Chaffin
               ROBERT A. CHAFFIN