UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| IAN POLLARD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | § § § § | |
| Plaintiffs | § § | |
| VS. | § § | CASE NO. 13-86 |
| REMINGTON ARMS COMPANY L.L.C.; SPORTING GOODS PROPERTIES, INC.; and E.I. DU PONT NEMOURS AND COMPANY | § § § § § | |
| Defendants | § § | |

## **RODNEY TOWNSEND's AMENDED NOTICE OF WITHDRAWAL OF OBJECTION**

COMES NOW, Objector RODNEY TOWNSEND, and files this AMENDED NOTICE OF WITHDRAWAL OF OBJECTION to the class action settlement and would respectfully show this Honorable Court as follows:

The objections of Rodney Townsend are being withdrawn because Mr. Townsend and his undersigned counsel are of the opinion that the settlement is now fair, reasonable and adequate.

Respectfully submitted,

THE CHAFFIN LAW FIRM

/s/Robert A. Chaffin
Robert A. Chaffin, *Pro Hac Vice*
Texas Bar No. 04057500
robert@chaffinlawfirm.com
4265 San Felipe Ste 1020
Houston TX 77027
713-528-1000
713-952-5972/Fax
Angela Arango-Chaffin (of Counsel)
Florida Bar # 87919
angela@chaffinlawfirm.com
90 Alton Rd Ste 2704
Miami Beach, FL 33139
713-818-2515
Fax 713-952-5972

1

OF COUNSEL:  
THE CHAFFIN LAW FIRM

ATTORNEYS FOR OBJECTOR

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure on July 29, 2016.

                                              /s/Robert A. Chaffin  
                                              ROBERT A. CHAFFIN