UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

IAN POLLARD, on behalf of himself
and all other similarly situated,
                Plaintiffs,
vs.
REMINGTON ARMS COMPANY,
LLC, et al.
                Defendants.

Case No. 4:13-cv-00086-ODS

## OBJECTOR'S NOTICE OF WITHDRAWAL OF OBJECTIONS

COMES NOW, Objector TERRY PENNINGTON, by and through his counsel, and files this NOTICE OF WITHDRAWAL OF OBJECTION to the above class action settlement for the reason that he and his counsel are of the opinion that the settlement is now fair, reasonable, and adequate.

                                      CASSERLY JONES, P.C.

                                      By: /s/ Fairfax Jones
                                          FAIRFAX JONES, #20601MO
                                          211 North Broadway, Suite 2150
                                          St. Louis, Missouri 63102
                                          314-436-9600
                                          314-436-2577 (fax)
                                          fairfaxjones@msn.com
                                          Attorney for Objector Terry Pennington

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2016, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will serve electronic notice on all persons of interest.

                                            /s/ Fairfax Jones