# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:13-CV-00086-ODS ) |
| REMINGTON ARMS COMPANY, LLC, et al. | ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION TO APPROVE WITHDRAWAL OF OBJECTIONS

As directed by the Court, the Parties respectfully requests that the Court grant the withdrawal of the objections made in the above-captioned matter. (*See* Doc. Nos. 131, 132).

Terry Pennington (Doc. No. 96) and Rodney Townsend (Doc. No. 98) timely filed their respective objections before the October 5, 2015 objection deadline. On July 29, 2016, Objector Townsend submitted an "Amended Notice of Withdrawal of Objection" (Doc. No. 131). That same day, Objector Pennington filed a "Notice of Withdrawal of Objections" (Doc. No. 132). Both Notices state that the objectors and their respective counsel "are of the opinion that the settlement is now fair, reasonable, and adequate."

Therefore, the Parties respectfully request an Order pursuant to Fed. R. Civ. P. 23(e)(5) approving the withdrawal of the objections by Terry Pennington (Doc. No. 96) and Rodney Townsend (Doc. No. 98).

Respectfully submitted,

NEBLETT, BEARD & ARSENAULT            SHOOK, HARDY & BACON LLP

_s/ Richard Arsenault_                 _s/ John K. Sherk_
Richard Arsenault                      John K. Sherk, MO Bar #35963

996007

2220 Bonaventure Court
Alexandria, LA 71301
Phone:  800-256-1050
Fax:  318-561-2592
rarsenault@nbalawfirm.com

W. Mark Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
wml@lanierlawfirm.com

Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  215-592-1500
Fax:  215-592-4663
cschaffer@lfsblaw.com

Eric D. Holland
R. Seth Crompton
HOLLAND LAW FIRM, LLC
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Tel:  314-241-8111
Fax:  314-241-5554
eholland@allfela.com
scrompton@allfela.com

**Class Counsel**

Jon D. Robinson
Christopher Ellis
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, IL 62523
Phone:  217-429-4296
Fax:  217-329-0034
jrobinson@brelaw.com
cellis@brelaw.com

Amy M. Crouch, MO Bar #48654
Molly S. Carella, MO Bar #56902
Brent Dwerlkotte, MO Bar #62864
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  816-474-6550
Fax:  816-421-5547
jsherk@shb.com

Dale G. Wills
Andrew A. Lothson
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
Phone:  312-321-9100
Fax:  312-321-0990
dwills@smbtrials.com

**Attorneys for Defendants Remington Arms Company, LLC, E.I. du Pont de Nemours & Company, and Sporting Goods Properties, Inc.**

John R. Climaco
John A. Peca
CLIMACO, WILCOX, PECA, TARANTINO &
GAROFOLI CO., LPA
55 Public, Suite 1950
Cleveland, OH 44113
jrclim@climacolaw.com
japeca@climacolaw.com

Richard Ramler
RAMLER LAW OFFICE, PC
202 W. Madison Avenue
Belgrade, MT 59714
richardramler@aol.com

Timothy W. Monsees
MONSEES & MAYER, PC
4717 Grand Avenue, Suite 820
Kansas City, MO 64112
tmonsees@mmmpalaw.com
Jordan L. Chaikin
PARKER WAICHMAN LLP
27300 Riverview Center Boulevard, Suite 103
Bonita Springs, FL 34134
jchaikin@yourlawyer.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2016, I filed the foregoing document with the clerk of the court using the court's CM/ECF system, which will serve electronic notice on all parties of interest.

s/ John K. Sherk

**Attorneys for Defendants Remington Arms Company, LLC, E.I. du Pont de Nemours & Company, and Sporting Goods Properties, Inc.**

996007

4