# EXHIBIT D

A Settlement has been reached in a class action lawsuit about certain Remington firearms.  **You may be eligible for a trigger mechanism replacement, Remington vouchers, and/or a cash refund.**

**What is the lawsuit about?**

The class action lawsuit claims that trigger mechanisms with a component part known as a trigger connector are defectively designed and can result in accidental discharges without the trigger being pulled.  The lawsuit further claims that from May 1, 2006 to April 9, 2014, the X-Mark Pro® trigger mechanism assembly process created the potential for the application of an excess amount of bonding agent, which could cause Model 700 or Seven rifles containing such trigger mechanisms to discharge without a trigger pull under certain limited conditions.  The lawsuit contends that the value and utility of these firearms have been diminished as a result of these alleged defects.  Defendants deny Plaintiffs' allegations and claim that the design of the firearms is not defective and that the value and utility of these firearms have not been diminished.  The Parties agreed to resolve these matters before these issues were decided by the Court.

**Who's Included?**  The Settlement provides benefits to:

- Current owners of Remington Model 700, Seven, Sportsman 78, 673, 710, 715, 770, 600, 660, XP-100, 721, 722, and 725 firearms containing a Remington trigger mechanism that utilizes a trigger connector;

- Current owners of Remington Model 700 and Model Seven rifles containing an X-Mark Pro trigger mechanism manufactured from May 1, 2006 to April 9, 2014 who did not participate in the voluntary X-Mark Pro product recall prior to April 14, 2015; and

- Current and former owners of Remington Model 700 and Model Seven rifles who replaced their rifle's original Walker trigger mechanism at their own cost with an X-Mark Pro trigger mechanism manufactured from May 1, 2006 to April 9, 2014.

**What does the Settlement provide?**  Settlement Class Members may be entitled to: (1) have their trigger mechanism retrofitted with a new X-Mark Pro™ or other connectorless trigger mechanism at no cost to the class members; (2) receive a voucher code for Remington products redeemable at Remington's online store; and/or (3) be refunded the money they spent to replace their Model 700 or Seven's original Walker trigger mechanism with an X-Mark Pro™ trigger mechanism.  Further information about the Settlement, attorneys' fees, and other detail can be found at www.remingtonfirearmsclassactionsettlement.com or by calling 1-800-876-5940.

**How can I get Settlement benefits?**  Submit a Claim Form.  Claim Forms can be found at www.remingtonfirearmsclassactionsettlement.com or by calling 1-800-876-5940.

**What are my legal rights?**  Even if you do nothing you will be bound by the Court's decisions.  If you want to keep your right to sue the Defendants yourself, you must exclude yourself from the Settlement Class(es) by **October 5, 2015**.  If you stay in the Settlement Class(es), you may object to the Settlement by **October 5, 2015.** This settlement does not involve claims of personal injury or property damage.

The Court will hold a hearing on **December 14, 2015** to consider whether to approve the Settlement and a request for attorneys' fees up to $12.5 million, plus a payment of $2,500 for each named Plaintiff.  You or your own lawyer may appear at the hearing at your own expense.

**For more information or a Claim Form: 1-800-876-5940 or
www.remingtonfirearmsclassactionsettlement.com**