# EXHIBIT E


www.shb.com

December __, 2014

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax

Re: Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715.

Dear Attorney General:

Pursuant to 28 U.S.C. § 1715, Remington Arms Company, LLC ("Remington"), E.I. Du Pont De Nemours & Company ("Du Pont"), and Sporting Goods Properties, Inc. ("SGPI"), hereby give notice of a proposed nationwide class action settlement in *Pollard et al. v. Remington Arms Company, LLC, et al.*, No. 4:13-cv-00086 (W.D. Mo.) (hereinafter "class action"). The class action was filed in the United States District Court for the Western District of Missouri in January 2013. The class action includes two settlement classes. Settlement Class A includes all current owners of Remington Model 700, Seven, Sportsman 78, 673, 710, 715, 770, 600, 660, XP-100, 721, 722, and 725 firearms containing a Remington trigger mechanism that utilizes a trigger connector. Settlement Class B includes all current owners of Remington Model 700 and Model Seven rifles containing an X-Mark Pro® trigger mechanism manufactured from May 1, 2006 to April 9, 2014; and all current and former owners of Remington Model 700 and Model Seven rifles who previously replaced their rifle's original Walker trigger mechanism with an X-Mark Pro trigger mechanism manufactured from May 1, 2006 to April 9, 2014.

Plaintiffs' Class Action Complaint, Plaintiffs' First Amended Class Action Complaint, and the materials filed with those Complaints are included with this letter as Attachments A and B. *See* 28 U.S.C. § 1715(b)(1). The Notice of Settlement is included with this letter as Attachment C. The Joint Motion for Conditional Certification of Settlement Classes, Preliminary Approval of Class Action Settlement, Approval of Notice Plan, Appointment of Class Action Settlement Administrator, and Appointment of Lead Class Counsel ("Motion for Preliminary Approval"), which was filed with the court on December 5, 2014, is included with this letter as Attachment D. *See id.* § 1715(b)(4). The Proposed Settlement Agreement is Exhibit 1 to the Motion for Preliminary Approval. *See id.* § 1715(b)(4). The Proposed Class Notice Plan is described in the Motion for Preliminary Approval and in the Proposed Settlement Agreement; the proposed long form notice, short form notice, and direct notice are included with this letter as Attachments E, F, and G. *See id.* § 1715(b)(3).

The Court has scheduled a preliminary approval hearing for February 4, 2014. The Parties have requested a Final Hearing on July 31, 2015. *See id.* § 1715(b)(2). The court has not entered any final judgment or notice of dismissal in the class action at this time. *See id.* § 1715(b)(6). Apart from the Notice of Settlement and the Motion for Preliminary Approval, there are no settlements or other agreements contemporaneously made

Denver
Geneva
Houston
Kansas City
London
Miami
Orange County
Philadelphia
San Francisco
Seattle
Tampa
Washington, D.C.

953319


www.shb.com

December 15, 2014
Page 2

between class counsel and counsel for Remington, Du Pont, and SGPI.  *See id.* § 1715(b)(5).  There are no written judicial opinions relating to class notice, opt-out rights, the proposed class action settlement, agreements between class counsel and counsel for Remington, Du Pont, and SGPI, and/or a final judgment or notice of dismissal in this class action at this time.  *See id.* § 1715(b)(8).

It is not feasible to give the names of the class members who reside in each state and the estimated proportionate share of their claims.  *See id.* § 1715(b)(7)(A).

Thank you for your attention to this matter.

Sincerely,

John K. Sherk
Attorney for Remington, Du Pont, and SGPI

Denver
Geneva
Houston
Kansas City
London
Miami
Orange County
Philadelphia
San Francisco
Seattle
Tampa
Washington, D.C.

953319