# EXHIBIT F

# <u>REMINDER TO REMINGTON RIFLE OWNERS</u>

## A Settlement Has Been Proposed in an Economic Loss Lawsuit that Alleges Safety Defects

**You may be eligible to have your firearm retrofitted or receive other benefits**

Recently, a federal judge ordered the parties in an economic-loss class action to remind owners of certain Remington firearms that a settlement has been reached. The settlement involves two classes. The first class includes owners of firearms that utilize a trigger connector. The second class includes owners of firearms that utilize the X-Mark Pro trigger mechanism that is the subject of a voluntary safety recall. The settlement allows owners of Remington models 700, Seven, and related models to have their trigger replaced free of charge, among other benefits.

The settlement was entered following allegations that Remington firearms can fire without a trigger pull. Remington denies those allegations with respect to the trigger connector but is offering trigger replacements to ensure continued satisfaction for its valuable customers. With respect to X-Mark Pro trigger mechanisms, Remington has implemented a voluntary safety recall. If you own a firearm that is subject to the safety recall, stop using your firearm immediately. Safety has always been a priority for Remington.

Call 1-800-876-5940 now to learn the models involved, make your claim or find out more. Or visit www.remingtonfirearmsclassactionsettlement.com.

---

**For more information or a Claim Form:**
**1-800-876-5940 or www.remingtonfirearmsclassactionsettlement.com**