# EXHIBIT A

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

IAN POLLARD, on behalf of himself )
and all others similarly situated, )
          )
   Plaintiffs,    )
          )
v.           )  Case No. 4:13-cv-00086-ODS
          )
REMINGTON ARMS COMPANY, LLC, et al. )
          )
   Defendants.   )
_____ )

## <u>DECLARATION OF STEVEN WEISBROT</u>

1. I am Executive Vice President of Notice & Strategy at the class action notice and Settlement Administration firm, Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2. As previously reported to this Court, I have been responsible in whole or in part for the design and implementation of more than one hundred class action administration plans and have taught numerous Accredited Continuing Legal Education courses on the Ethics of Legal Notification in Class Action Settlements, using Digital Media in Class Action Notice Programs, as well as Class Action Claims Administration, generally. Additionally, I am the author of frequent articles on Class Action Notice, Digital Media, Class Action Claims Administration and Notice Design in publications such as *Bloomberg, BNA Class Action Litigation Report*, Law360, the ABA Class Action and Derivative Section Newsletter and private law firm publications.

3. My notice work comprises a wide range of class actions that includes product defect, false advertising, employment, antitrust, tobacco, banking, firearm, insurance, and bankruptcy cases. Likewise, I have been instrumental in infusing digital and social media, as

995879 v1

well as big data and advanced targeting into class action notice programs where, as here, we only have direct notice information for a portion of the class. For example, the Honorable Sarah Vance stated in her December 31, 2014 Order in *In Re: Pool Products Distribution Market Antitrust Litigation* (*MDL* No. 2328):

> To make up for the lack of individual notice to the remainder of the class, the parties propose a print and web-based plan for publicizing notice. The Court welcomes the inclusion of web-based forms of communication in the plan….The Court finds that the proposed method of notice satisfies the requirements of Rule 23(c) (2) (B) and due process.

> The direct emailing of notice to those potential class members for whom Hayward and Zodiac have a valid email address, along with publication of notice in print and on the web, is reasonably calculated to apprise class members of the settlement.

As detailed below, courts have repeatedly recognized my work in the design of class action notice programs:

(a) For example, on May 12, 2016 in his Order granting preliminary approval of the settlement in *In Re Whirlpool Corp. Front Loading Washer Products Liability Litigation* (**MDL No. 2001**)**,** The Honorable Christopher A. Boyko stated:

> The Court, having reviewed the proposed Summary Notices, the proposed FAQ, the proposed Publication Notice, the proposed Claim Form, and the proposed plan for distributing and disseminating each of them, finds and concludes that the proposed plan for distributing and disseminating each of them will provide the best notice practicable under the circumstances and satisfies all requirements of federal and state laws and due process.

(b) Sateriale, et al. v R.J. Reynolds Tobacco Co., Case No. 09-cv-08394-CAS (C.D. Cal.)

> Honorable Christina A. Snyder (May 3, 2016) The Court finds that the Notice provided to the Settlement Class pursuant to the Settlement Agreement and the Preliminary Approval Order has been successful, was the best notice practicable under the circumstances and (1) constituted notice that was reasonably calculated, under the circumstances, to apprise members of the Settlement Class of the pendency of the Action, their right to object to the Settlement, and their right to appear at the Final

Approval Hearing; (2) was reasonable and constituted due, adequate, and sufficient notice to all persons entitled to receive notice; and (3) met all applicable requirements of the Federal Rules of Civil Procedure, Due Process, and the rules of the Court.

(c) *Ferrera et al. v. Snyder's-Lance, Inc.*, Case No. 0:13-cv-62496 (S.D. Fla.)

Honorable Joan A. Lenard (February 12, 2016) The Court approves, as to form and content, the Long-Form Notice and Short-Form Publication Notice attached to the Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement as Exhibits 1 and 2 to the Stipulation of Settlement. The Court also approves the procedure for disseminating notice of the proposed settlement to the Settlement Class and the Claim Form, as set forth in the Notice and Media Plan attached to the Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement as Exhibits G. The Court finds that the notice to be given constitutes the best notice practicable under the circumstances, and constitutes valid, due, and sufficient notice to the Settlement Class in full compliance with the requirements of applicable law, including the Due Process Clause of the United States Constitution.

4.  The purpose of this Declaration is to respond to the undated letter of Todd B. Hilsee, filed on July 29th 2017 (ECF Entry No. 135), where Mr. Hilsee purports to find several "significant" problems that he charges were "not reported" to this Court with regard to the previously-approved Due Process Notice Program. I will address these in turn. However, Mr. Hilsee, whether by design or simply because he did not have all the proper information at his disposal, levels accusations that are objectively false, rife with misinformation, and derived from a foregone era of media consumption—the only era during which Mr. Hilsee ever actually professionally planned or implemented notice campaigns.

5.  As this Court is aware, this case concerns the diminution of value of certain Remington Rifles. This is not a case about personal injury or wrongful death. Mr. Hilsee attempts to transform this settlement into something that it is not by using colorful language and

dramatic admonitions.[1]  However, this is <u>not</u> a personal injury case and I am advised by counsel

that not a single potential class member has been asked to release any claims that would arise as

a result of the calamitous consequences that could occur should they, or a family member, be the

ill-fated victim of an unsafe rifle.  Rather, this is a case about the monetary value of a rifle.

Obviously, had this been a personal injury action, I would harbor the very same grave concerns

about class member safety that Mr. Hilsee offers—who wouldn't?  However, histrionics aside,

this is a case where class members are entitled to receive monetary damages or a retrofit of their

trigger mechanism, if they bought an allegedly defective product for more money than they

otherwise would have paid.  The Due Process notice plan must be evaluated in light of the

subject matter of the settlement—not via an inflammatory lens which is clearly designed to

impassion this Court.

      6.     For instance, out of the countless consumer class action settlements granted final

approval in federal courts, Hilsee chooses a single atypical example for this Court to use as a

model when evaluating the adequacy of the proposed settlement.  Hilsee's erroneous suggestion

that this Court would benefit from information related to the *Swiss Banks*[2] notice campaign – a

high profile, consolidated, class action to recover dormant bank accounts and to press human

rights and other claims against Swiss banks for their role in laundering gold and other assets

taken from victims of Nazi persecution – in evaluating the adequacy of this settlement class,

---

[1]  This is not the first time Mr. Hilsee has objected to a settlement and sought to re-cast its essential elements in scandalous terms for his own benefit.  See e.g. *In Czuchag v Conair Corporation*, 13-cv-01901-BEN-RBB (S.D. Cal.), "Declaration of Daniel Burke," Docket Entry 208-2 (Feb. 12, 2016) ("The documents filed in opposition to the proposed notice plan repeatedly refer to the Defendant's product as 'handheld flamethrowers,' claiming that it is the Plaintiffs' responsibility and duty to inform the Class of this issue.  This class action is not about personal injury or property damage, however, and one assumes the onus would be on Defendant to issue a proper recall notice if Defendant is aware that their product was defective.").

[2]  *In Re Holocaust Victim's Assets Litigation (Swiss Banks)*, consolidated in the United States District Court for the Eastern District of New York, Master Docket No. 96-cv-4849.

seeking only to recover the economic loss suffered from the diminution in value of their firearms, even if well intentioned, is absurd. It would be virtually impossible to repeat the highly effective notice plans in *Swiss Banks* without requiring parties to dedicate tens, if not hundreds, of millions of dollars to the cost of notice[3] – an unreasonable cost alone that would discourage settlement. Simply stated, *Swiss Banks* is an anomaly. To suggest that it should be the standard neglects the horrific underlying circumstances and unparalleled global efforts that made the notice plan in *Swiss Banks* reasonable.

7.      Mr. Hilsee also places excessive reliance on the FJC guidelines which he helped to design. This is not just self-serving, it is an erroneous exposition of the law by a non-lawyer, non-party to this settlement. The Federal Judicial Center publications, which Mr. Hilsee reminds us that he advised upon[4] are not binding upon this Court. Repeatedly relying on propositions found in those publications to frame the alleged misgivings of the due process notice plan that this Court has already approved, allows Mr. Hilsee a platform to not-so-subtly tout his own achievements. However, despite much of the sound advice in the FJC publications, the operative legal standard under which this Court evaluated, and should continue to evaluate, the Due Process Notice Program, is whether the notice program was "the best notice practicable", as clearly delineated in the Federal Rules. This standard seems to be far less important to Mr. Hilsee.[5]

---

[3] See, *Id.*, "Report of Jerry Benjamin," Master Docket Entry 354 (concluding that the collective success of community efforts was "unparalleled") (Nov. 5, 1999); *See also, Id.,* "Report of Todd Hilsee," Master Docket Entry 355 (Estimating tens of millions in savings and identifying the reach as "extraordinary") (Nov. 5, 1999).

[4] The term "FJC" appears in the Hilsee Letter 46 unique times.

[5] The phrase "best notice practicable" appears 3 times in the 42 page Hilsee Letter.

8.     Mr. Hilsee's letter, amongst its 42 pages, levels essentially two main criticisms as to the underlying Due Process Notice Program; that the reach was erroneously reported and that there was insufficient use of individual notice.  Neither of these claims is objectively verifiable.

