IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:13-CV-00086-ODS |
| REMINGTON ARMS COMPANY, LLC, et al. ) ) | |
| Defendants. ) | |

ORDER GRANTING JOINT MOTION TO APPROVE WITHDRAWAL OF OBJECTIONS

     Pending is the parties' Joint Motion to Approve Withdrawal of Objections. Doc. #137. Terry Pennington and Rodney Townsend filed objections to the settlement of this matter. Docs. #96, 98. On July 29, 2016, these objectors filed notices withdrawing their objections. Docs. #131, 132. Pursuant to the Objectors' request and the parties' representations at the hearing on August 2, 2016, the Court grants the parties' request. Pennington's and Townsend's objections are hereby withdrawn.

IT IS SO ORDERED.

                                                      /s/ Ortrie D. Smith
                                                      ORTRIE D. SMITH, SENIOR JUDGE
DATE: August 23, 2016                      UNITED STATES DISTRICT COURT