UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:13-CV-00086-ODS |
| REMINGTON ARMS COMPANY, LLC, et al. | ) ) ) | |
| Defendants. | ) ) | |

### JOINT NOTICE OF NON-MATERIAL CHANGES TO NOTICE PLAN

Pursuant to the Court's August 23, 2016 Order, (Doc. #140), and the Court's Amended Order Preliminarily approving Class Action Settlement, (Doc. #88 at ¶20), the Parties have agreed to make certain, non-material changes to the Reminder Notice (Doc. #138 at Ex. F) as detailed in Paragraph 80 of the Fourth Amended Settlement Agreement. More specifically, the Parties have agreed to:

- Emphasize the following statement: "If you own a firearm that is subject to the safety recall, stop using your firearm immediately. Safety has always been a priority for Remington" by underlining it.

- Include the following information related to opt-out and objection deadlines, which were set after the Parties submitted their proposed Reminder Notice to the Court: "Even if you do nothing you will be bound by the Court's decisions. If you want to keep your right to sue the Defendants yourself, you must exclude yourself from the Settlement Class by **November 18, 2016**. If you stay in the Settlement Class, you may object to the Settlement by **November 18, 2016**."

The revised Reminder Notice is attached as Exhibit A.

The Parties have also agreed to make certain, non-material changes to the radio notice transcript (Doc. #127-1) as detailed in Paragraph 77 of the Fourth Amended Settlement Agreement. More specifically, the Parties have agreed to:

- Include deadlines for opting out and objecting, both of which were set after the Parties submitted their Joint Supplemental Brief Pursuant to the Court's December 8, 2015 Order. In order to stay within the 60-second radio ad time limit, these additions required the deletion of certain non-material language, as follows:

  "Reminder to Remington Rifle Owners

  Owners of certain Remington rifles should take notice of a proposed nationwide class action settlement. The plaintiffs claim that the trigger mechanisms of certain bolt action rifles, such as the Remington Model 700 and certain other models, are defectively designed and can result in firing without a trigger pull. Remington denies these allegations, but—to serve its valued customers— may replace these triggers for no charge with a brand new X-Mark Pro trigger or other trigger mechanism. Safety has always been a priority for Remington. You may opt out or object by November 18. To participate or learn more, visit "Remington Firearms Class Action Settlement Dot Com," or call 1- 800-876-5940. That's 1-800-876-5940. 1-800-876-5940."

The Parties respectfully request notification should the Court have any concerns about these proposed revisions.

Date: August 31, 2016

NEBLETT, BEARD & ARSENAULT

     s/ Richard Arsenault
Richard Arsenault
2220 Bonaventure Court
Alexandria, LA 71301
Phone: 800-256-1050
Fax: 318-561-2592
rarsenault@nbalawfirm.com

Respectfully submitted,

SHOOK, HARDY & BACON LLP

     s/ John K. Sherk
John K. Sherk, MO Bar #35963
Amy M. Crouch, MO Bar #48654
Molly S. Carella, MO Bar #56902
Brent Dwerlkotte, MO Bar #62864
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
jsherk@shb.com

W. Mark Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
wml@lanierlawfirm.com


Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  215-592-1500
Fax:  215-592-4663
cschaffer@lfsblaw.com

Eric D. Holland
R. Seth Crompton
HOLLAND LAW FIRM, LLC
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Tel:  314-241-8111
Fax:  314-241-5554
eholland@allfela.com
scrompton@allfela.com

**Class Counsel**

Jon D. Robinson
Christopher Ellis
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, IL 62523
Phone:  217-429-4296
Fax: 217-329-0034
jrobinson@brelaw.com
cellis@brelaw.com

John R. Climaco
John A. Peca
CLIMACO, WILCOX, PECA, TARANTINO &
GAROFOLI CO., LPA
55 Public, Suite 1950
Cleveland, OH 44113
jrclim@climacolaw.com
japeca@climacolaw.com

and

Dale G. Wills
Andrew A. Lothson
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
Phone:  312-321-9100
Fax:  312-321-0990
dwills@smbtrials.com

**Attorneys for Defendants Remington Arms Company, LLC, E.I. du Pont de Nemours & Company, and Sporting Goods Properties, Inc.**

Richard Ramler
RAMLER LAW OFFICE, PC
202 W. Madison Avenue
Belgrade, MT 59714
richardramler@aol.com

Timothy W. Monsees
MONSEES & MAYER, PC
4717 Grand Avenue, Suite 820
Kansas City, MO 64112
tmonsees@mmmpalaw.com
Jordan L. Chaikin
PARKER WAICHMAN LLP
27300 Riverview Center Boulevard, Suite 103
Bonita Springs, FL 34134
jchaikin@yourlawyer.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2016, I filed the foregoing document with the clerk of the court using the court's CM/ECF system, which will serve electronic notice on all parties of interest.

s/ John K. Sherk
**Attorneys for Defendants Remington Arms Company, LLC, E.I. du Pont de Nemours & Company, and Sporting Goods Properties, Inc.**
