UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IAN POLLARD, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:13-CV-00086-ODS |
| REMINGTON ARMS COMPANY, LLC, et al. | ) ) ) |
| Defendants. | ) ) |

### JOINT NOTICE OF NON-MATERIAL CHANGES TO NOTICE PLAN

Pursuant to the Court's August 23, 2016 Order (Doc. #140), and the Court's Amended Order Preliminarily approving Class Action Settlement (Doc. #88 at ¶20), the Parties have agreed to make certain non-material changes to the additional notice proposal ("Plan"). (*See* Doc. #127). The Plan was set forth in the Parties' Joint Supplemental Brief (*see* Doc. #127), and it included social media and radio media campaigns, among other things. The Court adopted and ordered the Parties to implement the Plan and ordered that the media campaigns were to run for four consecutive weeks, commencing within four weeks of the date of the Court's Order. (Doc. #140 at 2, ¶ 7(a)-(b)).

The radio media campaign commenced as scheduled on September 19, 2016, and is scheduled to end four weeks later on October 17. However, the social media campaign did not commence until September 27, 2016, due to logistical issues out of the Parties' control. The social media campaign is scheduled to run for four weeks and end on October 25. The slight delay in commencement of the social media campaign will not impact the November 18, 2016

deadlines for Settlement Class Members to request exclusion or object to the Class Action Settlement.

The Parties respectfully request notification should the Court have any concerns about these proposed revisions.

Date:  October 3, 2016

NEBLETT, BEARD & ARSENAULT

      s/ Richard Arsenault
Richard Arsenault
2220 Bonaventure Court
Alexandria, LA 71301
Phone:  800-256-1050
Fax:  318-561-2592
rarsenault@nbalawfirm.com

W. Mark Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
wml@lanierlawfirm.com

Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  215-592-1500
Fax:  215-592-4663
cschaffer@lfsblaw.com

Eric D. Holland
R. Seth Crompton
HOLLAND LAW FIRM, LLC
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
eholland@allfela.com
scrompton@allfela.com

**Class Counsel**

Respectfully submitted,

SHOOK, HARDY & BACON LLP

      s/ John K. Sherk
John K. Sherk, MO Bar #35963
Amy M. Crouch, MO Bar #48654
Molly S. Carella, MO Bar #56902
Brent Dwerlkotte, MO Bar #62864
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  816-474-6550
Fax:  816-421-5547
jsherk@shb.com

and

Dale G. Wills
Andrew A. Lothson
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
Phone: 312-321-9100
Fax:  312-321-0990
dwills@smbtrials.com

**Attorneys for Defendants Remington Arms Company, LLC, E.I. du Pont de Nemours & Company, and Sporting Goods Properties, Inc.**

Jon D. Robinson
Christopher Ellis
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, IL 62523
Phone: 217-429-4296
Fax: 217-329-0034
jrobinson@brelaw.com
cellis@brelaw.com

John R. Climaco
John A. Peca
CLIMACO, WILCOX, PECA, TARANTINO &
GAROFOLI CO., LPA
55 Public, Suite 1950
Cleveland, OH 44113
jrclim@climacolaw.com
japeca@climacolaw.com

Richard Ramler
RAMLER LAW OFFICE, PC
202 W. Madison Avenue
Belgrade, MT 59714
richardramler@aol.com

Timothy W. Monsees
MONSEES & MAYER, PC
4717 Grand Avenue, Suite 820
Kansas City, MO 64112
tmonsees@mmmpalaw.com
Jordan L. Chaikin
PARKER WAICHMAN LLP
27300 Riverview Center Boulevard, Suite 103
Bonita Springs, FL 34134
jchaikin@yourlawyer.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2016, I filed the foregoing document with the clerk of the court using the court's CM/ECF system, which will serve electronic notice on all parties of interest.

                                                      s/ John K. Sherk
                                              **Attorneys for Defendants Remington Arms Company, LLC, E.I. du Pont de Nemours & Company, and Sporting Goods Properties, Inc.**