December 12, 2016

Judge Ortie Smith

Charles Evans Whittaker Courthouse

400 East 9th Street

Kansas City, Missouri 64106

Re: Pollard v. Remington Arms Co., LLC et al Case No. 4:13-cv-00086-ODS (W.D. MO.)

Dear Judge Smith:

I am an owner of a Remington Model 700 rifle that is subject to the recall settlement in the above referenced class action suit. For two weeks I have been unsuccessful in my attempts to return the rifle to Remington. I have followed all of the instructions on their website and spoken to over six customer service representatives at the Company. I am now convinced the Remington Arms Co. is intentionally making it difficult for owners, such as me, to have our defective guns properly repaired. I suspect that my experience and issues with the settlement will help you understand why such a small percentage of the millions of defective guns have actually been repaired. The facts:

1. Remington's website is plagued with errors (See attachment A). I have notified Remington employees on multiple occasions only to be told that they are aware of the issues and have no intention to fix them.

2. The lack of a functioning website has forced me to call Remington's service number. I have called the number over six times and experienced: a. hold times of over 30 minutes, b. representatives that intentionally disconnect the line, c. a lack of managers on duty, d. computer systems that are unable to locate my recall submission despite having a service request number and the serial number for my gun which was required to make the submission, and e. lies about attempted pick-up of my gun (I have been working from home so I know that UPS has not attempted a pick-up).

3. Remington will not let me drop off my gun at the local UPS store for shipment. Why? I have even offered to pay for the shipping just to have the gun fixed!

4. The recall execution has exposed some serious flaws:

    a. I have never been notified personally about the recall, and instead, saw it on NBC News. I purchased the gun new only a few years ago so it must be in the federal database. Furthermore, I am an avid sportsman – hunt and fish all of the United States – and have never seen a recall notice even when buying licenses in 6 states this past year.

    b. I just spent over $100 to have a scope professionally mounted on the gun. Remington requires me to remove the scope prior to shipment. They will not reimburse me to have the scope remounted. Furthermore, I will have to spend approximately $50 in ammunition (yes – I use expensive ammunition) to have the gun properly sighted-in once the scope is remounted. I am highly confident

that most gun owners are balking at indirectly paying over $100 to have a trigger fixed. This is likely driving down recall participation rates.

      c. I have reached out to every one of the plaintiff's counsels and have yet to receive a return call or email. It is clear that the lawyers are not looking out for the best interests of the Class or the American public. Instead, they just want their share of the $12.5 million settlement so that they can quickly move on to their next case.

I have never written a letter to a judge before and have never willingly participated in a class action suit; however, as an American citizen, a proud gun owner, and a concerned parent of three small children I find Remington's actions despicable, arrogant and downright dangerous. For the safety of all Americans these guns need to be fixed and I hope that you consider my observations to amend the recall provisions and punish Remington for their behavior. Please do not hesitate to contact me should you wish to discuss in more detail.

Sincerely,

*Paul Vigano*

Paul Vigano

55 Wahackme Rd.

New Canaan, CT 06840

pvigano@whitney.com

917-494-2334



Attachment A



JEFFERSON CITY MO 685

02 DEC 2016 PM 3 A

Judge Ortie Smith
Charles Evans Whittaker Courthouse
400 East 9th Street
Kansas City, MO 64106

64106-286127



Paul Vigano
55 Wahackme Rd
New Canaan CT 06840-3974