# App. A:
# Bolcome Decl., Ex. 8.i
# Part I

RD-6542-1 Rev. 2-15-61

NO   GUN EXAMINATION REPORT   NUMBER: _____   MODEL: 700

GENERAL CONDITION: NEW   R #: 22775

OUTSIDE WORK: No   DATE: 10-15-70

FROM: MARKLEYSBURG,

FIRED AMMO TYPE: PA.

& CONDITION:   GUN # : 6262918

PROOF: R.E.P.   INSP.: 9   TEST: _____   CODE: OS = 7/60

HEADING: O.K.   GA./CAL.: 22-250

BREECH OPENING: —   CHECKED BY: C. PROSSER

RECOIL SHOULDERS: —   APPROVED: _____

CHAMBER: —   APPROVED: _____

TEST: FUNCTION ONLY   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

COMPLAINT: FOLLOWS DOWN WHEN SAFETY IS PUSHED OFF.

INCIDENT: _____

COMMENTS: THE DIMENSION FROM THE TOP OF THE TRIGGER TO

CENTER OF TRIGGER PIN HOLE BEING .011 OVERSIZE

ELIMINATES MOST OF THE CLEARANCE NEEDED FOR THE

TRIGGER - CONNECTOR TO RETRACT WITH THE SAFETY ON

PLAINTIFF'S
EXHIBIT
3307

AL 0029842

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT . NUMBER: _____     MODEL: __700 BDL__

GENERAL CONDITION: _NEW_     R #: __22570__

OUTSIDE WORK: __NO__     DATE: __11-2-70__

FROM: __LIMA, OHIO__

FIRED AMMO TYPE:

& CONDITION:     GUN #: __6233914__

PROOF: __~__     INSP.: ____     TEST:     CODE: __CS = 4/69__

HEADING: __~__     GA./CAL.: __222__

BREECH OPENING: __—__     CHECKED BY: __C, PROSSER__

RECOIL SHOULDERS: __—__     APPROVED: _____

CHAMBER: __—__     APPROVED: _____

TEST: __NO__     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

__O.K.__

COMPLAINT: _FIRES WHEN SAFE IS RELEASED._

INCIDENT: _TRIGGER CONNECTOR MOVES UP WHEN TRIGGER IS_
_PULLED WITH THE SAFETY ON._

COMMENTS: _TRIGGER CONNECTOR IS .007 OVERSIZE ON TRIGGER_
_CLEARANCE. TRIGGER IS .006 UNDERSIZE ON CONNECTOR_
_CLEARANCE. THIS EXCESSIVE CLEARANCE ALLOWS THE_
_CONNECTOR TO WORK UP, INTERFERE WITH THE SEAR AND_
_FAIL TO RETRACT UNDER THE SEAR RESULTING IN_
_FOLLOW DOWN WHEN THE SAFETY IS PUSHED OFF._

PLAINTIFF'S
EXHIBIT
3244

1 of 1

AL 0029776

RD-6542-1 Rev. 2-15-61

I. __No__   GUN EXAMINATION REPORT   NUMBER: _____   MODEL: __700 BDL__

GENERAL CONDITION: __NEW__   R #: __026826__

OUTSIDE WORK: __SCOPE MOUNTED__   DATE: __12-18-72__

FROM: __DICK'S SPT. SHOP__

FIRED AMMO TYPE:   __STAHLSTOWN, PA.__

& CONDITION: __ASSEMBLER C__   GUN #: __622 3531__

PROOF: __R.E.P.__   INSP. __?__   TEST: __87__   CODE: __AS = 3/69__

HEADING: __O.K.__   Gr./CAL.: __3006__

BREECH OPENING: __—__   CHECKED BY: __C. PROSSER__

RECOIL SHOULDERS: __O.K.__   APPROVED: _____

CHAMBER: __O.K.__   APPROVED: _____

TEST: __NO__   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

__SEAR - TRIGGER CONNECTOR ENGAGEMENT .015 (MIN.__
__IS .020) BURRS ON SEAR AND TRIGGER. TRIGGER__
__1.074 (MODEL DRAWING = 1.076/1.079) CONNECTOR 1.081 (1.080/1.083)__
__SAFETY CENTER OF PIVOT TO TOP OF CAM .290 (.292/.296)__

