# App. A:
# Bolcome Decl., Ex. 8.i
# Part II

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT   NUMBER: _____   MODEL: _700 F.DL_

GENERAL CONDITION: _NEW_   R#: _006000_

OUTSIDE WORK: _Eaorn Worn. C_   DATE: _3-13-72_

FROM: _Reas.., Huw. Co._

FIRED AMMO TYPE: _____   _Berein-Toaa., Pa._

& CONDITION: _____   GUN #: _6245..._

PROOF: _R.E.P._   INSP.: _7.9_   TEST: _87_   CODE: _05 x 2/..._

HEADING: _—_   Gk./CAL.: _30 A_

BREECH OPENING: _—_   CHECKED BY: _C.P...._

RECOIL SHOULDERS: _O.K._   APPROVED: _____

CHAMBER: _O.K._   APPROVED: _____

TEST: _NO_   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

_SEAR INTACT. EVEREY.... .. .... .._

_CONNECTOR AT ..... ... .... 069 (MISS/H.79) TRIGGER_

_CLEARANCE ON CONNECTOR= 1.090 (HIGH) THIS ADDS UP TO_

_.014 MORE CLEARANCE BETWEEN CONNECTOR AND TRIGGER THAN_

_SPECIFICATIONS._

COMPLAINT: _FIRES WHEN SAFETY IS RELEASED_

INCIDENT: _FOLLOW DOWN_

COMMENTS: _THE EXCESSIVE CLEARANCE ... ... ... ...._

_AND CONNECTOR ALLOW ... ... ... .. ... .._

_... CATCH ON THE SEAR ENGA ... RELEAS.._

_CAUSING FOLLOW DOWN._

PLAINTIFF'S EXHIBIT 3236

AL 0029768

RD-6542-1 Rev. 2-15-61

P   No   GUN EXAMINATION REPORT  NUMBER: _____

MODEL: _700 ADL_

GENERAL CONDITION: _USED_

R #: _006153_

OUTSIDE WORK: _TRIGGER ADJUSTING SCREWS RE-_
_ADJUSTED, SCOPE MOUNTED, & SIGHTS REMOVED._

DATE: _3-10-72_

FROM: _GIBSON PRODUCTS CO._
_MISSOULA, MONTANA._

FIRED AMMO TYPE: _____

& CONDITION: _____

GUN #: _6325677_

PROOF: _P.F.P-D_  INSP.: _9_  TEST: _41_

CODE: _CT = 4/70_

HEADING: _____

GA/CAL.: _2506_

BREECH OPENING: _____

CHECKED BY: _PROSSER_

RECOIL SHOULDERS: _O.K._

APPROVED: _____

CHAMBER: _O.K._

APPROVED: _____

TEST: _NO_

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

_NO BROKEN-DAMAGED COMPONENTS. CONNECTOR CLEARANCE_
_IN TRIGGER 1.070 (MID 1.073%) TRIGGER CLEARANCE IN CONNECTOR_
_1.091 (MID 1.083) ADJUSTMENTS HAVING BEEN ALTERED MAKES IT_
_IMPOSSIBLE TO DETERMIN CONDITION AT OR FINAL ASSEMBLY._
_AS RECEIVED, SEAR CONNECTOR ENGAGEMENT .005 MIN. IS .023._

COMPLAINT: _"SAFETY DEFECTIVE"_

INCIDENT: _MAY HAVE BEEN FOLLOW DOWN_

**PLAINTIFF'S EXHIBIT**
**3237**

COMMENTS: _THE CUSTOMER'S MALFUNCTION COULD HAVE BEEN THE_
_RESULT OF LIGHT TRIGGER PULL. 3LBS. AND INSUF MIN._
_SEAR CONNECTOR ENGAGEMENT. THIS WOULD PERMIT JAR_
_OFF. IT COULD ALSO HAVE BEEN THE RESULT OF THE_
_.014 EXCESS CLEARANCE BETWEEN TRIGGER & CONNECTOR_
_WHICH PERMITS CONNECTOR-SEAR INTERFERENCE PREVENT-_
_ING PROPER TRIGGER-CONNECTOR RETENTION._

AL 0029169

EXHIBIT 35
PAGE 14

RD-6542-1 Rev. 2-15-61

P ~ _NO_    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: _700 ADL_

GENERAL CONDITION: _FAIR_                            R # : _006152_

OUTSIDE WORK: _SCOPE MOUNTED, SIGHTS_    DATE: _3-8-72_
_REMOVED._                                          FROM: _GIBSON PRODUCTS CO._

