# App. A:
# Bolcome Decl., Ex. 8.i
# Part III

AD-6542-Y Rev. 2-15-61

P ___NO___ GUN EXAMINATION REPORT NUMBER: _____   MODEL: _730 FDL_

GENERAL CONDITION: _GOOD_   R#: _002116_

OUTSIDE WORK: _BOLTS MOUNTED - PROP. EVER_ DATE: _2-1-72_

_REMOVED_   FROM: _BLISH. MFG. SELLING_

FIRED AMMO TYPE: _____   _ARMOUR K.._

& CONDITION: _____   GUN #: _632808_

PROOF: _R.T.R.E_ INSP.: _FS_ TEST: _13_   CODE: _WTA/..._

HEADING: _____   GA./CAL.: _270 WIN._

BREECH OPENING: _O.K._   CHECKED BY: _C.PARSONS._

RECOIL SHOULDERS: _O.K._   APPROVED: _____

CHAMBER: _O.K._   APPROVED: _____

TEST: _NO_   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

_No BROKEN, ETC. COMPON...._

_E CONNECTOR, TRIGGER PIN, S-88..._

_IS .030) NONE OF SAFETY SE..._

_SCREW STAKED BUT NOT HAVE ..._

_ON CONNECTOR No- HORIZONTAL ...._

COMPLAINT: _RIFLE FIRED PREMATURELY._

INCIDENT: _FOLLOW DOWN_

COMMENTS: _THE COMBINATION OF INSUFFICI...._

_BURRS PROBABLY RESULTED THE C..._

_FROM RETRACTING INTO FIRING POSITION CAUSING THE_

_FIRING PIN TO FOLLOW DOWN._

PLAINTIFF'S
EXHIBIT
3258

_1 of 1_

AL 0029790

RD-6542-1 Rev. 2-15-61

I _____ NO _____ GUN EXAMINATION REPORT NUMBER: _____   MODEL: 700 BDL

GENERAL CONDITION: NEW (SOME RUST)   R #: 001369

OUTSIDE WORK: NO   DATE: 1-28-72

FROM: MACY RD, SHTSS, SUM.

FIRED AMMO TYPE: _____   ECE, PA

& CONDITION: _____   GUN #: 6290291

PROOF: R.E.P.-F   INSP.: 9   TEST: 55   CODE: R5 = 11/59

HEADING: O.K.   GK./CAL.: 3006 SPG.

BREECH OPENING: —   CHECKED BY: C.PROSSER

RECOIL SHOULDERS: O.K.   APPROVED: _____

CHAMBER: O.K.   APPROVED: _____

TEST: NO   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

NO BROKEN COMPONENTS. EXTRACTOR PITTED, BOLT
BODY ALSO. SUBSTANCE RESEMBLING DRIED STEEL ____
ON TRIGGER & SEAR. TRIGGER PULL 2½ LBS. ENGAGE-
MENT .010. LUMP ON BOLT

COMPLAINT: "FIRST SHELL HE TRIED TO CHAMBER DISCHARGED"

INCIDENT: FOLLOW DOWN

PLAINTIFF'S EXHIBIT 3260

COMMENTS: THE MATERIAL ON THE SEAR & TRIGGER CAUSED
THE TRIGGER TO STICK IN FIRED POSITION, WHICH THE
ACTION WAS CLOSED THE FIRING PIN FOLLOWED DOWN
FIRING THE ROUND

1 of 1

AL 0029792

EXHIBIT 35
PAGE 35

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____

MODEL: 700 BDL

GENERAL CONDITION: NEW

R #: 002023

OUTSIDE WORK: No

DATE: 1-27-72

FROM: Bay City Hdw. Co.

BAY CITY, MICH.

FIRED AMMO TYPE: _____

& CONDITION: _____

GUN #: 6500965

PROOF: R.E.P-M INSP.: ASSEMBLER 44    TEST: 13

CODE: NONE

HEADING: O.K.

GA./CAL.: 243 WIN.

BREECH OPENING: —

CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.

APPROVED: _____

CHAMBER: O.K.

APPROVED: _____

TEST: No

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

MINUS STOCK, TRIGGER PULL 4½ LBS, -O.K. ENGAGEMENT .006 (.020 MIN.) NEW RIVETED HOUSING. CONNECTOR 1.093 M/D = 1.080/1.083, TRIGGER 1.076 M/D 1.076/1.079. BURRS ON CONNECTOR SIDES.

