# App. A:
# Bolcome Decl., Ex. 8.i
# Part IV

RD-6542-1 Rev. 2-15-61

.I. __No__ GUN EXAMINATION REPORT NUMBER: _____     MODEL: _700_

GENERAL CONDITION: _Good_ _____     R #: _C.R.S#_

OUTSIDE WORK: _No_ _____     DATE: _3-1-71_

                                                       FROM: _Globe #10_

FIRED AMMO TYPE: _—_ _____     _Tucson, Arizona_

  & CONDITION: _____ GUN #: _6319824_

PROOF: _R.E.P.E_ INSP.: _58_ TEST: _No Stamp_ CODE: _AT= 3/70_

HEADING: _O.K._ _____       GA./CAL.: _270 Win,_

BREECH OPENING: _—_ _____      CHECKED BY: _C. Prosser_

RECOIL SHOULDERS: _O.K._ _____       APPROVED: _____

CHAMBER: _O.K._ _____       APPROVED: _____

TEST: _No_ _____       APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)      APPROVED: _____

_No Component Damaged or Broken. Trigger-Connector_

_Sear Engagement =.005 (Min. is .015)_

COMPLAINT: _Fires on Closing Bolt_

INCIDENT: _Follow Down_

COMMENTS: _The Trigger Connector- Sear Engagement is_

_Not Enough For Proper Support, Allowing The_

_Firing Pin to Follow Down._

PLAINTIFF'S
EXHIBIT

3280

AL 0029812

1 of 1

RD-6542-1 Rev. 2-15-61

P.I. _No_    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: _700_

GENERAL CONDITION: _Good_    R # : _03978_

OUTSIDE WORK: _No_    DATE: _3-1-71_

FROM: _ERBACHERS SPTS.CNTR._

FIRED AMMO TYPE: _____    _MADISON, OHIO._

& CONDITION: _____    GUN # : _27832B_

PROOF: _R.E.P._    INSP.: _D_    TEST: _87_    CODE: _CP = 4/37_

HEADING: _O.K._    GA./CAL.: _7MM MAG._

BREECH OPENING: _~_    CHECKED BY: _C.P_

RECOIL SHOULDERS: _O.K._    APPROVED: _____

CHAMBER: _O.K._    APPROVED: _____

TEST: _No_    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_No Component Damage or Breakage._

COMPLAINT: _"Fired Two Times When Closing Bolt."_

INCIDENT: _Follow Down_

PLAINTIFF'S
EXHIBIT
3281

COMMENTS: _Trigger Connector-Sear Engagement.025. The_
_Trigger Etc. Was Found to Be Coated With a Heavy-_
_Grease-Like Lubricant Which Would Cause Trigger_
_Retraction to Be Erratic. This Apparently Happened_
_to the Customer - Trigger Did Not Retract And_
_When the Bolt Was Closed the Firing Pin_
_Followed Down._    _1 of 1_

AL 0029813

RD-6542-1 Rev. 2-15-61

P.I. _NO_     GUN EXAMINATION REPORT  NUMBER: _____     MODEL: _700 BDL_

GENERAL CONDITION: _GOOD_     R#: _01780_

OUTSIDE WORK: _SCOPE MOUNTED, REAR SIGHT_     DATE: _1-26-71_

_LEAF REMOVED._     FROM: _GREEN BROOK SPT ___._

FIRED AMMO TYPE: _____     _GREEN BROOK, N.J._

& CONDITION: _____     GUN #: _6362025_

PROOF: _R.E.P.-E_ INSP.: _ASSEMBLER P_ _74_     TEST: _87_     CODE: _WT = 8/70_

HEADING: _O.K._     OK./CAL.: _7MM. MAG._

BREECH OPENING: _____     CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._     APPROVED: _____

CHAMBER: _O.K._     APPROVED: _____

TEST: _NO_     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

_COMPONENTS O.K._

COMPLAINT: _"UPON RELEASING THE SAFETY MAY FIRE"_

INCIDENT: _FOLLOW DOWN_

PLAINTIFF'S
EXHIBIT
3282

COMMENTS: _THE MALFUNCTION CAN NOT BE DUPLICATED._
_HOWEVER, THE SEAR-CONNECTOR ENGAGEMENT IS NOT_
_TO SPECIFICATION (.008 SHOULD BE .015 MIN.) THIS COUPLED_
_WITH ANY TRIGGER BIND, SUCH AS TOO HEAVY LUBRICANT,_
_MIGHT CAUSE A MALFUNCTION. ENGAGEMENT_
_CORRECTED._

