# App. A:
# Bolcome Decl., Ex. 8.j

# Daily Progress Report

DAILY PROGRESS REPORT

SUBJECT  M/721 Pilot Line Inspection                    Date  4/9/47

There is evidence from the functioning of the above mentioned guns that the Connector, Safety Cam and Sear are not within design limits. This situation can be very dangerous from a safety and functional point of view and the existing condition has caused the following listed malfunctions to occur in several guns that were inspected:

1. Firing Pin moves forward during the bolt locking cycle.
2. Possible to fire the gun by pushing the Safety to the "off" position.
3. Occasionally the firing pin moves forward during the bolt locking cycle.

From the inspection standpoint, situation #3 should be considered the most dangerous in that the malfunction might not occur during the relatively few cycles that the gun would be functioned during inspection.

W. E. Leek
Test Engineer