# App. A:
# Bolcome Decl., Ex. 8.k

**REMINGTON ARMS COMPANY, INC.**
INTER-DEPARTMENTAL CORRESPONDENCE

Remington — Peters

Mr. H. A. Brown    Mr. H. K. Faulkner

Bridgeport, Connecticut
August 31, 1948

TO: MR. S. M. ALVIS,
From: Mr. A. J. Greene,
Subject: MODEL 721 SAFETY

The gun mentioned in your letter of August 27th was duly delivered to us by Mr. Pinckney, and is returned to him with his copy of this letter. We are unable to secure a malfunction of its safety, and deem its construction a substantial improvement over the model which we had previously examined.

Our usual potential liability for the safety of our product is somewhat augmented by our knowledge that some Model 721 safeties have misfunctioned. However, our liability does not seem to be out of proportion to the advantage of retaining the present sear and safety construction, pending receipt of further complaints from the field.

We note that in the production gun which you supplied the three adjustment screws in the trigger assembly are not staked, as they were in the earlier models. We believe it important that these screws, particularly the one which determines the amount of engagement of connector and sear, be so sealed as to afford a positive indication when our factory adjustment has been altered.

A. J. GREENE,
Patent Attorney.

AJG/m

*handwritten margin notes: "out of words / Notified / H.J.N. — 9/7/48 / 1:30 P.M. / AJG"*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
KINZER V. REMINGTON

R2501440

Case 4:13-cv-00086-ODS    Document 176-16    Filed 01/17/17    Page 2 of 2