# App. B:
# Petrie Decl., Ex. 3

United States
CONSUMER PRODUCT SAFETY COMMISSION

Search CPSC

# Mission Archery Recalls Crossbows Due to Injury Hazard; Can Fire Unexpectedly

350Share

**Recall date: June 3, 2014**

**Recall number: 14-197**



1 of 2 photos                « Previous        Next »

Recalled Mission MXB crossbow

## Recall Summary

**Name of product:**

MXB crossbows

**Hazard:**

The crossbow can fire an arrow unexpectedly without the trigger being pulled, posing an injury hazard to the user and to bystanders.

**Remedy:**

🔧 **Repair**

**Consumer Contact:**

Mission Archery toll-free at (844) 334-8991 from 8 a.m. to 5 p.m. CT Monday through Friday or online at www.missionarchery.com and click on the crossbow tab for more information.

## Recall Details

Report an Incident Involving this Product

**Units:**

About 9,500

**Description:**

This recall involves Mission Archery crossbows that have the automatic safety located behind the trigger at rear of scope mount, models MXB 320, MXB Dagger, MXB 400 and MXB 360; and serial numbers ranging from XB04879 to XB16555. The crossbows were sold in black, lost camo AT (a three-color camouflage pattern with light brown, dark brown, dark green), white camo and pink camo pattern. The crossbows measure between 29 and 35 inches long and were available individually or as part of a package that included a black scope, quiver, three bolts and a rope cocking aid. Mission by Mathews is engraved on the left rear side of the crossbow's rail. The serial number is located on the underside of the rail directly behind the safety. Mission and the model name are printed on each limb.

**Incidents/Injuries:**

Mission Archery has received three reports of the crossbow firing unexpectedly. No injuries have been reported.

**Remedy:**

Consumers should immediately stop using the recalled crossbows and return them to a Mission Archery authorized dealer for a free repair, or contact Mission Archery for instructions on shipping the product directly to them for a free repair, including shipping.

**Sold At:**

Archery and hunting sporting goods stores nationwide including from May 2013 through April 2014 for between $600 and $1,300.

**Importer:**

Mathews Archery Inc., dba Mission Archery, of Sparta, Wis.

**Manufacturer:**

Mathews Archery Inc., dba Mission Archery, of Sparta, Wis.

**Manufactured In:**

United States

The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of injury or death associated with the use of thousands of types of consumer products under the agency's jurisdiction. Deaths, injuries, and property damage from consumer product incidents cost the nation more than $1 trillion annually. CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical or mechanical hazard. CPSC's work to help ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters and household chemicals — contributed to a decline in the rate of deaths and injuries associated with consumer products over the past 40 years.

Federal law bars any person from selling products subject to a publicly-announced voluntary recall by a manufacturer or a mandatory recall ordered by the Commission.

To report a dangerous product or a product-related injury go online to www.SaferProducts.gov or call CPSC's Hotline at 800-638-2772 or teletypewriter at 301-595-7054 for the hearing impaired. Consumers can obtain news release and recall information at www.cpsc.gov, on Twitter @USCPSC or by subscribing to CPSC's free e-mail newsletters.

## Related Recalls



Gates Recalls ATV and UTV Clutches Due to Laceration and Injury Hazards (Recall Alert) (Recall Alert)



Fox Factory Recalls Mountain Bike Shock Absorbers Due to Fall and Injury Hazards

# GENERAL INFORMATION

**MISSION MXB CROSSBOW VOLUNTARY RECALL**

Dear MXB Crossbow Owner,

At Mission Archery, the safety of our customers remains our highest priority so it's important that you know that we have initiated a **VOLUNTARY RECALL** for the following MXB Crossbow models:

All MXB-320, MXB-Dagger and MXB-400 crossbows with a **BLACK COLORED SAFETY**
All MXB-360 crossbows with a **BLACK COLORED SAFETY** located behind the trigger at rear of the scope mount (Refer to the photos for clarification or contact Mission Archery for assistance.)



All MXB models with an automatic safety (as shown in photo) are affected by Recall.

MXB 360 models with the mechanical safety located above the trigger are not affected by Recall.

We discovered that the potential exists for unintentional discharge when moving the mechanical safety from SAFE to FIRE position if the trigger was previously pulled while the safety was in the SAFE position.

**If you possess one of the models listed above, STOP USING IT IMMEDIATELY and do not use it until it has been repaired at Mission Archery's manufacturing facility.**

[ CHECK YOUR CROSSBOW ]　[ NEXT STEPS ]　[ FAQS ]