# App. B:
# Petrie Decl., Ex. 6

8/3/2016 12:00:00 AM

# Polaris® Industries Voluntarily Issues Stop-Ride/Stop Sale Advisory For MY2016 RZR Turbo Off-Road Vehicles

**MINNEAPOLIS, MN (July 25, 2016)** – Polaris Industries (NYSE: PII) is issuing a stop-ride/stop-sale advisory, pending a formal recall, for MY2016 RZR Turbo off-road vehicles, due to a potential fire hazard.

Polaris is currently evaluating a comprehensive repair solution. Once validated, repair instructions will be issued to Polaris dealers and vehicle owners will be notified that they can contact their dealer about scheduling a free repair. Until then, owners should not ride, and dealers should not sell, MY2016 RZR Turbo models.

All owners of affected vehicles are being contacted directly. In addition, updates will be posted on the *RZR* Recall page: http://www.polaris.com/en-us/company/rzr-recall (http://www.polaris.com/en-us/company/rzr-recall).

Owners can also contact Polaris at 800-765-2747 or online at www.polaris.com (http://www.polaris.com).

## About Polaris

Polaris Industries Inc. (NYSE: PII) is a global powersports leader with annual 2015 sales of $4.7 billion. Polaris fuels the passion of riders, workers and outdoor enthusiasts with our *RANGER*®, *RZR*® and POLARIS GENERAL™ side-by-side off-road vehicles; our SPORTSMAN® and POLARIS ACE® all-terrain off-road vehicles; VICTORY® and INDIAN MOTORCYCLE® midsize and heavyweight motorcycles; SLINGSHOT® moto-roadsters; and Polaris RMK®, INDY®, SWITCHBACK® and RUSH® snowmobiles. Polaris enhances the riding experience with parts, garments and accessories sold under multiple recognizable brands, and has a growing presence in adjacent markets globally with products including military and commercial off-road vehicles, quadricycles, and electric vehicles. www.polaris.com (http://www.polaris.com)

**PRODUCTS**

**SERVICE & SUPPORT**

**RIDER COMMUNITY**

**COMPANY**

© 2016 Polaris Industries Inc. All rights reserved.          Privacy (/en-us/company/privacy)