UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

IAN POLLARD, on behalf of himself and all others similarly situated,

Plaintiff,

v.

REMINGTON ARMS COMPANY, LLC, et al.,

Defendants.

Case No. 4:13-cv-00086-ODS

**ORDER GRANTING LEAVE TO FILE THE BRIEF OF *AMICI CURIAE* ATTORNEYS GENERAL IN SUPPORT OF OBJECTIONS TO CLASS SETTLEMENT AND TO EXCEED THE LOCAL RULE PAGE LIMITATION**

Upon the motion filed on January 17, 2017, by the Commonwealth of Massachusetts on behalf of the *amici* Attorneys General,[1] the Court hereby GRANTS the Commonwealth of Massachusetts leave to appear in this action and to file the Brief of *Amici Curiae* Attorneys General in Support of Objections to the Proposed Class Settlement and to exceed the page limit for suggestions pursuant to Local Rules 7.0(d) and 15.1.

SO ORDERED, on _____, 2017.

_____
Hon. Ortrie D. Smith
Senior Judge
United States District Court

---

[1] References to Attorneys General include the Attorneys General of the Commonwealth of Massachusetts, the District of Columbia, and the states of Hawaii, Maine, Maryland, New York, Oregon, Pennsylvania, Rhode Island and Washington, as well as the Executive Director of the Office of Consumer Protection for the state of Hawaii.