# App. A:
# Bolcome Decl., Ex. 8.a

XC: File

**REMINGTON ARMS COMPANY, INC.**
INTERDEPARTMENTAL CORRESPONDENCE

Remington    Peters

"CONFINE YOUR LETTER TO ONE SUBJECT ONLY"

November 29, 1978

J. P. LINDE

REVIEW OF M/700 RIFLES RETURNED TO ARMS SERVICE

A total of six hundred and sixty nine M/700's were checked for firing pin falls when safety was released. Of the 176 that were manufactured prior to January 1, 1975, there were three firing pin falls when the safety lever was released, one of which was by tricking (null position). The causes of the three as follows: (1) Trigger adjusting screws tampered with so there was no tension on trigger (2) Trigger connector had excessive clearance with trigger and (3) Safety lever was binding on Stock.

Of the four hundred and ninety three that were manufactured after January 1, 1975, there were four firing pin falls when safety lever was released. The causes of the four are as follows: (1) trigger adjusting screw tampered with and connector broken at clearance hole (2) Trigger not retracting with safety lever on. Screws had been tampered with and trigger assembly dirty (3) Connector warped, excessive clearance between trigger and connector and (4) Trigger adjusting screws tampered with, trigger connector broken at clearance hole possibly caused by pierced primers.

by J. J. Burns, Supervisor
Quality Control and
Product Testing

JJB/bdm

PLAINTIFF'S EXHIBIT 3022

AL 0014759

1 of 1