# App. A:
# Bolcome Decl., Ex. 8.b

REV. 6-58

**REMINGTON ARMS COMPANY, INC.**
INTER-DEPARTMENTAL CORRESPONDENCE

*Remington*

cc: R. B. Sperling
    C. B. Workman
    J. H. Linde

October 3, 1980

To:      J. P. Glas

From:    E. G. Larson

Subject: Gummed Triggers

Please see the attached from John Linde and Jack Chisnall, relative to lubricants gumming up trigger mechanism, resulting in a safety problem.

One of these relates to WD40, but I have also heard that the protective coating we use (Steel Guard) will also gum up in time, and freeze trigger components.

My question is, should this be investigated more fully, and do we properly warn in our instruction manuals?

E. G. Larson

EGL:lb

R2509390

## MODEL 700 FIRE CONTROL LUBRICATION EVALUATION

Good morning. My name is Evan Ritchie; I am the Sr. Supervisor of the Ilion Firearms Research Testing & Measurement Lab.

Today, I would like to review with you the results to date of the Model 700 fire control lubrication testing.

It is clear we have a problem in firearms due to improper cleaning and lubricating. This is evident by the visible signs of film and gum buildup on returned customer firearms, customer complaints in the field and product liability cases in this area. To improve this situation, the owners manual can be rewritten to include a more detailed description on "How to properly clean and lubricate the firearm." The best available lubricant would be one which offers outstanding cleaning, lubricating and rust preventitive properties. Through extensive testing by both a Du Pont Lubrication Consultant and the Remington Research Test Lab, we feel we have found a few lubricants which are much better performers than those presently known in the firearms community.

Today's presentation will review the results of these tests.

Allen B. Hughes, Senior Consultant in the Engineering Service Division's Maintenance Engineering Group of Du Pont, was consulted to evaluate the many different lubricants on the market today for their capability to clean and lubricate a M/700 fire control. It is intended that the cleaning and lubrication procedure be done without disassembly from the receiver and the products used should not gum up the close tolerances of the mechanism. The products selected should be readily available on a nationwide basis, be non-flammable and non-toxic, as well as from $-20°F.$ to $120°F.$

REM 0027954

EXHIBIT 22
PAGE 1

~~Over 40 different products were considered for initial screening.~~
The number was reduced to 25 samples for physical properties and performance evaluations. Some common names of lubricants tested which are related to the firearms industry are Hoppes & Outers Gun Oil, Steelguard, WD-40 and Molykote. The 16 lubricant properties looked at by Du Pont were:

The Test Lab looked at the more practical aspects such as cleaning, lubricating and rust prevention.

Of the 25 samples tested, 5 were rated superior to the others by Du Pont and further testing recommended. These are:

- Du Pont - Synthetic Diesther - "Wet Lubricant"
- Krylon Ten-4
- Sprayon 711
- CRC 3-36
- Houghton HLP

The Ilion Test Lab has taken these results and have developed additional tests which are more applicable to firearm evaluation. The tests include:

- Cock and Fire Simulation
- Environmental / Cold Test
- Rust Prevention Test
- Firearms Cleaning Ability
- Relieved Fire Control Components
- Ammunition Penetration by Lubricant
- Fire Control - Gum Buildup Evaluation

Results are as follows:

1. **M/700 Cock and Fire Simulation**

This test was selected as a first test because the Test Lab felt it would be an excellent evaluation of the lubricating properties of the 5 lubricants recommended by Allen Hughes.

REH 0027955

EXHIBIT 22
PAGE 2

Case 4:13-cv-00086-ODS   Document 196-3   Filed 01/30/17   Page 4 of 9

Five M/700 firecontrols per sample lubricant were dry cycle tested to 25,000 cycles or failure whichever came first. Tests were performed on pneumatic actuated equipment which simulate the cocking and firing of the M/700 fire control.

The results of this test are shown here on this slide (DRY CYCLE SLIDE OF RESULTS - DISCUSS)

The Du Pont Synthetic Diesther "Wet Lubricant" finished at the top with Sprayon 711 second and CRC 3-36 third. Houghton HLP and Krylon Ten-4 were eliminated from further testing due to their poor performance in this test.

2. Environmental/Cold Tests

The purpose of this test was to evaluate the lubricating properties over the temperature extremes $-20°F$ to $120°F$ and to check for rust prevention.

M/700 centerfires and M/1100 shotguns were selected for this test. The test went as follows:

- At 8:00 A.M. each day bolt velocity measurements were taken by the Measurements Lab, utilizing the photo-diode transducer system.
- 100 rounds were fired through each gun.
- All guns were exposed to the environment by being placed on the roof for 3 hours each day.
- They were then placed in a freezer at $-20°F$ for 3 hours. Trigger pull and firing pin indents were taken as guns were removed from the freezer.
- The guns were placed in a stress coat oven at $120°F$ overnight (16 hours).

The procedure was repeated each day for 5 consecutive days. The guns were then placed on the roof over the

REM 0027956

week-end. At 8:00 A.M. Monday, they were removed and bolt velocity measurements were taken.

