# App. A:
# Bolcome Decl., Ex. 8.c

**REMINGTON ARMS COMPANY, INC.**
INTER-DEPARTMENTAL CORRESPONDENCE

Remington DUPONT    PETERS DUPONT

Xc: J. W. Bower
    J. W. Brooks
    J. S. Martin
    C. E. Ritchie

"CONFINE YOUR LETTER TO ONE SUBJECT ONLY"

December 16, 1981

TO: C. B. WORKMAN

FROM: T. L. CAPELETTI

SUBJECT: ACTION ITEMS FROM DECEMBER OPERATIONS COMMITTEE MEETING

Items requiring action by the Research Division are as follows:

1) M/870 Competition Trap

   Ed Barrett indicated that we need to proceed as-soon-as-possible with our endurance testing to confirm acceptability of the 0.035 inch bolt clearance specification. Complete prior to the January meeting.

2) M/700 Scope Mounts

   Ed Barrett agrees that including the extruded aluminum mounts with the .257 Roberts special offering in 1982 is a good idea. We need to confirm by the January meeting our ability to make 3,000 sets. Ed also requested a detailed program outline at the January meeting on how we plan to prove out the .257 Roberts design.

3) M/700 Lubrication of Fire Controls

   As part of the Annual Quality Review, Dick St. John summarized the most serious and most frequent complaints received from gunsmiths during visits by field personnel. I suggest we have Dick and John Linde repeat their presentations for Research personnel. However, the first item Dick covered was that of sticking sears on M/700's. Ed Barrett indicated that we need to resolve the following ASAP:

   a) Replacement for "Steelguard" during assembly in the Plant. (Approve John Linde's solution.?)

   b) Recommendations in Owner's Manual for lubricants to be used in the field.

TLC:ws

PLAINTIFF'S EXHIBIT 3312

AL 0029854