# App. A:
# Bolcome Decl., Ex. 8.d

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____   MODEL: 700 BDL

GENERAL CONDITION: New   R#: 002678

OUTSIDE WORK: No   DATE: 2-2-72

FROM: Bill Dotson's Inc.
Decatur, Ill.

FIRED AMMO TYPE:
& CONDITION:   GUN #: 6294075

PROOF: R.E.P.-A   INSP.: 9   TEST: 13   CODE: XS = 12/69

HEADING: O.K.   GA./CAL.: 270 Win.

BREECH OPENING: —   CHECKED BY: C. Prosser

RECOIL SHOULDERS: O.K.   APPROVED: _____

CHAMBER: O.K.   APPROVED: _____

TEST: No   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

Trigger pull 6 lbs., engagement .020. Trigger bind is noticeable. In dis-assembling the trigger has what appears to be dried Steelguard on the sides causing it to bind.

COMPLAINT: "When bolt is put in all the way the gun will go off."

INCIDENT: Follow down.

COMMENTS: The sluggish trigger probably failed to retract resulting in a follow down malfunction.

PLAINTIFF'S EXHIBIT 3257

1 of 1

AL 0029789

RD-6542-A Rev. 2-15-61

Cust. Cmpl.

P.I. No   GUN EXAMINATION REPORT   NUMBER: _____   MODEL: 700ADL

GENERAL CONDITION: Good   R#: 000972

OUTSIDE WORK: Scope Mounted   DATE: 1-15-73

FROM: Cooper's Sporting Goods

FIRED AMMO TYPE: _____   Mansfield, PA.

& CONDITION: _____   GUN #: 300042

ASSEMBLER E5

PROOF: R.E.P.   INSP: J   TEST: ?   CODE: NP = 8/67

HEADING: O.K.   GA./CAL.: 270 Win.

BREECH OPENING: —   CHECKED BY: C. Prosser

RECOIL SHOULDERS: O.K.   APPROVED: _____

CHAMBER: O.K.   APPROVED: _____

TEST: _____   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

Bolt handle broken off. Trigger binding - heavy lubricant - connector stuck to trigger. Corner of sear broken down.

COMPLAINT: Fires when safety is taken off.

INCIDENT: Follow Down

PLAINTIFF'S EXHIBIT 3181

COMMENTS: The trigger binding as a result of the dried out lubricant failed to retract, remaining in fired position, caused the follow down.

AL 0029711

EXHIBIT 24 PAGE 2

*Cust. Complaint.*

RD-6542-1 Rev. 2-15-61

1. **No** GUN EXAMINATION REPORT NUMBER: _____   MODEL: **700 ADL**

GENERAL CONDITION: **Good**   R#: **002805**

OUTSIDE WORK: **Swivels and Scope Mounted.**   DATE: **2-1-73**

FROM: **Fulks Sporting Goods, Inc.**

FIRED AMMO TYPE: _____   **Clarksburg, W.VA.**

& CONDITION: _____   GUN #: **6247427**

PROOF: **R.E.P.-A** INSP.: **73** (Assembled 14)   TEST: **87**   CODE: **KS = 5/69**

HEADING: **O.K.**   GA./CAL.: **270 R**...

BREECH OPENING: **—**   CHECKED BY: **C. Prosser**

RECOIL SHOULDERS: **O.K.**   APPROVED: _____

CHAMBER: **O.K.**   APPROVED: _____

TEST: **No**   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, **Old Style**)   APPROVED: _____

**Sear-Trigger Connector Engagement .010, (Min. is .020)**
**Connector Clearance on Trigger = 1.069 (Model = 1.076 / Drawing = 1.079)**
**₵ of Trigger Pin Hole to Top of Trigger = .974 (.973/.971)**

COMPLAINT: **"Fires when safety is moved to fire position."**

INCIDENT: **Follow Down**

COMMENTS: **The excessive movement between trigger & trigger connector will allow interference between the sear and connector which prevents retraction into cocked position. The presence of hardened lubricant increases the possibility of a malfunction.**

PLAINTIFF'S EXHIBIT 3176

AL 0029706

cc: W. E. Leek
G. Martin

RD-49-9

**REMINGTON ARMS COMPANY, INC.**
INTER-DEPARTMENTAL CORRESPONDENCE

*Remington*        *PETERS*

"CONFINE YOUR LETTER TO ONE SUBJECT ONLY"

Ilion, New York
March 3, 1976

TO: I. P. LINDE

FROM: F. E. MARTIN

SUBJECT: M/700 L.H. 30/06 Ser. #6858856
Customer Complaint-Accidental Discharge

This rifle was received from Arms Service the afternoon of Feb. 27, 1976, for examination by R & D people. Initial examination was made March 1, 1976 using the proposed changes to the Field Service Manual as a guide. Involved in the examination were I. P. Linde, C. F. Prosser and F. E. Martin. All three people involved tested this gun and were unable to duplicate the customer described accidental discharge. In addition to this, C. F. Prosser and F. E. Martin continued the examination for the following items:

Trigger Pull - 6 1/4#

Fire Control Housing bent or misshapen - No

Alignment of Firing Pin cock notch - Acceptable

Bolt Alteration - None

Binding of firing pin head in receiver or fire control housing - No sign.

Freedom of movement of both sear safety cam and trigger connector - OK

Fit of trigger connector to trigger - Acceptable

To accomplish the above examination it was necessary to partially disassemble the fire control and as a result it was noted that the Fire Control housing contained many small metal particles and oil, also a large chip was found in the sear spring hole along side of the sear spring. It is not Remington's procedure to oil the fire control of this gun, it is supplied with a dry lubricant.

It is felt by C. F. Prosser and F. E. Martin that the fire control in the condition it was found at time of disassembly, with the oil and chips present, could have caused an accidental discharge. All parts inspected were found to be to manufacturing tolerances.

FEM:bd

REM/0087274

LUN 0018608