# App. A:
# Bolcome Decl., Ex. 8.f

**REMINGTON ARMS COMPANY, INC.**
INTER-DEPARTMENTAL CORRESPONDENCE

Remington (DUPONT)   Peters (DUPONT)

REMINGTON ARMS CO.
RECEIVED
MAR 7 1980

cc: C. B. Workman
    J. P. Linde
    T. W. Rawson, Bpt.
    E. G. Larson, "

ILION RESEARCH DIVISION

"CONFINE YOUR LETTER TO ONE SUBJECT ONLY"

Ilion, New York
March 5, 1980

→ Jim Martin
For your use in developing a letter
Bolt Action fire control
Clark

E. HOOTON, JR.

SAFETY-RELATED COMPLAINTS—BOLT ACTION CENTER FIRE RIFLES
JULY, 1979 – JANUARY, 1980

In response to Earl Larson's letter to D. J. Sanita dated January 23, 1980, the following data is supplied. Listed are items where Bolt Action firearms were returned for a safety complaint. We have been previously reporting on all customer returned Model 700's that failed the trick test and fires off safe (see attached letter).

| Model | Production for the Period | Complaints | Total No. Unable to Duplicate | Total No. Verified |
|---|---|---|---|---|
| 700 | 83,862 | 133 | 89 | 44 |
| 788 | 14,735 | 10 | 4 | 6 |
| 600 | – | 5 | 3 | 2 |
| 660 | – | 1 | – | 1 |
| 721 | – | 1 | 1 | – |
| 722 | – | 1 | – | 1 |
| 725 | – | 1 | – | 1 |

Complaints - Unable to Duplicate                                    Total No.

I. Model 700

| | |
|---|---|
| 1) Rifle discharged when Safety is released | 54 |
| 2) Trigger stiff - misfires | 1 |
| 3) Follows Down | 4 |
| 4) Bolt closes hard and discharges | 2 |
| 5) Delayed firing | 5 |
| 6) Fires on closing Bolt when unloading | 3 |
| 7) Rifle discharged when Bolt handle raised | 2 |
| 8) Push Safety to "Off" position - slight touch of Trigger and rifle discharges | 1 |
| 9) Accidental discharge | 5 |
| 10) Fires on closing | 8 |
| 11) Safety does not work | 1 |
| 12) Defective Safety - works hard | 1 |
| 13) Faulty Trigger - gun goes off | 1 |
| 14) Goes off prematurely | 1 |
| | 89 |

REM 0034093

E. HOOTON, JR.                    -2-                        March 5, 1980

<u>Complaints Unable to Duplicate</u> - Contd.                    <u>Total No.</u>

  II. Model 788

      1) Fires on Safe                                            1
      2) Fires when chambering round                             1
      3) Fires on closing                                        1
      4) Close Bolt with Safety on - discharges                  $\frac{1}{4}$

  III. Model 600

      1) Follows Down                                            1
      2) Safety doesn't work                                     1
      3) Fails to fire when Trigger pulled,
         Fires on closing and
         Fires when Safety released                             $\frac{1}{3}$

  IV. Model 721

      1) Fires on closing                                        $\frac{1}{1}$

<u>Complaints Verified</u>

  I. Model 700

    <u>Complaints</u>:

      1) <u>Rifle discharges when Safety is released</u>           Total No. = 19

        <u>Causes</u>:                                          <u>No.</u>

        a) Insufficient Sear lift                           3
        b) Trigger bent                                     1
        c) Adjusting screws adjusted
           outside of factory                              8
        d) Safety Detent ball missing                       1
        e) Excess oil in housing                            1
        f) Interior of housing dirty                        1
        g) Excess movement of Trigger                       1
        h) Trigger binds on Trigger Guard                   1
        i) Excess clearance - Trigger and
           Trigger Pin                                     1
        j) Safety not responsive                            1

      2) <u>Follows Down</u>                                        Total No. = 8

        <u>Causes</u>:                                          <u>No.</u>

        a) Sear binds                                       4
        b) Adjusting Screws adjusted
           outside of factory                              2
        c) Connector broken                                 1
        d) Engagement surfaces of Sear
           and Connector chipped                           1

REM 0034094

E. HOOTON, JR.            -3-            March 5, 1980

<u>Complaints Verified</u> Contd.

