# App. A:
# Bolcome Decl., Ex. 8.g

cc:  R. B. Sperling

# REMINGTON ARMS COMPANY, INC.
### INTER-DEPARTMENTAL CORRESPONDENCE

*Remington*          *PETERS*

"CONFINE YOUR LETTER TO ONE SUBJECT ONLY"

Ilion, New York
January 22, 1980

E. HOOTON, JR.

## MODEL 700 RETURNS TO ARMS SERVICE
### 6-13-78 - 1-15-79

| | | Before 1975 | 1975 To Date | Total |
|---|---|---|---|---|
| I. | Total Tested | 907 | 2,469 | 3,376 |
| II. | **Failed Trick Test** | | | |
| | Customer Caused | 8 - .88% | 14 - .57% | 22 - .65% |
| | Other | 4 - .44% | 9 - .36% | 13 - .39% |
| | | 12 | 23 | 35 |
| III. | **Fires Off Safe** | | | |
| | Customer Caused | 9 - .99% | 20 - .81% | 29 - .86% |
| | Other | 4 - .44% | 5 - .20% | 9 - .27% |
| | | 13 | 25 | 38 |

R. L. Hall
Plant Manager

*[signature]*
H. K. Boyle
Asst. Plant Manager

HKB:ah

REM 0034099

EXHIBIT 33
PAGE 7