# App. A:
# Bolcome Decl., Ex. 8.h

RD-47 REV. 6-58

**REMINGTON ARMS COMPANY, INC.**
INTER-DEPARTMENTAL CORRESPONDENCE

*Remington*
DUPONT

RECEIVED
APR 7 1980
R. B. SPERLING

Bridgeport, Connecticut
April 3, 1980

TO: R. B. SPERLING

FROM: J. H. CHISNALL

SUBJECT: SLATTER V. REMINGTON INTERROGATORY

Has Remington received a customer complaint or a suit alleging that a Model 700 discharged when a live round was chambered? If so, please provide name and address of claimant, the nature of the claim and the court in which the claim was brought, if any.

C. V. Tompkins
803 Avenue J
South Houston, Texas 77587

M/700 - 30-06        Pushed safety off and shot his right foot.

Gerald Hanson
Great Oaks Blvd.
Orlando, Florida

M/700 - 30-06        Rifle discharged, hit Hanson in the knee.

JoAnn Gregory
Coeur d'Alene, Idaho

M/700 - 270-Win      Unloading rifle, it discharged and hit
                     Mrs. Gregory in the knee

Larry Lange
Carbondale, ILL
62901                Unloading rifle, it discharged hitting
M/700 - 243          Mr. Lane in the foot.

Circuit Court of Jackson County, ILL - Murphysboro

EXHIBIT 36
PAGE 1

Gregg R. Parker
Box 462
Sonora, Texas 76950

M/700 - 243 Win.     Unloading rifle, it discharged hitting
                     plaintiff.

112th Judicial Court, Sutton County, Texas (Case dismissed)

James Shutts
RD #1
Sandy Creek, N.Y.

M/700 - 270 Win.     Plaintiff shot through both knees while
                     rifle was being unloaded

Supreme Court of New York - County of Oswego

Thomas J. Spease, Jr.
1806 Morgan Street
Parsons, Kansas

M/700 - 22-250       Accidental discharge causing severe injuries

U. S. Dist. Court of Kansas - Wichita, Kansas

Jackson Stark
Hopwood, Fayette County PA

M/700 - 222 Rem.     Unloading, discharged striking left leg

Court of Common Pleas Allegheny County, PA, Pittsburg, PA.

T. J. Brown
107 E. Second St.
Dewey, PA

M/700                Discharged - shot in foot

R. Hickman
Odessa, Texas

M/700 30-06          Discharged - hit in leg

U.S. Dist. Court, Western District Midland - Odessa, Texas

Glenn Goss
1081 Forest Dr.
Casper, Wyoming 82601

M/700 - 30-06          Discharged accidentally
                       Nothing wrong with rifle, as a gesture
                       of goodwill, replaced trigger assembly.

W. Spraggin
San Angelo, Texas

M/700                  Discharged hitting mohter-in-law in foot
                       Settled for $2071.00 and a new rifle

W. E. Hearn
St. Louis, MO          Shot in leg - (No claim)

M/700 - 30-06

W. S. Monteville
Vidor, Texas

M/700                  Fired on closing - gesture of goodwill,
                       replaced rifle.

