# App. A:
# Bolcome Decl., Ex. 8.i
# Part I

RD-6542-1 Rev. 2-15-61

NO    GUN EXAMINATION REPORT   NUMBER: _____    MODEL: 700

GENERAL CONDITION: NEW    R #: 22775

OUTSIDE WORK: No    DATE: 10-15-70

    FROM: MARKLEYSBURG,
FIRED AMMO TYPE:    PA.

& CONDITION:    GUN #: 6262918

PROOF: R.E.P.   INSP.: 9   TEST: ____    CODE: OS = 7/60

HEADING: O.K.    CAL./CAL.: 22-250

BREECH OPENING: —    CHECKED BY: C.PROSSER

RECOIL SHOULDERS: —    APPROVED: _____

CHAMBER: —    APPROVED: _____

TEST: FUNCTION ONLY    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_____

_____

_____

_____

COMPLAINT: FOLLOWS DOWN WHEN SAFETY IS PUSHED OFF.

INCIDENT: _____

_____

COMMENTS: THE DIMENSION FROM THE TOP OF THE TRIGGER TO
CENTER OF TRIGGER PIN HOLE BEING .011 OVERSIZE
ELIMINATES MOST OF THE CLEARANCE NEEDED FOR THE
TRIGGER-CONNECTOR TO RETRACT WITH THE SAFETY ON

PLAINTIFF'S
EXHIBIT
3307
RIGGS-Bryson, N. J.

AL 0029842

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT - NUMBER: _____    MODEL: __700 BDL__

GENERAL CONDITION: _NEW_    R #: __22570__

OUTSIDE WORK: __NO__    DATE: __11-2-70__

FROM: __LIMA, OHIO__

FIRED AMMO TYPE: _____

& CONDITION: _____    GUN #: __6233914__

PROOF: _____  INSP.: _____  TEST: _____    CODE: __CS = 4/69__

HEADING: _____    GA./CAL.: __222__

BREECH OPENING: _____    CHECKED BY: __C. PROSSER__

RECOIL SHOULDERS: _____    APPROVED: _____

CHAMBER: _____    APPROVED: _____

TEST: __NO__    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

__O.K.__

COMPLAINT: __FIRES WHEN SAFE IS RELEASED.__

INCIDENT: __TRIGGER CONNECTOR MOVES UP WHEN TRIGGER IS__ __PULLED WITH THE SAFETY ON.__

COMMENTS: __TRIGGER CONNECTOR IS .007 OVERSIZE ON TRIGGER__ __CLEARANCE. TRIGGER IS .006 UNDERSIZE ON CONNECTOR__ __CLEARANCE. THIS EXCESSIVE CLEARANCE ALLOWS THE__ __CONNECTOR TO WORK UP, INTERFERE WITH THE SEAR AND__ __FAIL TO RETRACT UNDER THE SEAR RESULTING IN__ __FOLLOW DOWN WHEN THE SAFETY IS PUSHED OFF.__

1 of 1

AL 0029776

PLAINTIFF'S EXHIBIT 3244

RD-6542-1 Rev. 2-15-61

I. _NO_ GUN EXAMINATION REPORT NUMBER: _____    MODEL: _700 BDL_

GENERAL CONDITION: _NEW_    R # : _026826_

OUTSIDE WORK: _SCOPE MOUNTED_    DATE: _12-18-72_

FROM: _DICK'S SPT. SHOP_

_STAHLSTOWN, PA._

FIRED AMMO TYPE:

& CONDITION: _ASSEMBLER C_    GUN # : _6223531_

PROOF: _R.E.P._    INSP. _?_    TEST: _87_    CODE: _AS = 3/69_

HEADING: _O.K._    Br./CAL.: _3006_

BREECH OPENING: _—_    CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._    APPROVED: _____

CHAMBER: _O.K._    APPROVED: _____

TEST: _NO_    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_SEAR - TRIGGER CONNECTOR ENGAGEMENT .015 (MIN._
_IS .020) BURRS ON SEAR AND TRIGGER. TRIGGER_
_1.074 (MODEL DRAWING = 1.076/1.079) CONNECTOR 1.081 (1.080/1.083)_
_SAFETY CENTER OF PIVOT TO TOP OF CAM .290 (.292/.296)_

