# App. A:
# Bolcome Decl., Ex. 8.i
# Part II

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT   NUMBER: _____   MODEL: 700 _E.DL

GENERAL CONDITION: _New_   R #: 006000

OUTSIDE WORK: _Factory Worked O_   DATE: 3-13-72

FROM: Remn, Hrw. Co.

FIRED AMMO TYPE: _____   Beaverlodge, Pa.

& CONDITION: _____   GUN #: 6245354

PROOF: _R.E.P._   INSP.: _7.9_   TEST: 87   CODE: 05 = 2/63

HEADING: —   GA./CAL.: 30 A

BREECH OPENING: —   CHECKED BY: C. Perry Tr.

RECOIL SHOULDERS: O.K.   APPROVED: _____

CHAMBER: O.K.   APPROVED: _____

TEST: NO   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

_Sear Intact, Everything in Style (_____)_

_Connector at _____ on ____ (the N069 (M.S.9) (N.S.79) Trigger_

CLEARANCE ON CONNECTOR: 1.090 (.082) THIS ADDS UP TO

.014 MORE CLEARANCE BETWEEN CONNECTOR AND TRIGGER THAN

SPECIFICATIONS.

COMPLAINT: _Fires When Safety is Released_

INCIDENT: _Follow Down_

COMMENTS: _The Excessive Clearance _____ _____ The _____

_And Connector Allows ____ C____ ____ r_ _ ____

_on Connector the Sear Surface ____ R____ ____

_Causing Follow Down._

PLAINTIFF'S
EXHIBIT
3236

AL 0029768

RD-6542-1 Rev. 2-15-61

P: _No_  GUN EXAMINATION REPORT  NUMBER: _____  MODEL: _700 ADL_

GENERAL CONDITION: _USED_  R #: _006153_

OUTSIDE WORK: _TRIGGER ADJUSTING SCREWS RE-_  DATE: _3-10-72_

_ADJUSTED, SCOPE MOUNTED, & SIGHTS REMOVED._  FROM: _GIBSON PRODUCTS CO._

FIRED AMMO TYPE: _____  _MISSOULA, MONTANA._

& CONDITION: _____  GUN #: _6325677_

PROOF: _P.F.P.D_  INSP.: _9_  TEST: _41_  CODE: _CT = 4/70_

HEADING: _____  GA./CAL.: _2506_

BREECH OPENING: _____  CHECKED BY: _PROSSER_

RECOIL SHOULDERS: _O.K._  APPROVED: _____

CHAMBER: _O.K._  APPROVED: _____

TEST: _NO_  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

_NO BROKEN-DAMAGED COMPONENTS. CONNECTOR CLEARANCE_

_IN TRIGGER 1.070 (MID 1.23%) TRIGGER CLEARANCE IN CONNECTOR_

_1.091 (MID 1.083) ADJUSTMENTS HAVING BEEN ALTERED MAKES IT_

_IMPOSSIBLE TO DETERMIN CONDITION AT THE FINAL ASSEMBLY._

_AS RECEIVED, SEAR CONNECTOR ENGAGEMENT .005 MIN. IS .020._

COMPLAINT: _"SAFETY DEFECTIVE"_

INCIDENT: _MAY HAVE BEEN FOLLOW DOWN_

PLAINTIFF'S
EXHIBIT
3237

COMMENTS: _THE CUSTOMER'S MALFUNCTION COULD HAVE BEEN THE_

_RESULT OF LIGHT TRIGGER PULL, 3 LBS. AND .020 MIN._

_SEAR CONNECTOR ENGAGEMENT. THIS WOULD PERMIT JAR_

_OFF. IT COULD ALSO HAVE BEEN THE RESULT OF THE_

_.014 EXCESS CLEARANCE BETWEEN TRIGGER & CONNECTOR_

_WHICH PERMITS CONNECTOR-SEAR INTERFERENCE PREVENT-_

_ING PROPER TRIGGER-CONNECTOR RETRACTION._

AL 0029769

EXHIBIT 35
PAGE 14

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____ MODEL: 700 ADL

P___ NO

GENERAL CONDITION: FAIR                                R #: 006152

OUTSIDE WORK: SCOPE MOUNTED, SIGHTS                   DATE: 3-8-72

REMOVED.                                              FROM: GIBSON PRODUCTS CO.

FIRED AMMO TYPE: _____                                    MISSOULA, MONTANA.

