# App. A:
# Bolcome Decl., Ex. 8.i
# Part III

AD-6542-V Rev. 2-15-61

P____ NO____ GUN EXAMINATION REPORT NUMBER: _____    MODEL: _730 FDL_

GENERAL CONDITION: _Good_    R#: _002116_

OUTSIDE WORK: _Scope Mounted - Prop Ejen_ DATE: _2-1-72_

_Removed_    FROM: _Blish, Mfg. Billing_

FIRED AMMO TYPE: _____    _Answer Kallom_

& CONDITION: _____    GUN #: _6332808_

PROOF: _P.T.R-E_ INSP.: _F.E._ TEST: _13_    CODE: _WTa 7/00_

HEADING: _____    GA./CAL.: _270 Win._

BREECH OPENING: _O.K._    CHECKED BY: _C. Roberts_

RECOIL SHOULDERS: _O.K._    APPROVED: _____

CHAMBER: _O.K._    APPROVED: _____

TEST: _No_    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_No Broken, Etc. Component Since F _____ T _____

_& Connector, Trigger Full S-288 Fair Attempt _____ (both_

_is .080) None of Safety Sear _____ Fit _____ Rel _____

_Screw Staked But Not Hard. Adapter _____ _____

_on Connector. No- Horizontal _____

COMPLAINT: _Rifle Fired Prematurely._ _____

INCIDENT: _Follow Down_ _____

_____

_____

COMMENTS: _The Combination of Insufficies - En _____ _____ _____

_Burrs Probably Prevented The C _____ Anti-Thuck _____

_From Retracting into Firing Position Causing The_

_Firing Pin to Follow Down._

PLAINTIFF'S
EXHIBIT
3258

_1 of 1_

AL 0029790

RD-6542-1 Rev. 2-15-61

I ___ NO ___ GUN EXAMINATION REPORT NUMBER: _____   MODEL: 700 BDL

GENERAL CONDITION: NEW (SOME RUST)   R #: 001369

OUTSIDE WORK: NO   DATE: 1-28-72

FROM: MACK RD, SHTSS, SUM,

FIRED AMMO TYPE: _____   ECE, PA

& CONDITION: _____   GUN #: 6290291

ASSEMBLER GB
PROOF: R.E.P.-F   INSP.: 9   TEST: 55   CODE: RS = 11/59

HEADING: O.K.   GK./CAL.: 3006 SPG.

BREECH OPENING: ____   CHECKED BY: C.PROSSER

RECOIL SHOULDERS: O.K.   APPROVED: _____

CHAMBER: O.K.   APPROVED: _____

TEST: NO   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

NO BROKEN COMPONENTS. EXTRACTOR PITTED, BOLT
BODY ALSO. SUBSTANCE RESEMBLING DRIED _____
ON TRIGGER & SEAR. TRIGGER PULL 2¾ LBS. ENGAGE-
MENT .010. LUMP ON BOLT

COMPLAINT: "FIRST SHELL HE TRIED TO CHAMBER DISCHARGED"

INCIDENT: FOLLOW DOWN

PLAINTIFF'S EXHIBIT
3260

COMMENTS: THE MATERIAL ON THE SEAR & TRIGGER CAUSED
THE TRIGGER TO STICK IN FIRED POSITION, WHEN THE
ACTION WAS CLOSED THE FIRING PIN FOLLOWED DOWN
FIRING THE ROUND

1 of 1

AL 0029792

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____   MODEL: 700 BDL

GENERAL CONDITION: NEW                    R #: 002023

OUTSIDE WORK: No                          DATE: 1-27-72

                                          FROM: Bay City Hdw. Co.

FIRED AMMO TYPE: _____              Bay City, Mich.

    & CONDITION: _____              GUN #: 6500965

                ASSEMBLER 44
PROOF: R.E.P.-M  INSP.: _____  TEST: 13  CODE: NONE

HEADING: O.K.                             GA./CAL.: 243 WIN.

BREECH OPENING: —                         CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.                    APPROVED: _____

CHAMBER: O.K.                             APPROVED: _____

TEST: No                                  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

MINUS STOCK. TRIGGER PULL 4½ LBS. - O.K. ENGAGEMENT

.008 (.020 MIN.) NEW RIVETED HOUSING. CONNECTOR

1.093 M/D = 1.083 .TRIGGER 1.076 M/D 1.079. BURRS ON
         1.080                    1.076
CONNECTOR SIDES.

COMPLAINT: "FIRES ON SAFE"

INCIDENT: MAY HAVE FOLLOWED DOWN WHEN SAFE WAS

RELEASED.