## REACH

9.     **Reach Methodology**:

Reach in this case was properly calculated and authenticated via leading media industry software incorporating objective third-party syndicated data.  Specifically, in order to authenticate and report the reach percentage of the Due Process Notice Program to this Court, IMS CampaignRF® ("IMS") was utilized.  IMS is a multimedia reach and frequency tool that allows professional media planners to combine two or more media schedules to determine total campaign results, based on the specifics of a marketing target—in this case Rifle Owners.  The individual reach of media forms were not merely added or combined, as misleadingly claimed in the Hilsee Letter.  Rather, each media schedule was input into this tool as a separate schedule to maintain the integrity of the overall reach calculation.  It is objectively verifiable that the reach in this case meets or exceeds other similar notice plans for similar settlements.

10.     **Target Audience and Reporting**:

The Target Audience was correctly identified and reaches the appropriate class members[6.] To begin, it is imperative to note that the target class definition used here i.e. Rifle Owners, is *over*-inclusive, as it includes *all* rifle owners, not just Remington rifle owners, or just owners of the particular Remington rifles subject to this settlement.  This becomes an even more

---

[6]  I have been provided two other notice plans that were prepared for counsel when they were determining which notice provider to select in this matter.  Those bids suggested the use of *identical* targeting i.e. Rifle Owners, as measured by MRI.  The estimated reach of those plans, were between 70% and 80% respectively and each utilized both print publications and digital advertisements to achieve their stated reach.

telling statistic when juxtaposed against Remington's 2014 End of Year report, which indicated that the company only had a 22% market share of all rifle sales in North America. The reach percentage achieved in this case and reported to the Court was not reduced by market share, or brand, but rather, was keyed to the entire universe of all rifle owners in the U.S. Further, data from the leading objective syndicated data source available to media planners, MRI was used to verify the target audience and reach percentage. Specifically, the 2013 MRI Doublebase survey was used with regard to all media planning activity in order maintain consistency with the initial notice plan submitted to and approved by this Court.

11.     Mr. Hilsee's suggestion that the magazine publications in this case only reached 48-49% of rifle owners is incorrect based on objective data from MRI. Utilizing data from the MRI 2013 Doublebase survey, the most current data available when the media plan was prepared for the parties' review, shows that the total print reach, measured against the over-inclusive class definition of "Rifle Owners," is firmly 57%.

12.     The Hilsee Letter also erroneously argues that the magazine selections focused on men when, he suggests, women comprise as many as 30% of rifle owners. According to the previously identified syndicated data source which used consistently throughout this litigation, the rifle owner audience is actually 73% male and 27% female. Nevertheless the selected publications accounted for the uneven demographic distribution of class members. *Parade* readership, for instance, is 46% male and 54% female. Additionally, other titles included in the court-approved plan show female readership percentages between 10-21%. Thus, it is clear that women were given sufficient, appropriate and ample opportunity to view the notice in this settlement.

13.     Mr. Hilsee also singles out and criticizes the geographic distribution of one particular publication from the many used in the Due Process Notice Program--*Parade* magazine.  Attached for the Court's review as Exhibit "1" is a state-by-state circulation breakdown of *Parade's* readership.  While Mr. Hilsee is accurate in that *Parade* is not circulated in every discrete sub-market that he artfully chose to highlight, it is distributed in the two "top 10" markets included in his list, with over 400,000 copies in each of those markets. In addition, when looking at the home states for each newspaper enumerated in his letter, it should be noted that *Parade* has coverage of 9-25% in each of those states, with the sole exception of Hawaii. Moreover, there has been no criticism leveled at any of the other <u>nationally circulated publications</u> utilized in this matter, or the <u>nationwide banner advertisements</u>.  Simply stated, the geographic targeting was appropriate and any intimation otherwise is manufactured by highlighting the distribution schedule of one discrete publication.

14.     Mr. Hilsee correctly identifies that media planners cannot merely "blend" or "mix" two different target audiences for reach and frequency calculations.  However, his assertion is of no importance to the current due process evaluation, because this was not done here.  Blending of audiences is improper advertising methodology because media professionals cannot calculate a multi-media reach and frequency when the audience is inconsistent between media types.  This is considered *black letter law* in the media industry.  Here, reach was calculated via a widely used industry program (IMS) as outlined above, and those calculations were based on the audience of "rifle owners" from a third-party, objective syndicated data source, MRI.  IMS automatically calculates the reach across a combination of two or more media schedules to determine total campaign delivery.  The automated process takes into account any

audience duplication that exists. Digital reach was not merely added to print reach; if we were merely adding reach, the purported total reach would have been much higher (95 %+).

15.     The suggestion that target audiences were mixed may derive from Mr. Hilsee's apparent presupposition that the "men 35-64 with a household income of 75K+" audience was used for reach purposes. In fact, that audience was only used to determine the best digital networks to utilize for this campaign—not to calculate reach. Once these networks were determined, more advanced targeting was employed, such as demographic, purchase decision, keyword, contextual, and interests, to qualify the audience and ensure delivery to the class of "rifle owners." Moreover, contrary to the Hilsee Letter, comScore was not used to calculate reach and frequency, since the "rifle owners" audience is not available in comScore. However, based on the targeting criteria used to qualify the digital audience, the 38 million impressions served in this campaign reached 40.57% of rifle owners, far in excess of the 16.5%-17.4% implied in the Hilsee Letter.

16.     In his letter, Hilsee suggests an incorrect alternative target for the internet banner ads. The Hilsee Letter suggests that the reach of the internet banner ads should have been measured against a wider adult population such as adults 18+. This is overbroad. Adults 18+ is an extremely expansive target audience typically used by lotteries and utility companies i.e. advertisers looking to cast as wide a net as possible. The target definition here, as explained above, is already over-inclusive in that it includes not just Remington rifle owners, but *all* rifle owners. Widening the audience would not only be quite costly it would be quite wasteful, particularly at the 90-95% reach Mr. Hilsee suggests as appropriate. That level of coverage, for that audience, could easily exceed $25MM in media spend.

17.     Mr. Hilsee was correct to point out the use of frequency capping in internet advertising.  Here, frequency capping was utilized and was accurately accounted for in the campaign metrics.   The campaign reporting did not however "falsely inflate the reach percentage" as claimed in the Hilsee Letter.  Specifically, a frequency cap of 3x was applied and those exposures were taken into account through the standard random reach duplication formula, evidenced by the fact that the average frequency for this campaign was 3.5x—notably, higher than the 3x frequency cap employed.  Therefore, any alleged concern with frequency capping is error.

18.     Mr. Hilsee also bellows of "a great fraud" in the internet advertising market and cites astonishing numbers regarding non-human viewers of internet advertising.  This is an irresponsible assertion.  Non-human viewership is generally regarded to be minimal and our media plan employed sophisticated 3rd party verification sources such as Double Verify to safeguard against fraudulent views/actions.  In reality, 84.7% of Rifle Owners have access to the internet at home and 84.2% have looked at or used the internet in the last 30 days.  Additionally, compared to the general adult population, Rifle Owners are 7.1% more likely to have access to the internet at home using a computer and 5.4% more likely to have looked at or used the internet in the past 30 days.

19.     For purposes of computing reach, the Hilsee Letter draws an intellectually dishonest distinction between those who clicked on the banner ads and those who viewed the ads without clicking on them.  This distinction fails to account for the realities of current media best practices.  Digital impressions are frequently used as an effective tool to create generalized awareness of a campaign and are not necessarily expected to drive click-through traffic—the sole metric Hilsee wishes to use as the measure of successful exposure.  Rather, it is customary and

proper to count all impressions as exposure. In fact, many consumers do not click on banner ads when they are confronted with them, but will instead search for an advertised product/brand/service after seeing an ad. Engaging in such a search would lead class members to the dedicated case website where they could review the long form notice and other pertinent information. As such, only counting users who clicked through to the website from a banner ad is not an accurate measure of reach, and is incongruous with the way reach is consistently determined and reported in the digital advertising industry as a whole. Moreover, and perhaps more importantly, it must be recognized that all mechanisms for effectuating notice that are available to notice providers and advertisers, require the class member to engage in a multi-step processes. In response to this precise line of argument, which Mr. Hilsee unsuccessfully advanced as a defense-side expert witness, in trying to de-certify a recent class action, the notice provider in that case succinctly summarized the argument's fatal flaw:

> The role of a notice effort is to provide an opportunity for class members to be exposed to a notice, not a guarantee. Mr. Hilsee argues that "the banner only provides notice to those who click it." In fact, (1) mailed notice only provides notice to recipients who choose to open **and** read the mail; (2) email notice only provides notice to the recipient who chooses to open **and** read the email; (3) publication notice only provides notice to readers who stop **and** read the notice; (4) radio broadcasts only provide notice to listeners who listen **and** comprehend the message **and** call to receive the notice by mail **and** open and read the notice when it arrives OR go to the case website **and** download **and** read it; and (5) television broadcasts only provide notice to viewers who watch/listen to commercials during the program break **and** call to receive the notice by mail **and** open **and** read the notice when it arrives OR go to the case website **and** download **and** read it.[7]

20. In sum, objective third party data, advanced digital targeting and state of the art media planning software were employed to compute and report an accurate, objectively

---

[7] *See,* "Declaration of Daniel Burke," *infra*, n.1.

verifiable, reach percentage to the Court, which, the Court has already reviewed and approved, as being the best notice practicable under the circumstances. Nothing in the Hilsee Letter should change this Court's analysis.