COMPLAINT: __"MISFIRES WHEN HE PUSHES THE SAFE OFF"__

INCIDENT: __FOLLOW DOWN__

COMMENTS: __FOLLOW DOWN COULD HAVE BEEN DUE TO__
__BURRS BINDING AND PREVENTING RETRACTION OR__
__EXCESSIVE CONNECTOR -TRIGGER CLEARANCE__
__ALLOWING THE CONNECTOR TO WORK UP TO INTERFERE__
__WITH THE SEAR WHICH THE SAFETY DID NOT LIFT__
__ENOUGH TO CLEAR.__

PLAINTIFF'S EXHIBIT 3193

AL 0029723

EXHIBIT 42
PAGE 3

RD-6542-1, Rev. 2-15-61

P.I. _No_   GUN EXAMINATION REPORT   NUMBER: _____   MODEL: _700'ADL_

GENERAL CONDITION: _Good_   R#: _22791_

OUTSIDE WORK: _No_   DATE: _11-12-71_

FROM: _Christy Gun Works_

FIRED AMMO TYPE: _____   _Sacramento, Cal._

& CONDITION: _____   GUN #: _6372120_

_ASSEMBLER 12_

PROOF: _R.E.P.A._   INSP.: _None_   TEST: _13_   CODE: _No Cod_

HEADING: _Bolt Closes on Assembly Max._   BAR/CAL.: _3006_

BREECH OPENING: _____   CHECKED BY: _C. Prosser_

RECOIL SHOULDERS: _O.K._   APPROVED: _____

CHAMBER: _O.K._   APPROVED: _____

TEST: _No_   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

_No Damaged Components._

COMPLAINT: _Gun Fires When Safety Is Released._

INCIDENT: _Follow Down._

COMMENTS: _Malfunction Not Verified By Writer._
_However, Examination of the Trigger Reveals_
_Several Small Metal Shavings Which May Have,_
_If Concentrated in one Position, Reduced The_
_Engagement to a Dangerous Level._
_Trigger Pull Was Four Pounds, Sear-Connector_
_Engagement Was .020._