FIRED AMMO TYPE: _____                            _MISSOULA, MONTANA._

& CONDITION: _____                                GUN # : _6222426_

                    _ASSEMBLED 30_
PROOF: _R.E.P_    INSP.: _____ _13_    TEST: _49_    CODE: _PS = 6/69_

HEADING: _—_                                        GA./CAL.: _3006_

BREECH OPENING: _____                             CHECKED BY: _PROSHEE_

RECOIL SHOULDERS: _O.K._                            APPROVED: _____

CHAMBER: _O.K._                                     APPROVED: _____

TEST: _No_                                          APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

_No BROKEN, DAMAGED COMPONENTS. SEAR, CONNECTOR_

_ENGAGEMENT .06 (MIN.IS .020) TRIGGER CLEARANCE IN_

_CONNECTOR = 1.091 (M/D = 1.083, 1.080); CONNECTOR CLEARANCE ON_

_TRIGGER = 1.071 (M/D = 1.079, 1.076) CONNECTOR IS WARPED AND_

_TRIGGER HAS EXCESSIVE RADIUS UNDER CONNECTOR ON TOP._

COMPLAINT: _DEFECTIVE SAFETY_

INCIDENT: _FOLLOW DOWN IS POSSIBLE_

PLAINTIFF'S
EXHIBIT
3239

COMMENTS: _THE EXCESS CLEARANCE BETWEEN THE CONNECTOR_

_AND TRIGGER (.013 EXCESS) COULD ALLOW THE CONNECTOR_

_TO WORK UP TO INTERFERE WITH THE SEAR PREVENTING_

_RETRACTION WITH THE SAFETY ON. PUSHING THE_

_SAFETY OFF THEN, WOULD RESULT IN A FOLLOW DOWN._

_AL 0029771_  _(of)_

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____     MODEL: _700 ADL_

P— _No_

GENERAL CONDITION: _GOOD_     R # : _005856_

OUTSIDE WORK: _No_     DATE: _3-7-72_

FROM: _COMMODE SPT. EQS._

FIRED AMMO TYPE: _____     _MOBERLY, MO._

& CONDITION: _ASSEMBLED BY_     GUN # : _6243 506_

PROOF: _R.F.P.-E_  INSP.: _9_   TEST: _13_     CODE: _05 = 6/69_

HEADING: _—_     GA./CAL.: _30 ........_

BREECH OPENING: _—_     CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._     APPROVED: _____

CHAMBER: _O.K._     APPROVED: _____

TEST: _No_     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

_No DAMAGE, BROKEN COMPONENTS, TRIGGER PULL 3 LBS._

_No TRIGGER- TRIGGER GUARD INTERFERENCE, SEAR - CON-_

_ECTOR ENGAGEMENT = .026 (MIN. IS .020) PARTS INTACT,_

_HEAVILY OILED._

COMPLAINT: _"GUN SOMETIMES WILL FIRE AS SOON AS BOLT IS_

_CLOSED WITHOUT TOUCHING TRIGGER ........_

INCIDENT: _FIRED ON DOWN_

COMMENTS: _IT APPEARS DEFECTS BEING PRESENT ...._

_OIL USE IN PRODUCING CONDITION TRIGGER - D_

_REMOVE FIRED PARTS POSITION O.K. ASSISTING THE FOLLOW_

_DOWN MALFUNCTION._

PLAINTIFF'S
EXHIBIT
3240

_1 of 1_

AL 0029772

RD-6542-1 /Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____  MODEL: _700_

GENERAL CONDITION: _GOOD_  R #: _005424_

OUTSIDE WORK: _TRIGGER STOP SCREW SEAL_  DATE: _2-25-72_

FROM: _DONALD GAGNON_

_CHICAGO, ILLINOIS_

FIRED AMMO TYPE: _____

& CONDITION: _____  GUN #: _6362419_

ASSEMBLER ✓

PROOF: _R.E.P.·A_ INSP.: _58_  TEST: _13_  CODE: _DT = 9/70_

HEADING: _____  GA./CAL.: _300 G SPR._

BREECH OPENING: _—_  CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _____  APPROVED: _____