COMPLAINT: "FIRES ON SAFE"

PLAINTIFF'S EXHIBIT

3261

INCIDENT: MAY HAVE FOLLOWED DOWN WHEN SAFE WAS RELEASED.

COMMENTS: ENGAGEMENT IS SET TOO CLOSE, WITH THE BURRS ON THE CONNECTOR AND CLOSE ENGAGEMENT IT IS POSSIBLE THAT THE CONNECTOR FAILED TO RETRACT WHILE THE SAFETY WAS ON THEN FOLLOW DOWN OCCURRED WHEN THE SAFETY WAS RELEASED.

1 of 1

AL 0029793

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

P NO GUN EXAMINATION REPORT NUMBER: _____ MODEL: *700 ADL*

GENERAL CONDITION: *NEW* R # : *001648*

OUTSIDE WORK: *SCOPE MOUNTED, SWIVELS &* DATE: *1-26-72*

*RECOIL PAD FITTED.* FROM: *Dunn's Spg. Gos. Inc,*

FIRED AMMO TYPE: *PEYELY, MISSOURI*

& CONDITION: GUN # : *332321*

PROOF: *R.E.P.* INSP.: *D* TEST: *49* CODE: *BL = 1/64*

HEADING: *O.K.* GA./CAL.: *.3006 ---*

BREECH OPENING: *—* CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.* APPROVED: _____

CHAMBER: *O.K.* APPROVED: _____

TEST: *No* APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style) APPROVED: _____

*— No DAMAGED, BROKEN COMPONENTS. SEAR-CONNECTOR*

*ENGAGEMENT .010 (MIN.=.020) TRIGGER PULL = 3½ (MIN.=3 LBS.)*

*TRIGGER CLEARANCE ON CONNECTOR 1.087 M/D = 1.080 / 1.002*

*CONNECTOR CLEARANCE ON TRIGGER .073 M/D = 1.076 / 1.079*

*(.014 CLEARANCE WHERE .007 IS MAX)*

COMPLAINT: *FIRES WHEN SAFE IS RELEASED*

INCIDENT: *CONNECTOR FAILS TO RETRACT.*

PLAINTIFF'S
EXHIBIT

3262

COMMENTS: *THE EXCESSIVE CLEARANCE BETWEEN CONNECTOR*

*AND TRIGGER ALLOWS THE CONNECTOR → CREEP UP INTO*

*AN INTERFERENCE POSITION WHERE IT FAILS TO RETRACT*

*WITH THE SAFETY ON, WHEN THE SAFETY IS*

*RELEASED THE FIRING PIN FOLLOWS DOWN.*

*1 of 1*

AL 0029794

RD-6542-1 Rev. 2-15-61

*Custom Complaint*

P.._. *NO*   GUN EXAMINATION REPORT   NUMBER: _____

GENERAL CONDITION: *Good*

OUTSIDE WORK: *No*

FIRED AMMO TYPE: _____

& CONDITION: _____

PROOF: *R.E.P.*   INSP.: *?*   TEST: *79*

HEADING: *O.K.*

BREECH OPENING: *—*

RECOIL SHOULDERS: *O.K.*

CHAMBER: *O.K.*

TEST: *No*

MODEL: *700 BDL*

R #: *000999*

DATE: *1-12-72*

FROM: *Caddie Labar's*
*Distr. Co.*
*Dallas, Penn.*

GUN #: *232943*

CODE: *WN = 8/66*

Bt./CAL.: *280 REM.*

CHECKED BY: *C. Prosser*

APPROVED: _____

APPROVED: _____

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

*No Damaged or Broken Components. Trigger Pull Four*
*Pounds, Engagement .015, Trigger Binding on Guard*
*Slightly. Grease-Dirt Coating on Hidden Parts*
*Including Inside & Outside of Trigger Assembly.*

COMPLAINT: *Sometimes it Will Fire, Other Times It Wont, Sometimes*
*It Will Be A Delayed Firing.*

INCIDENT: *Sear Does Not Release Firing Pin.*

PLAINTIFF'S
EXHIBIT
3263

COMMENTS: *The Customer's Malfunction Was Duplicated with*
*Stock In Place But Worked O.K. With Stock Off.*
*Apparently the Trigger-Trigger Guard Bind*
*Combined With The Too Heavy Lubrication Was*
*The Cause of His Trouble.*