_(1 of 1)_

AL 0029814

EXHIBIT 35
PAGE 57

Case 4:13-cv-00086-ODS   Document 176-14   Filed 01/17/17   Page 4 of 24

RD-SRIG-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____

MODEL: 700

GENERAL CONDITION: NEW

R #: 29996

OUTSIDE WORK: FRONT TRIGGER ADJUSTING

DATE: 1-4-71

SCREWS RE-ADJUSTED.

FROM: LEFAVOR'S SKI S.

FIRED AMMO TYPE: —

WILMINGTON MASS.

& CONDITION: —

GUN #: 656 91 51

PROOF: R.E.P.E  INSP.: O  TEST: 9B

CODE: DT= 9/70

HEADING: O.K.

SER./CAL.: 300G

BREECH OPENING: —

CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.

APPROVED: _____

CHAMBER: O.K.

APPROVED: _____

TEST: N.G.

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

NO DAMAGED OR BROKEN PARTS.

COMPLAINT: "SEVERAL TIMES GUN WENT OFF WHEN CLOSING BOLT."

INCIDENT: FOLLOWS DOWN

COMMENTS: SEAR-TRIGGER CONNECTOR ENGAGEMENT .005.

MINIMUM IS .015. THIS LETS THE SEAR SLIP OFF THE

CONNECTOR UNDER PRESSURE AND FOLLOW DOWN

RESULTS.

PLAINTIFF'S
EXHIBIT
3283

1 of 1

AL 0029815

RD-6542-1 Rev. 2-15-61

*Customer Complaint.*

P.I. *No*     GUN EXAMINATION REPORT  NUMBER: _____     MODEL: *700 BDL*

GENERAL CONDITION: *USED - GOOD*                            R #: *00931*

OUTSIDE WORK: *SCOPE MOUNTED*                               DATE: *1-12-71*

                                                           FROM: *JOHN M. ANGELO*

FIRED AMMO TYPE: *—*                                       *LANSING, MICH.*

& CONDITION: _____                               GUN #: *247248*

                    *ASSEMBLER C*
PROOF: *R.E.P.*   INSP.: *D*   TEST: *87*                   CODE: *EN = ¹⁰/66*

HEADING: *O.K.*                                            Gr./CAL.: *300 G SPR.*

BREECH OPENING: *—*                                        CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*                                   APPROVED: _____

CHAMBER: *O.K.*                                            APPROVED: _____

TEST: *NO*                                                 APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)          APPROVED: _____

*NO BROKEN COMPONENTS.*

_____

_____

_____

_____

COMPLAINT: *FIRED AS BOLT WAS PULLED HALF WAY UP.*

INCIDENT: *APPARENTLY TRIGGER FAILED TO RETRACT.*

PLAINTIFF'S EXHIBIT
3284

COMMENTS: *TRIGGER - CONNECTOR - SEAR ENGAGEMENT .020.*

*NO INTERFERANCE INDICATED AND MALFUNCTION NOT*

*DUPLICATED. SOME EVIDENCE OF TOO HEAVY A*

*LUBRICANT BEING USED. SUGGEST CLEANING AND*

*INFORMING CUSTOMER HE SHOULD USE VERY LIGHT*

*OR NO LUBRICANT.*

*1 of 1*

AL 0029816

Customer Complaint

... (Rev. 7-17-?)

... ... ... MENT NUMBER: _____    MODEL: 700 _____

DEALER & EDITION: _____ ____    R # : _____

JUSTICE GUN: No _____    DATE: 10-?-?-?

FIRED AND TYPE: _____    FROM: F__ ___ __ __
& CONDITION: _____    _____

PROOF: ____ ____    INSP.: _____ TEST: _____    GUN # : G8?-?-?5?

HOLDING: O.K _____    CODE: C __ ?.4?

BREECH OPENING: _____    GA. /CAL.: 2?-?.