The guns were then placed in a dry cabinet for 24 hours. The guns were removed from the dry cabinet and bolt velocity measurements were taken.

At the completion of the test, all the guns were disassembled and examined for rust.

The results of the test are as follows:

For Function:

    Du Pont - 0 Malfunctions
    CRC 3-36 - 1 Fail to Connect
    711 - 2 Fail to Connect

For Rust Prevention:

    Du Pont & CRC - Very little rust.
    711 - Greater amounts of rust.

3. Rust Prevention Test

The third test was the Rust Prevention Test. The purpose was to evaluate the lubricants' ability to prevent rust from developing on a firearm continuously exposed to the elements. M/1100 shotguns had their stock and fore-ends removed, and totally degreased. All metal parts were saturated with an assigned lubricant and placed horizontally in a rack on the roof of Bldg. 52 for one month.

Results of the test are:

- CRC 3-36 - Best
- Du Pont & 711 - Not as good as CRC 3-36

REM 0027957

4. Firearms Cleaning Ability

The purpose of this test was to compare: the cleaning capabilities of each lubricant, and the ability to continue to lubricate after an extended period of shooting.

Sixteen M/1100 shotguns were removed from the Ilion Fish & Game Club. Each lubricant was used as a cleaning agent to clean the dirty components.

The following conclusions were made during the cleaning of the Fish & Game Club shotguns:

- Sprayon 711 emits a heavy fog while spraying. It wiped off better than CRC 5-56 but not as well as Du Pont Synthetic Diesther.
  NOTE: CRC 3-36 and CRC 5-56 are slightly different DISCUSS
- CRC 5-56 became gummy after setting for 1/2 hour. It also was harder to remove grime (i.e., elbow grease).
- Du Pont Synthetic Diesther - cleaned relatively easy and did not gum up after setting.

After cleaning, the guns were degreased, relubricated by sample lubricants and returned to the Fish & Game Club. Three months later, those 16 guns were inspected.

The following conclusions were made while inspecting the 16 M/1100 shotguns at the Ilion Fish & Game Club.

- Sprayon 711 - performed the worst. Samples showed signs of rust and film buildup.

REM 0027958

EXHIBIT 22
PAGE 5

Case 4:13-cv-00086-ODS   Document 196-3   Filed 01/30/17   Page 7 of 9

- CRC 5-56 - performed better than 711. Samples showed signs of good lubrication but some signs of drying and light rust.
- Du Pont Synthetic Diesther - performed the best of all. Samples all showed good signs of lubrication and rust prevention.

5. <u>M/700 Relieved Fire Control Components</u>

   Fifteen (15) fire controls were dry cycled to 10,000 or 25,000 cycles. Five (5) fire controls had the sear safety cam, trigger and connector relieved 0.005" - ten (10) fire controls were by 0.010". Each fire control was degreased and lubricated before beginning of the test.

   There were no noticeable difference between the lubricants used (Du Pont, CRC and WD-40). (<u>Discuss</u> WD-40 Use)

6. <u>Lubricant Contamination of Ammunition</u>

   The purpose of this test was to see if any of the three lubricants being tested would contaminate the primer and cause a misfire or delay fire.

   Centerfire and shotgun ammunition were sprayed or soaked in e of the three lubricants for periods ranging from 1 to 7 days and then test fired.

   In 80 centerfire rounds shot: Du Pont and CRC 3-36 have exp ienced only one (1) misfire each. The 711 has had 50 misfi or delay fires.

   In ten (10) shotshells shot: There were no misfires or del fires of these 3 lubricants. We also tested WD-40, Hoppes Oil and Hoppes Solvent just to see if they would cause mis too.

REM 0027959

EXHIBIT 22
PAGE 6

Case 4:13-cv-00086-ODS   Document 196-3   Filed 01/30/17   Page 8 of 9

In 10 shotshells shot: 1 misfire (Hoppes Solvent)
In 20 centerfire rounds:

| | | |
|---|---|---|
| Spray: | Hoppes Solvent | 3 misfire - 1 delay |
| | Hoppes Oil | 3 misfire - 5 delay |
| | WD-40 | 0 misfire - 0 delay |
| Soak: | Hoppes Solvent | 16 misfire - 0 delay |
| | Hoppes Oil | 8 misfire - 5 delay |
| | WD-40 | 13 misfire - 1 delay |

We felt this information was worthwhile to note.

Overall - Du Pont came out equal to CRC and both well ahead of 711.

7. M/700 Fire Control - Gum Buildup

The purpose of this test is to induce gumming of M/700 fire controls using only assigned lubricants.

To date only Steelguard has showed signs of starting to congeal. All others are still liquid.

This is an overview of the test results.
It is easily seen that the Du Pont Synthetic Diesther "Wet Lubricant" offers:
Oustanding lubricating and cleaning properties as well as good rust preventitive.

The writing of the owners manuals on cleaning and lubricating is presently in progress. Both legal and marketing will be contacted for their input and final approval during this process.

REM 0027960

EXHIBIT 22
PAGE 7

Case 4:13-cv-00086-ODS   Document 196-3   Filed 01/30/17   Page 9 of 9