I. <u>Model 700</u> - Contd.

   3) <u>Accidental Discharge</u>            Total No. = 2

      <u>Causes</u>:            <u>No.</u>

      a) Insufficient Sear lift     1
      b) Adjusting Screws adjusted
          outside of factory       1

   4) <u>Safety Does Not Work</u>           Total No. = 3

      <u>Causes</u>:            <u>No.</u>

      a) Safety clearance cut in
          Stock miscut           1
      b) Safety binds in Receiver   1
      c) Detent ball missing       1

   5) <u>Fires on Closing</u>              Total No. = 4

      <u>Causes</u>:            <u>No.</u>

      a) Interior of housing dirty & oily   1
      b) Sear rubs in housing      1
      c) Adjusting Screws adjusted
          outside of factory       1
      d) Connector broken         1

   6) <u>Rifle Discharges with Safety On</u>    Total No. = 2

      <u>Causes</u>:            <u>No.</u>

      a) Trigger binds on Trigger Guard
          (could not verify on Safe -
          only when Safety released)   1
      b) Safety not responsive
          (could not verify full on Safe -
          only null location)      1

   7) <u>Trigger Will Not Work</u>          Total No. = 1

      <u>Cause</u>:             <u>No.</u>

      a) Chip lodged in front of Trigger   1

   8) <u>Trigger Pull Light</u>            Total No. = 1

      <u>Cause</u>:             <u>No.</u>

      a) Adjusting Screws adjusted
          outside of factory       1

REM 0034095

E. HOOTON, JR.                          -4-                      March 5, 1980

Complaints Verified Contd.

I. Model 700 - Contd.

   9) <u>Safety Malfunction</u>                                  Total No. = 1

      <u>Cause</u>:                                    <u>No.</u>

      a) Follows down - housing very
         dirty - Sear sluggish               1

  10) <u>Gun Has Gone Off Several Times</u>                   Total No. = 1

      <u>Cause</u>:                                    <u>No.</u>

      a) Follows down - adjusting Screws
         adjusted outside of factory         1

  11) <u>Delayed Firing</u>                                  Total No. = 1

      <u>Cause</u>:                                    <u>No.</u>

      a) Safety interferes with top
         of Stock                            1

  12) <u>Trigger Has Hesitation</u>                          Total No. = 1

      <u>Cause</u>:                                    <u>No.</u>

      a) Adjusting Screws adjusted
         outside of factory                  1

                                                     Total Verified   44

II. Model 788

  <u>Complaints</u>:

  1) <u>Rifle Discharged When Safety is Released</u>          Total No. = 2

      <u>Cause</u>:                                    <u>No.</u>

      a) Insufficient Sear Lift                    1
      b) Steel chip embedded in housing
         (Trigger not retracting under
         Sear fully)                         1

  2) <u>Safety Defective</u>                                 Total No. = 3

      <u>Cause</u>:                                    <u>No.</u>

      a) Trigger and Sear altered
         outside of factory                  1
      b) Safety works hard                         1
      c) Foreign substances in
         Receiver and on Bolt Stop           1

REM 0034096

E. HOOTON, JR.                    -5-                           March 5, 1980

<u>Complaints Verified</u> Contd.

II. <u>Model 788</u> - Contd.

    3) <u>Misfires</u>                                              Total No. = 1

        Cause:                                     <u>No.</u>

        a) Safety hits top of Stock                 1

                                                       Total Verified   6

III. <u>Model 600</u>

    Complaints:

    1) <u>Trigger Will Not Move</u>                              Total No. = 1

        Cause:                                     <u>No.</u>

        a) Excessive Sear engagement                1

    2) <u>Trigger Defective</u>                                  Total No. = 1

        Cause:                                     <u>No.</u>

        a) Follows down - Housing dirty
           Sear binds                             1

                                                       Total Verified   2

IV. <u>Model 660</u>

    Complaints:                                           Total No. = 1

    1) <u>Fires on Closing and Opening Bolt</u>

        Cause:                                     <u>No.</u>

        a) Housing not centered in Firing
           Pin head slot in Receiver              1

V. <u>Model 725</u>

    Complaints:                                           Total No. = 1

    1) <u>Accidental Discharge</u>

        Cause:                                     <u>No.</u>

        a) No Sear lift - Fire Control worn         1

                                                               | REM 0034097 |

E. HOOTON, JR.                              -6-                              March 5, 1980

Complaints Verified Contd.

VI. Model 722

    Complaints:

    1) Rifle Discharges When Safety is Released                Total No. = 1

        Cause:                                              No.

        a) Insufficient lift                                1

                                              R. L. Hall
                                              Plant Manager

                                              *H. K. Boyle* (signature)
                                              H. K. Boyle
                                              Asst. Plant Manager

HKB:ah

REM 0034098