J. Brown, Jr.
Ludlow, KY

M/700 - 30-06          Rifle went off, bruised hand

Fred Tucker
Box 1
Finley, OK 74543

M/700                  Accidental discharge

Steven Voos
21062 Thomas Dr.
Bend, Oregon 97701     Accidental discharge

Chas. B. King
c/o Widener Firearms
3030 Milledgeville Rd

M/700                  Accidental discharge

C. Barry Witmer
Bomberger's
Elm, PA 17521

M/700 - 30-06          Accidental discharge

Gerald L. Bathurst
628 N. Woodward Drive
Baltimore, MD 21221

M/700 Accidental Discharge

Thomas Blumenshine
Route 6, Box 4100-52
Juneau, Alaska 99803

M/700 - .270 Win. Accidental Discharge

K. A. Brown
Rt. 7 Box 191
New Castle, PA 16102

M/700 - 30.06 Accidental Discharge

Richard Cilley
P.O. Box 27
Searsmont, ME 04973

M/700 Accidental Discharge

Ralph M. Connelly
General Delivery
Lodge, SC 29082

M/700 - 30.06 Accidental Discharge

Remo J. Costello
314 Alder Lane
Four Seasons Park
Port Angeles, Washington 98362

M/700 - 22-250 Accidental Discharge

Melvin Dalbey
Rt. 4
Mora, MN 55051

M/700 - 6mm Accidental Discharge

William M. Davidge
Rt. 1, Box 361
Grottoes, VA 24441

M/700 - .308 Win. Accidental Discharge

Stanley Dembosky
955 Personium Road
Pine City, NY  14871

M/700 - 30.06        Accidental Discharge

Dennis Diaz
1808 So. 15th Ave.
Yakima, Washington  98902

M/700                Accidental Discharge

Paul H. Foster
6400 Gentele Ct.
Alexandria, VA  22310

M/700 - 30.06        Accidental Discharge

H. W. Gilliam
Vice-President, UNIFAX
7966 Beverly Blvd.
Los Angeles, CA  90048

M/700 - 22-250       Accidental Discharge

William Goetz
11 Poplar St.
North East, PA  16428

M/700 - 30.06        Accidental Discharge

Frank S. Goodwin
Perdido Realty, Inc.
Rt. 1, Box 1040
Pensacola, FL  32507

M/700 - 7mm          Accidental Discharge

Clay Hall
6131 N. 36th Drive
Phoenix, AZ  85019

M/700 - 30.06        Accidental Discharge

George A. Henderson
3580 Regal Road
Fort Worth, TX  76111

M/700 - 8mm          Accidental Discharge

Mr. Pete Hexdall
533 Oak
Morris, Illinois 60450

M/700 - 30.06    Accidental Discharge

Jim Hullster
8323 E. Via De Serena
Phoenix, AZ 85258

M/700    Accidental Discharge

Mr. Francis J. Jeschke
P.O. Box 216
Glenn Allen, Alaska 99588

M/700    Accidental Discharge

Richard Jett
123 North Spring Street
Tyler, TX 75702

M/700 - .243 Win.    Accidental Discharge

Thomas G. Johnson
Rt. 1 Box 878A
Anacoco, LA 71430

M/700    Accidental Discharge

Mr. George E. Jorgenson
981 Cedarwood Drive
Dunedin, FL 33528

M/700 - .308 Win..    Accidental Discharge

Richard E. Kajut
519 Arizona Drive
Lower Burrell, PA 15068

M/700 - .243 Win.    Accidental Discharge

Henry J. Kisiel
3087 Countryside Dr.
Allison Park, PA 15101

M/700 - 30.06    Accidental Discharge

George M. Kolar
7106 Pomona Road
Boise, Idaho 83704

M/700 - 30.06     Accidental Discharge

Richard Lientz
Rt. 1, Box 308A
Maitland, Florida 32751

M/700 - .270     Accidental Discharge

Neal L. Locke
P.O. Box 89
Flatwoods, West Virginia 26621

M/700     Accidental Discharge

J.C. Long
Route 3, Box 121H
Marble Falls, TX 78654

M/700 - 30.06     Accidental Discharge

46 IOTA

41 I have in 7 days with only 2 News Papers Requesting info

John Mahstaller
10444 Pottinger Rd.
Cincinnati, Ohio  45239

M/700 - .243 Win.      Accidental discharge

Ralph J. Marino
2036 Driftwood
Pueblo, CO  81005

M/700 - 30-06          Accidental discharge

O. K. Baxley
Lamar University
P. O. Box 10003
Beaumont, TX  77710

M/700 - 6mm            Accidental discharge

Monte McGinnis
Town Point Road
Chesapeake City, MD  21915

M/700 - 22-250         Accidental discharge

Mike H. Mirelez
Investigator
P. O. Box 1374
Uvalde, TX  78801

M/700 - .243 Win       Accidental discharge

George W. Moyer
P. O. Box 343
La Marque, TX  77568

M/700 - .270           Accidental discharge

Burbank Murray, Jr.
971 Armour Road
Oconomowoc, WI  53066

M/700 - .308 Win.      Accidental discharge

Harold M. Nix
8400 S. 4000 W. #110
West Jordan, Utah  84084

M/700 - 30-06          Accidental discharge

Alvin H. Nuthak
R. R. 1, Box 91
Rollingstone, MN  55969

M/700 - .17            Accidental discharge

Wesley L. Parkins
1544 Crestview
Brownsville, TX  78520

    M/700 - 30-06      Accidental discharge

Donald J. Pitzen
Box 205
Stacyville, Iowa  50476

    M/700      Accidental discharge

Gary Poindexter
Box 8064 NRB
Kenai, Alaska  99611

    M/700 - 30-06      Accidental discharge

Martin J. Ringstaff
P. O. Box 45
Pounding Mill, VA  24637

    M/700 - .243 Win.    Accidental discharge

Frank Robbins
1201 Cullers Cove
Austin, TX  78745

    M/700 - .270      Accidental discharge

Pasqual V. Santarelli
230 Paxson Avenue
Glenside, PA  19036

    M/700 - .308      Accidental discharge

Rodney W. Satterwhite, Esq.
Stubbeman, McRae, Sealy, Laughlin & Browder
300 West Wall Street
P. O. Box 1540
Midland, Texas  79701

    M/700      Accidental discharge

Gerald Sawyer
12141 Hart St.
No. Hollywood, CA  91605

    M/700 - 7mm      Accidental discharge

Richard Schlager
Route 1, Box 75A
Morrill, Nebraska  69358

M/700					Accidental discharge

David Sipes
Box 180
Grace, Idaho  83241

M/700					Accidental discharge

Malcolm T. Smith
103 Beryl
Los Alamos, NM  87544

M/700 - .270			Accidental discharge

Howard D. Sorensen
General Electric
112 Andover Park East
Seattle, WA  98188

M/700 - 30-06			Accidental discharge

John A. Stevens
3507 Covey Trail
Missouri City, TX  77459

M/700 - .243 Win.		Accidental discharge

Marvin W. Stracke
R. R. 1
Dawson, Iowa  50066

M/700 - .243 Win.		Accidental discharge

Elbert Suthard
Rt. #9, Box 358
Reidsville, NC  27320

M/700 - 30-06			Accidental discharge

Norman H. Tenney, Jr.
70 Chambers Village
White River Junction, VT  05001

M/700 - .222 Mag.		Accidental discharge

Gerald E. Thayer
566 N. Stadium Rd.
Oregon, Ohio  43616

M/700 - .222            Accidental discharge

Curtis Thompson
310 B Street
Lexington, KY  40505

M/700 - 30-06           Accidental discharge

Bruce E. Timberman
R. D. 1, Box 407
Monroeville, NJ  08343

M/700 - 7mm             Accidental discharge