COMPLAINT: _"MISFIRES WHEN HE PUSHES THE SAFE OFF"_

INCIDENT: _FOLLOW DOWN_

COMMENTS: _FOLLOW DOWN COULD HAVE BEEN DUE TO_
_BURRS BINDING AND PREVENTING RETRACTION OR_
_EXCESSIVE CONNECTOR - TRIGGER CLEARANCE_
_ALLOWING THE CONNECTOR TO WORK UP TO INTERFERE_
_WITH THE SEAR WHICH THE SAFETY DID NOT LIFT_
_ENOUGH TO CLEAR._

PLAINTIFF'S
EXHIBIT
3193

AL 0029723

RD-6542-1 Rev. 2-15-61

P.I. No

GUN EXAMINATION REPORT   NUMBER:

MODEL: 700 ADL

GENERAL CONDITION: Good

R #: 22791

OUTSIDE WORK: No

DATE: 11-12-71

FROM: Christy Gun Works

FIRED AMMO TYPE

Sacramento, Cal.

& CONDITION

ASSEMBLER 12

GUN #: 6372120

PROOF: R.E.P.-A   INSP.: None   TEST: 13

CODE: No Cod

HEADING: Bolt Closes on Assembly Max.

BAR/CAL.: 3006

BREECH OPENING: —

CHECKED BY: C. Prosser

RECOIL SHOULDERS: O.K.

APPROVED:

CHAMBER: O.K.

APPROVED:

TEST: No

APPROVED:

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED:

No Damaged Components.

COMPLAINT: Gun Fires When Safety Is Released.

INCIDENT: Follow Down.

COMMENTS: Malfunction Not Verified By Writer.
However, Examination of the Trigger Reveals
Several Small Metal Shavings Which May Have,
If Concentrated In One Position, Reduced the
Engagement to A Dangerous Level.
Trigger Pull Was Four Pounds, Sear-Connector
Engagement Was .020.

PLAINTIFF'S EXHIBIT

AL 0029765

RD-6542-1 Rov. 2-15-61

*Curt Cayl.*

P.I. NO.  GUN EXAMINATION REPORT  NUMBER: _____  MODEL: 700 ADL

GENERAL CONDITION: Good  R #: 000130

OUTSIDE WORK: Scope Mounted, Butt Pad  DATE: 1-11-73

    Fitted.  FROM: Estell Curry

FIRED AMMO TYPE: _____  Gatesville, Texas

& CONDITION: _____  GUN #: 165224

PROOF: R.E.P.  ASSEMBLER 6  INSP: D  TEST: 87  CODE: WM = 8/65

HEADING: —  GK./CAL.: 2.2 WIN.

BREECH OPENING: —  CHECKED BY: C.PROSSER

RECOIL SHOULDERS: O.K.  APPROVED: _____

CHAMBER: O.K.  APPROVED: _____

TEST: No  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

    Steel Chips Between Trigger and Connector.

    Hardened Lubricant Around Sear. Evidence of

    Firing Pin Head Catching on Rear-Left Corner

    of Housing.

COMPLAINT: Fired as Bolt was Unlocked

INCIDENT: Follow Down

PLAINTIFF'S
EXHIBIT
3183

COMMENTS: The Chips Between Trigger and Connector

    Cause Sear-Connector Engagement to Vary

    Leading to Follow-Down. The Hardened

    Lubricant and Firing Pin Head-Housing Inter-

    ference Also Contribute to Follow-Down

    Malfunctions.