& CONDITION: _____                                 GUN #: 6222426

PROOF: R.E.P.  ASSEMBLER 30  TEST: 49                 CODE: P5 = 6/69
               INSP.: 13

HEADING: —                                            GK./CAL.: 300%

BREECH OPENING: _____                               CHECKED BY: PROSHEC

RECOIL SHOULDERS: O.K.                                APPROVED: _____

CHAMBER: O.K.                                         APPROVED: _____

TEST: NO                                              APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

No Broken, Damaged Components. Sear, Connector

Engagement .06 (Min. is .020) Trigger Clearance in

Connector = 1.091 (M/D = 1.083, 1.080); Connector Clearance on

Trigger = 1.071 (M/D = 1.079, 1.076) Connector is Warped and

Trigger has Excessive Radius under Connector on Top.

COMPLAINT: DEFECTIVE SAFETY

INCIDENT: FOLLOW DOWN IS POSSIBLE

PLAINTIFF'S
EXHIBIT
3239

COMMENTS: THE EXCESS CLEARANCE BETWEEN THE CONNECTOR

AND TRIGGER (.013 EXCESS) COULD ALLOW THE CONNECTOR

TO WORK UP TO INTERFERE WITH THE SEAR PREVENTING

RETRACTION WITH THE SAFETY ON. PUSHING THE

SAFETY OFF THEN, WOULD RESULT IN A FOLLOW DOWN.

AL 0029771   1 of 1

RD-6542-1 Rev. 2-15-61

P___ _No_ GUN EXAMINATION REPORT NUMBER: _____ MODEL: _700 ADL_

GENERAL CONDITION: _Good_ R #: _005856_

OUTSIDE WORK: _No_ DATE: _3-7-72_

FROM: _Conidos Sot. Eps._

FIRED AMMO TYPE: _____ _Moberly, Mo._

& CONDITION: _____ GUN #: _6243.50 c_

PROOF: _R.E.P.-E_ INSP.: _9_ TEST: _13_ CODE: _05 = 6/69_

HEADING: _—_ GA./CAL.: _30 9 ....._

BREECH OPENING: _—_ CHECKED BY: _C. Prosser_

RECOIL SHOULDERS: _O.K._ APPROVED: _____

CHAMBER: _O.K._ APPROVED: _____

TEST: _No_ APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style) APPROVED: _____

_No Damage, Bolt's Components, Trigger Pull 3 Lbs._

_No Trigger- Trigger Guard Interference. Sear- Con-_

_ector Engagement = .026 (Min. is .020) Spring Intact,_

_Heavily Oiled._

COMPLAINT: _"Gun Sometimes Will Fire on Safe If Bolt is_

_Engaged Without Trigger Being ..."_

INCIDENT: _Firing Down_

COMMENTS: _It Appears, Defects Being Present ... ..._

_Oil, Use of Proper Gun ... Trigger -o_

_Remove Mess Point oV, Advising The Follow..._

_Down Malfunction._

PLAINTIFF'S EXHIBIT 3240

_1 of 1_

AL 0029772

GUN EXAMINATION REPORT   NUMBER: _____     MODEL: *700*

GENERAL CONDITION: *Good*     R #: *005424*

OUTSIDE WORK: *TRIGGER STOP SCREW SEAL*     DATE: *2-25-72*

FROM: *DONALD GAGNON*

*CHICAGO, ILLINOIS*

FIRED AMMO TYPE: _____

& CONDITION: _____     GUN #: *6362419*

ASSEMBLER ✓

PROOF: *R.E.P.-A*   INSP.: *58*   TEST: *13*     CODE: *DT= 9/70*

HEADING: _____     G&./CAL.: *300 G SPR.*

BREECH OPENING: *—*     CHECKED BY: *C.PROSSER*

RECOIL SHOULDERS: _____     APPROVED: _____

CHAMBER: *O.K.*     APPROVED: _____

TEST: *No*     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

*—No DAMAGED COMPONENTS. HORIZONTAL ENGAGEMENT*

*.030 MIN.= .020 CONNECTOR CLEARANCE ON TRIGGER =*

*1.072 M/D = 1.079 / 1.076 TRIGGER CLEARANCE ON CONNECTOR =*

*1.089 M/D = 1.083 / 1.080 . TRIGGER STOP SCREW SEAL BROKEN.*

*TRIGGER BIND DETECTABLE, LUBRICANT TOO HEAVY.*

COMPLAINT: *FIRES WHEN SAFETY IS RELEASED.*

INCIDENT: *TRIGGER FAILS TO RETRACT.*

COMMENTS: *THE FIT OF THE TRIGGER TO THE HOUSING, TOO*

*HEAVY LUBRICANT & EXCESS CLEARANCE BETWEEN*

*CONNECTOR AND TRIGGER (.010) COULD LEAD TO THE*

*CUSTOMER'S MALFUNCTION.*

PLAINTIFF'S
EXHIBIT
3241

1 of 1

AL.0029773

RD-65A2-1 Rev. 2-15-61

..I. _No_     GUN EXAMINATION REPORT NUMBER: _____     MODEL: _700_

GENERAL CONDITION: _GOOD_     R #: _222,34_

OUTSIDE WORK: _TRIGGER   SCREWS   READJUSTED_     DATE: _12/7/67_

                                                 FROM: _WISLER WESTERN_
                                                       _ARMS INC_
FIRED AMMO TYPE: _UNKNOWN_                              _205 SECOND ST_
                                                       _SAN FRANCISCO  CAL_
& CONDITION                                       GUN # : _300523_