COMMENTS: ENGAGEMENT IS SET TOO CLOSE, WITH THE

BURRS ON THE CONNECTOR AND CLOSE ENGAGEMENT

IT IS POSSIBLE THAT THE CONNECTOR FAILED TO

RETRACT WHILE THE SAFETY WAS ON THEN FOLLOW

DOWN OCCURRED WHEN THE SAFETY WAS RELEASED.

                                          1 of 1

PLAINTIFF'S
EXHIBIT
3261

AL 0029793

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

P _No_ GUN EXAMINATION REPORT NUMBER: _____

MODEL: *700 ADL*

GENERAL CONDITION: _NEW_

R#: _001648_

OUTSIDE WORK: _SCOPE MOUNTED, SWIVELS &_

DATE: _1-26-72_

_RECOIL PAD FITTED._

FROM: _DUINS SPG. GOS. INC._

FIRED AMMO TYPE: _____

_PEYELY, MISSOURI_

& CONDITION: _____

GUN #: _332321_

PROOF: _R.E.P._ INSP.: _D_ TEST: _49_

CODE: _BL = 1/64_

HEADING: _O.K._

GA./CAL.: _.3006 Rem_

BREECH OPENING: _—_

CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._

APPROVED: _____

CHAMBER: _O.K._

APPROVED: _____

TEST: _No_

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

_— No DAMAGED, BROKEN COMPONENTS. SEAR - CONNECTOR_

_ENGAGEMENT .010 (MIN. = .020) TRIGGER PULL = 3¼ (MIN. = 3 LBS.)_

_TRIGGER CLEARANCE ON CONNECTOR 1.087 M/D = 1.080 / 1.003_

_CONNECTOR CLEARANCE ON TRIGGER .073 M/D = 1.076 / 1.079_

_(.014 CLEARANCE WHERE .007 IS MAX.)_

COMPLAINT: _FIRES WHEN SAFE IS RELEASED_

INCIDENT: _CONNECTOR FAILS TO RETRACT._

PLAINTIFF'S
EXHIBIT

3262

COMMENTS: _THE EXCESSIVE CLEARANCE BETWEEN CONNECTOR_

_AND TRIGGER ALLOWS THE CONNECTOR → CREEP UP INTO_

_AN INTERFERANCE POSITION WHERE IT FAILS TO RETRACT_

_WITH THE SAFETY ON, WHEN THE SAFETY IS_

_RELEASED THE FIRING PIN FOLLOWS DOWN._

_1 of 1_

AL 0029794

RD-6542-1 Rev. 2-15-61

*Custom Complaint*

P... *NO* GUN EXAMINATION REPORT NUMBER: _____

MODEL: *700 BDL*

GENERAL CONDITION: *Good*

R #: *000999*

OUTSIDE WORK: *No*

DATE: *1-12-72*

FROM: *Caddie Labar's*
*Distr. Co.*
*Dallas, Penn.*

FIRED AMMO TYPE: _____

& CONDITION: _____

GUN #: *232943*

PROOF: *R.E.P.* INSP.: *?* TEST: *79*

CODE: *WN = 8/66*

HEADING: *O.K.*

Bt./CAL.: *280 Rem.*

BREECH OPENING: *-*

CHECKED BY: *C. Prosser*

RECOIL SHOULDERS: *O.K.*

APPROVED: _____

CHAMBER: *O.K.*

APPROVED: _____

TEST: *No*

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

*No Damaged or Broken Components. Trigger Pull Four*
*Pounds, Engagement .015, Trigger Binding on Guard*
*Slightly. Grease-Dirt Coating on Hidden Parts*
*Including Inside & Outside of Trigger Assembly.*

COMPLAINT: *Sometimes it Will Fire, Other Times it Wont, Sometimes*
*it Will Be a Delayed Firing.*

INCIDENT: *Sear Does Not Release Firing Pin.*

PLAINTIFF'S
EXHIBIT
3263

COMMENTS: *The Customer's Malfunction Was Duplicated With*
*Stock In Place But Worked O.K. With Stock Off.*
*Apparently The Trigger-Trigger Guard Bind*
*Combined With The Too Heavy Lubrication Was*
*The Cause of His Trouble.*