21. **Individual Notice:**

The Hilsee Letter correctly identifies that individual notice by physical mail to be an effective and responsive means of notice. Mr. Hilsee includes various publications to support this point, including a publication where I was listed as a co-author. The problem, however, is that Mr. Hilsee did not have all the available factual information at his disposal when penning his memorandum. Likewise, it seems his grasp of the pertinent legal authority that governs his suggestion is quite loose. For instance, we have been advised that we were provided with the only targeted list of consumers with rifles at issue in this litigation (those who previously had trigger replacements performed at Remington and are entitled to a refund under the Settlement terms) that Remington could reasonably identify, which is precisely what is required under Rule 23. I am further advised that the subsequent mailing that will take place if this Court approves the supplemental reminder notice is an over-inclusive claims stimulations effort aimed at individuals who have contacted the company for various reasons (service center phone calls, company alert sign-ups on the Remington website, warranty registrations, repair requests), and is not limited to purchasers of firearms, much less the particular rifles at issue in this litigation, which is what Rule 23 requires. If such a list had existed, I would agree with Mr. Hilsee that it should be utilized.

22. However, it is clear that neither due process nor Rule 23 require class members to receive actual notice, as publication notice is appropriate where class members' names and

addresses cannot be determined with reasonable efforts.  *See Juris v. Inamed Corp.*, 685 F.3d 1294, 1321 (11th Cir. 2012).  Such is the case here.

23.     Here, the notice plan satisfies Rule 23 and due process and, other federal courts have approved similar notice plans under manifestly similar circumstances.  For example, in *Carter v. Forjas Taurus, et. al,* the District Court for the Southern District of Florida recently approved a substantially similar notice plan <u>in a case involving firearms alleged to have defects that cause unintentional discharge when dropped or when the safety is on.</u>[8]  The court in that case recognized that there is no national firearms registry and the defendant manufacturer's sale records do not provide the names of ultimate purchasers.  The court instead, approved a notice plan strikingly similar the one used here.  The plan used syndicated research methods to identify traditional, online, mobile and social media platforms to reach the settlement class members and only involved five components:   widespread publication notice[9], a press release, internet advertising, a settlement website, and a toll-free number, with the option of speaking to a live operator.   All of those components are present here.   Indeed, if this Court approves the supplemental reminder notice plan, the combined efforts here, will far outweigh the *Taurus* plan and will represent state-of-the-art, multi-media notice methodology, far in excess of plans utilized in comparable settlements.

24.     Objectors in *Taurus,* failed to convince the court that actual and individual notice should have been required.   The objectors argued that Defendant possessed product enrollment forms, NRA membership programs, and repair customers' email addresses – through which the

---

[8]  *See Carter v. Forjas Taurus S.A., et. al.*, No. 13-cv-24583-PAS (S.D. Fla.), "Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement", at Docket Entry 197.

[9]  In that case, the Court approved summary notice was published in national magazines, such as American *Rifleman, Guns & Ammo, Field & Stream, Sports Illustrated,* and *People.* The national magazines used in the Due Process Notice Program here, were *American Rifleman, Guns & Ammo, Field & Stream, American Hunter, Parade,* and *Athlon Sports.*

objectors' claimed, the defendant could have identified class members. The court found that individual notice was impracticable under the circumstances because the settlement class included owners and not just purchasers, the parties represented that the defendant had no current and reliable records of class members, and there is no national registry of gun owners. The court further found that the time and effort to have the defendant's staff put together a list of class members who have contacted them in the past would be grossly out of proportion to the negligible few class members located. Under such circumstances, the court concluded that the notice was appropriate. *See also Hughes v. Kore of Indiana Enter. Inc.,* 731 F.3d 672, 676-77 (7th Cir. 2013) (holding that notice by publication was adequate where the individual class members could not be identified with reasonable effort); *Poertner v. Gilette Co.*, 618 F. App'x 624, 630 (11th Cir. 2015) ("But even if it was possible to identify *some* unnamed class members, that does not mean that the district court lacked the discretion to approve the settlement as fair absent the identification of these class members.")

25. The *Taurus* court also granted final approval of the settlement without considering the response or claims rate. The court was satisfied with the parties' expert report which provided a valuation of the total settlement benefits that were available to class members as opposed to a valuation based on an anticipated claims rate, which is in line with several other decisions that have found that a settlement's fairness is not based on how many class members submit claims.[10] *See also Hamilton v. SunTrust Mort., Inc.,* 2014 WL 5419507, at *7 (S.D. Fla. 2014) ("A settlement's fairness is judged by the *opportunity* created for the class members, *not by how many submit claims.* What matters is the settlement's value to each class member – it is ultimately up to class members to participate or not.") (emphasis added); *see also*, *Hall v. Bank*

---

[10] *See,* "Order granting Plaintiffs' motion for final approval", *infra,* n. 8, at 22.

*of Am., N.A.,* 2014 WL 7184039, at *8 (S.D. Fla. 2014) ("There may be many reasons or no reasons why class members decide to participate in a settlement…. Whatever the underlying reason, that is a decision to be made by each class member. Those decisions, however, do not affect whether the settlement provided to the [c]lass is fair, adequate, and reasonable.").

26.     Seeking the assistance of third-parties in effectuating the direct mailing campaign described in the Hilsee Letter is an effective tool that I have used in other settlements, as appropriate. However, it is not a viable or reasonable option for the Parties here. Hilsee suggests that the Parties should have used the names and addresses held by third-parties that may have been able and even willing to help get notices to class members if a request, or Order, were issued by the Court.

27.     Specifically, Hilsee identifies three third parties that may have the names and addresses of class members – (1) federally licensed dealers ("Federal Firearms Licensee" or "FFL"), (2) the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("BATFE"), and (3) the National Rifle Association ("NRA"). However, Hilsee fails to acknowledge the enormous legal and practical barriers to his proposal. Namely, that the information Hilsee suggests should have been sought from FFLs and the BATFE is immune from legal process. I am also advised by counsel that the NRA does not sell its customer list.

28.     I am advised by counsel that The Firearm Transaction Record for each gun purchase (ATF Form 4473) maintained by all operating FFLs and the BATFE are not subject to subpoena or other discovery, are inadmissible as evidence, are barred from being used, relied on, or disclosed in any manner, and cannot form the basis for any testimony or other evidence in a civil action in any state or federal court. *See,* CONSOLIDATED AND FURTHER CONTINUING APPROPRIATIONS ACT, 2012, PL 112-55, November 18, 2011, 125 Stat 552.

In short, I am advised that the Trace Reports and transaction records are based on and derived from information required to be kept by a Federal Firearms Licensee (FFL) pursuant to 18 U.S.C. § 923(g), and for this reason, and through the language of P.L. 112–55, Congress has expressly prohibited BATFE and FFLs from releasing such documents to the public and made them ultimately immune from legal process. *See, Fowlkes v. Bureau of Alcohol, Tobacco, Firearms & Explosives,* 139 F. Supp. 3d 287, 292 (D.D.C. 2015); *See also Abdeljabbar v. BATFE,* 74 F.Supp.3d 158, 174–75 (D.D.C.2014); *Smith v. BATFE,* No. 13–13079, 2014 WL 3565634, at *5 n. 2 (E.D.Mich. July 18, 2014); *Higgins v. U.S. Dep't of Justice,* 919 F.Supp.2d 131, 145 (D.D.C.2013).

## CONCLUSION

29.     It remains my opinion that the Due Process Notice Program comported with Federal Rule of Civil Procedure 23 and was the best notice practicable under the circumstances, including providing direct notice to all class members whose addresses could be identified through reasonable efforts.  Moreover, when combined with the proposed supplemental reminder campaign, the class members here will have the benefit of an extremely comprehensive, integrated multi-media notice campaign that far exceeds virtually every similar known consumer settlement notice plan.

I declare under penalty of perjury that the above is true and correct.

Executed this 18th day of August, 2016.