PLAINTIFF'S
EXHIBIT

AL 0029765

EXHIBIT 42
PAGE 4

RD-6542-1 Rev. 2-15-61

*(Curt Ampl.)*

P.I. NO _____   GUN EXAMINATION REPORT NUMBER: _____   MODEL: **700 ADL**

GENERAL CONDITION: *Good*   R # : **000130**

OUTSIDE WORK: *Scope Mounted, Butt Pad*   DATE: *1-11-73*

*Fitted.*   FROM: *Estell Curry*

FIRED AMMO TYPE: _____   *Gatesville, Texas*

& CONDITION: _____   GUN # : *165224*

PROOF: *R.E.P.*   INSP. *ASSEMBLER 6* *D*   TEST: *87*   CODE: *WM = 8/65*

HEADING: *—*   GK./CAL.: *243 Win.*

BREECH OPENING: *—*   CHECKED BY: *C.PROSSER*

RECOIL SHOULDERS: *O.K.*   APPROVED: _____

CHAMBER: *O.K.*   APPROVED: _____

TEST: *No*   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

*Steel Chips Between Trigger and Connector.*

*Hardened Lubricant Around Sear. Evidence of*

*Firing Pin Head Catching on Rear-Left Corner*

*of Housing.*

COMPLAINT: *Fired as Bolt was Unlocked*

INCIDENT: *Follow Down*

PLAINTIFF'S
EXHIBIT
3183

COMMENTS: *The Chips Between Trigger and Connector*

*Cause Sear-Connector Engagement to Vary*

*Leading to Follow-Down. The Hardened*

*Lubricant and Firing Pin Head-Housing Inter-*

*ference Also Contribute to Follow-Down*

*Malfunctions.*

AL 0029713

M-700

## Guns Returned with Causes Related to Trigger Assembly - CONNECTOR

| Cause Code · Description | 1975 | | 1974 | | 1973 | | 1972 | | 1971 | | 5-YR. TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3200 – Mutilated | 1 | | 1 | | | | | | | | 2 |
| 3201 – Broken, cracked | 2 | | 2 | 8 | 2 | | 4 | | 1 | 8 | 27 |
| 3202 – Rusty | | | | | | | | | | | |
| 3203 – Bent | | | 1 | 1 | | | | | | | 2 |
| 3204 – Sticky | | | | | | | 1 | 1 | | | 2 |
| 3205 – Binds on trigger plate or in trigger, or in Rec. | | | | | | | | | | | |
| 3206 – Corners rounded at engagement surfaces | | | | | | | | | | | |
| 3207 – Soft | | | | | | | | | | | |
| 3208 – Chips, etc., under connector | | | | | | | 1 | | | | 1 |
| 3209 – Out of pos. | | | | | 1 | 1 | | | 1 | | 2 |
| 3210 – Connector spring weak, buckled | | | | | | | | | | | |
| 3211 – Missing, loose | | | | | | | 1 | 1 | | | 1 |
| 3212 – Not adjusted properly (follow down) | | | 1 | | | | | | 3 | | 4 |
| 3213 – Connector defective | | | 2 | 2 | | | | | 1 | 2 | 7 |
| 3214 – Connector guide pin broken, missing, defective | | | | | | | | | | | |
| 3215 – Connector spring missing | | | | | | | | | | | |
| 3216 – Came loose from trigger | | | | | | | | | | | |
| 3217 – | | | | | | | | | | | |
| 18 – | | | | | | | | | | | |
| 19 – | | | | | | | | | | | |
| 3220 – | | | | | | | | | | | |
| YEARLY TOTALS | 3 | 0 | 6 | 3 | 0 | 3 | 1 | 6 | 2 | 4 | 48 |

REQ. F. MARTIN (R+D)
by G BULLIS
6/4/76

AL-0022409

3g3

cc: W.E. Leek
    G. Martin

RO-62-8

# REMINGTON ARMS COMPANY, INC.

INTER-DEPARTMENTAL CORRESPONDENCE

*Remington*       *PETERS*

*"CONFINE YOUR LETTER TO ONE SUBJECT ONLY"*_____

Ilion, New York
March 3,    1976

TO:        J. P. LINDE

FROM:     F. E. MARTIN

SUBJECT:  M/700 L.H. 30/06 Ser. #6858856
            Customer Complaint-Accidental Discharge

-------------------------------------------

    This rifle was received from Arms Service the afternoon of Feb. 27, 1976, for examination by R & D people. Initial examination was made March 1, 1976 using the proposed changes to the Field Service Manual as a guide. Involved in the examination were, J. P. Linde, C. F. Prosser and F. E. Martin. All three people involved tested this gun and were unable to duplicate the customer described accidental discharge. In addition to this, C. F. Prosser and F. E. Martin continued the examination for the following items:

        Trigger Pull - 6 1/4#

        Fire Control Housing bent or misshapen - No

        Alignment of Firing Pin cock notch - Acceptable

        Bolt Alteration - None

        Binding of firing pin head in receiver or fire control housing - No sign.

        Freedom of movement of both sear safety cam and trigger connector - OK

        Fit of trigger connector to trigger - Acceptable

    To accomplish the above examination it was necessary to partially disassemble the fire control and as a result it was noted that the Fire Control housing contained many small metal particles and oil, also a large chip was found in the sear spring hole along side of the sear spring. It is not Remington's procedure to oil the fire control of this gun, it is supplied with a dry lubricant.

    It is felt by C. F. Prosser and F. E. Martin that the fire control in the condition it was found at time of disassembly, with the oil and chips present, could have caused an accidental discharge. All parts inspected were found to be to manufacturing tolerances.

FEM:bd

REM/0087274

LUN 0018608

RECEIVED MAR 2 7 1990

FILED
at 2:55 o'clock ___M

MAR 23 1990

FRANCES BENNELL
Clerk of District Court Brazoria Co., Texas
DEPUTY

CAUSE NO. 87C2042

DAVID T. CRAIG )
        Plaintiff )
 )
VS. )
 )
REMINGTON ARMS CO., INC. AND )
DEBBIE JAMES )
        Defendants )

IN THE DISTRICT COURT

BRAZORIA COUNTY, TEXAS

23RD JUDICIAL DISTRICT

## ORDER IMPOSING SANCTIONS UPON DEFENDANT REMINGTON ARMS CO., INC.

On this day came on for consideration Plaintiff's motion for sanctions against Defendant, Remington Arms Co., Inc.. After careful consideration of the motion; the previous orders of this Court; the pleadings and exhibits on file; the prior course of discovery in this case; the conduct of counsel for Remington during the trial of this case; the findings pursuant to Rule 171 of the Special Master, and the arguments and authorities provided by counsel, the Court is of the opinion that Plaintiff's motion is meritorious and should be GRANTED. The Court finds that Remington and it's attorney B. Lee Ware, have acted in bad faith and have abused the discovery process in violation of this Court's order of February 9, 1989 and in violation of Rules 166b and 215 of the Texas Rules of Civil Procedure. Accordingly, the Court hereby imposes the following sanctions against the Defendant, Remington Arms Co., Inc.:

    (1) The pleadings of Remington Arms Co., Inc. are stricken
        and a default judgment is hereby rendered against
        Remington on all issues establishing Remington's
        liability to David Craig for actual damages and
        exemplary damages.