CHAMBER: _O.K._  APPROVED: _____

TEST: _NO_  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

_—NO DAMAGED COMPONENTS. HORIZONTAL ENGAGEMENT_

_.030 MIN. = .020 CONNECTOR CLEARANCE ON TRIGGER =_

_1.072 M/D = 1.079/1.076 TRIGGER CLEARANCE ON CONNECTOR =_

_1.089 M/D = 1.083/1.080 . TRIGGER STOP SCREW SEAL BROKEN._

_TRIGGER BIND DETECTABLE, LUBRICANT TOO HEAVY._

COMPLAINT: _FIRES WHEN SAFETY IS RELEASED._

INCIDENT: _TRIGGER FAILS TO RETRACT._

COMMENTS: _THE FIT OF THE TRIGGER TO THE HOUSING, TOO_

_HEAVY LUBRICANT & EXCESS CLEARANCE BETWEEN_

_CONNECTOR AND TRIGGER (.010) COULD LEAD TO THE_

_CUSTOMER'S MALFUNCTION._

PLAINTIFF'S
EXHIBIT
3241

AL 0029773

1 of 1

RD-65A2-1 Rev. 2-15-61

..I. N2    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: 700

GENERAL CONDITION: Good    R #: 222,34

OUTSIDE WORK: Trigger Screws Readjusted    DATE: 12/7/67

FIRED AMMO TYPE: Unknown    FROM: Wissler Western Arms Inc
                                 205 Second St
                                 San Francisco Cal

& CONDITION    GUN #: 300523

PROOF: (REP)    INSP.: 14    TEST: 58    8-67

HEADING: OK    ▨ WIN

BREECH OPENING: _____    CHECKED BY: M T.

RECOIL SHOULDERS: Normal    APPROVED: ▨▨

CHAMBER: _____    APPROVED: hst 1/3/68

TEST: _____    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

Stock cracked, Butt plate missing, Magazine
Box deformed

__un Fired when Safe was moved to
__osition (per customer)

INCIDENT: Gun apparently fired when safe was released and
trigger inadvertently pulled at same time or gun was
hit causing jar off due to improper setting.

COMMENTS: Seal was removed from trig. adjusting screw and en-
gagement set less than recommended, .020 min. Engagement
screw also shows evidence of having been moved
trigger pull was changed so tha__ ▨▨ approximate
1¼ lbs. Even so, was not able to ▨ follow-
down at present setting as customer maintains.
1 of 1

PLAINTIFF'S
EXHIBIT
3242

AL 0029774

EXHIBIT 35
PAGE 18

Case 4:13-cv-00086-ODS    Document 176-12    Filed 01/17/17    Page 7 of 22

RD-6542A1 Rev. 2-15-61    *NOT A BLOW-UP*

.I. NO    GUN EXAMINATION REPORT NUMBER: _____    MODEL: 700

GENERAL CONDITION: NEW    R#: 1514

OUTSIDE WORK: TRIGGER PULL ADJUSTED.    DATE: 1-22-70

FROM: DENVER,

FIRED AMMO TYPE: —    COLORADO

& CONDITION:    GUN #: 6227025

PROOF: R.E.P.    INSP.: 73    TEST: _____    : 3/69

HEADING: —    ~~22-250~~

BREECH OPENING: —    CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.    APPROVED: _____

CHAMBER: O.K.    APPROVED: _____

TEST: DRY FIRED - MALFUNCTION VERIFIED.    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_____

_____

_____

_____

_____

...RES WHEN RELEASING SAFETY TO OFF POSITION.

INCIDENT: SAFETY DOES NOT LIFT SEAR CLEAR OF TRIGGER

CONNECTOR.

COMMENTS: SAFETY, HOUSING, TRIGGER CONNECTOR & TRIGGER

WERE MEASURED. ONLY THE TRIGGER WAS FOUND TO

BE NOT TO SPECIFICATIONS. DIMENSION FROM ℄ OF PIN

HOLE TO TOP ZERO .9782 (MODE - DRAWING = .973/.971)

PLAINTIFF'S
EXHIBIT
3243

1 of 1

AL 0029775

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT . NUMBER:

MODEL: **700 BDL**

GENERAL CONDITION: *NEW*

R #: **22570**

OUTSIDE WORK: *NO*

DATE: *11-2-70*

FROM: *LIMA, OHIO*

FIRED AMMO TYPE: —

& CONDITION: —

GUN #: **6233914**

PROOF: —   INSP.: —   TEST: —

CODE: *CS = 4/69*

HEADING: —

Ga./CAL.: **222**

BREECH OPENING: —

CHECKED BY: *C, PROSSER*

RECOIL SHOULDERS: —

APPROVED: _____

CHAMBER: —

APPROVED: _____

TEST: *NO*

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

*O.K.*

COMPLAINT: *FIRES WHEN SAFE IS RELEASED.*

INCIDENT: *TRIGGER CONNECTOR MOVES UP WHEN TRIGGER IS PULLED WITH THE SAFETY ON.*

COMMENTS: *TRIGGER CONNECTOR IS .007 OVERSIZE ON TRIGGER CLEARANCE. TRIGGER IS .006 UNDERSIZE ON CONNECTOR CLEARANCE. THIS EXCESSIVE CLEARANCE ALLOWS THE CONNECTOR TO WORK UP, INTERFERE WITH THE SEAR AND FAIL TO RETRACT UNDER THE SEAR RESULTING IN FOLLOW DOWN WHEN THE SAFETY IS PUSHED OFF.*