*[?]*

AL 0029795

RD-6542-1 Rev. 2-15-61

*Cast Comp*

P.. N/O GUN EXAMINATION REPORT NUMBER: _____

GENERAL CONDITION: _NEW_

OUTSIDE WORK: _SCOPE MOUNTED, REGULAR_

_SIGHTS REMOVED._

FIRED AMMO TYPE: _R.P._

& CONDITION: _ONE PIERCED PRIMER_

PROOF: _R.E.P.-B_   INSP.: _71_   TEST: _49_

HEADING: _O.K._

BREECH OPENING: _—_

RECOIL SHOULDERS: _O.K._

CHAMBER: _O.K._

TEST: _TEN ROUNDS OF 120 GR. UN-PIERCED_
_PRIMERS._

COMPONENT CONDITION: (Damaged, Broken, Old Style)

_FIRING PIN POINT TOO FLAT. TRIGGER CONNECTOR_

_DAMAGED. SEAR-TRIGGER CONNECTOR ENGAGEMENT_

_.005_

COMPLAINT: _RIFLE WILL NOT COCK._

INCIDENT: _FOLLOWS DOWN._

COMMENTS: _THE .010 UNDER MIN. ENGAGEMENT COMBINED WITH_

_BACKLASH FROM PIERCING PRIMERS FORCE DOWN_

_THE CORNER OF THE TRIGGER CONNECTOR RESULTS_

_IN THE FOLLOW DOWN MALFUNCTION._

MODEL: _700 ADL._

R #: _26180_

DATE: _12-21-71_

FROM: _H.H.H. SFG. COS. INC._

_AMARILLO, TEXAS._

GUN #: _633459_

CODE: _CT= 4/70_

GA./CAL.: _25-06 T.._

CHECKED BY: _C.PROSSER_

APPROVED: _____

APPROVED: _____

APPROVED: _____

APPROVED: _____

PLAINTIFF'S
EXHIBIT
3264

1 of 1

AL 0029796

EXHIBIT 35
PAGE 39

Case 4:13-cv-00086-ODS   Document 176-13   Filed 01/17/17   Page 7 of 22

AD-6542-1 Rev. 2-15-61

*Custom Co., Inc.*

P___ No___ GUN EXAMINATION REPORT  NUMBER: _____     MODEL: *700 ADL*

GENERAL CONDITION: *NEW*                                R #: *2435.1*

OUTSIDE WORK: *No*                                      DATE: *12-13-71*

_____                FROM: *JENSEN BYRD Co.*

FIRED AMMO TYPE: _____                                *SPOKANE. WASH.*

& CONDITION: _____                                    GUN #: *6411367*

PROOF: *R.E.P-1*   INSP.: *55*   TEST: *49*   ASSEMBLED 90    CODE: *AU= 3/71*

HEADING: *O.K.*                                         GA./CAL.: *300G*

BREECH OPENING: *—*                                     CHECKED BY: *C. PROSSEC*

RECOIL SHOULDERS: *O.K.*                                APPROVED: _____

CHAMBER: *O.K.*                                         APPROVED: _____

TEST: *No*                                              APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)       APPROVED: _____