RECOIL SHOULDERS: _____    CHECKED BY: C.F__ __ __

CHAMBER: O.K _____    APPROVED: _____

TEST: No _____    APPROVED: _____

    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_____

_____

_____

_____

COMPLAINT: "BULLET STICKS IN CHAMBER ALSO BOLT IS
IMMOVABLE FOR SOME REASON."

INCIDENT: _____

PLAINTIFF'S
EXHIBIT
3286

COMMENTS: THE CUSTOMER PULLED THE BULLET OUT OF THE
CASE LEAVING IT IN THE THROAT. THIS APPARENTLY
IS AN AMMUNITION PROBLEM (PER M. WALKER).
THE BOLT CATCHING IS CAUSED BY PUSHING THE
SAFETY ON BEFORE LOCKING THE BOLT THUS CATCH-
ING THE SAFETY CAM IN THE COCKING CAM.

_____ 1 of 1

AL (X)29819

RD-6542-1 Rev. 2-15-61

P.1 _No_    GUN EXAMINATION REPORT   NUMBER: _____    MODEL: _700 BDL_

GENERAL CONDITION: _NEW_      R # : _23406_

OUTSIDE WORK: _No_      DATE: _11-2-70_

     FROM: _OCONTO, WIS._

FIRED AMMO TYPE: _—_

    & CONDITION: _____      GUN # : _6248578_

PROOF: _—_   INSP.: ____   TEST: ____    CODE: _PS = 6/69_

HEADING: _—_      GA/CAL.: _7MM_

BREECH OPENING: _—_      CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _—_      APPROVED: _____

CHAMBER: _—_      APPROVED: _____

TEST: _NO_      APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_TRIGGER CONNECTOR BROKEN._

_____

_____

_____

_____

COMPLAINT: _FIRES WHEN SAFE IS REMOVED & WONT COCK_
_AT TIMES._

INCIDENT: _____

_____

_____

COMMENTS: _MALFUNCTION WAS CAUSED BY THE BROKEN_
_TRIGGER CONNECTOR._

PLAINTIFF'S
EXHIBIT

3287

1 of 1

AL 0029820

Customer Complaint

P.N. __A/C__ GUN EXAMINATION REPORT NUMBER: _____ MODEL: _7 C M 1 D L_

GENERAL CONDITION: _New_ R #: _C.4 4 17_

OUTSIDE WORK: _No_ DATE: _11-9-70_

FROM: _Shirt House_

FIRED AMMO TYPE: _____ _Remington + Co._

& CONDITION: _____ GUN #: _6.911 ? ? ?_

PROOF: _R.E.T._ INSP.: _? ?_ TEST: _R.CM. 79_ CODE: _BT= 1/70_

HEADING: _O.K._ GA./CAL.: _3006_

BREECH OPENING: _—_ CHECKED BY: _C. Prosser_

RECOIL SHOULDERS: _O.K._ APPROVED: _____

CHAMBER: _____ APPROVED: _____

TEST: _√c_ APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style) APPROVED: _____

_Pop-s O.K._

COMPLAINT: _"Every time you push the bolt hard the rifle fires."_

INCIDENT: _Follows Down_

COMMENTS: _The engagement of the sear, trigger connector set too close at final assembly. (.005 ap)_

**PLAINTIFF'S EXHIBIT 3288**

1 of 4

AL 0029821

RD-654A-1 Rev. 2-15-61

Gustim Complaints

| | |
|---|---|
| P.1 / No GUN EXAMINATION REPORT NUMBER: | MODEL: 700 ADL |
| GENERAL CONDITION: NEW | R #: 26143 |
| OUTSIDE WORK: No | DATE: 11-12-70 |
| | FROM: DAKIN SPTG. GDS. Co. |
| FIRED AMMO TYPE: — | BANGOR, MAINE |
| & CONDITION: — | GUN #: 6219140 |
| PROOF: R.E.P. INSP.: TEST: 41 ASSEMBLER | CODE: LS = ²/69 |
| HEADING: O.K. | GA./CAL.: 3006 |
| BREECH OPENING: — | CHECKED BY: C. PROSSER |
| RECOIL SHOULDERS: — | APPROVED: |
| CHAMBER: O.K. | APPROVED: |
| TEST: No | APPROVED: |
| COMPONENT CONDITION: (Damaged, Broken, Old Style) | APPROVED: |

TRIGGER CONNECTOR BROKEN.