AL 0029713

M-600, 600
M-700

## GUNS RETURNED WITH CAUSES RELATED TO TRIGGER ASSEMBLY - CONNECTOR

| CAUSE CODE · DESCRIPTION | 1975 | | 1974 | | 1973 | | 1972 | | 1971 | | 5 YR. TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3200 – Mutilated | 1 | | 1 | | | | | | | | 2 |
| 3201 – Broken, cracked | 2 | | 2 | 8 | 2 | | 4 | | 1 | 8 | 27 |
| 3202 – Rusty | | | | | | | | | | | |
| 3203 – Bent | | | 1 | 1 | | | | | | | 2 |
| 3204 – Sticky | | | | | 1 | | 1 | | | | 2 |
| 3205 – Binds on trigger plate or in trigger, or in Rec. | | | | | | | | | | | |
| 3206 – Corners rounded at engagement surfaces | | | | | | | | | | | |
| 3207 – Soft | | | | | | | | | | | |
| 3208 – Chips, etc., under connector | | | | | | | 1 | | | | 1 |
| 3209 – Out of pos. | | | | | 1 | | | | 1 | | 2 |
| 3210 – Connector spring weak, buckled | | | | | | | | | | | |
| 3211 – Missing, loose | | | | | | | 1 | | | | 1 |
| 3212 – Not adjusted properly (follow down) | | | 1 | | | | | | 3 | | 4 |
| 3213 – Connector defective | | | 2 | 2 | | | | | 1 | 2 | 7 |
| 3214 – Connector guide pin broken, missing, defective | | | | | | | | | | | |
| 3215 – Connector spring missing | | | | | | | | | | | |
| 3216 – Came loose from trigger | | | | | | | | | | | |
| 3217 – | | | | | | | | | | | |
| 18 – | | | | | | | | | | | |
| 19 – | | | | | | | | | | | |
| 20 – | | | | | | | | | | | |
| YEARLY TOTALS | 3 | 0 | 6 | 3 | 0 | 3 | 1 | 6 | 2 | 4 | 48 |

REQ. F. MARTIN (R-D)
by G BULLIS
6/4/76

AL-0022409

3g3

EXHIBIT 42
PAGE 6

cc:  W.E. Leek
G. Martin

RO-68-8

# REMINGTON ARMS COMPANY, INC.

INTER-DEPARTMENTAL CORRESPONDENCE

*Remington*          *PETERS*

"CONFINE YOUR LETTER TO ONE SUBJECT ONLY"

Ilion, New York
March 3,    1976

TO:          J. P. LINDE

FROM:        F. E. MARTIN

SUBJECT:     M/700 L.H. 30/06 Ser. #6858856
Customer Complaint-Accidental Discharge

This rifle was received from Arms Service the afternoon of Feb. 27, 1976, for examination by R & D people. Initial examination was made March 1, 1976 using the proposed changes to the Field Service Manual as a guide. Involved in the examination were, J. P. Linde, C. F. Prosser and F. E. Martin. All three people involved tested this gun and were unable to duplicate the customer described accidental discharge. In addition to this, C. F. Prosser and F. E. Martin continued the examination for the following items:

Trigger Pull - 6 1/4#

Fire Control Housing bent or misshapen - No

Alignment of Firing Pin cock notch - Acceptable

Bolt Alteration - None

Binding of firing pin head in receiver or fire control housing - No sign.

Freedom of movement of both sear safety cam and trigger connector - OK

Fit of trigger connector to trigger - Acceptable

To accomplish the above examination it was necessary to partially disassemble the fire control and as a result it was noted that the Fire Control housing contained many small metal particles and oil, also a large chip was found in the sear spring hole along side of the sear spring. It is not Remington's procedure to oil the fire control of this gun, it is supplied with a dry lubricant.

It is felt by C. F. Prosser and F. E. Martin that the fire control in the condition it was found at time of disassembly, with the oil and chips present, could have caused an accidental discharge. All parts inspected were found to be to manufacturing tolerances.

FEM:bd

REM/0087274

LUN 0018608

RECEIVED MAR 27 1990

F I L E D
at _2:55_ o'clock _____ M

MAR 23 1990

FRANCES BENNELL
Clerk of District Court Brazoria Co., Texas
_____ Deputy

CAUSE NO. 87C2042

DAVID T. CRAIG                    )
            Plaintiff             )
                                  )
VS.                               )          IN THE DISTRICT COURT
                                  )
                                  )          BRAZORIA COUNTY, TEXAS
REMINGTON ARMS CO., INC. AND      )
DEBBIE JAMES                      )
            Defendants            )          23RD JUDICIAL DISTRICT

## ORDER IMPOSING SANCTIONS UPON DEFENDANT REMINGTON ARMS CO., INC.

On this day came on for consideration Plaintiff's motion for sanctions against Defendant, Remington Arms Co., Inc.. After careful consideration of the motion; the previous orders of this Court; the pleadings and exhibits on file; the prior course of discovery in this case; the conduct of counsel for Remington during the trial of this case; the findings pursuant to Rule 171 of the Special Master, and the arguments and authorities provided by counsel, the Court is of the opinion that Plaintiff's motion is meritorious and should be GRANTED. The Court finds that Remington and it's attorney B. Lee Ware, have acted in bad faith and have abused the discovery process in violation of this Court's order of February 9, 1989 and in violation of Rules 166b and 215 of the Texas Rules of Civil Procedure. Accordingly, the Court hereby imposes the following sanctions against the Defendant, Remington Arms Co., Inc.:

(1)   The pleadings of Remington Arms Co., Inc. are stricken and a default judgment is hereby rendered against Remington on all issues establishing Remington's liability to David Craig for actual damages and exemplary damages.