PROOF: (REP)     INSP.: _14_     TEST: _58_     ▨▨▨▨▨     _8-67_

HEADING: _O K_                                  ▨▨▨▨▨_O WIN_

BREECH OPENING: _____                      CHECKED BY: _M T._

RECOIL SHOULDERS: _NORMAL_                       APPROVED: ▨▨▨

CHAMBER: _____                              APPROVED: _Ast  1/3/68_

TEST: _____                                 APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

_STOCK   CRACKED,   B×TT   PLATE   MISSING,   MAGAZINE_
_BOX DEFORMED_

▨▨▨▨▨▨▨▨

▨▨▨_UN   FIRED   WHEN   SAFE   WAS   MOVED   TO_
▨▨▨_OSITION  (PER  CUSTOMER)_

INCIDENT: _GUN APPARENTLY FIRED WHEN SAFE WAS RELEASED AND_
_TRIGGER INADVERTENTLY PULLED AT SAME TIME OR GUN WAS_
_HIT CAUSING JAR OFF DUE TO IMPROPER   SETTING._

COMMENTS: _SEAL WAS REMOVED FROM TRIG. ADJUSTING SCREW AND EN-_
_GAGEMENT SET LESS THAN RECOMMENDED, .020 MIN. ENGAGEMENT_
_SCREW ALSO SHOWS EVIDENCE OF HAVING BEEN MOVED_
_TRIGGER PULL WAS CHANGED SO THA▨▨▨▨▨▨ APPROXIMATE_
_1¼ LBS. EVEN SO WAS NOT ABLE TO ▨▨▨▨▨▨ FOLLOW-_
_DOWN AT PRESENT SETTING AS CUSTOMER MAINTAINS,_ _1 of 1_

PLAINTIFF'S
EXHIBIT
3242

AL 0029774

RD-6542-1 Rev. 2-15-61    *NOT A BLOW-UP*

.I. NO    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: **700**

GENERAL CONDITION: *NEW*    R #: *1514*

OUTSIDE WORK: *TRIGGER PULL ADJUSTED.*    DATE: *1-22-70*

FROM: *DENVER,*

FIRED AMMO TYPE: ___    *COLORADO*

& CONDITION: ___    GUN #: *6227025*

PROOF: *R.E.P.*    INSP.: *73*    TEST: _____    ▓▓▓▓: *3/69*

HEADING: —    ▓▓▓*2-250*

BREECH OPENING: —    CHECKED BY: *E. PROSSER*

RECOIL SHOULDERS: *O.K.*    APPROVED: _____

CHAMBER: *O.K.*    APPROVED: _____

TEST: *DRY FIRED - MALFUNCTION VERIFIED.*    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

▓▓▓*RES WHEN RELEASING SAFETY TO OFF POSITION.*

INCIDENT: *SAFETY DOES NOT LIFT SEAR CLEAR OF TRIGGER CONNECTOR.*

COMMENTS: *SAFETY, HOUSING, TRIGGER CONNECTOR & TRIGGER WERE MEASURED. ONLY THE TRIGGER WAS FOUND TO BE NOT TO SPECIFICATIONS. DIMENSION FROM ℄ OF PIN HOLE TO TOP ZERO .9782 (MODEL DRAWING = .973/.971)*

PLAINTIFF'S EXHIBIT 3243

*1 of 1*

AL 0029775

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____ | MODEL: _700 BDL_

GENERAL CONDITION: _NEW_ | R #: _22570_

OUTSIDE WORK: _NO_ | DATE: _11-2-70_

FROM: _LIMA, OHIO_

FIRED AMMO TYPE: _

& CONDITION: _ | GUN #: _6233914_

PROOF: _ INSP.: _ TEST: _ | CODE: _CS = 4/69_

HEADING: _ | Gk./CAL.: _222_

BREECH OPENING: _ | CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _ | APPROVED: _____

CHAMBER: _ | APPROVED: _____

TEST: _NO_ | APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style) | APPROVED: _____