*(over)*

AL 0029795

EXHIBIT 35
PAGE 38

Case 4:13-cv-00086-ODS Document 196-12 Filed 01/30/17 Page 6 of 22

RD-6542-1 Rev. 2-15-61

*Cast Cmy*

P. _NO_ GUN EXAMINATION REPORT NUMBER: _____     MODEL: _700 ADL._

GENERAL CONDITION: _NEW_     R #: _26180_

OUTSIDE WORK: _SCOPE MOUNTED, REGULAR_     DATE: _12-21-71_

_SIGHTS REMOVED._     FROM: _H.9.H. SF-G. GOS. INC._

FIRED AMMO TYPE: _R.P._     _AMARILLO, TEXAS._

& CONDITION: _ONE PIERCED PRIMER_     GUN #: _633 4559_

PROOF: _R.E.P.·B_  INSP.: _71_   TEST: _49_     CODE: _CT= 4/70_

HEADING: _O.K._     GA./CAL.: _25-06 ·_

BREECH OPENING: _—_     CHECKED BY: _C.PROGGER_

RECOIL SHOULDERS: _O.K._     APPROVED: _____

CHAMBER: _O.K._     APPROVED: _____

TEST: _TEN ROUNDS OF 120 GR. UNPIERCED_     APPROVED: _____
_PRIMERS._

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

_FIRING PIN POINT TOO FLAT. TRIGGER CONNECTOR_

_DAMAGED. SEAR-TRIGGER CONNECTOR ENGAGEMENT_

_.005_

COMPLAINT: _RIFLE WILL NOT COCK._

INCIDENT: _FOLLOWS DOWN._

PLAINTIFF'S
EXHIBIT

3264

COMMENTS: _THE .010 UNDER MIN. ENGAGEMENT COMBINED WITH_

_BACKLASH FROM PIERCING PRIMERS FORCE DOWN_

_THE CORNER OF THE TRIGGER CONNECTOR RESULTING_

_IN THE FOLLOW DOWN MALFUNCTION._

_1 of 1_

AL 0029796

EXHIBIT 35
PAGE 39

AD-6542-1 Rev. 2-15-61

Custom Co, In;

P___ No___ GUN EXAMINATION REPORT NUMBER: _____     MODEL: _700 ADL_

GENERAL CONDITION: _NEW_     R #: _2435.1_

OUTSIDE WORK: _NO_     DATE: _12-13-71_

_____     FROM: _JENSEN BYRD CO._

FIRED AMMO TYPE: _____     _SPOKANE. WASH._

& CONDITION: _____     GUN #: _6411367_

ASSEMBLED 90
PROOF: _R.S.P-1_   INSP.: _55_   TEST: _49_     CODE: _AU= 3/71_

HEADING: _O.K._     GA./CAL.: _300G_

BREECH OPENING: _—_     CHECKED BY: _E.PROSSEC_

RECOIL SHOULDERS: _O.K._     APPROVED: _____

CHAMBER: _O.K._     APPROVED: _____

TEST: _NO_     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

_NO DAMAGED, BROKEN COMPONENTS. TRIGGER PULL, SEAR-_

_TRIGGER CONNECTOR ENGAGEMENT AND SEAR-FIRING PIN_

_HEAD ENGAGEMENT WITHIN SPECIFICATIONS. TRIGGER CLEARS_

_TRIGGER GUARD._

COMPLAINT: _FIRES WHEN BOLT IS CLOSED_

INCIDENT: _FOLLOW DOWN_

PLAINTIFF'S
EXHIBIT
3265

COMMENTS: _THE CUSTOMER'S MALFUNCTION CANNOT BE DUPLICAT-_

_ED. SOME FOREIGN MATERIAL IS NOTED ON THE TRIGGER_

_CONNECTOR WHICH MAY HAVE CAUSED IT TO STICK IN_

_FIRED POSITION, RESULTING IN A FOLLOW DOWN._

1 of 1

AL 0029797

RP 5542-1 Rev. 2-15-61                                    *Customer Complaints*

P.I. _No_    GUN EXAMINATION REPORT   NUMBER: _____    MODEL: _700 BDL_

GENERAL CONDITION: _Good_                                  R #: _2522G_

OUTSIDE WORK: _No_                                         DATE: _12-8-71_

_____                  FROM: _Queen City Dist. Co._

FIRED AMMO TYPE:                                           _Aliquippa, Pa._

  & CONDITION:                                             GUN #: _644 8147_

PROOF: _R.E.P-M_  INSP.: _9_   TEST: _87_                  CODE: _PU = 6/71_

HEADING: _O.K._                                            GK./CAL.: _300G Sps._

BREECH OPENING: _—_                                        CHECKED BY: _C. Prosser_