_____
STEVEN WEISBROT

# Exhibit 1

# Parade Circulation
**Newspapers by State**

**Effective May 22, 2016**

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| Alabama | 298,709 | 16% | | | | |
| | | | The Anniston Star | Anniston | AL | 17,640 |
| | | | The Athens News Courier | Athens | AL | 6,076 |
| | | | The Birmingham News | Birmingham | AL | 91,630 |
| | | | The Cullman Times | Cullman | AL | 7,091 |
| | | | The Dothan Eagle | Dothan | AL | 21,628 |
| | | | The Gadsden Times | Gadsden | AL | 14,896 |
| | | | The Huntsville Times | Huntsville | AL | 39,984 |
| | | | Press-Register | Mobile | AL | 65,660 |
| | | | The Daily Home | Talladega | AL | 6,664 |
| | | | The Tuscaloosa News | Tuscaloosa | AL | 27,440 |
| Arkansas | 233,198 | 20% | | | | |
| | | | Daily Siftings Herald | Arkadelphia | AR | 1,779 |
| | | | Blytheville Courier News | Blytheville | AR | 2,450 |
| | | | Camden News | Camden | AR | 2,556 |
| | | | Log Cabin Democrat | Conway | AR | 6,272 |
| | | | Sunday News | El Dorado | AR | 7,350 |
| | | | AR Democrat - Fayetteville | Fayetteville | AR | 52,430 |
| | | | The Daily World | Helena | AR | 1,922 |
| | | | Hope Star | Hope | AR | 1,400 |
| | | | AR Democrat - Little Rock | Little Rock | AR | 153,223 |
| | | | Magnolia Banner-News | Magnolia | AR | 2,380 |
| | | | Stuttgart Daily Leader | Stuttgart | AR | 1,436 |
| Arizona | 333,517 | 13% | | | | |
| | | | Verde Independent & The Bugle | Cottonwood | AZ | 3,381 |
| | | | Arizona Daily Sun | Flagstaff | AZ | 9,898 |
| | | | The Kingman Daily Miner | Kingman | AZ | 6,713 |
| | | | Today's News-Herald | Lake Havasu | AZ | 12,005 |
| | | | East Valley Tribune | Mesa/Scottsdale | AZ | 181,790 |
| | | | The Daily Courier | Prescott | AZ | 13,720 |
| | | | News-Sun | Sun City | AZ | 5,292 |
| | | | The Arizona Daily Star | Tucson | AZ | 88,272 |
| | | | The Sun | Yuma | AZ | 12,446 |
| California | 2,486,221 | 19% | | | | |
| | | | The Bakersfield Californian | Bakersfield | CA | 45,752 |
| | | | Daily Republic | Fairfield | CA | 14,592 |
| | | | Fremont Argus | Fremont | CA | 12,302 |
| | | | The Fresno Bee | Fresno | CA | 106,184 |
| | | | The Sentinel | Hanford | CA | 7,350 |
| | | | Daily Review | Hayward | CA | 15,455 |
| | | | Lompoc Record | Lompoc | CA | 2,646 |
| | | | Los Angeles Times | Los Angeles | CA | 744,989 |
| | | | Merced Sun-Star | Merced | CA | 12,365 |
| | | | The Modesto Bee | Modesto | CA | 56,311 |
| | | | Register | Napa | CA | 11,270 |
| | | | Oakland Tribune | Oakland | CA | 18,476 |
| | | | Antelope Valley Press | Palmdale | CA | 19,600 |
| | | | Recorder | Porterville | CA | 5,978 |
| | | | Record Searchlight | Redding | CA | 20,580 |
| | | | Daily Independent | Ridgecrest | CA | 3,920 |
| | | | The Press Enterprise | Riverside | CA | 113,885 |
| | | | The Sacramento Bee | Sacramento | CA | 201,142 |
| | | | The San Diego Union-Tribune | San Diego | CA | 243,865 |
| | | | San Jose Mercury News | San Jose | CA | 163,864 |
| | | | The Tribune | San Luis Obispo | CA | 26,728 |
| | | | San Mateo County Times | San Mateo | CA | 12,970 |
| | | | Marin Independent Journal | San Rafael | CA | 19,635 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|-------|----------------|------|-------|-------------|
| | | | The Orange County Register | Santa Ana | CA | 291,060 |
| | | | Santa Barbara News-Press | Santa Barbara | CA | 21,070 |
| | | | Santa Maria Times | Santa Maria | CA | 9,800 |
| | | | The Press Democrat | Santa Rosa | CA | 50,138 |
| | | | The Union Democrat | Sonora | CA | 10,290 |
| | | | The Record | Stockton | CA | 30,282 |
| | | | Ventura County Star | Ventura | CA | 52,637 |
| | | | Daily Press | Victorville | CA | 23,520 |
| | | | Contra Costa Times | Walnut Creek | CA | 113,218 |
| | | | Siskiyou Daily News | Yreka | CA | 4,347 |
| Colorado | 464,034 | 21% | | | | |
| | | | Sunday Camera | Boulder | CO | 20,882 |
| | | | Canon City Daily Record | Canon City | CO | 3,283 |
| | | | The Gazette | Colorado Springs | CO | 56,840 |
| | | | The Denver Post | Denver | CO | 282,569 |
| | | | The Daily Sentinel | Grand Junction | CO | 25,556 |
| | | | Times-Call | Longmont | CO | 12,822 |
| | | | Reporter-Herald | Loveland | CO | 17,000 |
| | | | Montrose Daily Press | Montrose | CO | 5,488 |
| | | | The Pueblo Chieftain | Pueblo | CO | 37,340 |
| | | | The Chronicle-News | Trinidad | CO | 2,254 |
| Connecticut | 205,117 | 15% | | | | |
| | | | Journal Inquirer | Manchester | CT | 30,380 |
| | | | Record-Journal | Meriden | CT | 11,760 |
| | | | The Middletown Press | Middletown | CT | 2,450 |
| | | | Herald Press | New Britain | CT | 9,016 |
| | | | New Haven Register | New Haven | CT | 64,190 |
| | | | The Day | New London | CT | 23,861 |
| | | | Bulletin | Norwich | CT | 17,906 |
| | | | The Register Citizen | Torrington | CT | 3,430 |
| | | | Republican | Waterbury | CT | 42,124 |
| Washington DC | 549,907 | 180% | | | | |
| | | | The Washington Post | Washington | DC | 549,907 |
| Delaware | 23,324 | 6% | | | | |
| | | | State News Sunday | Dover | DE | 23,324 |
| Florida | 1,694,321 | 21% | | | | |
| | | | Bradenton Herald | Bradenton | FL | 34,790 |
| | | | Citrus County Chronicle | Crystal River | FL | 27,708 |
| | | | News-Journal | Daytona Beach | FL | 81,162 |
| | | | Northwest Florida Daily News | Ft Walton Beach | FL | 23,520 |
| | | | The Gainesville Sun | Gainesville | FL | 30,403 |
| | | | Florida Times-Union | Jacksonville | FL | 91,601 |
| | | | The Ledger | Lakeland | FL | 46,550 |
| | | | Daily Commercial | Leesburg | FL | 19,110 |
| | | | Live Oak Suwannee Democrat | Live Oak | FL | 4,624 |
| | | | The Miami Herald | Miami | FL | 145,236 |
| | | | Daily News | Naples/Bonita | FL | 47,854 |
| | | | Star-Banner | Ocala | FL | 32,360 |
| | | | Orlando Sentinel | Orlando | FL | 195,129 |
| | | | The News Herald | Panama City | FL | 20,580 |
| | | | Washington County News | Panama City/Weeklies | FL | 24,010 |
| | | | Herald-Tribune | Sarasota | FL | 89,087 |
| | | | St. Augustine Record | St Augustine | FL | 15,680 |
| | | | Tampa Bay Times | St Petersburg | FL | 325,159 |
| | | | Treasure Coast News | Stuart | FL | 71,540 |
| | | | The Tampa Tribune | Tampa | FL | 196,694 |
| | | | Daily Sun | The Villages | FL | 59,780 |
| | | | The Palm Beach Post | West Palm Beach | FL | 111,744 |
| Georgia | 492,363 | 13% | | | | |
| | | | Athens Banner-Herald | Athens | GA | 13,720 |
| | | | The Atlanta Journal-Constitution | Atlanta | GA | 275,645 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|-------|----------------|------|-------|-------------|
| | | | The Augusta Chronicle | Augusta | GA | 41,736 |
| | | | Columbus Ledger-Enquirer | Columbus | GA | 32,247 |
| | | | Daily Citizen | Dalton | GA | 10,780 |
| | | | LaGrange Daily News | LaGrange | GA | 6,123 |
| | | | The Telegraph | Macon | GA | 47,040 |
| | | | The Milledgeville Union-Recorder | Milledgeville | GA | 6,468 |
| | | | The Moultrie Observer | Moultrie | GA | 4,214 |
| | | | Savannah Morning News | Savannah | GA | 29,204 |
| | | | Thomasville Times-Enterprise | Thomasville | GA | 6,566 |
| | | | The Tifton Gazette | Tifton | GA | 4,704 |
| | | | The Valdosta Daily Times | Valdosta | GA | 13,916 |
| Iowa | 219,824 | 17% | | | | |