1

(2)  The following facts are taken as established against Remington:

(a)  The Model 700 rifle in question was defectively designed at the time it was manufactured in that it was unreasonably dangerous as designed taking into consideration the utility of the product and the risk involved in its use.

(b)  Remington was negligent in the design of the Model 700 rifle in question and in the other particulars as alleged by Plaintiff;

(c)  The defective design and negligence of Remington were a producing and a proximate cause of David Craig's injuries; and

(d)  Remington was grossly negligent in the design of the rifle in question and in the other acts of negligence as alleged by Plaintiff sufficient to support an award of exemplary damages.

(3)  Remington Arms Co., Inc. shall not be allowed indemnity, contribution or any offset based upon the comparative responsibility of any other party or person with regard to the injuries sustained by David Craig.

(4)  Remington shall not be allowed to produce any evidence nor to support or oppose the issues established by paragraphs (1) and (2) of this order. The only issues that may be contested by Remington upon a trial of this matter are the amount of actual damages sustained by David Craig and the amount of exemplary damages that may be assessed against Remington;

(5)  Remington is prohibited from requesting any further discovery in this cause; and

(6)  All costs of Court are taxed against Remington Arms Co., Inc.

SIGNED this the 21st day of March, 1990.

JUDGE BEN MARTINEZ

2

PR 6542-1 Rev. 2-15-61

P.I. No _____ GUN EXAMINATION REPORT NUMBER: _____    MODEL: 700

GENERAL CONDITION: NEW      R #: 013812

OUTSIDE WORK: SCOPE MOUNTED      DATE: 7-12-72

     FROM: CHRISTMAN'S INC.

FIRED AMMO TYPE: REMINGTON      DARIEN, CT.

   & CONDITION: _____      GUN #: 6394467

    ASSEMBLER 97

PROOF: R.E.P.-   INSP.: 74   TEST: _____      CODE: XT = 12/70

HEADING: O.K.      GA./CAL.: 222

BREECH OPENING: —      CHECKED BY: C.PROSSER

RECOIL SHOULDERS: O.K.      APPROVED: _____

CHAMBER: O.K.      APPROVED: _____

TEST: 10 ROUNDS - O.K.      APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)      APPROVED: _____

CONNECTOR - SEAR ENGAGEMENT .010 (MIN. IS .020) TRIGGER

PULL = 2 LBS. (MIN. IS 3 LBS.) NECK MEASURES .460 (MIN. = .4518)

THROAT IS SHALLOW.

_____

_____

COMPLAINT: "CHAMBER NECK IS TOO SHORT, CHECK TRIGGER AT

LIGHT SETTING"

INCIDENT: POTENTIAL FOLLOW DOWN.

_____

COMMENTS: THIS RIFLE WAS RETURNED QUESTIONING THE FRONT

OF THE CARTRIDGE CASE BEING MARKED, WHICH IS

THE MARK OF THE CASE WIPING ACROSS THE RECEIVER

IN BEING EJECTED. THE LIGHT TRIGGER PULL AND UNDER

MIN. ENGAGEMENT COULD HAVE LED TO A MORE SERIOUS

COMPLAINT LATER.

PLAINTIFF'S EXHIBIT 3224

AL 0029756

*Missing firing*
*complaint*

1. NO    GUN EXAMINATION REPORT   NUMBER: _____

MODEL: 700 BDL

GENERAL CONDITION: NEW

R #: 013324

OUTSIDE WORK: No

DATE: 7-6-72

FROM: MEYER HONES SPTGS, INC.

FIRED AMMO TYPE: _____

GOLDEN, COLO.

& CONDITION: _____

GUN #: 6230255

ASSEMBLER H/B

PROOF: R.E.P.   INSP.: 73   TEST: 87

CODE: AS = 3/69

HEADING: _____

GK./CAL.: 6 MM REM.

BREECH OPENING: —

CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.

APPROVED: _____

CHAMBER: O.K.