**PLAINTIFF'S EXHIBIT**
3244

*1 of 1*

AL 0029776

RD-6542-1/Rev. 2-15-61

i. NO    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: *700 ADL*

GENERAL CONDITION: *LIKE NEW* _____    R # : _____

OUTSIDE WORK: *NO* _____    DATE: *11-3-70*

                                               FROM: *EAU CLAIRE,*

FIRED AMMO TYPE: _____              *WISCONSIN.*

    & CONDITION: _____    GUN # : *6258555*

PROOF: —        INSP.: ____    TEST: ____    CODE: *OS = 7/69*

HEADING: —_____      GA./CAL.: *3006*

BREECH OPENING: —_____    CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: —_____    APPROVED: _____

CHAMBER: —_____    APPROVED: _____

TEST: *NO*_____    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

    *O.K.*

PLAINTIFF'S
EXHIBIT
3245

COMPLAINT: *GUN FIRES WHEN SAFETY IS PUSHED ON FIRE.*

INCIDENT: *NOT VERIFIED.*

COMMENTS: *HEAVY LUBRICANT PRESENT. PARTS MEASURED*
*INDICATE EXCESSIVE CLEARANCE (.013) BETWEEN*
*TRIGGER & CONNECTOR, WHICH WOULD ALLOW THE CONNEC-*
*TOR TO MOVE UP & INTERFERE WITH THE FRONT*
*OF THE SEAR AND PREVENT RETRACTION.*
*SEAR - CONNECTOR ENGAGEMENT .010.*    *| of |*

AL 0029777

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

. NO  GUN EXAMINATION REPORT NUMBER: _____  MODEL: **700**

GENERAL CONDITION: *NEW*           R #: **02095**

OUTSIDE WORK: *SCOPE MOUNTED*     DATE: **1-24-71**

                 FROM: *NAGEL'S GUN SHOP*

FIRED AMMO TYPE:         *SAN ANTONIO, TEXAS.*

 & CONDITION:         GUN #: **6206774**

ASSEMBLED 12

PROOF: *R.E.P.*  INSP.: **9**  TEST: **13**  CODE: **B5 = 1/69**

HEADING: *O.K.*           GA./CAL.: *270 WIN.*

BREECH OPENING: —        CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*       APPROVED: _____

CHAMBER: *O.K.*         APPROVED: _____

TEST: *NO*           APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style) APPROVED: _____

_____

_____

_____

_____

COMPLAINT: "*FIRES WHEN YOU RELEASE SAFETY*"

PLAINTIFF'S
EXHIBIT
3246

INCIDENT: *FOLLOWS DOWN*

_____

COMMENTS: *TRIGGER CLEARANCE ON TRIGGER CONNECTOR = 1.091*
*MODEL DRAWING = 1.083 OVERSIZE .008; CONNECTOR* (1.080)
*CLEARANCE ON TRIGGER = 1.068 MODEL DRAWING = 1.079* (1.076)
*UNDERSIZE .008. ALTHOUGH THE MALFUNCTION COULD*
*NOT BE DUPLICATED, THE EXCESSIVE CLEARANCE BETW-*
*EEN CONNECTOR & TRIGGER WOULD ALLOW INTERFER-*
*ANCE BETWEEN CONNECTOR & SEAR AND RESULT*
*IN FOLLOW DOWN.*     AL 0029778 *1 of 1*

EXHIBIT 35
PAGE 22

*Customer Complaint.*

RD-6542-1 Rev. 2-15-61

F.... *No*   GUN EXAMINATION REPORT   NUMBER: _____   MODEL: *700 ADL*

GENERAL CONDITION: *NEW*   R #: *06640*

OUTSIDE WORK: *No*   DATE: *3-9-71*

FROM: *JOE W. HARRIS*

FIRED AMMO TYPE: _____   *VICTORIA, TEXAS.*

& CONDITION: _____   GUN #: *6364870*

PROOF: *R.E.P.-A*   INSP.: *D*   TEST: *13*   CODE: *WT = 11/70*

HEADING: *O.K.*   GA./CAL.: *270 WIN.*

BREECH OPENING: _____   CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*   APPROVED: _____