_No DAMAGED, BROKEN COMPONENTS. TRIGGER PULL, SEAR-_

_TRIGGER CONNECTOR ENGAGEMENT AND SEAR-FIRING PIN_

_HEAD ENGAGEMENT WITHIN SPECIFICATIONS. TRIGGER, GUARD._

_TRIGGER GUARD._

COMPLAINT: *FIRES WHEN BOLT IS CLOSED*

INCIDENT: *FOLLOW DOWN*

PLAINTIFF'S
EXHIBIT
3265

COMMENTS: *THE CUSTOMER'S MALFUNCTION CANNOT BE DUPLICAT-*

*ED. SOME FOREIGN MATERIAL IS NOTED ON THE TRIGGER*

*CONNECTOR WHICH MAY HAVE CAUSED IT TO STICK IN*

*FIRED POSITION, RESULTING IN A FOLLOW DOWN.*

1 of 1

AL 0029797

EXHIBIT 35
PAGE 40

RP-5542-1 Rev. 2-15-61

*Customer Complaint*

P.I. _No_  GUN EXAMINATION REPORT  NUMBER: _____

MODEL: _700 BDL_

GENERAL CONDITION: _Good_

R #: _2522G_

OUTSIDE WORK: _No_

DATE: _12-8-71_

FROM: _Queen City Dist. Co._

_Aliquippa, Pa._

FIRED AMMO TYPE: _____

& CONDITION: _____  ASSEMBLER 79

GUN #: _6448147_

PROOF: _R.E.P-M_  INSP.: _9_  TEST: _87_

CODE: _PU - 6/71_

HEADING: _O.K._

GK./CAL.: _3006 Sps._

BREECH OPENING: _—_

CHECKED BY: _C. Prosser_

RECOIL SHOULDERS: _O.K._

APPROVED: _____

CHAMBER: _O.K._

APPROVED: _____

TEST: _No_

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

_Corner of Trigger Connector Damaged. Connector-_

_Sear Engagement .005._

_____

_____

COMPLAINT: _"Fires upon Closing Action."_

_____

INCIDENT: _Follows Down._

PLAINTIFF'S
EXHIBIT
3266

_____

COMMENTS: _Trigger Connector-Sear Engagement Set Too_

_Close. The Connector Corner Being Damaged So That It_

_Becomes Loose. Fires The Remington Stop Coating._

_____

_____

_1 of 1_

AL 0029798

Custom Complaint

1-6511-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____

GENERAL CONDITION: _NEW_

OUTSIDE WORK: _NO_

FIRED AMMO TYPE: _____

& CONDITION: _____

PROOF: _____ INSP.: _____ TEST: _____

HEADING: _O.K._

BREECH OPENING: _____

RECOIL SHOULDERS: _O.K._

CHAMBER: _O.K._

TEST: _NO_

COMPONENT CONDITION: (Damaged, Broken, Old Style)

MODEL: _700 B.D.L._

R #: _2470?_

DATE: _12-4-7?_

FROM: _G.S.... ._

_........, ..._

GUN #: _6.5......._

CODE: _PT = ..._

BK./CAL.: _.30......_

CHECKED BY: _......._

APPROVED: _____

APPROVED: _____

APPROVED: _____

APPROVED: _____

_NO DAMAGES-BROKEN COMPONENTS._

_TRIGGER CONNECTOR CLEARANCE (TORR/WT = 1.079)_ _— ._

_CLEARANCE 1.092 (WD = 1.085) EXCESSIVE - .005 TO_

_TRIGGER PULL O.K., SLIGHT CREEP BETWEEN ._

_SEAR & TRIGGER CONNECTOR CONTACT._

COMPLAINT: _FIRES WHEN SAFETY IS RELEASED._

INCIDENT: _FOLLOWS DOWN_

PLAINTIFF'S
EXHIBIT

3267

COMMENTS: _CUSTOMERS MALFUNCTION NOT CONFIRMED. IT IS_

_POSSIBLE WITH CONTINUOUS USAGE THE SEAR & THE_

_TRIGGER CONNECTED TO WORE WORN. THE TP ADJ? (CLEAR-_

_ANCE .017 OVER MAX., ALSO TRIGGER MAY HAVE EXHIBIT -_

_STICK DUE TO BIND IN THE TRIGGER GUARD CAUSED BY_

_OUT OF POSITION SCREW HOLES IN THE STOCK._ _1 of 1_

AL 0029799

RD-6542-1 Rev. 2-15-61

*Custome Complai*

⊦... *No*   GUN EXAMINATION REPORT   NUMBER: _____

MODEL: *700*

GENERAL CONDITION: *New*

R #: *24195*

OUTSIDE WORK: *SEAR ANGLE ON FIRING PIN*
*SCOPE*
- *HEAD MAY HAVE BEEN CHANGED, VERIFIED*

DATE: *11-30-71*

PROM: *BOB'S GUN SHOP*
*LANSING, MICH.*

FIRED AMMO TYPE: ⌐

& CONDITION: ⌐

GUN #: *6361958*

*ASSEMBLER 30*
PROOF: *R.E.P.E*   INSP.: *7*   TEST: *29*

CODE: *W.T.= 8/70*

HEADING: *O.K.*

GA./CAL.: *7MM REM. MAG.*

BREECH OPENING: —

CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*

APPROVED: _____

CHAMBER: *O.K.*

APPROVED: _____

TEST: *No*

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

*No DAMAGED, OR BROKEN COMPONENTS. SOME FRICTION*
*MARKS ON TRIGGER AND INSIDE HOUSING. CONNECTOR-TO-*
*SEAR ENGAGEMENT .005 MIN. .015, TRIGGER PULL*
*FOUR POUNDS.*