_____

_____

_____

COMPLAINT: "WILL NOT STAY COCKED"

_____

INCIDENT: FOLLOWS DOWN

_____

COMMENTS: THE BROKEN CONNECTOR MAKES RETRACTION
UNDER SEAR UNCONTROLLABLE. THE CONNECTOR
FAILING TO RETRACT CAUSES FOLLOW DOWN.

PLAINTIFF'S
EXHIBIT
3289

1 of 1

AL 0029822

EXHIBIT 35
PAGE 63

Case 4:13-cv-00086-ODS    Document 176-14    Filed 01/17/17    Page 10 of 24

RD-65421 Rev. 2-15-61                    *Customer Complaint*

2.1. _NO_    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: _700 BDL_

GENERAL CONDITION: _NEW_                                  R #: _26910_

OUTSIDE WORK: _NO_                                        DATE: _11-17-70_

_____                          FROM: _GOLD BUSH SALES_

FIRED AMMO TYPE: _—_                                      _BROOKLYN, N.Y._

& CONDITION: _—_                                          GUN #: _G288540_

PROOF: _R.E.P._   INSP.: _74_   TEST: _79_   CODE: _CS= 4/69_
                   ASSEMBLER #30

HEADING: _O.K._                                           GA./CAL.: _3006_

BREECH OPENING: _—_                                       CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._                                  APPROVED: _____

CHAMBER: _O.K._                                           APPROVED: _____

TEST: _NO_                                                APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)         APPROVED: _____

_COMPONENTS O.K._

COMPLAINT: _FIRED UPON CLOSING BOLT._

INCIDENT: _APPARENTLY FOLLOWED DOWN._

COMMENTS: _ENGAGEMENT O.K. NO REASON FOR MALFUNCT-_
_ION COULD BE FOUND. THE MALFUNCTION COULD_
_NOT BE REPRODUCED._

PLAINTIFF'S
EXHIBIT
3290

1 of 1

AL 0029823

Customer Complaint

GUN CONDITION: _____
COMPLETE GUN: _____

FIRED W/ O TYPE: _____
& CONDITION: _____

PROOF: _____ INSP.: _____ TEST: _____
HEADING: _____
BREECH OPENING: _____
RECOIL SHOULDERS: _____
CHAMBER: _____
TEST: N/C
COMPONENT CONDITION: (Damaged, Broken, Old Style)

No Broken or Defective Components.

R 3: _____
DATE: _____
FROM: _____

GUN #: _____
CODE: _____
GA/CAL.: _____
CHECKED BY: C.P.D
APPROVED: _____
APPROVED: _____
APPROVED: _____
APPROVED: _____

COMPLAINT: Gun Fires When Bolt is Closed.

INCIDENT: Follows Down

COMMENTS: The Sear-Connector Engagement Was
Set Too Close By Final Assembly.

PLAINTIFF'S
EXHIBIT
3291

1 of 1

AL 0029824

EXHIBIT 35
PAGE 65

RD-6542-1 Rev. 2-15-61          *Custom Complaint.*

P.I. NO ___ GUN EXAMINATION REPORT NUMBER: _____     MODEL: 700 BDL.

GENERAL CONDITION: GOOD _____     R#: 27632

OUTSIDE WORK: STOCK BEDDING ALTERED. _____     DATE: 12-3-70

SCOPE MOUNTED. _____     FROM: R. ROYSE

FIRED AMMO TYPE: — _____     PORTLAND, OREGON.

& CONDITION: _____     GUN #: 6275235

                              ASSEMBLER 90
PROOF: R.E.P. ___ INSP.: 9 ____ TEST: 55 ____     CODE: E5 = 10/69 ___

HEADING: O.K. _____     GA./CAL.: 7MM REV.MAG.

BREECH OPENING: — _____     CHECKED BY: G. PROSSER

RECOIL SHOULDERS: O.K. _____     APPROVED: _____

CHAMBER: O.K. _____     APPROVED: _____

TEST: NO _____     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

_____

_____

_____

COMPLAINT: POOR GROUPS. FIRED WHEN SAFETY WAS PUSHED

TO FIRE POSITION.

INCIDENT: BARREL BORE ROUGH. FOLLOWED DOWN.