1

EXHIBIT 47
PAGE 1

(2) The following facts are taken as established against Remington:

   (a) The Model 700 rifle in question was defectively designed at the time it was manufactured in that it was unreasonably dangerous as designed taking into consideration the utility of the product and the risk involved in its use.

   (b) Remington was negligent in the design of the Model 700 rifle in question and in the other particulars as alleged by Plaintiff;

   (c) The defective design and negligence of Remington were a producing and a proximate cause of David Craig's injuries; and

   (d) Remington was grossly negligent in the design of the rifle in question and in the other acts of negligence as alleged by Plaintiff sufficient to support an award of exemplary damages.

(3) Remington Arms Co., Inc. shall not be allowed indemnity, contribution or any offset based upon the comparative responsibility of any other party or person with regard to the injuries sustained by David Craig.

(4) Remington shall not be allowed to produce any evidence nor to support or oppose the issues established by paragraphs (1) and (2) of this order. The only issues that may be contested by Remington upon a trial of this matter are the amount of actual damages sustained by David Craig and the amount of exemplary damages that may be assessed against Remington;

(5) Remington is prohibited from requesting any further discovery in this cause; and

(6) All costs of Court are taxed against Remington Arms Co., Inc.

SIGNED this the 21st day of March, 1990.

JUDGE BEN MARTINEZ

2

PR-6542-1 Rev. 2-15-61

*M/700 Customer Complaint*

P.I. No    GUN EXAMINATION REPORT   NUMBER: _____    MODEL: 700

GENERAL CONDITION: NEW    R #: 013812

OUTSIDE WORK: SCOPE MOUNTED    DATE: 7-12-72

_____    FROM: CHRISTMAN'S INC.

FIRED AMMO TYPE: REMINGTON    DARIEN, CT.

& CONDITION: _____    GUN #: 6394467

PROOF: R.E.P.-    ASSEMBLER 97    INSP.: 74    TEST: _____    CODE: XT = 12/70

HEADING: O.K.    O.K./CAL.: 222

BREECH OPENING: —    CHECKED BY: C.PROSSER

RECOIL SHOULDERS: O.K.    APPROVED: _____

CHAMBER: O.K.    APPROVED: _____

TEST: 10 ROUNDS - O.K.    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

CONNECTOR - SEAR ENGAGEMENT .010 (MIN. IS .020) TRIGGER

PULL = 2 LBS.(MIN. IS 3 LBS.)  NECK MEASURES .460 (MIN. =.4518)

THROAT IS SHALLOW.

_____

_____

COMPLAINT: "CHAMBER NECK IS TOO SHORT, CHECK TRIGGER AT

LIGHT SETTING"

INCIDENT: POTENTIAL FOLLOW DOWN.

_____

COMMENTS: THIS RIFLE WAS RETURNED QUESTIONING THE FRONT

OF THE CARTRIDGE CASE BEING MARKED, WHICH IS

THE MARK OF THE CASE WIDING ACROSS THE RECEIVER

IN BEING EJECTED. THE LIGHT TRIGGER PULL AND UNDER

MIN. ENGAGEMENT COULD HAVE LED TO A MORE SERIOUS

COMPLAINT LATER.

PLAINTIFF'S
EXHIBIT
3224

AL 0029756

RD-6542-1 Rev. 2-15-61

*V/Firing Complaint*

1. NO    GUN EXAMINATION REPORT   NUMBER: _____

MODEL: 700 BDL

GENERAL CONDITION: NEW

R #: 013324

OUTSIDE WORK: No

DATE: 7-6-72

FROM: MEYER HONES SPTGS, INC.

FIRED AMMO TYPE: _____

GOLDEN, COLO.

& CONDITION: _____

GUN # : 6230255

ASSEMBLER H/B

PROOF: R.E.P.   INSP.: 73   TEST: 87

CODE: AS = 3/69

HEADING: _____

Gk./CAL.: 6MM REM.

BREECH OPENING: ‾

CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.

APPROVED: _____

CHAMBER: O.K.