_O.K._

COMPLAINT: _FIRES WHEN SAFE IS RELEASED._

INCIDENT: _TRIGGER CONNECTOR MOVES UP WHEN TRIGGER IS PULLED WITH THE SAFETY ON._

COMMENTS: _TRIGGER CONNECTOR IS .007 OVERSIZE ON TRIGGER CLEARANCE. TRIGGER IS .006 UNDERSIZE ON CONNECTOR CLEARANCE. THIS EXCESSIVE CLEARANCE ALLOWS THE CONNECTOR TO WORK UP, INTERFERE WITH THE SEAR AND FAIL TO RETRACT UNDER THE SEAR RESULTING IN FOLLOW DOWN WHEN THE SAFETY IS PUSHED OFF._

1 of 1

AL 0029776

PLAINTIFF'S EXHIBIT

3244

RD-6542-1/Rev. 2-15-61

| | | |
|---|---|---|
| 1. **NO** GUN EXAMINATION REPORT NUMBER: ___ | MODEL: _700 ADL_ | |
| GENERAL CONDITION: _LIKE NEW_ | R # : ___ | |
| OUTSIDE WORK: _NO_ | DATE: _11-3-70_ | |
| | FROM: _EAU CLAIRE,_ | |
| FIRED AMMO TYPE: ___ | _WISCONSIN._ | |
| & CONDITION: ___ | GUN # : _6258555_ | |
| PROOF: — INSP.: ___ TEST: ___ | CODE: _OS = 7/69_ | |
| HEADING: — | GR./CAL.: _3006_ | |
| BREECH OPENING: — | CHECKED BY: _C. PROSSER_ | |
| RECOIL SHOULDERS: — | APPROVED: ___ | |
| CHAMBER: — | APPROVED: ___ | |
| TEST: _No_ | APPROVED: ___ | |
| COMPONENT CONDITION: (Damaged, Broken, Old Style) | APPROVED: ___ | |

_O.K._

PLAINTIFF'S
EXHIBIT
3245

COMPLAINT: _GUN FIRES WHEN SAFETY IS PUSHED ON FIRE._

INCIDENT: _NOT VERIFIED._

COMMENTS: _HEAVY LUBRICANT PRESENT. PARTS MEASURED_
_INDICATE EXCESSIVE CLEARANCE (.013) BETWEEN_
_TRIGGER & CONNECTOR, WHICH WOULD ALLOW THE CONNEC-_
_TOR TO MOVE UP & INTERFERE WITH THE FRONT_
_OF THE SEAR AND PREVENT RETRACTION._
_SEAR - CONNECTOR ENGAGEMENT .010._

of

AL 0029777

RD-6542-1 Rev. 2-15-61

*Customer Complaint!*

**GUN EXAMINATION REPORT** NUMBER: _____

MODEL: **700**

GENERAL CONDITION: *NEW*

R #: *02095*

OUTSIDE WORK: *SCOPE MOUNTED*

DATE: *1-24-71*

FROM: *NAGEL'S GUN SHOP*

FIRED AMMO TYPE: _____

*SAN ANTONIO, TEXAS.*

& CONDITION: *Assembler 12*

GUN #: *620 6774*

PROOF: *R.E.P.* INSP.: *9* TEST: *13*

CODE: *B5 = 1/69*

HEADING: *O.K.*

GA./CAL.: *270 WIN.*

BREECH OPENING: —

CHECKED BY: *C.PROSSER*

RECOIL SHOULDERS: *O.K.*

APPROVED: _____

CHAMBER: *O.K.*

APPROVED: _____

TEST: *NO*

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

COMPLAINT: "*FIRES WHEN YOU RELEASE SAFETY*"

PLAINTIFF'S EXHIBIT 3246

INCIDENT: *FOLLOWS DOWN*

COMMENTS: *TRIGGER CLEARANCE ON TRIGGER CONNECTOR = 1.091*
*MODEL DRAWING = 1.083 OVERSIZE .008; CONNECTOR*
*(1.080)*
*CLEARANCE ON TRIGGER = 1.068 MODEL DRAWING = 1.079*
*(1.076)*
*UNDERSIZE .008. ALTHOUGH THE MALFUNCTION COULD*
*NOT BE DUPLICATED, THE EXCESSIVE CLEARANCE BETW-*
*EEN CONNECTOR & TRIGGER WOULD ALLOW INTERFER-*
*ANCE BETWEEN CONNECTOR & SEAR AND RESULT*
*IN FOLLOW DOWN.*

*1 of 1*

AL 0029778

*Customer Complaint*

RD-6542-1 Rev. 2-15-61

P.... No   GUN EXAMINATION REPORT  NUMBER: _____   MODEL: 700 ADL

GENERAL CONDITION: NEW   R #: 06640

OUTSIDE WORK: No   DATE: 3-9-71

FROM: JOE W. HARRIS

FIRED AMMO TYPE: —   VICTORIA, TEXAS.