RECOIL SHOULDERS: _O.K._                                   APPROVED: _____

CHAMBER: _O.K._                                            APPROVED: _____

TEST: _No_                                                 APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)         APPROVED: _____

  _Corner of Trigger Connector damaged. Connector-_

_Sear Engagement .005._

_____

_____

_____

COMPLAINT: _"Fires upon Closing Action."_

_____

INCIDENT: _Follows Down._

_____

COMMENTS: _Trigger Connector-Sear Engagement set too_

_close. The Connector follows down so that it_

_becomes loose — Firing Pin Remains to stay cocked._

_____

                                                          _1 of 1_

_____        AL 0029798

PLAINTIFF'S
EXHIBIT
3266

Customer Complaint

T-6541-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____  MODEL: _____

GENERAL CONDITION: _NEW_  R# : _____

OUTSIDE WORK: _NO_  DATE: 12-9-71

FROM: _____

_____

FIRED AMMO TYPE: _____  GUN # : _____

& CONDITION: _____  CODE: _PT =_____

PROOF: _____ INSP.: _____ TEST: _____  BK./CAL.: _____

HEADING: _O.K._  CHECKED BY: _____

BREECH OPENING: _____  APPROVED: _____

RECOIL SHOULDERS: _O.K._  APPROVED: _____

CHAMBER: _O.K._  APPROVED: _____

TEST: _NO_  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

_NO DAMAGED - BROKEN COMPONENTS._

_TRIGGER CONNECTOR CLEARANCE (TOP)(M/D: _____) -_

_CLEARANCE 1.092 (M/D = _____) EXCESSIVE - .025 IS_

_TRIGGER PULL O.K., SLIGHT CREEP BECAUSE_

_SEAR & TRIGGER CONNECTOR CONTACT._

COMPLAINT: _FIRES WHEN SAFE IS RELEASED._

INCIDENT: _FOLLOWS DOWN_

PLAINTIFF'S
EXHIBIT
3267

COMMENTS: _CUSTOMER'S MALFUNCTION NOT CONFIRMED. IT IS_

_POSSIBLE WITH CONNECTOR SUGGEST THAT SMALL E. & THE_

_TRIGGER CONNECTOR TO WORE DOWN THE TRAILING (CLEAR-_

_ANCE .017 OVER MAX.) ALSO TRIGGER MAY HAVE _____-_

_____ DUE TO BIND IN THE TRIGGER GUARD CAUSED BY_

_OUT OF POSITION SCREW HOLES IN THE STOCK._ _1 of 1_

AL 0029799

RD-6542-1 Rev. 2-15-61                                    *Custmm Cmpln*

ʰ... *No*    GUN EXAMINATION REPORT   NUMBER: _____    MODEL: **700**

GENERAL CONDITION: *New*                                  R # : *24195*

OUTSIDE WORK: *SEAR ANGLE ON FIRING PIN*                  DATE: *11-30-71*
                                          *SCOPE*
- *HEAD MAY HAVE BE.... CHANGED. VERY...*   FROM: *BOB's GUN SHOP*

FIRED AMMO TYPE: ‾                                         *LANSING. MICH.*

  & CONDITION: ‾                                           GUN # : *6361958*
                    *ASSEMBLER 50*
PROOF: *R.E.P. E*  INSP.: *9*   TEST: *29*     CODE: *W.T.= 8/70*

HEADING: *O.K.*                                 GA./CAL.: *7MM REM. MAG.*

BREECH OPENING: ‾                               CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*                        APPROVED: _____

CHAMBER: *O.K.*                                 APPROVED: _____

TEST: *No*                                      APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