| | | | The Tribune | Ames | IA | 10,192 |
| | | | The Gazette | Cedar Rapids | IA | 50,881 |
| | | | Clinton Herald | Clinton | IA | 8,036 |
| | | | Quad-City Times | Davenport | IA | 39,788 |
| | | | The Messenger | Fort Dodge | IA | 14,014 |
| | | | Knoxville Journal Express | Knoxville | IA | 1,950 |
| | | | Times-Republican | Marshalltown | IA | 6,958 |
| | | | Globe-Gazette | Mason City | IA | 13,034 |
| | | | Oskaloosa Herald | Oskaloosa | IA | 2,352 |
| | | | The Ottumwa Courier | Ottumwa | IA | 9,310 |
| | | | Sioux City Journal | Sioux City | IA | 28,028 |
| | | | The Courier | Waterloo | IA | 35,281 |
| Idaho | 151,570 | 25% | | | | |
| | | | Idaho Statesman | Boise | ID | 48,510 |
| | | | Post Register | Idaho Falls | ID | 20,838 |
| | | | Lewiston Morning Tribune | Lewiston/Clarkson | ID | 22,540 |
| | | | Idaho Press-Tribune | Nampa/Caldwell | ID | 24,010 |
| | | | Idaho State Journal | Pocatello | ID | 15,386 |
| | | | Standard Journal | Rexburg | ID | 3,626 |
| | | | The Times-News | Twin Falls | ID | 16,660 |
| Illinois | 1,095,762 | 22% | | | | |
| | | | The Telegraph | Alton | IL | 15,656 |
| | | | Belleville News-Democrat | Belleville | IL | 43,610 |
| | | | The Pantagraph | Bloomington | IL | 32,634 |
| | | | The Daily Ledger | Canton | IL | 2,940 |
| | | | The Southern Illinoisan | Carbondale | IL | 24,990 |
| | | | Carmi Times | Carmi | IL | 2,548 |
| | | | The News-Gazette | Champaign/Urbana | IL | 38,201 |
| | | | Chicago Tribune | Chicago | IL | 602,838 |
| | | | Commercial News | Danville | IL | 9,310 |
| | | | Herald & Review | Decatur | IL | 38,416 |
| | | | Edwardsville Intelligencer | Edwardsville | IL | 3,430 |
| | | | Effingham Daily News | Effingham | IL | 8,820 |
| | | | Daily Journal | Eldorado | IL | 520 |
| | | | The Journal Standard | Freeport | IL | 6,762 |
| | | | The Register-Mail | Galesburg | IL | 8,036 |
| | | | Daily Register | Harrisburg | IL | 2,304 |
| | | | Jacksonville Journal-Courier | Jacksonville | IL | 9,653 |
| | | | Daily Journal | Kankakee | IL | 27,077 |
| | | | Star Courier | Kewanee | IL | 3,920 |
| | | | The Macomb Journal | Macomb | IL | 2,646 |
| | | | Dispatch/Rock Island Argus | Moline | IL | 33,810 |
| | | | Daily Review Atlas | Monmouth | IL | 1,274 |
| | | | Mt. Vernon Register-News | Mount Vernon | IL | 5,684 |
| | | | Daily Mail | Olney | IL | 2,860 |
| | | | Pekin Daily Times | Pekin | IL | 5,684 |
| | | | Journal Star | Peoria | IL | 57,083 |
| | | | Daily Leader | Pontiac | IL | 2,450 |
| | | | Quincy Herald-Whig | Quincy | IL | 19,208 |
| | | | Register Star & Yes | Rockford | IL | 39,200 |
| | | | The State Journal-Register | Springfield | IL | 44,198 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| Indiana | 414,237 | 16% | | | | |
| | | | The Herald Bulletin | Anderson | IN | 17,052 |
| | | | The Batesville Herald Tribune | Batesville | IN | 2,352 |
| | | | The Herald Times | Bloomington/Bedford | IN | 29,400 |
| | | | The Republic | Columbus | IN | 15,141 |
| | | | Evansville Courier & Press | Evansville | IN | 51,475 |
| | | | The Journal Gazette | Fort Wayne | IN | 73,010 |
| | | | Daily Journal | Franklin | IN | 11,393 |
| | | | The Goshen News | Goshen | IN | 8,232 |
| | | | Daily Reporter | Greenfield | IN | 7,448 |
| | | | Greensburg News | Greensburg | IN | 4,116 |
| | | | Kokomo Tribune | Kokomo | IN | 19,306 |
| | | | The Lebanon Reporter | Lebanon | IN | 4,155 |
| | | | Pharos-Tribune | Logansport | IN | 8,722 |
| | | | Reporter-Times | Mooresville/Decatur | IN | 2,744 |
| | | | Times Of Northwest Indiana | Munster/Lake Co/Valp | IN | 63,700 |
| | | | The Evening News & The Tribune | New Albany | IN | 9,408 |
| | | | Rushville Republican | Rushville | IN | 2,597 |
| | | | The Tribune | Seymour | IN | 5,782 |
| | | | South Bend Tribune | South Bend | IN | 58,800 |
| | | | Tribune-Star | Terre Haute | IN | 19,404 |
| Kansas | 208,386 | 18% | | | | |
| | | | Daily Gazette | Augusta | KS | 2,989 |
| | | | Dodge City Globe | Dodge City | KS | 3,065 |
| | | | The Garden City Telegram | Garden City | KS | 5,390 |
| | | | The Hays Daily News | Hays | KS | 7,252 |
| | | | Hutchinson News | Hutchinson | KS | 23,520 |
| | | | Journal World | Lawrence | KS | 12,642 |
| | | | The Manhattan Mercury | Manhattan | KS | 6,370 |
| | | | McPherson Sentinel | McPherson | KS | 2,577 |
| | | | Kansan | Newton | KS | 4,317 |
| | | | The Ottawa Herald | Ottawa | KS | 4,018 |
| | | | Morning Sun | Pittsburg | KS | 4,900 |
| | | | The Pratt Tribune | Pratt | KS | 1,330 |
| | | | Salina Journal | Salina | KS | 20,580 |
| | | | Topeka Capital-Journal | Topeka | KS | 27,440 |
| | | | Wellington News | Wellington | KS | 1,193 |
| | | | The Wichita Eagle | Wichita | KS | 80,803 |
| Kentucky | 189,609 | 11% | | | | |
| | | | The Independent | Ashland | KY | 12,809 |
| | | | Kentucky Standard | Bardstown | KY | 8,722 |
| | | | Daily News | Bowling Green | KY | 22,540 |
| | | | Corbin Times-Tribune | Corbin | KY | 3,920 |
| | | | The News Enterprise | Elizabethtown | KY | 16,660 |
| | | | The Glasgow Daily Times | Glasgow | KY | 6,370 |
| | | | The Gleaner | Henderson | KY | 7,335 |
| | | | Kentucky New Era | Lexington | KY | 8,820 |
| | | | Herald-Leader | Lexington | KY | 77,420 |
| | | | The London Sentinel-Echo | London | KY | 5,586 |
| | | | The Ledger Independent | Maysville | KY | 5,390 |
| | | | Richmond Register | Richmond | KY | 5,756 |
| | | | Commonwealth Journal | Somerset | KY | 8,281 |
| Louisiana | 266,794 | 15% | | | | |
| | | | Bastrop Daily Enterprise | Bastrop | LA | 2,464 |
| | | | The Advocate | Baton Rouge | LA | 119,560 |
| | | | Beauregard Daily News | Deridder | LA | 2,059 |
| | | | The Courier | Houma | LA | 14,073 |
| | | | American Press | Lake Charles | LA | 29,400 |
| | | | The Leesville Daily Leader | Leesville | LA | 1,522 |
| | | | The Times-Picayune | New Orleans | LA | 96,040 |
| | | | Southwest Daily News | Sulphur | LA | 1,676 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| Massachusetts | 672,141 | 25% | | | | |
| | | | Boston Sunday Globe | Boston | MA | 289,257 |
| | | | The Enterprise | Brockton | MA | 27,342 |
| | | | Herald News | Fall River | MA | 13,805 |
| | | | Metrowest Daily News | Framingham | MA | 18,326 |
| | | | Gloucester Daily Times | Gloucester | MA | 5,880 |
| | | | Sunday Cape Cod Times | Hyannis/Cape Cod | MA | 33,614 |
| | | | Milford Daily News | Milford | MA | 6,762 |
| | | | Sunday Standard-Times | New Bedford | MA | 22,050 |
| | | | The Daily News Of Newburyport | Newburyport | MA | 8,036 |
| | | | Eagle tribune | North Andover | MA | 27,048 |
| | | | Patriot Ledger | Quincy | MA | 41,367 |
| | | | Salem News | Salem | MA | 17,150 |
| | | | Republican | Springfield | MA | 86,240 |
| | | | Taunton Daily Gazette | Taunton | MA | 6,664 |
| | | | Sunday Telegram | Worcester | MA | 68,600 |
| Maryland | 411,264 | 18% | | | | |
| | | | Annapolis Gazette | Annapolis | MD | 4,900 |
| | | | The Capital | Annapolis | MD | 34,300 |
| | | | The Sun | Baltimore | MD | 254,800 |
| | | | Cumberland Times-News | Cumberland | MD | 21,070 |
| | | | Star-Democrat | Easton | MD | 16,170 |
| | | | News-Post | Frederick | MD | 29,400 |
| | | | The Herald-Mail Newspapers | Hagerstown | MD | 26,754 |