APPROVED: _____

TEST: No

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

CONNECTOR CLEARANCE ON TRIGGER .004 UNDER MIN. & OF
PIN TO TOP OF TRIGGER ON MAX. TRIGGER HITS TOP OF
HOUSING. HEAVY LUBRICANT USED INSIDE HOUSING.
SAFETY R. .001 UNDER MIN. CONNECTOR CATCHES ON SEAR
WITH SAFETY ON.

COMPLAINT: "HAMMER FALLS"

INCIDENT: FOLLOW DOWN

COMMENTS: THE COMBINATION OF LOW SAFETY, HIGH TRIGGER
AND TRIGGER BIND CAUSES FAILURE TO RETRACT WHEN
TRIGGER IS PULLED WITH SAFETY ON, THEN FOLLOW
DOWN WHEN SAFETY IS PUSHED OFF.

PLAINTIFF'S
EXHIBIT
3225

181

AL 0029757

RD-6542-1 Rev. 2-15-61

_NO_   GUN EXAMINATION REPORT   NUMBER: _____   MODEL: $\rightarrow$700   _Cust._ _Complaint_

GENERAL CONDITION: _NEW_   R #: _013117_

OUTSIDE WORK: _Scope Mounted_   DATE: _6-19-72_

FROM: _SPORTSMEN'S DEN_

FIRED AMMO TYPE: _MT. SHASTA, CAL._

& CONDITION: _ASSEMBLER 65_   GUN #: _6249832_

PROOF: _R.F.P-D_   INSP.: _74_   TEST: _87_   CODE: _PS = 6/69, CW3 = 4/72_

HEADING: _O.K._   GA./CAL.: _7MM_

BREECH OPENING: _—_   CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._   APPROVED: _____

CHAMBER: _O.K._   APPROVED: _____

TEST: _No_   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

_SEAR-TRIGGER CONNECTOR ENGAGEMENT .010 (MIN. = .020)_
_BOTH SEAR AND CONNECTOR DAMAGED ON ENGAGEMENT_
_CORNERS. CONDITION OF FIRING PIN HOLE & FIRING PIN_
_POINT INDICATE PRIMER PIERCING HAS BEEN EXPERIENCED._

COMPLAINT: _WILL NOT FIRE_

INCIDENT: _FOLLOW DOWN_

COMMENTS: _THE CUSTOMER PROBABLY EXPERIENCED A PIERCED_
_PRIMER WHICH WITH THE .010 ENGAGEMENT, CAUSED THE_
_SEAR-CONNECTOR DAMAGE RESULTING IN FOLLOW-_
_DOWN._

PLAINTIFF'S
EXHIBIT

3226

AL 0029758

EXHIBIT 35
PAGE 3

Case 4:13-cv-00086-ODS   Document 176-11   Filed 01/17/17   Page 13 of 22

RD-6542-1 Rev. 2-15-61

M/pt Customer Complaint

GUN EXAMINATION REPORT NUMBER: _____

MODEL: 700

A. *No*

GENERAL CONDITION: *NEW*

R #: 012925

OUTSIDE WORK: *No*

DATE: 6-14-72

FROM: LEO'S CUSTOM STOCKS

FIRED AMMO TYPE: _____

BETHEL PARK, PENN.

& CONDITION: _____

GUN #: 6445877

ASSEMBLER 56

PROOF: R.E.R.N    INSP.: 73    TEST: 13

CODE: PU = 6/71

HEADING: O.K.

GK./CAL.: 17 REM.

BREECH OPENING: —

CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.

APPROVED: _____

CHAMBER: O.K.

APPROVED: _____

TEST: *No - 20 Rounds With No Blown Primers* APPROVED: _____
*AFTER New Bolt.*
COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

TRIGGER CONNECTOR & SEAR ENGAGEMENT .010, BOTH

CORNERS BROKEN OFF. FIRING PIN ASSEMBLY RUSTED.

BOLT BODY STAINED & FIRING PIN HOLE AT HEADING SHARP.

_____

_____

COMPLAINT: WHEN HE CLOSED THE BOLT ON THE FOURTH ROUND

IT WENT OFF.

INCIDENT: FOLLOW DOWN.

_____

_____

COMMENTS: THE CORNER BREAKAGE ON THE SEAR AND

TRIGGER CONNECTOR, WHICH RESULTED IN FOLLOW-DOWN,

IS THE RESULT OF INSUFFICIENT ENGAGEMENT AND PRIMER

PIERCING.