CHAMBER: *O.K.*   APPROVED: _____

TEST: *NO*   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

*No Broken or Damaged Components*

_____

_____

_____

_____

COMPLAINT: *Fired When Safety Was Pushed Off.*

PLAINTIFF'S
EXHIBIT
3247

INCIDENT: *Followed Down*

_____

_____

COMMENTS: *Connector-Sear Engagement .010, Min. is .015*

*This Coupled With a Too Heavy Lubricant and Slightly*

*Rounded Sear, Probably Led to the Malfunction.*

*The Malfunction Could Not, However, Be*

*Duplicated Here.*

_____   *1 of 1*

*Engagement Re-Adjusted to .015.*   AL 0029779

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT   NUMBER: _____    MODEL: _700_ _ADL_

GENERAL CONDITION: _FAIR_                          R #: _11954_

OUTSIDE WORK: _SCOPE MOUNTED_                      DATE: _6-2-71_

_____                      FROM: _NATIONAL PK. SVS._

FIRED AMMO TYPE: _____                     _KAHULUI, MAUI, HAWAII_

& CONDITION: _____                         GUN #: _6258351_

PROOF: _R.E.P.-E._  INSP.: _U_  TEST: _87_         CODE: _05 = 7/69_

HEADING: _O.K._                                    GA-/CAL.: _3006_

BREECH OPENING: _—_                                CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._                           APPROVED: _____

CHAMBER: _O.K._                                    APPROVED: _____

TEST: _No_                                         APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

_No BROKEN ETC. COMPONENTS._

_CONNECTOR CLEARANCE ON TRIGGER = 1.069 M/D = 1.075 -.007_

_TRIGGER CLEARANCE ON CONNECTOR = 1.089 M/D = 1.083 +.006_

_CONNECTOR - SEAR ENGAGEMENT = .015 (.005 UNDER MIN.)_

_TRIGGER PULL FIVE POUNDS._ _EXCESSIVE LUBRICANTS DIRTY._

COMPLAINT: _FIRES WHEN SAFETY IS PUSHED OFF._

PLAINTIFF'S
EXHIBIT
3248

INCIDENT: _TRIGGER CONNECTOR FAILED TO RETRACT_

COMMENTS: _CAN NOT DUPLICATE CUSTOMER'S MALFUNCTION._
_THE TRIGGER-CONNECTOR & TRIGGER NOT TO MODEL_
_DRAWING, PERMIT SEAR, CONNECTOR INTERFERANCE_
_FAILURE TO RETRACT._

_1 of 1_

AL 0029780

RD-6542-1 Rev. 2-15-61

P — *No*    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: *700 ADL*

GENERAL CONDITION: *FAIR*    R #: *12986*

OUTSIDE WORK: *SCOPE MOUNTED*    DATE: *6-28-71*

_____    FROM: *NAT. PARK SERV.*

FIRED AMMO TYPE: ___    *KAHULUI, MAUI, HAWAII*

& CONDITION: ___    GUN #: *6258726*

PROOF: *R.F.D.-F* INSP.: ___ TEST: *BT*    CODE: *OS = 7/69*

HEADING: *O.K.*    GA./CAL.: *30 06*

BREECH OPENING: ___    CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*    APPROVED: _____