COMPLAINT: *"GUN DISCHARGES WHEN BOLT IS BEING OPENED".*

INCIDENT: *FOLLOW DOWN*

PLAINTIFF'S
EXHIBIT
3268

COMMENTS: *CUSTOMER'S MALFUNCTION NOT DUPLICATED.*
*IT IS POSSIBLE THAT A SLIGHT TRIGGER BIND COULD*
*FAILURE TO RETRACT, REDUCING THE CONNECTOR-OR-SEAR*
*ENGAGEMENT SO THAT A MOVEMENT OF THE BOLT*
*HANDLE RELEASED THE FIRING PIN TO FIRE THE*
*ROUND IN THE CHAMBER.*   *1 of 1*

AL 0029800

EXHIBIT 35
PAGE 43

FD-6742-1 Rev. 2-15-61

P.L.: *No*     GUN EXAMINATION REPORT  NUMBER: _____     MODEL: *700 BDL*

GENERAL CONDITION: *Good* _____     R #: *22615*

OUTSIDE WORK: *No* _____     DATE: *11-8-71*

FIRED AMMO TYPE: _____     FROM: *Bowling, Inc.*
                                        *White Sulphur Springs,*
& CONDITION: _____          *West Virginia*

PROOF: *R.E.P.-P*   INSP.: *77*   TEST: *27*     GUN #: *G320973*

HEADSP'G: _____               CODE: *ATc 8/70 , RTP: 8/70*

BREECH OPENING: *—*                      CL/CAL.: _____

RECOIL SHOULDERS: *O.K.*                 CHECKED BY: *C. Prosser*

CHAMBER: *O.K.*                          APPROVED: _____

TEST: *No*                               APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

    *No Damaged or Broken Components*

_____

_____

_____

_____

COMPLAINT: *"Gun off Safety, Trips the Trigger"*

INCIDENT: *Falling Down (Verified by Writer)*

PLAINTIFF'S
EXHIBIT
3269

COMMENTS: _____

_____

_____

_____

_____

*1 of 1*

AL 0029801

RD-6542-1/Rev. 2-15-61

*Customer Complaints*

P.I.: *NO*     GUN EXAMINATION REPORT NUMBER: _____

MODEL: *700 BDL*

GENERAL CONDITION: *NEW*

R #: *15003*

OUTSIDE WORK: *TRIGGER PULL REDUCED TO*

DATE: *7-30-71*

*ONE POUND.*

FROM: *UNITED DIST.*

FIRED AMMO TYPE: _____

*GALVESTON, TEXAS*

& CONDITION: _____

GUN #: *6408400*

PROOF: *R.E.P.*     INSP.: *74*     TEST: *98*

CODE: *LO = 2/71*

HEADING: *O.K.*

BT./CAL.: *270 WIN.*

BREECH OPENING: *—*

CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*

APPROVED: _____

CHAMBER: *O.K.*

APPROVED: _____

TEST: *No*

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

*ADJUSTING SCREW FOR TRIGGER PULL UNSEALED*

*AND ADJUSTMENT ALTERED.*

COMPLAINT: *FIRING PIN ENGAGES & FIRES WHEN BOLT IS*

*PUSHED FORWARD.*

INCIDENT: *FOLLOW DOWN*

PLAINTIFF'S EXHIBIT

3270

COMMENTS: *WHEN TRIGGER PULL WAS CORRECTED ENGAGE-*

*MENT OF SEAR AND TRIGGER CONNECTOR WAS .025-*

*MIN. IS .015 WITH TRIGGER PULL REDUCED THE*

*SPRING WILL NOT RETRACT THE TRIGGER CONNECTOR*

*CORRECTLY AND FOLLOW DOWN MAY RESULT.*

*1 of 1*

AL 0029802

RD-542-Y Rev. 2-15-61

*Customer Complaint #*

P.I.: _No_    GUN EXAMINATION REPORT   NUMBER: _____    MODEL: _700 BDL VAR._

GENERAL CONDITION: _NEW_    R#: _12943_

OUTSIDE WORK: _No_    DATE: _6-29-71_

FROM: _H.P. Cox_
_MEEK HIGH SCHOOL_
FIRED AMMO TYPE: _____    _ARLEY, ALABAMA._

& CONDITION: _____    GUN #: _640.8250_

PROOF: _R.E.P.-C_ INSP.: _9_  TEST: _49_    CODE: _LU= 2/71_

HEADING: _O.K._    GK./CAL.: _223_

BREECH OPENING: _—_    CHECKED BY: _C.PROSSER_

RECOIL SHOULDERS: _O.K._    APPROVED: _____

CHAMBER: _O.K._    APPROVED: _____

TEST: _40 ROUNDS. REMINGTON_    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_EAR AND TRIGGER CONNECTOR CORNER BROKEN OFF,_
_ENGAGEMENT @ .015 (.005 UNDER MIN.) FIRING PIN PIN_
_RADIUS TOO LARGE._