_____

_____

COMMENTS: THE FOLLOW DOWN CAN NOT BE DUPLICATED.

BARREL BORE EXCESSIVELY ROUGH – SHOULD BE

REPLACED.

_____

PLAINTIFF'S
EXHIBIT
3292

1 of 1

AL 0029825

*Customer Complaint*

F. /R-1 Rev. 2-15-61

P.I. *No*    GUN EXAMINATION REPORT    NUMBER: _____    MODEL: *700 BDL*

GENERAL CONDITION: *NEW* _____    R #: *27237*

OUTSIDE WORK: *No* _____    DATE: *11-23-70*

    FROM: *S.GGLE ELEC. C.,*

FIRED AMMO TYPE: *—* _____    *VERNAL, UTAH*

  & CONDITION: _____    GUN #: *6296277*

PROOF: *R.E.P. 2*  INSP: *74*  ASSEMBLER *73*  TEST: *55*    CODE: *LT = 2/70*

HEADING: *—* _____    GA./CAL.: *300G*

BREECH OPENING: *—* _____    CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *—* _____    APPROVED: _____

CHAMBER: *—* _____    APPROVED: _____

TEST: *No* _____    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

*TRIGGER : CONNECTOR CLEARANCE -.003 OUTSIDE MODEL*

*DRAWING, CONNECTOR: TRIGGER CLEARANCE +.005 OUTSIDE*

*MODEL DRAWING. THIS ADDS UP TO .009 MORE MOVE-*

*MENT UP, OF CONNECTOR THAN THERE SHOULD BE TO*

*POSS. 2UE INTERFERENCE WITH THE SEAR.*

COMPLAINT: *"TRIGGER FIRES SOMETIMES WHEN TAKEN OFF*

*SAFE." (EXTRACTOR FAULTY)*

INCIDENT: *FOLLOWS DOWN WHEN SAFE IS PUSHED OFF.*

COMMENTS: *THE FOLLOWS DOWN MALFUNCTION COULD NOT*

*BE VERIFIED ALTHOUGH EXCESSIVE CONNECTOR*

*MOVEMENT IS PRESENT.*

*EXTRACTOR CLAW DAMAGED.*

**PLAINTIFF'S EXHIBIT 3293**

*1 of 1*

AL 0029826

RD-6742-1 Rev. 2-15-61                    Customer Complaint

P.I. / NO    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: __700__

GENERAL CONDITION: _NEW_____    R #: __27774__

OUTSIDE WORK: _NO_____    DATE: _12-10-70_

_____    FROM: _KROEGERS FARM_
                                        _SUPPLY_
FIRED AMMO TYPE: ___—_____    _DURANGO, COL._

    & CONDITION: ___—_____    GUN #: _6367225_

                ASSEMBLER V
PROOF: _R.E.P.A_  INSP.: _5B_  TEST: _13_    CODE: _DT= 9/70_

HEADING: ___—_____    GR./CAL.: _3006_

BREECH OPENING: ___—_____    CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: ___—_____    APPROVED: _____

CHAMBER: ___—_____    APPROVED: _____

TEST: _NO_____    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

    _COMPONENTS O.K._

COMPLAINT: _"HAMMER IN BOLT WILL NOT STAY COCKED."_

INCIDENT: _FOLLOWS DOWN._

COMMENTS: _SEAR, TRIGGER CONNECTOR, ENGAGEMENT_
_ADJUSTED TOO CLOSE (.005) MINIMUM IS .015, THIS_
_LETS THE SEAR SLIP OFF THE CONNECTOR UNDER_
_PRESSURE & FIRING PIN FOLLOWS DOWN._
    _RE-ADJUSTED ENGAGEMENT._

                                        _1 of 1._

PLAINTIFF'S
EXHIBIT
3294

AL 0029827

RD-6542-1 Rev. 2-15-61                                    *Customer Complaint*

P.I. _No_      GUN EXAMINATION REPORT NUMBER: _____      MODEL: _700 BDL_

GENERAL CONDITION: _Good_                                    R # : _29327_

OUTSIDE WORK: _Extractor Rive- Ground off._                 DATE: _12-15-70_

_Trigger Adjusted - Engagement Screw_                       FROM: _Harded S-T Gas._
_Appears untouched._
FIRED AMMO TYPE: _—_                                         _Williamsport, Pa._