APPROVED: _____

TEST: No

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

CONNECTOR CLEARANCE ON TRIGGER .004 UNDER MIN. & OF
PIN TO TOP OF TRIGGER ON MAX. TRIGGER HITS TOP OF
HOUSING. HEAVY LUBRICANT USED INSIDE HOUSING.
SAFETY R. .001 UNDER MIN, CONNECTOR CATCHES ON SEAR
WITH SAFETY ON.

COMPLAINT: "HAMMER FALLS"

INCIDENT: FOLLOW DOWN

COMMENTS: THE COMBINATION OF LOW SAFETY, HIGH TRIGGER
AND TRIGGER BIND CAUSES FAILURE TO RETRACT WHEN
TRIGGER IS PULLED WITH SAFETY ON, THEN FOLLOW
DOWN WHEN SAFETY IS PUSHED OFF.

181

PLAINTIFF'S
EXHIBIT
3225

AL 0029757

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT  NUMBER: _____

MODEL: 700   *Cust. Complaint*

GENERAL CONDITION: NEW

R #: 013117

OUTSIDE WORK: SCOPE MOUNTED

DATE: 6-19-72

FROM: SPORTSMEN'S DEN

MT. SHASTA, CAL.

FIRED AMMO TYPE:

& CONDITION:

GUN #: 6249832

PROOF: R.F.P-D   INSP.: 74   TEST: 87

CODE: PS = 6/69, CW3 = 4/72

HEADING: O.K.

GL./CAL.: 7MM

BREECH OPENING: —

CHECKED BY: C.PROSSER

RECOIL SHOULDERS: O.K.

APPROVED: _____

CHAMBER: O.K.

APPROVED: _____

TEST: No

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

SEAR-TRIGGER CONNECTOR ENGAGEMENT .010 (MIN = .020)
BOTH SEAR AND CONNECTOR DAMAGED ON ENGAGEMENT
CORNERS. CONDITION OF FIRING PIN HOLE & FIRING PIN
POINT INDICATE PRIMER PIERCING HAS BEEN EXPERIENCED.

COMPLAINT: WILL NOT FIRE

INCIDENT: FOLLOW DOWN

COMMENTS: THE CUSTOMER PROBABLY EXPERIENCED A PIERCED
PRIMER WHICH WITH THE .010 ENGAGEMENT, CAUSED THE
SEAR-CONNECTOR DAMAGE RESULTING IN FOLLOW-
DOWN.