& CONDITION:   GUN #: 6364870

PROOF: R.E.P.-A  INSP.: D  TEST: 13   CODE: WT = 11/70

HEADING: O.K.   GA./CAL.: 270 WIN.

BREECH OPENING: _____   CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.   APPROVED: _____

CHAMBER: O.K.   APPROVED: _____

TEST: NO   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

NO BROKEN OR DAMAGED COMPONENTS

COMPLAINT: FIRED WHEN SAFETY WAS PUSHED OFF.

PLAINTIFF'S
EXHIBIT
3247

INCIDENT: FOLLOWED DOWN

COMMENTS: CONNECTOR-SEAR ENGAGEMENT .010, MIN. IS .015

THIS COUPLED WITH A TOO HEAVY LUBRICANT AND SLIGHTLY

ROUNDED SEAR, PROBABLY LED TO THE MALFUNCTION.

THE MALFUNCTION COULD NOT, HOWEVER, BE

DUPLICATED HERE.

1 of 1

ENGAGEMENT RE-ADJUSTED TO .015.   AL 0029779

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT   NUMBER: _____     MODEL: *700 ADL*

GENERAL CONDITION: *FAIR*                                    R #: *11954*

OUTSIDE WORK: *SCOPE MOUNTED*                                DATE: *6-2-71*

                                                            FROM: *NATIONAL PK. SVS.*

FIRED AMMO TYPE: _____                                *KAHULUI, MAUI, HAWAII*

   & CONDITION: _____                                 GUN #: *6258351*

PROOF: *R.E.P.-E.*  INSP.: *U*   TEST: *87*   ASSEMBLER 64   CODE: *05 = 7/69*

HEADING: *O.K.*                                             GA/CAL.: *3006*

BREECH OPENING: *—*                                         CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*                                    APPROVED: _____

CHAMBER: *O.K.*                                             APPROVED: _____

TEST: *No*                                                  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)           APPROVED: _____

*No BROKEN ETC. COMPONENTS.*

*CONNECTOR CLEARANCE ON TRIGGER = .069 N/D = 1.079 - .007*

*TRIGGER CLEARANCE ON CONNECTOR = 1.089 M/O = 1.089 +.000*

*CONNECTOR - SEAR ENGAGEMENT = .015 (.005 UNDER MIN.)*

*TRIGGER PULL FIVE POUNDS.   EXCESSIVE LUBRICANTS*
*DIRTY.*

COMPLAINT: *FIRES WHEN SAFETY IS PUSHED OFF.*

                                            ┌─────────────────────┐
                                            │  PLAINTIFF'S         │
                                            │  EXHIBIT             │
                                            │                     │
INCIDENT: *TRIGGER CONNECTOR FAILED TO RETRACT*   │     3248          │
                                            └─────────────────────┘

COMMENTS: *CAN NOT DUPLICATE CUSTOMER'S MALFUNCTION.*

*THE TRIGGER - CONNECTOR & TRIGGER NOT TO MODEL*

*DRAWING. PERMIT SEAR, CONNECTOR INTERFERANCE*

*FAILURE TO RETRACT.*

*1 of 1*

AL 0029780

EXHIBIT 35
PAGE 24

Case 4:13-cv-00086-ODS   Document 196-11   Filed 01/30/17   Page 13 of 22

RD-6542-1 Rev. 2-15-61

P – No GUN EXAMINATION REPORT NUMBER: _____   MODEL: 700 ADL

GENERAL CONDITION: FAIR   R #: 12986

OUTSIDE/WORK: SCOPE MOUNTED   DATE: 6-28-71

_____   FROM: NAT. PARK SERV.

FIRED AMMO TYPE: _____   KALULUI, MAUI, HAWAII

& CONDITION: _____   GUN #: 6258726

PROOF: R.E.D.-F. INSP.: ✓   TEST: 37   CODE: OS = 7/69

HEADING: O.K.   GA./CAL.: 30-06

BREECH OPENING: ✓   CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.   APPROVED: _____

CHAMBER: O.K.   APPROVED: _____

TEST: No   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

NO COMPONENT BROKEN.

CONNECTOR CLEARANCE ON TRIGGER = .040 M/D = 1.034 -.000, .074

TRIGGER CLEARANCE ON CONNECTOR = 1.090 M/D = 1.083 +.010, 1.075

CONNECTOR - SEAR ENGAGEMENT O.K.

COMPLAINT: FIRES WHEN SAFETY IS PUSHED OFF.

INCIDENT: TRIGGER CONNECTOR FAILED TO RETRACT.