‾ *No DAMAGED, OR BROKEN COMPONENTS. SOME FRICTION*

*MARKS ON TRIGGER AND INSIDE HOUSING. CONNECTOR-*

*SEAR ENGAGEMENT .005 MIN. .015, TRIGGER PULL=*

*FOUR POUNDS.*

COMPLAINT: *"GUN DISCHARGES WHEN BOLT IS BEING OPENED".*

INCIDENT: *FOLLOW DOWN*

PLAINTIFF'S
EXHIBIT
3268

COMMENTS: *CUSTOMER'S MALFUNCTION NOT DUPLICATED.*

*IT IS POSSIBLE THAT A SLIGHT TRIGGER PIND C... C...*

*FAILURE TO RETRACT, REDUCING THE CO... -OR-SEAR*

*ENGAGEMENT SO THAT A MOVEMENT OF THE BOLT*

*HANDLE RELEASED THE FIRING PIN TO FIRE THE*

*ROUND IN THE CHAMBER.*                          *1 of 1*

                                          AL 0029800

FD-6042-1 Rev. 2-15-61

P... *No*    GUN EXAMINATION REPORT  NUMBER: _____

MODEL: *700 BDL*

GENERAL CONDITION: *Good* _____

R #: *22615*

OUTSIDE WORK: *No* _____

DATE: *11-8-71*

FROM: *Bowling, Inc.*
*White Sulphur Springs,*
*West Virginia*

FIRED AMMO TYPE: _____

GUN #: *6320978*

& CONDITION: _____

PROOF: *R.E.P.E*   INSP.: *75*   TEST: *27*

CODE: *ATc 8/70 , NT2: 8/70*

HEADSP'G: _____

OL/CAL.: _____

BREECH OPENING: *—*

CHECKED BY: *C. Prosser*

RECOIL SHOULDERS: *O.L.*

APPROVED: _____

CHAMBER: *O.K.*

APPROVED: _____

TEST: *No*

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

*No Damaged or Broken Components*

COMPLAINT: "*Con... off w-hout ... the trigger*"

INCIDENT: *Falling Down (Verified by Writer)*

PLAINTIFF'S
EXHIBIT
3269

COMMENTS: _____

_____

_____

_____

_____

*1 of 1*

AL 0029801

RP-6542-1/Rev. 2-15-61

*Customer Complaints*

P.I.: *NO*    GUN EXAMINATION REPORT   NUMBER: _____

GENERAL CONDITION: *NEW*

OUTSIDE WORK: *TRIGGER PULL REDUCED TO*

*ONE POUND.*

FIRED AMMO TYPE: _____

& CONDITION: _____

PROOF: *R.E.P.*    INSP.: *74*    TEST: *98*

HEADING: *O.K.*

BREECH OPENING: *—*

RECOIL SHOULDERS: *O.K.*

CHAMBER: *O.K.*

TEST: *No*

MODEL: *700 BDL*

R #: *15003*

DATE: *7-30-71*

FROM: *UNITED DIST.*

*GALVESTON, TEXAS*

GUN #: *6408400*

CODE: *LO = 2/71*

BT./CAL.: *270 WIN.*

CHECKED BY: *C. PROSSER*

APPROVED: _____

APPROVED: _____

APPROVED: _____

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

*ADJUSTING SCREW FOR TRIGGER PULL UNSEALED*

*AND ADJUSTMENT ALTERED.*

COMPLAINT: *FIRING PIN ENGAGES & FIRES WHEN BOLT IS*

*PUSHED FORWARD.*

INCIDENT: *FOLLOW DOWN*

PLAINTIFF'S
EXHIBIT
3270

COMMENTS: *WHEN TRIGGER PULL WAS CORRECTED ENGAGE-*

*MENT OF SEAR AND TRIGGER CONNECTOR WAS .025 -*

*MIN. IS .015 WITH TRIGGER PULL REDUCED THE*

*SPRING WILL NOT RETRACT THE TRIGGER CONNECTOR*

*CORRECTLY AND FOLLOW DOWN MAY RESULT.*

*1 of 1*

AL 0029802

RD-542-Y Rev. 2-15-61

*Customer Complaint #*

P.I. *NO*    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: *700 BDL VAR.*

GENERAL CONDITION: *NEW* _____    R #: *12943*

OUTSIDE WORK: *NO* _____    DATE: *6-29-71*

FROM: *H.P. Cox*
*MEEK HIGH SCHOOL*
FIRED AMMO TYPE: _____    *ARLEY, ALABAMA.*

& CONDITION: _____    GUN #: *340.8250*

PROOF: *R.E.R.-C*  INSP.: *9*  TEST: *49*    CODE: *LU 2/71*

HEADING: *O.K.* _____    GK./CAL.: *223*

BREECH OPENING: *—* _____    CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.* _____    APPROVED: _____

CHAMBER: *O.K.* _____    APPROVED: _____

TEST: *40 ROUNDS. REMINGTON* _____    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

*EAR AND TRIGGER CONNECTOR CORNER BROKEN OFF,*
*ENGAGEMENT A .015 (.005 UNDER MIN.) FIRING PIN POINT*
*RADIUS TOO LARGE.*