| | | | Carroll County Times | Westminster | MD | 23,870 |
| Maine | 98,588 | 17% | | | | |
| | | | Kennebec Journal | Augusta | ME | 8,820 |
| | | | Sun Journal | Lewiston | ME | 24,500 |
| | | | Maine Sunday Telegram | Portland | ME | 53,900 |
| | | | Morning Sentinel | Waterville | ME | 11,368 |
| Michigan | 608,790 | 15% | | | | |
| | | | The Daily Telegram | Adrian | MI | 12,250 |
| | | | Ann Arbor News | Ann Arbor | MI | 26,436 |
| | | | Huron Daily Tribune | Bad Axe | MI | 4,508 |
| | | | The Bay City Times | Bay City | MI | 25,529 |
| | | | Tribune | Cheboygan | MI | 3,430 |
| | | | Reporter | Coldwater | MI | 3,430 |
| | | | Press & Guide | Dearborn | MI | 14,172 |
| | | | The Flint Journal | Flint | MI | 47,631 |
| | | | Gaylord Herald-Times | Gaylord | MI | 3,920 |
| | | | The Grand Rapids Press | Grand Rapids | MI | 100,297 |
| | | | Daily News | Hillsdale | MI | 4,214 |
| | | | Sentinel | Holland | MI | 16,268 |
| | | | Sentinel-Standard | Ionia | MI | 1,791 |
| | | | Citizen Patriot | Jackson | MI | 23,626 |
| | | | Kalamazoo Gazette | Kalamazoo | MI | 37,591 |
| | | | The County Press | Lapeer | MI | 9,660 |
| | | | The Mining Journal | Marquette | MI | 12,250 |
| | | | The Midland Daily News | Midland | MI | 11,270 |
| | | | The Monroe News | Monroe | MI | 19,110 |
| | | | The Macomb Daily | Mount Clemens | MI | 42,405 |
| | | | Morning Sun | Mount Pleasant | MI | 8,673 |
| | | | The Muskegon Chronicle | Muskegon | MI | 25,106 |
| | | | Petoskey News-Review | Petoskey | MI | 7,252 |
| | | | The Oakland Press | Pontiac | MI | 34,118 |
| | | | The Daily Tribune | Royal Oak | MI | 4,565 |
| | | | The Saginaw News | Saginaw | MI | 27,495 |
| | | | The Evening News | Sault Ste. Marie | MI | 5,390 |
| | | | The News-Herald | Southgate | MI | 51,707 |
| | | | Journal | Sturgis | MI | 5,096 |
| | | | Record-Eagle | Traverse City | MI | 19,600 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|-------|----------------|------|-------|-------------|
| Minnesota | 830,290 | 38% | | | | |
| | | | The Bemidji Pioneer | Bemidji | MN | 7,252 |
| | | | Brainerd Dispatch | Brainerd | MN | 16,261 |
| | | | Crookston Daily Times | Crookston | MN | 1,205 |
| | | | Duluth News-Tribune | Duluth | MN | 37,240 |
| | | | The Free Press | Mankato | MN | 19,845 |
| | | | Star Tribune | Minneapolis | MN | 465,646 |
| | | | The Journal | New Ulm | MN | 6,762 |
| | | | Red Wing Republican Eagle | Red Wing | MN | 4,704 |
| | | | Pioneer Press | St Paul | MN | 245,650 |
| | | | West Central Tribune | Willmar | MN | 11,760 |
| | | | Winona Daily News | Winona | MN | 7,497 |
| | | | Daily Globe | Worthington | MN | 6,468 |
| Missouri | 583,596 | 24% | | | | |
| | | | Boonville Daily News | Boonville | MO | 1,078 |
| | | | Lake Sun Leader | Camdenton | MO | 4,116 |
| | | | Southeast Missourian | Cape Girardeau | MO | 12,740 |
| | | | The Carthage Press | Carthage | MO | 1,553 |
| | | | Constitution-Tribune | Chillicothe | MO | 2,671 |
| | | | Missourian | Columbia | MO | 4,018 |
| | | | The Daily Statesman | Dexter | MO | 4,116 |
| | | | The Fulton Sun | Fulton | MO | 3,038 |
| | | | Courier-Post | Hannibal | MO | 4,639 |
| | | | News Tribune | Jefferson City | MO | 16,490 |
| | | | The Joplin Globe | Joplin | MO | 23,108 |
| | | | The Kansas City Star | Kansas City | MO | 231,863 |
| | | | Kirksville Daily Express | Kirksville | MO | 3,332 |
| | | | The Mexico Ledger | Mexico | MO | 3,430 |
| | | | Monitor Index/Democrat | Moberly | MO | 3,483 |
| | | | Neosho Daily News | Neosho | MO | 2,098 |
| | | | Daily Journal | Park Hills | MO | 6,076 |
| | | | Daily American Republic | Poplar Bluff | MO | 9,310 |
| | | | Rolla Daily News | Rolla | MO | 3,381 |
| | | | Democrat | Sedalia | MO | 7,646 |
| | | | Standard Democrat | Sikeston | MO | 5,880 |
| | | | St. Joseph News-Press | St Joseph | MO | 25,480 |
| | | | St. Louis Post-Dispatch | St Louis | MO | 197,960 |
| | | | Daily Guide | Waynesville | MO | 798 |
| | | | West Plains Daily Quill | West Plains | MO | 5,292 |
| Mississippi | 110,156 | 10% | | | | |
| | | | Sun Herald | Biloxi/Gulfport | MS | 27,111 |
| | | | The Clarksdale Press Register | Clarksdale | MS | 1,842 |
| | | | The Commercial Dispatch | Columbus | MS | 12,201 |
| | | | Delta Democrat Times | Greenville | MS | 7,448 |
| | | | The Greenwood Commonwealth | Greenwood | MS | 5,684 |
| | | | Chronicle | Laurel | MS | 4,116 |
| | | | Enterprise-Journal | Mc Comb | MS | 8,918 |
| | | | The Meridian Star | Meridian | MS | 9,702 |
| | | | Northeast Mississippi Daily Journal | Tupelo | MS | 33,134 |
| Montana | 97,466 | 22% | | | | |
| | | | Billings Gazette | Billings | MT | 31,360 |
| | | | Bozeman Daily Chronicle | Bozeman | MT | 14,308 |
| | | | Montana Standard | Butte | MT | 8,028 |
| | | | Helena Independent Record | Helena | MT | 9,130 |
| | | | Daily Inter Lake | Kalispell | MT | 15,040 |
| | | | Missoulian | Missoula | MT | 19,600 |
| North Carolina | 747,185 | 19% | | | | |
| | | | Albemarle Stanley News & Press | Albemarle | NC | 7,889 |
| | | | The Courier Tribune | Asheboro | NC | 11,760 |
| | | | Times-News | Burlington | NC | 21,560 |
| | | | The Chapel Hill News | Chapel Hill | NC | 17,150 |
| | | | The Charlotte Observer | Charlotte | NC | 152,207 |
| | | | The Durham News | Durham | NC | 59,780 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|-------|----------------|------|-------|-------------|
| | | | The Fayetteville Observer | Fayetteville | NC | 49,706 |
| | | | Gaston Gazette | Gastonia | NC | 20,580 |
| | | | Goldsboro News-Argus | Goldsboro | NC | 16,072 |
| | | | The News & Record | Greensboro | NC | 64,680 |
| | | | The Daily Reflector | Greenville | NC | 16,270 |
| | | | Times-News | Hendersonville | NC | 11,515 |
| | | | News | Jacksonville | NC | 14,504 |
| | | | Free Press | Kinston | NC | 8,820 |
| | | | My. Airy News | Mr. Airy | NC | 8,084 |
| | | | Sun-Journal | New Bern | NC | 13,230 |
| | | | The News & Observer | Raleigh | NC | 133,833 |
| | | | The Star | Shelby | NC | 8,134 |
| | | | The Pilot | Southern Pines | NC | 12,250 |
| | | | Star-News | Wilmington | NC | 40,180 |
| | | | Winston-Salem Journal | Winston-Salem | NC | 58,981 |
| North Dakota | 122,222 | 38% | | | | |
| | | | Tribune | Bismarck | ND | 24,010 |
| | | | Devils Lake Daily Journal | Devils Lake | ND | 2,842 |
| | | | The Dickinson Press | Dickinson | ND | 6,615 |
| | | | The Forum | Fargo | ND | 45,047 |
| | | | Grand Forks Herald | Grand Forks | ND | 23,814 |
| | | | The Jamestown Sun | Jamestown | ND | 4,900 |
| | | | Minot Daily News | Minot | ND | 14,994 |
| Nebraska | 234,485 | 31% | | | | |
| | | | Sun | Beatrice | NE | 3,920 |
| | | | Telegram | Columbus | NE | 6,076 |
| | | | The Grand Island Independent | Grand Island | NE | 17,542 |
| | | | Journal Star | Lincoln | NE | 52,431 |
| | | | Norfolk Daily News | Norfolk | NE | 12,642 |
| | | | Sunday World-Herald | Omaha | NE | 138,787 |
| | | | York News Times | York | NE | 3,087 |
| New Hampshire | 79,527 | 15% | | | | |
| | | | Sentinel | Keene | NH | 10,290 |
| | | | New Hampshire News | Manchester | NH | 47,089 |
| | | | Portsmouth Herald | Portsmouth | NH | 22,148 |
| New Jersey | 504,169 | 15% | | | | |
| | | | The Press Of Atlantic City | Atlantic City | NJ | 48,363 |