PLAINTIFF'S
EXHIBIT
3227

AL 0029759

RD-6542-1 Rev. 2-15-61

*M/700 Customer Complaint.*

| | |
|---|---|
| ~~No~~ GUN EXAMINATION REPORT NUMBER: | MODEL: 700 |
| GENERAL CONDITION: *NEW* | R #: 012758 |
| OUTSIDE WORK: *FRONT ADJUSTING SCREWS* | DATE: 6-12-72 |
| *UNSEALED.* | FROM: *J.V. ELIOT JR.* |
| FIRED AMMO TYPE: | *SAN MEOTO, CALIF.* |
| & CONDITION: | GUN #: 6446926 |
| PROOF: *R.E.P.-L* INSP.: *ASSEM. 30* *51* TEST: *84* | CODE: *DU = 9/71* |
| HEADING: *O.K.* | GR./CAL.: *17 REM.* |
| BREECH OPENING: *-* | CHECKED BY: *C. PROSSER* |
| RECOIL SHOULDERS: *EXCESSIVE RADIUS* | APPROVED: |
| CHAMBER: *O.K.* | APPROVED: |
| TEST: *NO* | APPROVED: |
| COMPONENT CONDITION: (Damaged, Broken, Old Style) | APPROVED: |

*CORNER OF SEAR CHIPPED OFF. FIRING PIN HOLE NOT*

*ROUNDED. FIRING PIN HOLE REAR, NOT CLEANED - FIRING*

*PIN ASSEMBLY RUSTY. ENGAGEMENT UNDER MIN. - SEAR TO*

*CONNECTOR.*

COMPLAINT: *FOLLOWS DOWN*

INCIDENT: *FOLLOW DOWN*

COMMENTS: *EVIDENTLY THE CUSTOMER EXPERIENCED A PIERCED*

*PRIMER, WHICH WITH UNDER MIN ENGAGEMENT CAUSED*

*THE CORNER OF THE SEAR TO CHIP OFF.*

PLAINTIFF'S
EXHIBIT
3228

AL 0029760

RD-6542-1 Rev. 2-15-61

*Customer Complaints*

P-I. *No*    GUN EXAMINATION REPORT   NUMBER: _____   MODEL: *700 BDL*

GENERAL CONDITION: *GOOD*    R #: *12354*

OUTSIDE WORK: *SCOPE MOUNTED, TRIGGER*   DATE: *6-16-71*

*ASSEMBLY ADJUSTED (FRONT SCREWS)*   FROM: *RON McKINNEY*

FIRED AMMO TYPE: _____    *THOMASTON, TEXAS*

& CONDITION: _____    GUN #: *6324285*

*ASSEMBLER 41*

PROOF: *REP-G*   INSP.: *73*   TEST: *87*    CODE: *AT= 3/70*

HEADING: *CLOSES ON MAX. HEADING DUMMY*   Lt./CAL.: *25-06*

BREECH OPENING: *-*    CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*    APPROVED: _____

CHAMBER: *O.K.*    APPROVED: _____

TEST: *No*    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

*FIRING PIN POINT FLAT ON SIDES, TRIGGER CONNECTOR*

*BROKEN, GRIP CAP OFF. RADIUS AT REAR OF RECOIL*

*SHOULDERS ON BOLT.*

COMPLAINT: *"CANNOT GET THE TRIGGER TO STAY IN ADJUSTMENT",*

*"WHEN I SHOOT THE RIFLE, THE FIRING PIN KNOCKS HOLES IN THE FIRES."*

INCIDENT: *FOLLOW-DOWN & PIERCED PRIMER.*

COMMENTS: *THE BROKEN TRIGGER CONNECTOR FAILING TO RETRACT*

*CAUSED THE FOLLOW-DOWN. PRIMER PIERCING MAY*

*HAVE BEEN CAUSED BY THE DEFORMED FIRING PIN POINT.*

*-REPLACED TRIGGER CONNECTOR.*

*REPLACED BOLT ASSEMBLY & FIRING PIN - SEE ABOVE.*

PLAINTIFF'S
EXHIBIT

3229

*181*

AL 0029761

RD-6542-1 Rev. 2-15-61

→ Customer Complaint (CHP)