CHAMBER: *O.K.*    APPROVED: _____

TEST: *NO*    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

*NO COMPONENT BROKEN.*

*CONNECTOR CLEARANCE ON TRIGGER = .040 M/D = 1.079 -.000*
*.076*

*TRIGGER CLEARANCE ON CONNECTOR = 1.090 T/D = 1.093 +.010*
*1.090*

*CONNECTOR-SEAR ENGAGEMENT O.K.*

COMPLAINT: *FIRES WHEN SAFETY IS PUSHED OFF.*

INCIDENT: *TRIGGER CONNECTOR FAILED TO RETRACT*

_____

COMMENTS: *CAN NOT DUPLICATE CUSTOMER'S MALFUNCTION.*

*THE TRIGGER CONNECTOR & TRIGGER NOT TO*

*MODEL DRAWING, PERMIT SEAR, CONNECTOR*

*INTERFERANCE - FAILURE TO RETRACT.*

PLAINTIFF'S
EXHIBIT
3249

AL 0029781

EXHIBIT 35
PAGE 25

RD-6542-1/Rev. 2-15-61                                    *Customer Complaint.*

    No          GUN EXAMINATION REPORT   NUMBER: _____        MODEL:  700 ADL

GENERAL CONDITION: *FAIR*                                 R #:  12923

OUTSIDE WORK:  *SCOPE MOUNTED*                            DATE:  6-28-71

                                                         FROM:  *NAT. PARK SERV.*

FIRED AMMO TYPE: _____                                *KAHULUI, MAUI, HAWAII*

    & CONDITION: _____                                GUN #:  6258663

PROOF: *R.E.P.-E*  INSP.:  *11*   TEST:  *87*            CODE:  *05 = 7/69*

HEADING:  *O.K.*                                         GA./CAL.:  *3006*

BREECH OPENING:  —                                       CHECKED BY:  *C. PROSSER*

RECOIL SHOULDERS:  *O.K.*                                APPROVED: _____

CHAMBER:  *O.K.*                                         APPROVED: _____

TEST:  *NO*                                              APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)        APPROVED: _____

— NO BROKEN COMPONENTS.

CONNECTOR CLEARANCE ON TRIGGER (1.062 M/D = $\frac{1.079}{1.076}$ -.014

TRIGGER CLEARANCE ON CONNECTOR .087 M/D = $\frac{1.083}{1.020}$ +.004

CONNECTOR - SEAR ENGAGEMENT .025 = O.K.

COMPLAINT:  *FIRES WHEN SAFETY IS PUSHED OFF.*

INCIDENT:  *TRIGGER CONNECTOR FAILED TO RETRACT.*

COMMENTS:  *CAN NOT DUPLICATE THE CUSTOMER'S MALFUNCTION.*
*THE TRIGGER CONNECTOR & TRIGGER NOT TO MODEL*
*DRAWING PERMIT SEAR, CONNECTOR INTERFEARANCE,*
*FAILURE TO RETRACT.*

PLAINTIFF'S
EXHIBIT
3250

                                                         1 of 1

                                                         AL 0029782

RD-6542-1/Rev. 2-15-61

M/700 Customer Complaint

GUN EXAMINATION REPORT NUMBER: _____     MODEL: 700

GENERAL CONDITION: GOOD                          R #: 19055

OUTSIDE WORK: SEAL MISSING ON TRIGGER ADJ-       DATE: 9-26-71

USTING SCREW.                                    FROM: ALLEN L. WOOD

FIRED AMMO TYPE: —                                     CLINTON, MD.

& CONDITION: _____                         GUN #: 6291404

PROOF: R.E.P.-E   INSP.: D   TEST: 13            CODE: RS - 11/69
       ASSEMBLER 97

HEADING: O.K.                                    Gr./CAL.: 3006

BREECH OPENING: —                                CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.                           APPROVED: _____

CHAMBER: O.K.                                    APPROVED: _____

TEST: NO                                         APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

—NO BROKEN OR DAMAGED COMPONENTS. STOCK MISSING.

COMPLAINT: FIRES WHEN SAFETY IS PUSHED OFF

INCIDENT: FOLLOW DOWN

COMMENTS: ENGAGEMENT O.K., TRIGGER PULL 5½ LBS. SEAL

MISSING AND ADJUSTING SCREW, FRONT, BACKED OUT SO

NO TENSION REMAINED TO RETRACT THE TRIGGER.

PLAINTIFF'S
EXHIBIT
3251

1 of 1

AL 0029783

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

| GUN EXAMINATION REPORT NUMBER: | MODEL: 700 ADL |
|---|---|

GENERAL CONDITION: USED     R #: 22448

OUTSIDE WORK: SCOPE MOUNTED     DATE: 11-8-71

FROM: THE SPORTSMAN

FIRED AMMO TYPE:     HARLINGEN, TEXAS

& CONDITION:     GUN #: 276664

ASSEMBLED 64

PROOF: R.E.P.   INSP.: 9   TEST: 87    CODE: RP- 5/67, OT3= 7/70

HEADING:     CH./CAL.:

BREECH OPENING: —     CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.     APPROVED:

CHAMBER: O.K.     APPROVED:

TEST: NO     APPROVED:

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED:

— NO DAMAGED, OR BROKEN COMPONENTS

   TRIGGER BINDS ON GUARD. TRIGGER PULL 2½ POUNDS.

COMPLAINT: "FIRES WHEN SAFETY IS PUT IN FIRE POSITION"

INCIDENT: FOLLOWS DOWN

COMMENTS: WITH THE TRIGGER PULL LIGHT (2½ POUNDS) AND THE
TRIGGER BINDING ON THE GUARD, IT IS POSSIBLE THAT
TRIGGER- CONNECTOR RETRACTION WOULD BE ERRATIC.
THIS COULD CAUSE FOLLOW DOWN WHEN THE TRIGGER
IS PULLED WITH THE SAFETY ON.