COMPLAINT: _FIRED ON CLOSING, FIRED WHEN SAFE WAS PUSHED_
_OFF, PIERCED PRIMERS._

INCIDENT: _FOLLOWED DOWN._

COMMENTS: _THE PRIMER PIERCING WAS NOT DUPLICATED IN TEST-_
_ING. IT MAY HAVE SPEEDED UP THE CONNECTOR - SEAR_
_BREAK-DOWN_

PLAINTIFF'S
EXHIBIT
3271

_/of l_

AL 0029803

RD-6542-1 Rev. 2-15-61

P. __No__ GUN EXAMINATION REPORT NUMBER: _____     MODEL: _700 BDL_

GENERAL CONDITION: _NEW_     R #: _13298_

OUTSIDE WORK: _No_     DATE: _6-29-71_

FROM: _J. C. PENNEY_

FIRED AMMO TYPE: _____     _KING OF PRUSSIA, PA._

& CONDITION: _ASSEMBLER 79_     GUN #: _6274124_

PROOF: _R.E.P.-E_ INSP.: _58_ TEST: _13_     CODE: _DS - 9/69_

HEADING: _O.K._     21./CAL.: _270_

BREECH OPENING: _____     CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._     APPROVED: _____

CHAMBER: _O.K._     APPROVED: _____

TEST: _No_     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

No BROKEN OR DAMAGED COMPONENTS.

TRIGGER CONNECTOR - SEAR ENGAGEMENT .010 (.020 - MIN.)

TRIGGER PULL 4½ LBS. A SMALL METAL CUP CAUSED

BETWEEN TRIGGER CONNECTOR & TRIGGER.

COMPLAINT: _"FIRES DURING SHELL EXTRACTION."_

INCIDENT: _FOLLOWS DOWN_

COMMENTS: THE CUSTOMER'S MALFUNCTION COULD NOT BE

DUPLICATED. THE UNSER MALFUNCTION WAS CAUSED

BY THE METAL CUP (HELD IN PLACE BY A PROTECTIVE

COATING APPLIED BY THE CUSTOMER) PROBABLY CAUSED

& MALFUNCTION.

1 of 1

AL 0029804

PLAINTIFF'S EXHIBIT 3272

RD-6542-1 Rev. 2-15-61

Cust. Complaint ✓

‸... No   GUN EXAMINATION REPORT  NUMBER: _____   MODEL: 700

GENERAL CONDITION: FAIR   R #: 11955

OUTSIDE WORK: SCOPE MOUNTED   DATE: 6-3-71

_____   FROM: NATIONAL PARK SERVICE,

FIRED AMMO TYPE: _____   KAHULUI MAUI, HAWAII

& CONDITION: _____   GUN #: 6258362

PROOF: R.E.P.-E  INSP.: 11  TEST: 87   CODE: OS = 7/69

HEADING: O.K.   Gr./CAL.: 3006

BREECH OPENING: —   CHECKED BY: E. PROSSER

RECOIL SHOULDERS: O.K.   APPROVED: _____

CHAMBER: C.K.   APPROVED: _____

TEST: NO   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

lo BROKEN, ETC. COMPONENTS

CONNECTOR CLEARANCE ON TRIGGER = 1.070 M/D = 1.079 -.006 / 1.076

TRIGGER CLEARANCE ON CONNECTOR = 1.089 M/D = 1.083 +.006 / 1.077

CONNECTOR-SEAR ENGAGEMENT = .020 EXCESSIVE

LUBRICANT AND DIRTY, TRIGGER PULL FOUR POUNDS.

COMPLAINT: FIRES WHEN SAFETY IS PUSHED OFF.

INCIDENT: TRIGGER CONNECTOR FAILED TO RETRACT.

COMMENTS: CAN NOT DUPLICATE CUSTOMER'S MALFUNCTION.

THE TRIGGER & TRIGGER CONNECTOR NOT TO MODEL

DRAWING PERMIT SEAR-TRIGGER CONNECTOR INTERFERENCE

FAILURE TO RETRACT.

PLAINTIFF'S EXHIBIT
3273

1 of 1

AL 0029805

RD-6542-1 Rev. 2-15-61

Customer Complaint

P̶ No GUN EXAMINATION REPORT NUMBER: _____ MODEL: 700 BDL

GENERAL CONDITION: GOOD                          R #: 10002

OUTSIDE WORK: TRIGGER PULL WEIGHT AND STOP       DATE: 4-28-71

SCREWS RE-ADJUSTED, SCOPE MOUNTED.               FROM: Max Mermelstein Dist. Co.