   & CONDITION: _—_                                          GUN # : _6264773_
                          _Assembler 13_
PROOF: _R.E.Fee_   INSP.: _17_    TEST: _55_                 CODE: _WS = 8/40_

HEADING: _- "_                                               ER./Cal.: _--  --_

BREECH OPENING: _—_                                          CHECKED BY: _C. Prosser_

RECOIL SHOULDERS: _O.K._                                     APPROVED: _____

CHAMBER: _O.K._                                              APPROVED: _____

TEST: _No_                                                   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)           APPROVED: _____

_No Defective or Broken Components._

_____

_____

_____

COMPLAINT: _"Fired Upon Closing"_

INCIDENT: _Followed Down_

_____

COMMENTS: _Sear - Connector Engagement .003, Minimum is .015._

_This Lets The Sear Slip Off The Connector Under_

_Pressure And Follow Down Results._

_____

_____

                                                            _1 of 1_

PLAINTIFF'S
EXHIBIT
3295

                                                      AL 0029828

RD-STAR-1 Rev. 2-15-61

P.I. _No_    GUN EXAMINATION REPORT   NUMBER: _____     MODEL: _700 BDL_

GENERAL CONDITION: _New_                                 R#: _29277_

OUTSIDE WORK: _No_ _____                DATE: _12-21-70_

_____                                   FROM: _LEONARDS_

FIRED AMMO TYPE: _—_                                     _Fort Worth, Tex._

& CONDITION: _____                              GUN #: _635 MTD_

PROOF: _R F P_    INSP.: _?_    TEST: _49_               CODE: _WT = 5/70_

HEADING: _O.K._                                          GA./CAL.: _270 WIN._

BREECH OPENING: _—_                                      CHECKED BY: _C. Frasser_

RECOIL SHOULDERS: _O.K._                                 APPROVED: _____

CHAMBER: _O.K._                                          APPROVED: _____

TEST: _NO_                                               APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)       APPROVED: _____

_SAFETY CAM SHORTS OFF OF SEAR._

_____

_____

_____

_____

COMPLAINT: _SAFETY DOES NOT WORK_

_____

INCIDENT: _FIRES WITH SAFE ON_

_____

_____

COMMENTS: _SAFETY CAN NOT FUNCTION WITHOUT THE CAM_

_ON THE SEAR-SAFETY CAM._

_____

_____

_1 of 1_

PLAINTIFF'S
EXHIBIT
3296

AL 0029829

PC-50-A-1 Rev. 2-15-61

P.I. _____ GUN EXAMINATION REPORT NUMBER: _____ MODEL: _700 BDL_

GENERAL CONDITION: _Good_      R #: _267?-_

OUTSIDE WORK: _No_      DATE: _12-21-72_

     FROM: _D.L. ___ _ C._

FIRED AMMO TYPE: _—_      _Cotton ___ __._

& CONDITION: _____      GUN #: _2 __ ___._

PROOF: _R.F.?_   INSP.: _____   TEST: _✓_    CODE: _P.P = 4/15_

READING: _C.L._      GAT./CAL.: _2 __ MIN. ___._

BREECH OPENING: _—_      CHECKED BY: _C. Frost___._

RECOIL SHOULDERS: _O.K._      APPROVED: _____

CHAMBER: _O.K._      APPROVED: _____

TEST: _No_      APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)      APPROVED: _____

COMPLAINT: _"Gun Fired When Picked Up"_

INCIDENT: _Follows __ __._

COMMENTS: _Trigger Connector- Sear Engagement .010_
_MIN. ENGAGEMENT = .015. Malfunction Not Duplicated._
_Engagement Re-adjusted._

PLAINTIFF'S
EXHIBIT
3297

1 of 1

AL 0029830

EXHIBIT 35
PAGE 71

RD-6542-B Rev. 2-15-61     *Customer Complaint*

P.I.: *NO*    GUN EXAMINATION REPORT   NUMBER: _____    MODEL: *700 ADL*

GENERAL CONDITION: *NEW* _____     R #: *00285*

OUTSIDE WORK: *NO* _____     DATE: *1-6-71*

FROM: *KMART SPTG. DEP*

FIRED AMMO TYPE: *—* _____    *ST. CLAIR SHORES, MICH*

& CONDITION: _____     GUN #: *6248840*

          *ASSEMBLER 12*

PROOF: *R.ER*   INSP: _____   TEST: _____    CODE: *P.S. = G/69*

HEADING: *O.K.*     GA./CAL.: *7MM REM.*

BREECH OPENING: *—*     CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*     APPROVED: _____