PLAINTIFF'S
EXHIBIT
3226

AL 0029758

RD-6542-1 Rev. 2-15-61

*M/re Customer Complaint*

A. *No* GUN EXAMINATION REPORT NUMBER: _____

GENERAL CONDITION: *NEW*

OUTSIDE WORK: *No*

FIRED AMMO TYPE: _____

& CONDITION: _____

*ASSEMBLER 56*

PROOF: *R.E.R.N* INSP.: *73* TEST: *13*

HEADING: *O.K.*

BREECH OPENING: —

RECOIL SHOULDERS: *O.K.*

CHAMBER: *O.K.*

TEST: *No - 20 POUNDS WITH No BLOWN PRIMERS*
*AFTER NEW BOLT.*

MODEL: *700*

R #: *012925*

DATE: *6-14-72*

FROM: *LEO'S CUSTOM STOCKS*

*BETHEL PARK, PENN.*

GUN #: *6445877*

CODE: *PU = 6/71*

GK./CAL.: *17 REM.*

CHECKED BY: *C. PROSSER*

APPROVED: _____

APPROVED: _____

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style) APPROVED: _____

*TRIGGER CONNECTOR & SEAR ENGAGEMENT .010, BOTH*

*CORNERS BROKEN OFF. FIRING PIN ASSEMBLY RUSTED.*

*BOLT BODY STAINED & FIRING PIN HOLE AT HEADING SHARP.*

COMPLAINT: *WHEN HE CLOSED THE BOLT ON THE FOURTH ROUND*

*IT WENT OFF.*

INCIDENT: *FOLLOW DOWN.*

COMMENTS: *THE CORNER BREAKAGE ON THE SEAR AND*

*TRIGGER CONNECTOR, WHICH RESULTED IN FOLLOW-DOWN,*

*IS THE RESULT OF INSUFFICIENT ENGAGEMENT AND PRIMER*

*PIERCING.*

PLAINTIFF'S
EXHIBIT
3227

AL 0029759

RD-6542-1 Rev. 2-15-61

*M/700 Customer Complaint.*

| | |
|---|---|
| ~~No~~ GUN EXAMINATION REPORT NUMBER: _____ | MODEL: 700 |
| GENERAL CONDITION: *NEW* | R #: 012758 |
| OUTSIDE WORK: *FRONT ADJUSTING SCREWS* | DATE: 6-12-72 |
| *UNSEALED.* | FROM: J.V. ELIOT JR. |
| FIRED AMMO TYPE: | SAN MEOTO, CALIF. |
| & CONDITION: | GUN #: 6446926 |
| PROOF: *R.E.P.-L* INSP.: *51* TEST: 84 | CODE: DU = 9/71 |
| HEADING: *O.K.* | DR./CAL.: 17 REM. |
| BREECH OPENING: — | CHECKED BY: C. PROSSER |
| RECOIL SHOULDERS: *EXCESSIVE RADIUS* | APPROVED: _____ |
| CHAMBER: *O.K.* | APPROVED: _____ |
| TEST: *NO* | APPROVED: _____ |
| COMPONENT CONDITION: (Damaged, Broken, Old Style) | APPROVED: _____ |

(ASSEM. 30)

COMPONENT CONDITION: *CORNER OF SEAR CHIPPED OFF. FIRING PIN HOLE NOT ROUNDED. FIRING PIN HOLE REAR, NOT CLEANED - FIRING PIN ASSEMBLY RUSTY. ENGAGEMENT UNDER MIN. - SEAR TO CONNECTOR.*

COMPLAINT: *FOLLOWS DOWN*

INCIDENT: *FOLLOW DOWN*

COMMENTS: *EVIDENTLY THE CUSTOMER EXPERIENCED A PIERCED PRIMER, WHICH WITH UNDER MIN ENGAGEMENT CAUSED THE CORNER OF THE SEAR TO CHIP OFF.*

PLAINTIFF'S
EXHIBIT
3228

AL 0029760

RD-6542-1 Rev. 2-15-61

P-I. *No*     GUN EXAMINATION REPORT   NUMBER: _____    MODEL: *700 BDL*

GENERAL CONDITION: *Good*                     R #: *12354*

OUTSIDE WORK: *Scope Mounted, Trigger*    DATE: *6-16-71*

   *Assembly Adjusted (Front Screws)*    FROM: *Ron McKinney*

FIRED AMMO TYPE:                          *Thomaston, Texas*

& CONDITION:                          GUN #: *6324285*

          *Assembler 41*

PROOF: *R.E.R-G*   INSP.: *73*    TEST: *87*    CODE: *AT= 3/70*

HEADING: *Closes on Max. Heading Dummy*    Gr./CAL.: *25-06*

BREECH OPENING: *—*                    CHECKED BY: *C. Prosser*

RECOIL SHOULDERS: *O.K.*             APPROVED: _____

CHAMBER: *O.K.*                    APPROVED: _____

TEST: *No*                         APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

*Firing Pin Point Flat on Sides, Trigger Connector*

*Broken. Grip Cap Off. Radius at Rear of Recoil*

*Shoulders on Bolt.*

COMPLAINT: *"Cannot get the Trigger to stay in Adjustment".*

*"When I shoot the rifle, the firing pin knocks holes in the primer."*

INCIDENT: *Follow-Down & Pierced Primer.*

COMMENTS: *The Broken Trigger Connector failing to retract*

*caused the Follow-Down. Primer Piercing may*

*have been caused by the deformed Firing Pin Point.*

*-Replaced Trigger Connector.*

*Replaced Bolt Assembly & Firing Pin - See Above.*

PLAINTIFF'S EXHIBIT 3229

*181*

AL 0029761

RD-6542-1 Rev. 2-15-61

Customer Complaint (GUN)

GUN EXAMINATION REPORT  NUMBER: _____

MODEL: 700 BDL

GENERAL CONDITION: NEW

R #: 010030

OUTSIDE WORK: NO

DATE: 5-1-72

FROM: ODELL HOWE'S,

FIRED AMMO TYPE: _____

GREENSBORO, N.C.

& CONDITION: _____

GUN #: 6439469

PROOF: R.F.S.H   INSP.: 51   TEST: 13

CODE: EU = 10/71

HEADING: O.K.