COMMENTS: CAN NOT DUPLICATE CUSTOMER'S MALFUNCTION.
THIS TRIGGER CONNECTOR & TRIGGER No. — 0
MODEL DRAWING, PERMIT SEAR, CONNECTOR
INTERFERANCE - FAILURE TO RETRACT.

1 of 1

PLAINTIFF'S EXHIBIT 3249

AL 0029781

RD-6542-1 Rev. 2-15-61

*Customer Complaint.*

GUN EXAMINATION REPORT NUMBER: _____

MODEL: _700 ADL_

GENERAL CONDITION: _FAIR_

R #: _12923_

OUTSIDE WORK: _SCOPE MOUNTED_

DATE: _6-28-71_

FROM: _NAT. PARK SERV._

_KAHULUI, MAUI, HAWAII_

FIRED AMMO TYPE:

& CONDITION:

GUN #: _6258663_

PROOF: _R.E.P.-E_  INSP.: _11_  TEST: _87_   ASSEMBLED 64

CODE: _05 = 7/69_

HEADING: _O.K._

GA./CAL.: _3006_

BREECH OPENING: _—_

CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._

APPROVED: _____

CHAMBER: _O.K._

APPROVED: _____

TEST: _NO_

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

—NO BROKEN COMPONENTS.

CONNECTOR CLEARANCE ON TRIGGER _1.062_  M/D = _1.079_ _1.076_  _-.014_

TRIGGER CLEARANCE ON CONNECTOR _.037_  M/D = _1.033_ _1.020_  _+.004_

CONNECTOR - SEAR ENGAGEMENT _.025_ = O.K.

COMPLAINT: _FIRES WHEN SAFETY IS PUSHED OFF._

INCIDENT: _TRIGGER CONNECTOR FAILED TO RETRACT._

COMMENTS: _CAN NOT DUPLICATE THE CUSTOMER'S MALFUNCTION._
_THE TRIGGER CONNECTOR & TRIGGER NOT TO MODEL_
_DRAWING PERMIT SEAR, CONNECTOR INTERFEARANCE,_
_FAILURE TO RETRACT._

PLAINTIFF'S
EXHIBIT
3250

1 of 1

AL 0029782

RD-6542-1/Rev. 2-15-61

M/700 Customer Complaint

GUN EXAMINATION REPORT   NUMBER: _____   MODEL: 700

GENERAL CONDITION: Good   R #: 19055

OUTSIDE WORK: Seal Missing on Trigger Adj-   DATE: 9-26-71

usting Screw.   FROM: Allen L. Wood

FIRED AMMO TYPE: _____   Clinton, Md.

& CONDITION: _____   GUN #: 6291404

ASSEMBLER 97

PROOF: R.E.P.-E   INSP.: D   TEST: 13   CODE: RS = "/69

HEADING: O.K.   Gr./Cal.: 3006

BREECH OPENING: _____   CHECKED BY: C. Prosser

RECOIL SHOULDERS: O.K.   APPROVED: _____

CHAMBER: O.K.   APPROVED: _____

TEST: NO   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

—No Broken or Damaged Components. Stock Missing.

_____

_____

_____

COMPLAINT: Fires When Safety is Pushed off

INCIDENT: Follow Down

COMMENTS: Engagement O.K., Trigger Pull 5½ Lbs. Seal

Missing and Adjusting Screw, Front, Backed out So

No Tension Remained to Retract the Trigger.