_____

_____

COMPLAINT: *FIRED ON CLOSING, FIRED WHEN SAFE WAS PUSHED*
*OFF, PIERCED PRIMERS.*

INCIDENT: *FOLLOWED DOWN.*

_____

_____

COMMENTS: *THE PRIMER PIERCING WAS NOT DUPLICATED IN TEST-*
*ING. IT MAY HAVE SPEEDED UP THE CONNECTOR-SEAR*
*BREAK-DOWN*

PLAINTIFF'S
EXHIBIT
3271

*1 of 1*

AL 0029803

RD-6542-1 Rev. 2-15-61

P. _No_____ GUN EXAMINATION REPORT NUMBER: _____    MODEL: _700 BDL_

GENERAL CONDITION: _NEW_____    R #: _13298_

OUTSIDE WORK: _No_____    DATE: _6-29-71_

                                                  FROM: _J.C.PENNEY_

FIRED AMMO TYPE: _____    _KING OF PRUSSIA, PA._

& CONDITION: _ASSEMBLER '79_____    GUN #: _6274124_

PROOF: _R.E.P.-E_ INSP.: _59_ TEST: _13___    CODE: _DS = 9/69_

HEADING: _O.K._____    GA./CAL.: _270_

BREECH OPENING: _____    CHECKED BY: _G.PROSSER_

RECOIL SHOULDERS: _O.K._____    APPROVED: _____

CHAMBER: _O.K._____    APPROVED: _____

TEST: _No_____    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_No BROKEN OR DAMAGED COMPONENTS._