| | | | The Record & Herald News | Bergen | NJ | 120,050 |
| | | | Suburban Trends | Hackensack | NJ | 6,370 |
| | | | The Jersey Journal | Jersey City | NJ | 16,170 |
| | | | The Star-Ledger | Newark | NJ | 204,162 |
| | | | New Jersey Herald | Newton | NJ | 17,130 |
| | | | Trentonian | Trenton | NJ | 15,680 |
| | | | The Times | Trenton | NJ | 28,910 |
| | | | Burlington County Times | Willingboro | NJ | 22,344 |
| | | | South Jersey Sunday | Woodbury | NJ | 24,990 |
| New Mexico | 122,455 | 15% | | | | |
| | | | Journal | Albuquerque | NM | 95,550 |
| | | | Clovis News Journal | Clovis | NM | 6,178 |
| | | | News-Sun | Hobbs | NM | 6,958 |
| | | | Los Alamos Monitor | Los Alamos | NM | 2,940 |
| | | | Portales News-Tribune | Portales | NM | 1,519 |
| | | | Daily Record | Roswell | NM | 9,310 |
| Nevada | 142,002 | 13% | | | | |
| | | | Elko Daily Free Press | Elko | NV | 5,782 |
| | | | Las Vegas Review-Journal | Las Vegas | NV | 136,220 |
| New York | 1,191,717 | 16% | | | | |
| | | | Times Union | Albany | NY | 102,858 |
| | | | The Citizen | Auburn | NY | 7,252 |
| | | | The Daily News | Batavia | NY | 10,290 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|-------|----------------|------|-------|-------------|
| | | | The Buffalo News | Buffalo | NY | 196,000 |
| | | | Messenger Post | Canandaigua | NY | 7,840 |
| | | | Daily Mail | Catskill | NY | 2,461 |
| | | | The Sunday Leader | Corning | NY | 7,644 |
| | | | Finger Lakes Times | Geneva | NY | 14,455 |
| | | | Post-Star | Glens Falls | NY | 20,937 |
| | | | The Leader-Herald | Gloversville | NY | 9,800 |
| | | | Herkimer Telegram | Herkimer | NY | 3,920 |
| | | | The Spectator | Hornell | NY | 5,150 |
| | | | Register-Star | Hudson | NY | 4,247 |
| | | | Freeman | Kingston | NY | 12,740 |
| | | | Lockport Journal | Lockport | NY | 5,880 |
| | | | The Malone Telegram | Malone | NY | 3,920 |
| | | | Times Herald-Record Sunday | Middletown | NY | 52,430 |
| | | | New York Daily News | New York | NY | 465,500 |
| | | | Niagra Gazette Sunday | Niagra Falls | NY | 10,780 |
| | | | Advance-News | Ogdensburg | NY | 5,488 |
| | | | The Oneida Daily Dispatch | Oneida | NY | 4,116 |
| | | | The Daily Star | Oneonta | NY | 10,290 |
| | | | Press-Republican | Plattsburgh | NY | 13,426 |
| | | | Saratogian | Saratoga Springs | NY | 4,410 |
| | | | Staten Island Advance | Staten Island | NY | 38,220 |
| | | | The Post-Standard | Syracuse | NY | 108,605 |
| | | | Record | Troy | NY | 5,880 |
| | | | Observer-Dispatch | Utica | NY | 33,320 |
| | | | Daily Times | Watertown | NY | 21,560 |
| | | | Wellsville Daily Reporter | Wellsville | NY | 2,298 |
| Ohio | 927,690 | 20% | | | | |
| | | | Akron Beacon Journal | Akron | OH | 94,080 |
| | | | Ashland Times-Gazette | Ashland | OH | 10,780 |
| | | | Ashtabula Star Beacon | Ashtabula | OH | 11,760 |
| | | | The Sunday Jeffersonian | Cambridge | OH | 10,045 |
| | | | The Repository | Canton | OH | 50,759 |
| | | | The Plain Dealer | Cleveland | OH | 252,421 |
| | | | Dayton Daily News | Dayton | OH | 104,977 |
| | | | The Crescent-News | Defiance | OH | 15,680 |
| | | | Sunday Review | East Liverpool | OH | 5,978 |
| | | | The Chronicle-Telegram | Elyria | OH | 22,540 |
| | | | The Courier | Findlay | OH | 16,057 |
| | | | Review-Times | Fostoria | OH | 2,528 |
| | | | Journal News | Hamilton | OH | 24,108 |
| | | | The Lima News | Lima | OH | 31,443 |
| | | | Morning Journal | Lorain | OH | 17,640 |
| | | | Journal Tribune | Marysville | OH | 5,880 |
| | | | The Times Reporter | New Philadelphia | OH | 16,660 |
| | | | Salem News | Salem | OH | 4,018 |
| | | | Springfield News-Sun | Springfield | OH | 18,228 |
| | | | The Blade | Toledo | OH | 110,035 |
| | | | Lake County News-Herald | Willoughby | OH | 31,360 |
| | | | The Daily Record | Wooster | OH | 20,996 |
| | | | The Vindicator | Youngstown | OH | 49,717 |
| Oklahoma | 314,415 | 21% | | | | |
| | | | Daily Ardmoreite | Ardmore | OK | 8,858 |
| | | | Claremore Daily Progress | Claremore | OK | 4,900 |
| | | | News and Eagle | Enid | OK | 11,834 |
| | | | McAlester News-Capitol | McAlester | OK | 6,370 |
| | | | Miami News-Record | Miami | OK | 4,900 |
| | | | Muskogee Phoenix | Muskogee | OK | 9,408 |
| | | | Norman Transript | Norman | OK | 9,158 |
| | | | The Oklahoman | Oklahoma City | OK | 143,959 |
| | | | The Pryor Daily Times | Pryor | OK | 3,381 |
| | | | Stillwater Press | Stillwater | OK | 5,758 |
| | | | Tahlequah Daily Press | Tahlequah | OK | 3,136 |
| | | | Tulsa World | Tulsa | OK | 98,980 |
| | | | Woodward News | Woodward | OK | 3,773 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|-------|----------------|------|-------|-------------|
| Oregon | 310,989 | 19% | | | | |
| | | | Democrat-Herald & Corvallis Gazette Times | Albany | OR | 18,816 |
| | | | The Bulletin | Bend | OR | 25,480 |
| | | | The World | Coos Bay | OR | 6,860 |
| | | | The Register-Guard | Eugene | OR | 48,349 |
| | | | Herald And News | Klamath Falls | OR | 14,798 |
| | | | Mail Tribune | Medford | OR | 19,992 |
| | | | Argus Observer | Ontario | OR | 5,194 |
| | | | The Oregonian | Portland | OR | 171,500 |
| Pennsylvania | 1,610,775 | 32% | | | | |
| | | | The Morning Call | Allentown | PA | 113,434 |
| | | | Beaver County Times | Beaver | PA | 26,460 |
| | | | Gazette | Bedford | PA | 10,621 |
| | | | The Sentinel | Carlisle | PA | 8,820 |
| | | | The Intelligencer | Doylestown | PA | 27,048 |
| | | | Tri-County Sunday | Du Bois | PA | 13,720 |
| | | | The Express-Times | Easton | PA | 45,080 |
| | | | Erie Times-News | Erie | PA | 53,883 |
| | | | Gettysburg Times | Gettysburg | PA | 8,820 |
| | | | Patriot-News | Harrisburg | PA | 94,080 |
| | | | Hazleton Standard-Speaker | Hazelton | PA | 15,043 |
| | | | The Wayne Independent | Honesdale | PA | 2,842 |
| | | | The Daily News | Huntingdon | PA | 8,854 |
| | | | The Tribune-Democrat | Johnstown | PA | 28,910 |
| | | | New Era Intelligencer Journal Sunday News | Lancaster | PA | 79,870 |
| | | | Latrobe Bulletin | Latrobe | PA | 7,870 |
| | | | Bucks County Courier Times | Levittown/Bristol | PA | 35,672 |
| | | | Meadville Tribune | Meadville | PA | 10,584 |
| | | | New Castle News | New Castle | PA | 12,250 |
| | | | Times Herald | Norristown | PA | 17,150 |
| | | | The Philadelphia Inquirer | Philadelphia | PA | 320,778 |
| | | | Philadelphia Daily News | Philadelphia DN | PA | 41,157 |
| | | | Pittsburgh Post-Gazette | Pittsburgh | PA | 214,380 |
| | | | Mercury | Pottstown | PA | 13,524 |
| | | | Pottsville Republican Herald | Pottsville | PA | 20,580 |
| | | | Delaware County Daily Times | Primos | PA | 23,520 |
| | | | Reading Eagle | Reading | PA | 66,409 |
| | | | Scranton Times-Tribune | Scranton | PA | 45,080 |
| | | | The Shamokin-Pottsville News-Item | Shamokin | PA | 7,350 |
| | | | The Herald | Sharon | PA | 16,170 |
| | | | St College Centre Daily Times | State College | PA | 20,580 |
| | | | Pocono Record | Stroudsburg | PA | 14,896 |
| | | | The Daily Item | Sunbury | PA | 20,090 |
| | | | Towanda Sunday Review | Towanda | PA | 7,840 |
| | | | Tyrone Daily Herald | Tyrone | PA | 1,666 |
| | | | Herald-Standard | Uniontown | PA | 23,391 |
| | | | Washington Observer Reporter | Washington | PA | 33,320 |