GUN EXAMINATION REPORT NUMBER: _____

MODEL: 700 BDL

I _NO_

GENERAL CONDITION: _NEW_

R #: _010030_

OUTSIDE WORK: _NO_

DATE: _5-1-72_

FROM: _ODELL HOWE'S,_

_GREENSBORO, N.C._

FIRED AMMO TYPE: _____

& CONDITION: _Assembler 12_

GUN #: _6429469_

PROOF: _R.F.S.H_  INSP.: _51_  TEST: _13_

CODE: _EU = 10/71_

HEADING: _O.K._

Gk./CAL.: _3006_

BREECH OPENING: _—_

CHECKED BY: _C. PEDDICER_

RECOIL SHOULDERS: _O.K._

APPROVED: _____

CHAMBER: _O.K._

APPROVED: _____

TEST: _NO._

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

_—NO BROKEN COMPONENTS. CONNECTOR, SEAR ENGAGE-_

_MENT = .008  MIN. IS .020 ALSO FOUND METAL CHIP_

_BETWEEN TRIGGER & CONNECTOR._

COMPLAINT: _WILL NOT FIRE._

INCIDENT: _FOLLOWS DOWN._

COMMENTS: _THE METAL CHIP BETWEEN THE TRIGGER AND_

_CONNECTOR REDUCED THE CONNECTOR - SEAR ENGAGE-_

_MENT TO ZERO CAUSING THE FOLLOWS DOWN._

PLAINTIFF'S
EXHIBIT
3230

AL 0029762

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT   NUMBER: _____   MODEL: __700 ADL__

GENERAL CONDITION: __NEW.__   R #: __010133__

OUTSIDE WORK: __NO__   DATE: __5-1-72__

FROM: __RUDY'S GUN EXCH.__

__WYNDMERE, N.DAK.__

FIRED AMMO TYPE: ____   GUN #: __6450564__

& CONDITION: ____

ASSEMBLER #59

PROOF: __R.E.P.-L__   INSP.: __55__   TEST: ____   CODE: __PU= 6/71__

HEADING: __O.K.__   BA./CAL.: __300G__

BREECH OPENING: ____   CHECKED BY: __C.PROSSER__

RECOIL SHOULDERS: __O.K.__   APPROVED: ____

CHAMBER: __O.K.__   APPROVED: ____

TEST: __NO.__   APPROVED: ____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: ____

__-TRIGGER CONNECTOR BROKEN.__

_____

_____

_____

_____

COMPLAINT: "__TRIGGER DOES NOT WORK PROPERLY AND GUN__

__WONT COCK__"

INCIDENT: __FOLLOWS DOWN__

_____

COMMENTS: __THE BROKEN TRIGGER CONNECTOR FAILS TO RETRACT,__

__SO THAT THE SEAR, BEING UNSUPPORTED DOES NOT__

__STOP THE FIRING PIN WHICH FOLLOWS DOWN.__

PLAINTIFF'S
EXHIBIT
3231

AL 002976%

RD-6542-1 Rev. 2-15-61                                        *Custom Complaint*

P.I. *No*    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: *700 BDL*

GENERAL CONDITION: *Good*                                 R # : *23021*

OUTSIDE WORK: *SCOPE MOUNTED. TRIGGER*    DATE: *11-15-71*

*ADJUSTMENTS CHANGED*                      FROM: *WILLIAM H. ULERY*

FIRED AMMO TYPE: _____                        *OBERLIN, KANSAS.*

& CONDITION: _____                       GUN # : *6456668*
                   *ASSEMBLER 73*
PROOF: *R.E.P.-0* INSP. *73*  TEST: *66*   CODE: *OU = 7/71*

HEADING: *CLOSES OVER° MAX. BELT GAGE.*   Gr./CAL.: *7MM*

BREECH OPENING: —                          CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *EXCESSIVE RADIUS AT REAR.*  APPROVED: _____

CHAMBER: *O.K.*                            APPROVED: _____

TEST: *No*                                 APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

*No Damaged Components.*

_____

_____

_____

_____

COMPLAINT: *Went off Accidentally while Unloading, Again Later*

*while Loading.*

INCIDENT: *Follow Down.*

_____

_____

COMMENTS: *Customer's malfunction not verified by writer,*

*However His Readjusting Has made it Impossible to*

*Determine whether the Rifle was Correctly*

*Adjusted on Final Assembly.*

_____

PLAINTIFF'S
EXHIBIT
3232

AL 0029764    *181*

RD-6542-1 Rev. 2-15-61

P.I. *No*        GUN EXAMINATION REPORT  NUMBER: _____      MODEL: *700 ADL*

GENERAL CONDITION: *Good*                                        R #: *22791*

OUTSIDE WORK: *No*                                              DATE: *11-12-71*

                                                               FROM: *Christy Gun Works*

FIRED AMMO TYPE: ⌐                                                  *Sacramento, Cal.*