1 of 1

PLAINTIFF'S
EXHIBIT
3252

AL 0029784

RD-6542-1 Rev. 2-15-61                                        *Customer Complaint*

P ___ *No*___ GUN EXAMINATION REPORT   NUMBER: _____     MODEL: *700 ADL*

GENERAL CONDITION: *New*                                    R #: *24698*

OUTSIDE WORK: *No*                                          DATE: *12-14-71*

_____                            FROM: *Big Bear Stores Inc.*

FIRED AMMO TYPE: _____                                 *Billings, Mont.*

& CONDITION: _____                               GUN #: *6360196*

PROOF: *R.E.P.-E*  INSP.: *U*   TEST: *29*                 CODE: *WT= 8/40*

HEADING: *O.K.*                                            GA./CAL.: *270 Win.*

BREECH OPENING: __                                         CHECKED BY: *C. Prosser*

RECOIL SHOULDERS: *O.K.*                                   APPROVED: _____

CHAMBER: *O.K.*                                            APPROVED: _____

TEST: *No*                                                 APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)          APPROVED: _____

*No Damaged, Broken Components.*

*Trigger Pull 7 Pounds, Sear-Trigger Connector*

*Engagement O.K.  Trigger Binds on Trigger Guard.*

_____

_____

COMPLAINT: *Fires When Safety is Released.*

_____

INCIDENT: *Follow Down*

_____

_____

COMMENTS: *The Customer's Malfunction Not Duplicated.*

*However, An Interference Between The Trigger and*

*Trigger Guard Was Noted Which Likely Caused*

*The Trigger to Fail to Retract into Cocked*

*Position.*

                                                          *1 of 1*

_____

_____          AL 0029785

PLAINTIFF'S
EXHIBIT

3253

RD-6542-1/Rev. 2-15-61

_Guns Complaint_

GUN EXAMINATION REPORT NUMBER: _____

MODEL: _700 ADL_

R #: _23155_

GENERAL CONDITION: _GOOD_

OUTSIDE WORK: _NO_

DATE: _11-13-71_

FROM: _BIGGS SPT. GO._

_PENSACOLA, FLA._

FIRED AMMO TYPE: _____

& CONDITION: _____

GUN #: _6344022_

PROOF: _R.E.P.-A_   INSP.: _J_   TEST: _E7_

CODE: _KT= 5/70_

HEADING: _O.K._

GA./CAL.: _22-250_

BREECH OPENING: _-_

CHECKED BY: _C.Frazier_

RECOIL SHOULDERS: _O.K_

APPROVED: _____

CHAMBER: _O.K._

APPROVED: _____

TEST: _NO_

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

- _NO BROKEN OR DAMAGED COMPONENTS._

_TRIGGER CONNECTOR .1081 (MIP.1.096) TRIGGER 1.068 (MAX.1.078)_

_CONNECTOR - STOP ENGAGEMENT .030 MIN .015, TRIGGER_

_PULL = 4 TO 4½ LBS. LUBRICANT USED APPEARS TO BE TOO_

_HEAVY._

COMPLAINT: _WHEN PUSHING SAFETY OFF THE GUN GOES OFF._

INCIDENT: _FALLEN DOWN._

<table>
<tr><td>PLAINTIFF'S<br>EXHIBIT</td></tr>
<tr><td>3254</td></tr>
</table>

COMMENTS: _WITH THE EXCESSIVE GREASE ON THE PIN IN THE_

_TRIGGER CONNECTOR AND TRIGGER A HEAVY LUBE IN_

_THE TRIGGER CONNECTOR PIN WHICH WOULD BE WHEN_

_IT CLEARS OF THE GUN FAILING TO RETRACT AND_

_ALLOW THE FIRING PIN TO COME OFF THE_

_BEHIND THE FIRING PIN FORWARD TO FIRE THE_   (1 of 1)

AL 0029786

EXHIBIT 35
PAGE 30

*Cust. Complaints*

R  542-1 Rev. 2-15-61

P.I. _No_____ GUN EXAMINATION REPORT  NUMBER: _____    MODEL: _700 ADL_

GENERAL CONDITION: _Good_____    R # : _27191_

OUTSIDE WORK: _Scope Mounted_____    DATE: _12-27-71_

_____    FROM: _Pecos Spt. Gds._

FIRED AMMO TYPE: _____    _Pecos, Texas_

& CONDITION: _Assumed R-W_    GUN # : _633 3773_

PROOP: _P ____ P_ INSP.: _73_    TEST: _37_    CODE: _RT = 11/7-_

HEADING: _O.K._    GA./CAL.: _2506 Rem._

BREECH OPENING: _-_    CHECKED BY: _C.R. ____._

RECOIL SHOULDERS: _O.K._    APPROVED: _____

CHAMBER: _O.K._    APPROVED: _____

TEST: _1/c_    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_Sear & Connector Engagement (OBD). Trigger Pull 1½_