FIRED AMMO TYPE: _____         CARBONDALE, PENNA.

& CONDITION: _____             GUN #: 6333602

PROOF: R.E.P. · G  INSP. INCOMPLETE TEST: 55     CODE: C.T.= 4/70

HEADING: MAX.                                    GA./CAL.: 25-06

BREECH OPENING: —                                CHECKED BY: C. PROSSER

RECOIL SHOULDERS: EXCESSIVE RADIUS REAR CORNER   APPROVED: _____

CHAMBER: _____                 APPROVED: _____

TEST: No                                         APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style) APPROVED: _____

NO DAMAGED, BROKEN COMPONENTS.

PLAINTIFF'S EXHIBIT 3274

COMPLAINT: "BOLT LOCKS SHUT, GUN HAS FIRED WITH SAFETY ON"

"FACTORY BULLETS SEAT IN RIFLING."

INCIDENT: _____

COMMENTS: CAN NOT DUPLICATE CUSTOMER'S "FIRED WITH SAFETY ON.

SEAR-CONNECTOR ENGAGEMENT .020 - SPECIFICATIONS MIN .020.

THERE IS EVIDENCE OF CUSTOMER RE-ADJUSTING OF TRIGGER

STOP & PULL WEIGHT SCREWS. DECREASING TRIGGER PULL

IN GUT REDUCES SEAR-CONNECTOR ENGAGEMENT MAKING

A FOLLOW DOWN LIKELY.

AL 0029806

1 of 1

RD-6542-1 Rev. 2-15-61

P___ No___ GUN EXAMINATION REPORT NUMBER: _____   MODEL: 700 ADL

GENERAL CONDITION: Good   R #: 07215

OUTSIDE WORK: Scope Mounted   DATE: 4-23-71

FROM: Schoenstein's

FIRED AMMO TYPE: _____   Ord, Nebraska.

& CONDITION: _____   GUN #: 6320412

Assembler 41

PROOF: R.E.P.B   INSP.: 9   TEST: 49   CODE: AT= 3/70

HEADING: O.K.   Dr./CAL.: 270

BREECH OPENING: —   CHECKED BY: C. Prosser

RECOIL SHOULDERS: O.K.   APPROVED: _____

CHAMBER: O.K.   APPROVED: _____

TEST: Ten Rounds   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

No Broken or Damaged Components. Slight Burr

: Round Ejector Hole.

_____

_____

COMPLAINT: "Loading Shell Into Barrel it Went Off, Also

Unable to Extract Shell."

INCIDENT: _____

PLAINTIFF'S
EXHIBIT
3275

COMMENTS: Unable to Duplicate Fires on Closing. In Test

Ejector Stuck Back Causing Failure to Eject.

Ejector Was Freed Up and Burr Removed after

Which Rifle Functioned O.K.

1 of 1

AL 0029807

EXHIBIT 35
PAGE 50

RD-6542-1 Rev. 2-15-61

F. No        GUN EXAMINATION REPORT  NUMBER: _____     MODEL: 700 ADL

GENERAL CONDITION: Good                                  R # : 07367

OUTSIDE WORK: No                                          DATE: 4-26-71

                                                         FROM: MONTGOMERY WARD

FIRED AMMO TYPE: _____

  & CONDITION: _____                                 GUN # : 6204725

  ASSEMBLER #85

PROOF: R.E.P.      INSP.:  9      TEST: 41                CODE: XR = 12/68

HEADING: O.K.                                            GA./CAL.: 270 WIN.

BREECH OPENING: —                                        CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.                                   APPROVED: _____

CHAMBER: O.K.                                            APPROVED: _____

TEST: No.                                                APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)        APPROVED: _____

No Damaged or Broken Components.

_____

_____

_____

COMPLAINT: "Fired When Bolt Was Closed.

PLAINTIFF'S
EXHIBIT
3276

INCIDENT: —

_____

COMMENTS: Could Not Duplicate Customer's Malfunction.

However, Trigger - Connector Clearance Being Excess-

ive & Too Heavy Lubricant May Have Contributed to

Such a Failure in Cold Temperatures.

Connector .006 Oversize (1.089)

Trigger .009 Undersize (1.067)                          1 of 1

Replaced Trigger & Connector Engagement O.K.