CHAMBER: *O.K.*     APPROVED: _____

TEST: *NO*     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

*BROKEN TRIGGER CONNECTOR*

_____

_____

_____

_____

COMPLAINT: *DEFECTIVE*

_____

INCIDENT: *FOLLOWS DOWN*

_____

_____

COMMENTS: *THE BROKEN TRIGGER CONNECTOR FAILS TO*

*RETRACT TO SUPPORT THE SEAR IN COCKED POSIT-*

*ION. WITHOUT SUPPORT, THE SEAR FOLLOWS DOWN.*

*1 of 1*

PLAINTIFF'S
EXHIBIT
3298

AL 0029831

EXHIBIT 35
PAGE 72

RD-6542-1 Rev. 2-15-61        *Customer Complaint*

P.I. *NO*    GUN EXAMINATION REPORT    NUMBER: _____    MODEL: *700*

GENERAL CONDITION: *USED* _____    R #: *00598*

OUTSIDE WORK: *NO* _____    DATE: *1-11-71*

_____    FROM: *REM. ARMS OF CAN.*

FIRED AMMO TYPE: *—*    *TORONTO, ONT., CANADA*

& CONDITION: _____    GUN #: *6216023*

PROOF: *R.E.P.*  INSP.: *U*  *ASSEMBLER 64*  TEST: *55*    CODE: *LS=2/69*

HEADING: *—*    GK./CAL.: *350 REM. MAG.*

BREECH OPENING: *—*    CHECKED BY: _____

RECOIL SHOULDERS: *—*    APPROVED: _____

CHAMBER: *O.K.*    APPROVED: _____

TEST: *No*    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

*NO BROKEN COMPONENTS.*

COMPLAINT: *SEAR WILL NOT HOLD.*

INCIDENT: *FOLLOW DOWN.*

COMMENTS: *SEAR-TRIGGER CONNECTOR ENGAGEMENT O.K.; MAL-*
*FUNCTION COULD NOT BE DUPLICATED. HOWEVER BRIGHT*
*EDGE ON TRIGGER (TOP) INDICATES A SLIGHT INTERFER-*
*ANCE WHICH MAY HAVE CAUSED THE MALFUNCTION.*

*1 of 1*

PLAINTIFF'S
EXHIBIT
3299

AL 0029832

*Engagement .020*

11-1548-1 Rev. 2-15-61    *N/700 Fire Control*

GUN EXAMINATION REPORT    NUMBER: _____    MODEL: _700 PDL_

GENERAL CONDITION: _Good_    R #: _22760_

OUTSIDE WORK: _Alt Trigger Adjustable_    DATE: _10-16-79_

_Screws Unsealed, Adjustments Changed_ FROM: _Centralia,_

FIRED AMMO TYPE: _-_    _Illinois._

& CONDITION: _____    GUN #: _19374_

PROOF: _R.E.P._    INSP.: _7_    TEST: _____    CODE: _LN = ?_  _W75 = ?_

READING: _____    CAT./CAL.: _222_

BREECH OPENING: _____    CHECKED BY: _C.F???_

RECOIL SHOULDERS: _____    APPROVED: _____

CHAMBER: _____    APPROVED: _____

TEST: _____    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_— Old Style Sear-Safety Cam, Weak or Worn_

_Trigger Connector Broken._

_____

_____

_____

COMPLAINT: _Follows Down._

_____

INCIDENT: _____

_____

_____

COMMENTS: _Follow Down Was Caused By The Broken Connector._

_____

_____

_____

PLAINTIFF'S
EXHIBIT
3306
PENGAD-Bayonne, N.J.