Gk./CAL.: 3006

BREECH OPENING: —

CHECKED BY: C. PEDERSER

RECOIL SHOULDERS: O.K.

APPROVED: _____

CHAMBER: O.K.

APPROVED: _____

TEST: NO.

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

— NO BROKEN COMPONENTS. CONNECTOR, SEAR ENGAGE-
MENT = .008   MIN. IS .020  ALSO FOUND METAL CHIP
BETWEEN TRIGGER & CONNECTOR.

COMPLAINT: WILL NOT FIRE.

INCIDENT: FOLLOWS DOWN.

COMMENTS: THE METAL CHIP BETWEEN THE TRIGGER AND
CONNECTOR REDUCED THE CONNECTOR-SEAR ENGAGE-
MENT TO ZERO CAUSING THE FOLLOWS DOWN.

PLAINTIFF'S
EXHIBIT
3230

AL 0029762

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT   NUMBER: _____    MODEL: _700 ADL_

GENERAL CONDITION: _NEW._    R #: _010133_

OUTSIDE WORK: _NO_    DATE: _5-1-72_

FIRED AMMO TYPE: _____    FROM: _RUDY'S GUN EXCH._

_WYNDMERE, N.DAK._

& CONDITION: _____    GUN #: _6450564_

ASSEMBLER #59

PROOF: _R.E.P.-L_   INSP.: _55_   TEST: _____    CODE: _PU = 6/71_

HEADING: _O.K._    BA./CAL.: _3006_

BREECH OPENING: _____    CHECKED BY: _C.PROSSER_

RECOIL SHOULDERS: _O.K._    APPROVED: _____

CHAMBER: _O.K._    APPROVED: _____

TEST: _NO._    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_TRIGGER CONNECTOR BROKEN._

_____

_____

_____

_____

COMPLAINT: _"TRIGGER DOES NOT WORK PROPERLY AND GUN_
_WONT COCK."_

INCIDENT: _FOLLOWS DOWN_

_____

COMMENTS: _THE BROKEN TRIGGER CONNECTOR FAILS TO RETRACT_
_SO THAT THE SEAR, BEING UNSUPPORTED DOES NOT_
_STOP THE FIRING PIN WHICH FOLLOWS DOWN._

_____

PLAINTIFF'S
EXHIBIT
3231

AL 002976%

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

P.I. ___No___ GUN EXAMINATION REPORT NUMBER: _____

MODEL: __700 BDL__

GENERAL CONDITION: __GOOD__

R #: __23021__

OUTSIDE WORK: __SCOPE MOUNTED. TRIGGER__

DATE: __11-15-71__

__ADJUSTMENTS CHANGED__

FROM: __WILLIAM H. ULERY__

FIRED AMMO TYPE: _____

__OBERLIN, KANSAS.__

& CONDITION: _____

GUN #: __6456668__

PROOF: __R.E.P.-0__ INSP.: __ASSEMBLER 73__ __73__ TEST: __66__

CODE: __OU = 7/71__

HEADING: __CLOSES OVER ° MAX. BELT GAGE.__

Bt./CAL.: __7MM__

BREECH OPENING: __—__

CHECKED BY: __C. PROSSER__

RECOIL SHOULDERS: __EXCESSIVE RADIUS AT REAR.__

APPROVED: _____

CHAMBER: __O.K.__

APPROVED: _____

TEST: __No__

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

__No DAMAGED COMPONENTS.__

COMPLAINT: __WENT OFF ACCIDENTALLY WHILE UNLOADING, AGAIN LATER__
__WHILE LOADING.__

INCIDENT: __FOLLOW DOWN.__

COMMENTS: __CUSTOMER'S MALFUNCTION NOT VERIFIED BY WRITER,__
__HOWEVER HIS READJUSTING HAS MADE IT IMPOSSIBLE TO__
__DETERMINE WHETHER THE RIFLE WAS CORRECTLY__
__ADJUSTED ON FINAL ASSEMBLY.__