PLAINTIFF'S
EXHIBIT
3251

1 of 1

AL 0029783

RD-6542-1/Rev. 2-15-61

*Customer Complaint*

GUN EXAMINATION REPORT  NUMBER: _____

GENERAL CONDITION: _USED_____

OUTSIDE WORK: _SCOPE MOUNTED_____

FIRED AMMO TYPE: _____

& CONDITION: _ASSEMBLER 64_____

PROOF: _R.E.P._  INSP.: _9_  TEST: _87_

HEADING: _____

BREECH OPENING: _-_____

RECOIL SHOULDERS: _O.K._____

CHAMBER: _O.K._____

TEST: _NO_____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

_- NO DAMAGED, OR BROKEN COMPONENTS_____

_TRIGGER BINDS ON GUARD. TRIGGER PULL 2½ POUNDS._

_____

_____

_____

COMPLAINT: _"FIRES WHEN SAFETY IS PUT IN FIRE POSITION"_

INCIDENT: _FOLLOWS DOWN_____

_____

COMMENTS: _WITH THE TRIGGER PULL LIGHT (2½ POUNDS) AND THE_

_TRIGGER BINDING ON THE GUARD, IT IS POSSIBLE THAT_

_TRIGGER-CONNECTOR RETRACTION WOULD BE ERRATIC._

_THIS COULD CAUSE FOLLOW DOWN WHEN THE TRIGGER_

_IS PULLED WITH THE SAFETY ON._

_____

MODEL: _700 ADL_____

R #: _22448_____

DATE: _11-8-71_____

FROM: _THE SPORTSMAN_____

_HARLINGEN, TEXAS_____

GUN #: _276664_____

CODE: _RP. 5/67, OT3= 7/70_____

GA./CAL.: _____

CHECKED BY: _C.PROSSER_____

APPROVED: _____

APPROVED: _____

APPROVED: _____

APPROVED: _____

APPROVED: _____

_1 of 1_

PLAINTIFF'S EXHIBIT 3252

AL 0029784

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

P ___NO___ GUN EXAMINATION REPORT NUMBER: _____

GENERAL CONDITION: _NEW_

OUTSIDE WORK: _NO_

FIRED AMMO TYPE: _____

& CONDITION: _ASSEMBLED 12_

PROOF: _R.E.P.-E_ INSP.: _U_ TEST: _29_

HEADING: _O.K._

BREECH OPENING: _—_

RECOIL SHOULDERS: _O.K._

CHAMBER: _O.K._

TEST: _NO_

COMPONENT CONDITION: (Damaged, Broken, Old Style)

_—NO DAMAGED, BROKEN COMPONENTS._

_TRIGGER PULL 7 POUNDS, SEAR-TRIGGER CONNECTOR_

_ENGAGEMENT O.K. TRIGGER BINDS ON TRIGGER GUARD._

COMPLAINT: _FIRES WHEN SAFETY IS RELEASED._

INCIDENT: _FOLLOW DOWN_

COMMENTS: _THE CUSTOMER'S MALFUNCTION NOT DUPLICATED._

_HOWEVER, AN INTERFERANCE BETWEEN THE TRIGGER AND_

_TRIGGER GUARD WAS NOTED WHICH LIKELY CAUSED_

_THE TRIGGER TO FAIL TO RETRACT INTO COCKED_

_POSITION._

_1 of 1_

MODEL: _700 ADL_

R #: _24698_

DATE: _12-14-71_

FROM: _BIG BEAR STORES INC._

_BILLINGS, MONT._

GUN # : _6360196_

CODE: _WT = 8/40_

GA./CAL.: _270 WIN._

CHECKED BY: _C. PROSSER_

APPROVED: _____

APPROVED: _____

APPROVED: _____

APPROVED: _____

PLAINTIFF'S EXHIBIT

3253

AL 0029785

RD-6542-1/Rev. 2-15-61

*Cant Complaint*

GUN EXAMINATION REPORT   NUMBER: _____

GENERAL CONDITION: _GOOD_

OUTSIDE WORK: ☐ _No_

FIRED AMMO TYPE: _____

& CONDITION: _____

PROOF: _R.E.P.-A_   INSP.: _J_   TEST: _E7_

HEADING: _O.K._

BREECH OPENING: _-_

RECOIL SHOULDERS: _O.K._

CHAMBER: _O.K._

TEST: _No_

COMPONENT CONDITION: (Damaged, Broken, Old Style)