_TRIGGER CONNECTOR -SEAR ENGAGEMENT .010 (.020 - MIN.)_

_TRIGGER PULL  4½ LBS.  A SMALL METAL CAP CAUSED_

_BENDING TRIGGER CONNECTOR ENGAGES._

COMPLAINT: _"FIRES DURING SHELL EXTRACTION."_

INCIDENT: _FOLLOWS DOWN_

```
PLAINTIFF'S
EXHIBIT
3272
```

COMMENTS: _THE CUSTOMER'S MALFUNCTION COULD NOT BE_

_DUPLICATED. THE UNSER MALFUNCTION WAS CAUSED_

_BY THE METAL CAP (HELD IN PLACE BY A PROTECTIVE_

_COATING APPLIED BY THE CUSTOMER) PROBABLY CAUSED_

_E MALFUNCTION._

_1 of 1_

AL 0029804

RD-6542-1 Rev. 2-15-61

*Cust. Complaint* ✓

R... No    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: _700_

GENERAL CONDITION: _FAIR_    R # : _11955_

OUTSIDE WORK: _SCOPE MOUNTED_    DATE: _6-3-71_

_____    FROM: _NATIONAL PARK SERVICE,_

FIRED AMMO TYPE: _____    _KAHULUI MAUI, HAWAII_

& CONDITION: _____    GUN # : _6258362_

ASSEMBLE~~-~~ 22

PROOF: _R.E.P.-E_  INSP.: _11_  TEST: _87_    CODE: _05 = 7/69_

HEADING: _O.K._    GR./CAL.: _3006_

BREECH OPENING: _—_    CHECKED BY: _E. PROSSER_

RECOIL SHOULDERS: _O.K._    APPROVED: _____

CHAMBER: _O.K._    APPROVED: _____

TEST: _NO_    APPROVED: _____

COMPONENT CONDITION: (Damaged,  Broken,  Old Style)    APPROVED: _____

_10 BROKEN, ETC. COMPONENTS_

_CONNECTOR CLEARANCE ON TRIGGER = 1.070 M/D = _$^{1.079}_{1.076}$_ -.006_

_TRIGGER CLEARANCE ON CONNECTOR = 1.089 M/D = _$^{1.083}_{1.033}$_ +.006_

_CONNECTOR - SEAR ENGAGEMENT = .020    EXCESSIVE_

_LUBRICANT AND DIRTY, TRIGGER PULL   FOUR POUNDS._

COMPLAINT: _FIRES WHEN SAFETY IS PUSHED OFF._

_____

INCIDENT: _TRIGGER CONNECTOR FAILED TO RETRACT._

_____

_____

COMMENTS: _CAN NOT DUPLICATE CUSTOMER'S MALFUNCTION._

_THE TRIGGER & TRIGGER CONNECTOR NOT TO MODEL_

_DRAWING PERMIT SEAR-TRIGGER CONNECTOR INTERFERENCE_

_FAILURE TO RETRACT._

_____

PLAINTIFF'S
EXHIBIT
3273

_1 of 1_

AL 0029805

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

P̶ _No_ GUN EXAMINATION REPORT NUMBER: _____ MODEL: _700 BDL_

GENERAL CONDITION: _Good_ R#: _10002_

OUTSIDE/WORK: _Trigger Pull Weight and Stop_ DATE: _4-28-71_

_Screws Re-Adjusted, Scope Mounted._ FROM: _Max Mermelstein Dist._
_Co._

FIRED AMMO TYPE: _____ _Carbondale, Penna._

& CONDITION: _____ GUN #: _6333602_

_Assembler 72_
PROOF: _R.E.P. · G_ ̶I̶N̶S̶P̶.̶ _Incomplete_ TEST: _55_ CODE: _CT.= 4/70_

HEADING: _Max._ GA./CAL.: _25-06_

BREECH OPENING: _—_ CHECKED BY: _C.Prosser_

RECOIL SHOULDERS: _Excessive Radius Rear Corner_ APPROVED: _____

CHAMBER: _____ APPROVED: _____

TEST: _No_ APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style) APPROVED: _____

_No Damaged, Broken Components._

PLAINTIFF'S
EXHIBIT

3274

COMPLAINT: _"Bolt Locks Shut, Gun Has Fired With Safety On"_

_"Factory Bullets Seat in Rifling."_

INCIDENT: _____

COMMENTS: _Can Not Duplicate Customer's "Fired With Safety on._

_Sear-Connector Engagement .020 -Specifications Min. .020._

_There is Evidence of Customer Re-Adjusting of Trigger_

_Stop & Pull Weight Screws. Decreasing Trigger Pull_

_In Gun Reduces Sear-Connector Engagement Making_

_A Follow Down Likely._

AL 0029806

_1 of 1_

RD-6542-1 Rev. 2-15-61

P___ No___ GUN EXAMINATION REPORT NUMBER: _____

MODEL: *700 ADL*

GENERAL CONDITION: *Good* _____

R # : *07215*

OUTSIDE WORK: *Scope Mounted* _____

DATE: *4-23-71*

FROM: *Schoenstein's*

FIRED AMMO TYPE: _____

*Ord, Nebraska.*

& CONDITION: *Assembler 41*

GUN # : *6320412*

PROOF: *R.E.P.B* INSP: *9* TEST: *49*

CODE: *AT = 3/70*

HEADING: *O.K.*

Dr./CAL.: *270*

BREECH OPENING: *—*

CHECKED BY: *C. Prosser*

RECOIL SHOULDERS: *O.K.*

APPROVED: _____

CHAMBER: *O.K.*

APPROVED: _____

TEST: *Ten Rounds*

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

*No Broken or Damaged Components. Slight Burr*

*; Round Ejector Hole.*

COMPLAINT: *"Loading Shell Into Barrel it Went Off, Also*

*Unable to Extract Shell."*

INCIDENT: _____

PLAINTIFF'S EXHIBIT
3275

COMMENTS: *Unable to Duplicate Fires on Closing. In Test*

*Ejector Stuck Back Causing Failure to Eject.*

*Ejector Was Freed Up and Burr Removed After*

*Which Rifle Functioned O.K.*

*1 of 1*

AL 0029807

EXHIBIT 35
PAGE 50

RD-6542-1 Rev. 2-15-61

F. No    GUN EXAMINATION REPORT   NUMBER: _____    MODEL: 700 ADL

GENERAL CONDITION: Good    R #: 07367

OUTSIDE WORK: No    DATE: 4-26-71

FROM: MONTGOMERY WARD

FIRED AMMO TYPE: _____

& CONDITION: _____    GUN #: 6204725

ASSEMBLER #85

PROOF: R.E.P.    INSP.: 9    TEST: 41    CODE: XR = 12/68

HEADING: O.K.    GA./CAL.: 270 WIN.

BREECH OPENING: —    CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K.    APPROVED: _____

CHAMBER: O.K.    APPROVED: _____

TEST: No.    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

No Damaged or Broken Components.

_____

_____

_____

_____

COMPLAINT: "Fired When Bolt Was Closed.

INCIDENT: —

PLAINTIFF'S
EXHIBIT
3276

_____

COMMENTS: Could Not Duplicate Customer's Malfunction.

However, Trigger-Connector Clearance Being Excess-

ive & Too Heavy Lubricant May Have Contributed to

Such a Failure in Cold Temperatures.

Connector .006 Oversize (1.089)

Trigger .009 Undersize (1.067)    1 of 1

Replaced Trigger & Connector Engagement O.K.