| | | | The Record Herald | Waynesboro | PA | 5,684 |
| | | | Daily Local News | West Chester | PA | 16,464 |
| | | | The Times Leader | Wilkes Barre | PA | 28,177 |
| | | | Citizen's Voice | Wilkes-Barre | PA | 25,678 |
| | | | Williamsport Sun-Gazette | Williamsport | PA | 23,030 |
| Rhode Island | 83,349 | 20% | | | | |
| | | | The Providence Journal | Providence | RI | 83,349 |
| South Carolina | 335,554 | 17% | | | | |
| | | | Anderson Independent-Mail | Anderson | SC | 23,720 |
| | | | The Post And Courier | Charleston | SC | 76,440 |
| | | | The State | Columbia | SC | 70,100 |
| | | | Georgetown Times | Georgetown | SC | 4,900 |
| | | | The Index-Journal | Greenwood | SC | 11,270 |
| | | | The Island Packet | Hilton Head Island | SC | 24,500 |
| | | | Lancaster News | Lancaster | SC | 10,512 |
| | | | The Sun News | Myrtle Beach | SC | 38,728 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | The Times & Democrat | Orangeburg | SC | 9,114 |
| | | | The Herald | Rock Hill | SC | 17,760 |
| | | | Herald-Journal | Spartanburg | SC | 35,280 |
| | | | The Item | Sumter | SC | 13,230 |
| South Dakota | 55,854 | 16% | | | | |
| | | | American News | Aberdeen | SD | 11,564 |
| | | | The Daily Republic | Mitchell | SD | 10,535 |
| | | | Rapid City Journal | Rapid City | SD | 23,030 |
| | | | Watertown Public Opinion | Watertown | SD | 10,725 |
| Tennessee | 395,370 | 15% | | | | |
| | | | Chattanooga Times Free Press | Chattanooga | TN | 76,409 |
| | | | Cleveland Daily Banner | Cleveland | TN | 13,720 |
| | | | Columbia Daily Herald | Columbia | TN | 10,500 |
| | | | Crossville Chronicle | Crossville | TN | 7,742 |
| | | | The State Gazette | Dyersburg | TN | 4,116 |
| | | | The Williamson Herald | Franklin | TN | 6,860 |
| | | | Johnson City Press | Johnson City | TN | 24,500 |
| | | | Knoxville News Sentinel | Knoxville | TN | 87,024 |
| | | | Southern Standard | McMinnville | TN | 9,310 |
| | | | The Commercial Appeal | Memphis | TN | 110,070 |
| | | | Citizen Tribune | Morristown | TN | 23,547 |
| | | | Oak Ridge | Oak Ridge | TN | 4,471 |
| | | | Shelbyville Times-Gazette | Shelbyville | TN | 6,713 |
| | | | The Sunday News | Tullahoma | TN | 10,388 |
| Texas | 1,442,547 | 15% | | | | |
| | | | Abilene Reporter-News | Abilene | TX | 20,588 |
| | | | Amarillo Globe-News | Amarillo | TX | 26,950 |
| | | | Athens Daily Review | Athens | TX | 3,920 |
| | | | Austin American-Statesman | Austin | TX | 117,982 |
| | | | Brownsville Herald | Brownsville | TX | 13,230 |
| | | | Brownwood Bulletin | Brownwood | TX | 4,900 |
| | | | Bryan Times | Bryan | TX | 22,288 |
| | | | Corpus Christi Caller-Times | Corpus Christi | TX | 37,240 |
| | | | Corsicana Daily Sun | Corsicana | TX | 3,822 |
| | | | The Dallas Morning News | Dallas | TX | 229,908 |
| | | | Denton Record-Chronicle | Denton | TX | 8,820 |
| | | | Star-Telegram | Fort Worth | TX | 183,505 |
| | | | Gainesville Daily Register | Gainesville | TX | 4,606 |
| | | | Greenville Herald Banner | Greenville | TX | 4,900 |
| | | | Valley Morning Star | Harlingen | TX | 11,956 |
| | | | The Leader | Houston | TX | 30,380 |
| | | | Houston Community | Houston | TX | 433,461 |
| | | | The Huntsville Item | Huntsville | TX | 3,332 |
| | | | Jacksonville Daily Progress | Jacksonville | TX | 2,156 |
| | | | Kerrville Daily Times | Kerrville | TX | 7,350 |
| | | | Killeen Daily Herald | Killeen | TX | 18,506 |
| | | | Lubbock Avalanche-Journal | Lubbock | TX | 28,910 |
| | | | Monitor | McAllen | TX | 27,172 |
| | | | Reporter-Telegram | Midland | TX | 14,210 |
| | | | The Mineral Wells Index | Mineral Wells | TX | 9,016 |
| | | | Odessa American | Odessa | TX | 11,760 |
| | | | Palestine Herald-Press | Palestine | TX | 4,557 |
| | | | The Paris News | Paris | TX | 6,370 |
| | | | Plainview Daily Herald | Plainview | TX | 2,842 |
| | | | Standard-Times | San Angelo | TX | 16,660 |
| | | | Stephenville Empire-Tribune | Stephenville | TX | 3,528 |
| | | | Temple Daily Telegram | Temple | TX | 17,640 |
| | | | Gazette | Texarkana | TX | 25,454 |
| | | | Tyler Courier-Times-Telegraph | Tyler | TX | 19,306 |
| | | | Victoria Advocate | Victoria | TX | 21,070 |
| | | | The Waxahachie Daily Light | Waxahachie | TX | 3,430 |
| | | | Mid Valley Town Crier | Weslaco | TX | 21,467 |
| | | | Times Record News | Wichita Falls | TX | 19,355 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|-------|----------------|------|-------|-------------|
| Utah | 159,159 | 17% | | | | |
| | | | The Herald Journal | Logan | UT | 13,230 |
| | | | Daily Herald | Provo | UT | 26,264 |
| | | | The Salt Lake Tribune-Deseret News | Salt Lake City | UT | 119,665 |
| Virginia | 457,360 | 14% | | | | |
| | | | Daily Press | Newport News/Hampton | VA | 86,716 |
| | | | The Virginian-Pilot | Norfolk | VA | 142,590 |
| | | | The Petersburg Progress-Index | Petersburg | VA | 10,780 |
| | | | Richmond Times-Dispatch | Richmond | VA | 141,814 |
| | | | The Roanoke Times | Roanoke | VA | 75,460 |
| Washington | 603,804 | 21% | | | | |
| | | | The Daily World | Aberdeen | WA | 7,150 |
| | | | The Bellingham Herald | Bellingham | WA | 19,404 |
| | | | Kitsap Sun | Bremerton | WA | 17,640 |
| | | | Daily Record | Ellensburg | WA | 5,684 |
| | | | The Daily News | Longview | WA | 15,380 |
| | | | Skagit Valley Herald | Mount Vernon | WA | 13,703 |
| | | | The Olympian | Olympia | WA | 22,540 |
| | | | Tri-City Herald | Pasco/Tri Cities | WA | 27,146 |
| | | | The Seattle Times | Seattle | WA | 240,100 |
| | | | The Spokesman-Review | Spokane | WA | 76,651 |
| | | | The News Tribune | Tacoma | WA | 73,500 |
| | | | The Columbian | Vancouver | WA | 30,810 |
| | | | Walla Walla Union-Bulletin | Walla Walla | WA | 11,662 |
| | | | The Wenatchee World | Wenatchee | WA | 16,758 |
| | | | Herald-Republic | Yakima | WA | 25,676 |
| Wisconsin | 202,293 | 9% | | | | |
| | | | Baraboo News Republic | Baraboo | WI | 3,283 |
| | | | Daily Citizen | Beaver Dam | WI | 8,820 |
| | | | Chippewa Valley Newspapers | Chippewa Falls | WI | 5,684 |
| | | | Leader-Telegram | Eau Claire | WI | 23,520 |
| | | | Kenosha News | Kenosha | WI | 24,000 |
| | | | La Crosse Tribune | La Crosse | WI | 25,578 |
| | | | Wisconsin State Journal | Madison | WI | 86,124 |
| | | | Daily Register | Portage | WI | 3,724 |
| | | | The Journal Times | Racine | WI | 21,560 |
| West Virginia | 183,995 | 24% | | | | |
| | | | The Register-Herald | Beckley | WV | 14,700 |
| | | | Bluefield Daily Telegraph | Bluefield | WV | 13,720 |
| | | | Gazette-Mail | Charleston | WV | 44,100 |
| | | | Clarksburg Exponent-Telegram | Clarksburg | WV | 17,738 |
| | | | Times West Virginian | Fairmont | WV | 7,840 |
| | | | Mineral Daily News Tribune | Keyser | WV | 2,680 |
| | | | The Journal | Martinsburg | WV | 14,210 |
| | | | The Dominion Post | Morgantown | WV | 18,326 |
| | | | The Parkersburg News And Sentinel | Parkersburg | WV | 22,344 |
| | | | Princeton Times | Princeton | WV | 1,387 |
| | | | Sunday News-Register | Wheeling | WV | 26,950 |
| Wyoming | 25,084 | 10% | | | | |
| | | | Casper Star-Tribune | Casper | WY | 18,342 |
| | | | Daily Rocket-Miner | Rock Springs | WY | 6,742 |

**Total Circulation**     **22,991,184**

Source: Parade newspaper carrier list effective 5/22/2016