& CONDITION: |                                                 GUN #: *6372120*

                     *Assembler.12*
PROOF: *R.E.P-A*   INSP.: *None*    TEST: *13*                  CODE: *No Cod*

HEADING: *Bolt Closes on Assembly Max.*                        ShT./CAL.: *3006*

BREECH OPENING: ⌐                                              CHECKED BY: *C. Prosser*

RECOIL SHOULDERS: *O.K.*                                       APPROVED: _____

CHAMBER: *O.K.*                                                APPROVED: _____

TEST: *No*                                                     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)              APPROVED: _____

  *No Damaged Components.*

_____

_____

COMPLAINT: *Gun Fires When Safety Is Released.*

INCIDENT: *Follow Down.*

_____

COMMENTS: *Malfunction Not Verified By Writer.*

  *However, Examination of The Trigger Reveals*

  *Several Small Metal Shavings Which May Have,*

  *If Concentrated In One Position, Reduced The*

  *Engagement To A Dangerous Level.*

  *Trigger Pull Was Four Pounds, Sear-Connector*

  *Engagement Was .020.*



**PLAINTIFF'S EXHIBIT 3233**

AL 0029765

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

GUN EXAMINATION REPORT NUMBER: _____

━ . NO

GENERAL CONDITION: _Good_

OUTSIDE WORK: _SCOPE MOUNTED._

FIRED AMMO TYPE: _____

& CONDITION: _____

ASSEMBLER 74

PROOF: _R.E.P-E_  INSP.: _74_  TEST: _87_

HEADING: _O.K._

BREECH OPENING: _—_

RECOIL SHOULDERS: _O.K._

CHAMBER: _O.K._

TEST: _NO_

COMPONENT CONDITION: (Damaged, Broken, Old Style)

_NO DAMAGED OR BROKEN COMPONENTS._

_____

_____

_____

_____

COMPLAINT: _FIRES WHEN SAFE IS PUSHED OFF._

INCIDENT: _____

MODEL: _700_

R #: _19457_

DATE: _10-4-71_

FROM: _GEN. SPT. SUPPLY CO._

_SYRACUSE, N.Y._

GUN #: _6279663_

CODE: _ES = 10/69_

SX./CAL.: _3006_

CHECKED BY: _E. PROSSER_

APPROVED: _____

APPROVED: _____

APPROVED: _____

APPROVED: _____

PLAINTIFF'S
EXHIBIT
3234

COMMENTS: _THE CUSTOMER'S MALFUNCTION COULD NOT BE_
_DUPLICATED ANY WAY. IT WAS NOTED AND VERIFIED_
_BY K. CHADWICK THAT THE CUSTOMER HAD ADDED_
_A LUBRICANT WHICH IS TOO HEAVY (THICK) TO THE_
_TRIGGER ASSEMBLY. THIS, IN COLD CLIMATES WOULD_
_CAUSE A MALFUNCTION SUCH AS THAT CLAIMED BY_
_THE CUSTOMER._

AL 0029766

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

..i. NO GUN EXAMINATION REPORT NUMBER: _____

MODEL: 700 VAR.

GENERAL CONDITION: Good

R # : 010987

OUTSIDE WORK: No

DATE: 5-9-72

FROM: ALVIN A. SMITH

CORYDON, IND.

FIRED AMMO TYPE: -

& CONDITION: _____

GUN # : 6342627

ASSEMBLER 13

PROOF: R.F.P.-C INSP. 9 TEST: 41

CODE: KT - 5/70

HEADING: O.K.

GK./CAL.: 222

BREECH OPENING: _____

CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.

APPROVED: _____

CHAMBER: O.K.

APPROVED: _____

TEST: No

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

TRIGGER CONNECTOR BROKEN. NO STOCK ETC.

COMPLAINT: REPAIR.

INCIDENT: FOLLOW DOWN

COMMENTS: THE BROKEN TRIGGER CONNECTOR COULD NOT

PERFORM ITS FUNCTION OF SUPPORTING THE SEAR

AGAINST THE THRUST OF THE FIRING PIN HEAD.

PLAINTIFF'S
EXHIBIT
3235

AL 0029767