_Pounds, Stock Etc. Not Included. Mark on Trigger_

_Side Indicates Possible Burr on Trigger Guard._

_No Stock Magazine or Magazine Follower or_

_Spring._

COMPLAINT: _Discharged When Safety Was Moved From Safe_

_To Fire Position._

INCIDENT: _Follow Down._

PLAINTIFF'S
EXHIBIT
3255

COMMENTS: _The Customer's Malfunction Was Not Duplicated_

_However It May Have Been Caused By Trigger Pin ½_

_In The Trigger Guard._

_1 of 1_

AL 0029787

EXHIBIT 35
PAGE 31

Case 4:13-cv-00086-ODS    Document 176-12    Filed 01/17/17    Page 20 of 22

RD-0742-1 Rev. 2-15-61

F          N/O          GUN EXAMINATION REPORT NUMBER: _____

GENERAL CONDITION: _NEW_

OUTSIDE WORK: _N/O_

FIRED AMMO TYPE: _____

& CONDITION: _____

PROOF: _P.F.F. - H_  INSP.: _71_  TEST: _49_

READING: _O.K._

BREECH OPENING: _—_

RECOIL SHOULDERS: _O.K._

CHAMBER: _O.K._

TEST: _N/O_

COMPONENT CONDITION: (Damaged, Broken, Old Style)

MODEL: _700 ADL_

R #: _002686_

DATE: _2-1-72_

FROM: _DUNN'S SHOOTERS SUPPLY._

_ADDISTON . KAN._

GUN #: _6310.545_

CODE: _LT = 2/70_

GA./CAL.: _300 ? SP_

CHECKED BY: _C. FROSSER_

APPROVED: _____

APPROVED: _____

APPROVED: _____

APPROVED: _____

_TRIGGER PULL  4LBS., ENGAGEMENT .012 (MIN. IS .020)_
_APPEARS TO BE COATED ON SIDES OF TRIGGER WITH ALUM RUST_
_ON TOP SIDE EDGES (RUB MARKS LOWER RIGHT SIDE)_

COMPLAINT: _RIFLE DISCHARGED BY ITSELF TWO OUT OF SIX TIMES_
_FIRED._

INCIDENT: _FOLLOW DOWN._

COMMENTS: _MARKS ON THE TRIGGER INDICATE FRICTION. THE_
_COMBINATION OF FRICTION, HEAVY INTERNAL AND UNDER_
_MIN. ENGAGEMENT PROBABLY PREVENTED TRIGGER-_
_CONNECTOR RETRACTION CAUSING FOLLOW DOWN._

PLAINTIFF'S
EXHIBIT
3256

1 of 1

AL 0029788

EXHIBIT 35
PAGE 32

RD-6542-1 Rev. 2-15-61

F _No_ GUN EXAMINATION REPORT NUMBER: _____   MODEL: _700 BDL_

GENERAL CONDITION: _New_   R #: _002678_

OUTSIDE WORK: _No_   DATE: _2-2-72_

_____   FROM: _Bill Dotsun's Inc._

FIRED AMMO TYPE: ⌐   _Decatur, Ill._

& CONDITION: ⌐   GUN #: _6294075_

PROOF: _R.E.P.-A_ INSP.: _9_ TEST: _13_   CODE: _XS = 12/69_

HEADING: _O.K._   GA./CAL.: _270 WIN._

BREECH OPENING: _—_   CHECKED BY: _C.Prosser_

RECOIL SHOULDERS: _O.K._   APPROVED: _____

CHAMBER: _O.K._   APPROVED: _____

TEST: _No_   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

_Trigger Pull 6lbs., Engagement .020. Trigger_
_Bind is Noticeable. In Dis-Assembling the Trigger_
_Has What Appears to Be Dried Steelguard on_
_The Sides Causing it to Bind._


COMPLAINT: _"When Bolt is Put in All the Way the Gun Will_
_Go Off."_

INCIDENT: _Follow Down_

_____

_____

COMMENTS: _The Sluggish Trigger Probably Failed to_
_Retract Resulting in A Follow Down Malfunction._

_____

_____

_____

PLAINTIFF'S
EXHIBIT
3257

_1 of 1_

AL 0029789

EXHIBIT 35
PAGE 33