AL 0029808

EXHIBIT 35
PAGE 51

RD-6542-1 Rev. 2-15-61

P. . *No*     GUN EXAMINATION REPORT   NUMBER: _____

MODEL:   *700*

GENERAL CONDITION: *Good*

R #: *09523*

OUTSIDE WORK: *Repaired Locally one Time"*

DATE: *4-22-71*

_____

FROM: *Tempe, Arizona*

FIRED AMMO TYPE: _____

*Police Dept,*

& CONDITION: _____

GUN #: *386831*

PROOF: *R.E.P.*   INSP.: *Poor Stamp* TEST: *49*

CODE: *R5- "/69*

HEADING: *O.K.*

Ga./CAL.: *223 Rem.*

BREECH OPENING: _____

CHECKED BY: *C. Prosser*

RECOIL SHOULDERS: *O.K.*

APPROVED: _____

CHAMBER: *O.K.*

APPROVED: _____

TEST: *No*

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

*Trigger Connector Broken*

_____

_____

_____

COMPLAINT: *Fires Closing*

INCIDENT: _____

_____

COMMENTS: *The Broken Trigger Connector Fails to Retract*

*Under The Sear so when the Safety is Pushed off,*

*Firing Pin Falls and Fires Round.*

_____

_____

*1 of 1*

AL 0029809

**PLAINTIFF'S EXHIBIT**

3277

EXHIBIT 35
PAGE 52

Case 4:13-cv-00086-ODS   Document 176-13   Filed 01/17/17   Page 20 of 22

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____   MODEL: _700 ADL_

GENERAL CONDITION: _New_   R # : _07070_

OUTSIDE WORK: _TRIGGER ENGAGEMENT SCREW_   DATE: _4-23-71_

_SEAL REMOVED._   FROM: _LLOYD CO._

_LITTLE ROCK, ARK._

FIRED AMMO TYPE: _-_

& CONDITION: _-_   GUN # : _6266361_

_ASSEMBLER 65_

PROOF: _R,E,P,-E_   INSP.: _73_   TEST: _87_   CODE: _WS = 8/69_

HEADING: _O.K._   GA./CAL.: _22-250_

BREECH OPENING: _-_   CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._   APPROVED: _____

CHAMBER: _O.K._   APPROVED: _____

TEST: _NO_   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

_TRIGGER CONNECTOR BROKEN. TRIGGER SPRING MISSING._

_TRIGGER ENGAGEMENT SCREW OUT OF ADJUSTMENT._

_____

_____

COMPLAINT: _"LEVER IN TRIGGER HOUSING BROKEN"_

INCIDENT: _-_

_____

_____

COMMENTS: _APPARENTLY A DEFECTIVE TRIGGER CONNECTOR WAS_

_USED._

PLAINTIFF'S
EXHIBIT

3278

_1 of 1_

AL 0029810

RD-6542-1 Rev. 2-15-61

P.I./NO. _____ GUN EXAMINATION REPORT NUMBER: _____ MODEL: 700 BDL

GENERAL CONDITION: NEW _____ R #: 06681

OUTSIDE WORK: NO _____ DATE: 3-15-71

_____ FROM: KENNETH JOHNSON

FIRED AMMO. TYPE: — _____ STURTEVANT, WISC.

& CONDITION: _____ GUN #: 6312955

PROOF: R.E.P. B INSP.: 73 TEST: 87 CODE: L.T. = 2/70

HEADING: O.K. _____ GA./CAL.: 7MM

BREECH OPENING: — _____ CHECKED BY: C. PROSSER

RECOIL SHOULDERS: EXCESSIVE RADIUS AT REAR. APPROVED: _____
                                           BODY.
CHAMBER: O.K. _____ APPROVED: _____

TEST: NO. _____ APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style) APPROVED: _____

COMPLAINT: CLOSES HARD OVER SHELL. FIRED WHILE TRYING TO

CLOSE.

INCIDENT: CLOSE HARD

PLAINTIFF'S
EXHIBIT
3279

COMMENTS: THE EXCESSIVE RADIUS AT REAR OF RECOIL SHOULDER

CAUSES THE BOLT TO CAM HARD WITH A ROUND IN THE

CHAMBER. THERE APPEARS TO BE NOTHING WRONG WITH

THE TRIGGER ASSEMBLY. THE CUSTOMER LIKELY, INADVERT-

ENTLY TOUCHED THE TRIGGER WHILE TRYING TO FORCE

THE BOLT HANDLE DOWN.

_____ 1 of 1

AL 0029811

EXHIBIT 35
PAGE 54