AL 0029841

EXHIBIT 35
PAGE 74

Case 4:13-cv-00086-ODS    Document 176-14    Filed 01/17/17    Page 21 of 24

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT   NUMBER: _____        MODEL: _700_

No

GENERAL CONDITION: _New_____         R #: _22775_

OUTSIDE WORK: _No_____          DATE: _10-15-70_

FROM: _MARKLEYSBURG,_

FIRED AMMO TYPE: _____          _PA._

& CONDITION: _____          GUN #: _6262918_

PROOF: _R.E.P._   INSP.: _7_   TEST: _____     CODE: _OS = 7/69_

HEADING: _O.K._                                  GA./CAL.: _22-250_

BREECH OPENING: _—_____           CHECKED BY: _C.PROSSER_

RECOIL SHOULDERS: _—_____            APPROVED: _____

CHAMBER: _—_____            APPROVED: _____

TEST: _FUNCTION ONLY_____            APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

_____

_____

_____

_____

_____

COMPLAINT: _FOLLOWS DOWN WHEN SAFETY IS PUSHED OFF._

_____

INCIDENT: _____

_____

_____

COMMENTS: _THE DIMENSION FROM THE TOP OF THE TRIGGER TO_

_CENTER OF TRIGGER PIN HOLE BEING .011 OVERSIZE_

_ELIMINATES MOST OF THE CLEARANCE NEEDED FOR THE_

_TRIGGER- CONNECTOR TO RETRACT WITH THE SAFETY ON_

PLAINTIFF'S
EXHIBIT
3307
PENGAD-Bayonne, N.J.

AL 0029842

RD-6542-1 Rev. 2-15-61

P ~ No        GUN EXAMINATION REPORT   NUMBER: _____      MODEL: 700 ADL

GENERAL CONDITION: NEW                                          R #: 22730

OUTSIDE WORK: WO                                               DATE: 10-16-70

_____                        FROM: LIVONIA,

FIRED AMMO TYPE: _____                               MICH.

   & CONDITION: _____                         GUN #: 6278113

PROOF: — R.E.P.  INSP.: _____   TEST: _____          CODE: _____

HEADING: —                                                     GA./CAL.: 3006

BREECH OPENING: —                                              CHECKED BY: C.PROSSER

RECOIL SHOULDERS: —                                            APPROVED: _____

CHAMBER: —                                                     APPROVED: _____

TEST: FUNCTION ONLY                                            APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)             APPROVED: _____

   CONNECTOR IS .005 UNDERSIZE ON 1.083 1.080 DIMENSION (TRIGGER

   CLEARANCE)

   _____

   _____

COMPLAINT: FOLLOWS DOWN

   _____

INCIDENT: _____

   _____

   _____

COMMENTS: CONNECTOR BEING TIGHT ON TRIGGER DID NOT RETRACT,

   ACTION WOULD NOT COCK. AS LONG AS THE CONNECTOR

   STAYED IN POSITION ON THE TRIGGER THE RIFLE WOULD

   WORK O.K.

PLAINTIFF'S
EXHIBIT
3308
PENGAD-Bayonne, N.J.

                                                               101

                                                               AL 0029843

RD-6542-1 Rev. 2-15-61

| | |
|---|---|
| P.T. NO   GUN EXAMINATION REPORT   NUMBER: _____ | MODEL: 700 |
| GENERAL CONDITION: Good | R #: 21196 |
| OUTSIDE WORK: Scope Mounted | DATE: 10-2-70 |
| | FROM: Davison, |
| FIRED AMMO TYPE: | Michigan |
| & CONDITION: | GUN #: 6216922 |
| PROOF: R.E.P.  INSP.: 9  TEST: 87 | CODE: L5 = 2/69 |
| HEADING: O.K. | CAL/CAL.: 243 Win. |
| BREECH OPENING: — | CHECKED BY: _____ |
| RECOIL SHOULDERS: — | APPROVED: _____ |
| CHAMBER: O.K. | APPROVED: _____ |
| TEST: No | APPROVED: _____ |
| COMPONENT CONDITION: (Damaged, Broken, Old Style) | APPROVED: _____ |

TRIGGER CONNECTOR BROKEN.

_____

_____

_____

_____

COMPLAINT: FIRING PIN FOLLOWS DOWN

INCIDENT: _____

COMMENTS: THE CONNECTOR BEING BROKEN, ENGAGEMENT
BETWEEN IT AND THE SEAR WAS UNLIKELY THEREFORE
THE FIRING PIN WAS FREE TO FOLLOW DOWN.

_____

_____

PLAINTIFF'S
EXHIBIT
3309

AL 0029844