PLAINTIFF'S
EXHIBIT
3232

AL 0029764

RD-6542-1 Rev. 2-15-61

P.I. *No*   GUN EXAMINATION REPORT  NUMBER: _____    MODEL: *700 ADL*

GENERAL CONDITION: *GOOD*                      R #: *22791*

OUTSIDE WORK: *No*                        DATE: *11-12-71*

                                     FROM: *CHRISTY GUN WORKS*

FIRED AMMO TYPE:                            *SACRAMENTO, CAL.*

  & CONDITION:                        GUN # : *6372120*

              *ASSEMBLER.12*

PROOF: *R.E.P.A*  INSP.: *NONE*  TEST: *13*   CODE: *No COD*

HEADING: *BOLT CLOSES ON ASSEMBLY MAX.*    GA./CAL.: *30.06*

BREECH OPENING: *–*                    CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*             APPROVED: _____

CHAMBER: *O.K.*                     APPROVED: _____

TEST: *No*                        APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

   *No DAMAGED COMPONENTS.*

COMPLAINT: *GUN FIRES WHEN SAFETY IS RELEASED.*

INCIDENT: *FOLLOW DOWN.*

COMMENTS: *MALFUNCTION NOT VERIFIED BY WRITER,*

*HOWEVER, EXAMINATION OF THE TRIGGER REVEALS*

*SEVERAL SMALL METAL SHAVINGS WHICH MAY HAVE,*

*IF CONCENTRATED IN ONE POSITION, REDUCED THE*

*ENGAGEMENT TO A DANGEROUS LEVEL.*

*TRIGGER PULL WAS FOUR POUNDS, SEAR-CONNECTOR*

*ENGAGEMENT WAS .020.*

PLAINTIFF'S
EXHIBIT
3233

AL 0029765

RD-6542-1, Rev. 2-15-61

*Custom Complaint*

— .NO     GUN EXAMINATION REPORT  NUMBER: _____     MODEL: 700

GENERAL CONDITION: GOOD     R #: 19457

OUTSIDE WORK: SCOPE MOUNTED,     DATE: 10-4-71

FROM: GEN. SPT. SUPPLY CO.

FIRED AMMO TYPE: _____     SYRACUSE, N.Y.

& CONDITION: _____     GUN #: 6279663

ASSEMBLED 74

PROOF: R.E.P.-E     INSP.: 74     TEST: 87     CODE: ES = 10/69

HEADING: O.K.     SX./CAL.: 5006

BREECH OPENING: —     CHECKED BY: E.PROSSER

RECOIL SHOULDERS: O.K.     APPROVED: _____

CHAMBER: O.K.     APPROVED: _____

TEST: NO     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

NO DAMAGED OR BROKEN COMPONENTS.

COMPLAINT: FIRES WHEN SAFE IS PUSHED OFF.

INCIDENT: _____



PLAINTIFF'S
EXHIBIT
3234

COMMENTS: THE CUSTOMER'S MALFUNCTION COULD NOT BE
DUPLICATED ANY WAY. IT WAS NOTED AND VERIFIED
BY K. CHADWICK THAT THE CUSTOMER HAD ADDED
A LUBRICANT WHICH IS TOO HEAVY (THICK) TO THE
TRIGGER ASSEMBLY. THIS, IN COLD CLIMATES WOULD
CAUSE A MALFUNCTION SUCH AS THAT CLAIMED BY
THE CUSTOMER.

AL 0029766

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

.1. *NO* GUN EXAMINATION REPORT NUMBER: _____  MODEL: *700 VAR.*

GENERAL CONDITION: *GOOD*  R # : *010987*

OUTSIDE WORK: *No*  DATE: *5-9-72*

_____  FROM: *ALVIN A. SMITH*

FIRED AMMO TYPE: _____  *CORYDON, IND.*

& CONDITION: _____  GUN # : *6342627*

PROOF: *R.F.P. - C* INSP. *9*  *ASSEMBLER 13*  TEST: *41*  CODE: *KT - 5/70*

HEADING: *O.K.*  GK./CAL.: *222*

BREECH OPENING: _____  CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*  APPROVED: _____

CHAMBER: *O.K.*  APPROVED: _____

TEST: *No*  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

*TRIGGER CONNECTOR BROKEN. NO STOCK ETC.*

COMPLAINT: *REPAIR.*

INCIDENT: *FOLLOW DOWN*

COMMENTS: *THE BROKEN TRIGGER CONNECTOR COULD NOT*
*PERFORM ITS FUNCTION OF SUPPORTING THE SEAR*
*AGAINST THE THRUST OF THE FIRING PIN HEAD.*

PLAINTIFF'S
EXHIBIT
3235

AL 0029767

EXHIBIT 35
PAGE 12