MODEL: _700 ADL_

R #: _23155_

DATE: _11-18-71_

FROM: _BIGGS SGT. GO._

_PENSACOLA, FLA._

GUN #: _6344022_

CODE: _KT= 5/70_

GA./CAL.: _22-250_

CHECKED BY: _C.Froslell_

APPROVED: _____

APPROVED: _____

APPROVED: _____

APPROVED: _____

~ _No Broken or Damaged Components._

_Trigger Connector .001 (M/S:1.935) Trigger 1.068 (M/S:1.076)_

_Connector - Stop Engagement: .030 Min. .015. Trigger_

_Pull = 4 to 4½ Lbs. Lubricant Used appears to be too_

_Heavy._

COMPLAINT: _When pushing Safety off the gun fires off._

INCIDENT: _Fallen Down._

PLAINTIFF'S
EXHIBIT
3254

COMMENTS: _With the # excessive clearance between the_

_Trigger Connector and Trigger, a heavy lubricant on_

_the Trigger Connector or trigger allowing or causing_

_it to stick or the sear failing to retract_

_allowing the Rifle to fire when taken off the_

_safety. The force is forward to fire the rifle._   _1 of 1_

AL 0029786

EXHIBIT 35
PAGE 30

*Cust. Complaints.*

R 342-1 Rev. 2-15-61

P.I. _No_  GUN EXAMINATION REPORT  NUMBER: _____

MODEL: _700ADL_

GENERAL CONDITION: _Good_

R #: _27191_

OUTSIDE WORK: _Scope Mounted_

DATE: _12-27-71_

FROM: _Pecos Sptg. Gds._

_Pecos, Texas_

FIRED AMMO TYPE: _____

& CONDITION: _Assumed ??_

GUN #: _638 3778_

PROOP: _P ??? P_ INSP.: _72_  TEST: _37_

CODE: _RT = 11/7~_

HEADING: _O.K._

GA./CAL.: _2506 Rem_

BREECH OPENING: _—_

CHECKED BY: _C.Pc ????_

RECOIL SHOULDERS: _O.K._

APPROVED: _____

CHAMBER: _O.K._

APPROVED: _____

TEST: _1/2_

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

_Sear + Connector Engagement .030. Trigger Pull 1½_
_Pounds. Stock Etc. Not Included. Mark on Trigger_
_Side Indicates Possible Burr on Trigger Guard._
_No Stock, Magazine or ?? ?? ?? ??_
_Spring._

COMPLAINT: _Discharged when Safety was Moved from Safe_
_to Fire Position._

INCIDENT: _Follow Down._

**PLAINTIFF'S EXHIBIT**
**3255**

COMMENTS: _The Customers Malfunction was Not Duplicated_
_However it May Have Been Caused By Trigger Pull_
_in the Trigger Guard._

| 1 of 1 |

AL 0029787

RD-61A2-1 Rev. 2-15-61

F _N/D_ GUN EXAMINATION REPORT NUMBER: _____  MODEL: _700 ADL_

GENERAL CONDITION: _NEW_  R #: _002696_

OUTSIDE WORK: _N/O_  DATE: _2-1-72_

FROM: _DURKIE SHOOTERS SUPPLY._

FIRED AMMO TYPE: _____  _ADDISON, ILL._

& CONDITION: _____  GUN #: _6310545_

PROOF: _P.F.F.-H_ INSP.: _71_ TEST: _49_  CODE: _LT = 2/70_

READING: _O.K._  GA./CAL.: _300 W SS_

BREECH OPENING: _—_  CHECKED BY: _C.FROSSER_

RECOIL SHOULDERS: _O.K._  APPROVED: _____

CHAMBER: _O.K._  APPROVED: _____

TEST: _N/O_  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

_TRIGGER PULL 4LES., ENGAGEMENT .012 (MINIMUM .020)_

_APPEARS TO BE SAPPER ON SIDES OF TRIGGER. ALSO RUBS_

_ON TOP SIDE EDGES (RUB MARKS LOWER REAR SIDE)_

COMPLAINT: _RIFLE DISCHARGED BY ITSELF TWO OUT OF SIX TIMES_

_FIRED._

INCIDENT: _FOLLOW DOWN._

COMMENTS: _MARKS ON THE TRIGGER INDICATE FRICTION. THE_

_COMBINATION OF FRICTION, HEAVY INTERFACE AND UNDER_

_MIN. ENGAGEMENT PROBABLY PREVENTED TRIGGER-_

_CONNECTOR RETRACTION CAUSING FOLLOW DOWN._

PLAINTIFF'S EXHIBIT 3256

_1 of 1_

AL 0029788

RD-6542-1 Rev. 2-15-61

F ~~No~~ GUN EXAMINATION REPORT NUMBER: _____     MODEL: _700 BDL_

GENERAL CONDITION: _New_     R#: _002678_

OUTSIDE WORK: _No_     DATE: _2-2-72_

    FROM: _BILL DOTSON'S INC._

FIRED AMMO TYPE:     _DECATUR, ILL._

& CONDITION:     GUN #: _6294075_

PROOF: _R.E.P.-A_    INSP.: _9_    TEST: _13_     CODE: _XS = 12/69_

HEADING: _O.K._     GA./CAL.: _270 WIN._

BREECH OPENING: _—_     CHECKED BY: _C.PROSSER_

RECOIL SHOULDERS: _O.K._     APPROVED: _____

CHAMBER: _O.K._     APPROVED: _____

TEST: _No_     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

_TRIGGER PULL 6LBS., ENGAGEMENT .020. TRIGGER_
_BIND IS NOTICEABLE. IN DIS-ASSEMBLING THE TRIGGER_
_HAS WHAT APPEARS TO BE DRIED STEEL GUARD ON_
_THE SIDES CAUSING IT TO BIND._

COMPLAINT: _"WHEN BOLT IS PUT IN ALL THE WAY THE GUN WILL_
_GO OFF."_

INCIDENT: _FOLLOW DOWN_

COMMENTS: _THE SLUGGISH TRIGGER PROBABLY FAILED TO_
_RETRACT RESULTING IN A FOLLOW DOWN MALFUNCTION._

PLAINTIFF'S
EXHIBIT
3257

/ of /

AL 0029789

EXHIBIT 35
PAGE 33