AL 0029808

RD-6542-1 Rev. 2-15-61

F. _No_ GUN EXAMINATION REPORT NUMBER: _____ MODEL: _700_

GENERAL CONDITION: _Good_      R #: _09523_

OUTSIDE WORK: _Repaired Locally one Time"_    DATE: _4-22-71_

_____ FROM: _Tempe, Arizona_

FIRED AMMO TYPE: _____ _Police Dept._

& CONDITION: _____ GUN #: _386831_

PROOF: _R.E.P._   INSP.: _Poor Stamp_ TEST: _49_    CODE: _RS- "/69_

HEADING: _O.K._           GA./CAL.: _223 Rem._

BREECH OPENING: _—_      CHECKED BY: _C. Prosser_

RECOIL SHOULDERS: _O.K._      APPROVED: _____

CHAMBER: _O.K._        APPROVED: _____

TEST: _No_          APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_Trigger Connector Broken_

_____

_____

_____

_____

COMPLAINT: _Fires Closing_

PLAINTIFF'S
EXHIBIT
3277

INCIDENT: _____

_____

COMMENTS: _The Broken Trigger Connector Fails to Retract_

_Under The Sear so when the safety is pushed off,_

_Firing Pin Falls and Fires Round._

_____

_____ _1 of 1_

_____

AL 0029809

EXHIBIT 35
PAGE 52

Case 4:13-cv-00086-ODS   Document 196-12   Filed 01/30/17   Page 20 of 22

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____    MODEL: **700 ADL**

No

GENERAL CONDITION: *New*     R #: **07070**

OUTSIDE WORK: *TRIGGER ENGAGEMENT SCREW*    DATE: **4-23-71**

    *SEAL REMOVED.*     FROM: *LLOYD CO.*

FIRED AMMO TYPE: —     *LITTLE ROCK, ARK.*

    & CONDITION: _____     GUN #: **6266361**

    *ASSEMBLER 65*

PROOF: *R.E.P.-E*   INSP.: [ **73** ]   TEST: **87**    CODE: **WS = 8/69**

HEADING: *O.K.*     GA./CAL.: **22-250**

BREECH OPENING: —     CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *O.K.*     APPROVED: _____

CHAMBER: *O.K.*     APPROVED: _____

TEST: *No*     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

*TRIGGER CONNECTOR BROKEN. TRIGGER SPRING MISSING.*

*TRIGGER ENGAGEMENT SCREW OUT OF ADJUSTMENT.*

_____

_____

_____

COMPLAINT: "*LEVER IN TRIGGER HOUSING BROKEN*"

INCIDENT: —

_____

_____

COMMENTS: *APPARENTLY A DEFECTIVE TRIGGER CONNECTOR WAS*

*USED.*

PLAINTIFF'S EXHIBIT

3278

1 of 1

AL 0029810

RD-6542-1 Rev. 2-15-61

P.I. No _____ GUN EXAMINATION REPORT NUMBER: _____  MODEL: 700 BDL

GENERAL CONDITION: NEW  R #: 06681

OUTSIDE WORK: No  DATE: 3-15-71

FROM: KENNETH JOHNSON

FIRED AMMO TYPE: —  STURTEVANT, WISC.

& CONDITION:  GUN #: 6312955

PROOF: R.E.P.-B  INSP.: 73  TEST: 87  CODE: L.T. × 2/70

HEADING: O.K.  GA./CAL.: 7MM

BREECH OPENING: —  CHECKED BY: C. PROSSER

RECOIL SHOULDERS: EXCESSIVE RADIUS AT REAR.  APPROVED: _____
                                          BODY.

CHAMBER: O.K.  APPROVED: _____

TEST: No.  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

COMPLAINT: CLOSES HARD OVER SHELL. FIRED WHILE TRYING TO

CLOSE.

INCIDENT: CLOSE HARD

PLAINTIFF'S
EXHIBIT
3279

COMMENTS: THE EXCESSIVE RADIUS AT REAR OF RECOIL SHOULDER

CAUSES THE BOLT TO CAM HARD WITH A ROUND IN THE

CHAMBER. THERE APPEARS TO BE NOTHING WRONG WITH

THE TRIGGER ASSEMBLY. THE CUSTOMER LIKELY, INADVERT-

ENTLY TOUCHED THE TRIGGER WHILE TRYING TO FORCE

THE BOLT HANDLE DOWN.

1 of 1

AL (X)29811

EXHIBIT 35
PAGE 54