# App. A:
# Bolcome Decl., Ex. 8.i
# Part IV

RD-6542-1 Rev. 2-15-61

.I. _No_ GUN EXAMINATION REPORT NUMBER: _____     MODEL: _____

GENERAL CONDITION: _Good_ _____     R #: _____

OUTSIDE WORK: _No_ _____     DATE: _3-1-71_

_____     FROM: _Globe #10_

FIRED AMMO TYPE: _—_ _____     _Tucson, Arizona_

& CONDITION: _____     GUN #: _6319824_

PROOF: _R.E.P.E_ INSP.: _58_ TEST: _No Stamp_     CODE: _AT= 3/70_

HEADING: _O.K._ _____     GA./CAL.: _270 Win._

BREECH OPENING: _—_ _____     CHECKED BY: _C. Proser_

RECOIL SHOULDERS: _O.K._ _____     APPROVED: _____

CHAMBER: _O.K._ _____     APPROVED: _____

TEST: _No_ _____     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

_No Component Damaged or Broken. Trigger-Connector_

_Sear Engagement = .005 (Min. is .015)_

COMPLAINT: _Fires on Closing Bolt_

INCIDENT: _Follow Down_

COMMENTS: _The Trigger Connector- Sear Engagement is_

_Not Enough For Proper Support, Allowing The_

_Firing Pin to Follow Down._

PLAINTIFF'S
EXHIBIT

3280

AL 0029812

1 of 1

RD-6542-1 Rev. 2-15-61

| | |
|---|---|
| P.I. *No* GUN EXAMINATION REPORT NUMBER: _____ | MODEL: *700* |
| GENERAL CONDITION: *Good* | R # : *03978* |
| OUTSIDE WORK: *No* | DATE: *3-1-71* |
| | FROM: *ERBACHERS SPTS.CNTR.* |
| FIRED AMMO TYPE: ____ | *MADISON, OHIO.* |
| & CONDITION: ____ | GUN # : *278328* |
| PROOF: *R.E.P.* INSP.: *D* TEST: *87* | CODE: *CP = 4/67* |
| HEADING: *O.K.* | GA./CAL.: *7MM MAG.* |
| BREECH OPENING: *~* | CHECKED BY: *C.P* |
| RECOIL SHOULDERS: *O.K.* | APPROVED: _____ |
| CHAMBER: *O.K.* | APPROVED: _____ |
| TEST: *No* | APPROVED: _____ |
| COMPONENT CONDITION: (Damaged, Broken, Old Style) | APPROVED: _____ |

*No Component Damage or Breakage.*

COMPLAINT: *"Fired Two Times When Closing Bolt."*

INCIDENT: *Follow Down*

PLAINTIFF'S
EXHIBIT
3281

COMMENTS: *Trigger Connector-Sear Engagement .025. The*
*Trigger Etc. Was Found To Be Coated With a Heavy-*
*Grease-Like Lubricant Which Would Cause Trigger*
*Retraction To Be Erratic. This Apparently Happened*
*to The Customer - Trigger Did Not Retract And*
*When The Bolt Was Closed The Firing Pin*
*Followed Down.* *1 of 1*

AL 0029813

EXHIBIT 35
PAGE 56

RD-6542-1 Rev. 2-15-61

P.I. _No_    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: _700 BDL_

GENERAL CONDITION: _Good_    R # : _01780_

OUTSIDE WORK: _Scope Mounted, Rear Sight_    DATE: _1-26-71_

_Leaf Removed._    FROM: _Green Brook Sptis_

FIRED AMMO TYPE: _____    _Green Brook, N.J._

& CONDITION: _____    GUN # : _6362025_

PROOF: _R.E.P.-E_   _Assembler P_  INSP.: _74_   TEST: _87_    CODE: _WT = 8/70_

HEADING: _O.K._    GK./CAL.: _7MM Mag._

BREECH OPENING: _____    CHECKED BY: _C. Prosser_

RECOIL SHOULDERS: _O.K._    APPROVED: _____

CHAMBER: _O.K._    APPROVED: _____

TEST: _No_    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_Components O.K._

COMPLAINT: _"Upon Releasing the Safety May Fire"_

INCIDENT: _Follow Down_

PLAINTIFF'S EXHIBIT 3282

COMMENTS: _The Malfunction Can Not Be Duplicated._
_However, The Sear - Connector Engagement Is Not_
_to Specification (.008 Should Be .015 min.) This Coupled_
_With Any Trigger Bind, Such as Too Heavy Lubricant,_
_Might Cause A Malfunction. Engagement_
_Corrected._

_( of )_

AL 0029814

RD-5512-1 Rev. 2-15-61

GUN EXAMINATION REPORT NUMBER: _____   MODEL: _700_

GENERAL CONDITION: _NEW_   R #: _29996_

OUTSIDE WORK: _FRONT TRIGGER ADJUSTING_   DATE: _1-4-71_

_SEARING RE-ADJUSTED._   FROM: _LEFAVOR'S SKI S._

FIRED AMMO TYPE: _—_   _WILMINGTON MASS._

& CONDITION: _____   GUN #: _63691 F1_

PROOF: _R.E.P.F_ INSP.: _O_   TEST: _9B_   CODE: _DT = 9/70_

HEADING: _O.K._   BK./CAL.: _300G_

BREECH OPENING: _—_   CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._   APPROVED: _____

CHAMBER: _O.K._   APPROVED: _____

TEST: _N.G._   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

_NO DAMAGED OR BROKEN PARTS._

COMPLAINT: _"SEVERAL TIMES GUN WENT OFF WHEN CLOSING BOLT."_

INCIDENT: _FOLLOWS DOWN_

COMMENTS: _SEAR-TRIGGER CONNECTOR ENGAGEMENT .005._
_MINIMUM IS .015. THIS LETS THE SEAR SLIP OFF THE_
_CONNECTOR UNDER PRESSURE AND FOLLOW DOWN_
_RESULTS._

PLAINTIFF'S
EXHIBIT
3283

1 of 1

AL 0029815

RD-6542-1 Rev. 2-15-61

*Customer Complaint*

P.I. _No_     GUN EXAMINATION REPORT  NUMBER: _____     MODEL: _700 BDL_

GENERAL CONDITION: _USED - GOOD_     R #: _00931_

OUTSIDE WORK: _SCOPE MOUNTED_     DATE: _1-12-71_

FROM: _JOHN M. ANGELO_

FIRED AMMO TYPE: _—_     _LANSING, MICH._

& CONDITION: _____     GUN #: _247248_

_ASSEMBLER C_

PROOF: _R.E.P._  INSP.: _D_  TEST: _87_     CODE: _EN = 10/66_

HEADING: _O.K._     GA./CAL.: _300G SPR._

BREECH OPENING: _—_     CHECKED BY: _C. PROSSER_

RECOIL SHOULDERS: _O.K._     APPROVED: _____

CHAMBER: _O.K._     APPROVED: _____

TEST: _NO_     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

_NO BROKEN COMPONENTS._

_____

_____

_____

_____

COMPLAINT: _FIRED AS BOLT WAS PULLED HALF WAY UP._

PLAINTIFF'S EXHIBIT
3284

INCIDENT: _APPARENTLY TRIGGER FAILED TO RETRACT._

_____

COMMENTS: _TRIGGER - CONNECTOR - SEAR ENGAGEMENT .020._

_NO INTERFERANCE INDICATED AND MALFUNCTION NOT_

_DUPLICATED. SOME EVIDENCE OF TOO HEAVY A_

_LUBRICANT BEING USED. SUGGEST CLEANING AND_

_INFORMING CUSTOMER HE SHOULD USE VERY LIGHT_

_OR NO LUBRICANT._

1 of 1

AL 0029816

[Form Rev. 7-17-71]   Customer Complaint ✓

_____ SER _____ NUMBER: _____   MODEL: _____

_____ CONDITION: _____   R #: _____

JUDICE OMA: No   DATE: 10-5-19

FIRED AMMO TYPE: _____   FROM: _____

& CONDITION: _____   GUN #: G88487

PROOF: _____ INSP.: _____ TEST: _____   CODE: CF 445

HEADING: O.K   GA./CAL.: 25-6

BREECH OPENING: _____   CHECKED BY: C. From P.

RECOIL CHOULDERS: _____   APPROVED: _____

CHAMBER: O.K   APPROVED: _____

TEST: No   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

_____

_____

_____

_____

COMPLAINT: "BULLET STICKS IN CHAMBER ALSO BOLT IS IMMOVABLE FOR SOME REASON."

INCIDENT: _____

PLAINTIFF'S EXHIBIT 3286

COMMENTS: THE CUSTOMER PULLED THE BULLET OUT OF THE CASE LEAVING IT IN THE THROAT. THIS APPARENTLY IS AN AMMUNITION PROBLEM (PER M. WALKER). THE BOLT CATCHING IS CAUSED BY PUSHING THE SAFETY ON BEFORE LOCKING THE BOLT THUS CATCH-ING THE SAFETY CAM IN THE COCKING CAM.

1 of 1

AL (X)29819

RD-6542-1 Rev. 2-15-61

P.I. *No*   GUN EXAMINATION REPORT NUMBER: _____   MODEL: *700 BDL*

GENERAL CONDITION: *NEW*   R #: *23406*

OUTSIDE WORK: *No*   DATE: *11-2-70*

FROM: *OCONTO, WIS.*

FIRED AMMO TYPE: —   _____

& CONDITION: _____   GUN #: *6248578*

PROOF: —   INSP.: _____   TEST: _____   CODE: *PS = 6/69*

HEADING: —   GA./CAL.: *7MM*

BREECH OPENING: —   CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: —   APPROVED: _____

CHAMBER: —   APPROVED: _____

TEST: *No*   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: _____

*TRIGGER CONNECTOR BROKEN.*

_____

_____

_____

COMPLAINT: *FIRES WHEN SAFE IS REMOVED & WONT COCK AT TIMES.*

INCIDENT: _____

_____

_____

COMMENTS: *MALFUNCTION WAS CAUSED BY THE BROKEN TRIGGER CONNECTOR.*

_____

PLAINTIFF'S EXHIBIT

3287

1 of 1   AL 0029820

Customer Complaint

IG-854?-1 Rev. 2-15-61

P.N. __A/C__  GUN EXAMINATION REPORT  NUMBER: _____  MODEL: __700 ADL__

GENERAL CONDITION: __New__  R #: __C.4547__

OUTSIDE WORK: __No__  DATE: __11-9-70__

FROM: __Shire + Howe.__

FIRED AMMO TYPE: __—__  __R. member + co.__

& CONDITION: _____  GUN #: __6.911?3.1__

PROOF: __R.S.P.__  INSP.: __54__  TEST: __R. SM, 74__  CODE: __BT= 1/70__

HEADING: __O.K.__  GA./CAL.: __30 06__

BREECH OPENING: __—__  CHECKED BY: __C. Prosser__

RECOIL SHOULDERS: __O.K.__  APPROVED: _____

CHAMBER: _____  APPROVED: _____

TEST: __N/c__  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)  APPROVED: _____

__Parts O.K.__

_____

_____

COMPLAINT: __"Every time you push the bolt home the__
__rifle fires."__

INCIDENT: __Follows Down__

_____

COMMENTS: __The engagement of the sear, trigger con-__
__nector set too close at final assembly. (.005 UP)__

_____

_____

PLAINTIFF'S
EXHIBIT
3288

1 of 4

AL 0029821

EXHIBIT 35
PAGE 62

RD-654A-1 Rev. 2-15-61

*Custom Complaints*

.1 / NO    GUN EXAMINATION REPORT  NUMBER: _____    MODEL: 700 ADL

GENERAL CONDITION: NEW _____    R # : 26143

OUTSIDE WORK: No _____    DATE: 11-12-70

FROM: DAKIN SPTG, GDS Co.

FIRED AMMO TYPE: _____    BANGOR, MAINE

& CONDITION: _____    GUN # : 6219140

PROOF: R.E.P.  INSP.: ____  TEST: ASSEMBLER 41    CODE: LS= 2/69

HEADING: O.K.    GA/CAL.: 30-06

BREECH OPENING: _____    CHECKED BY: C. PROSSER

RECOIL SHOULDERS: _____    APPROVED: _____

CHAMBER: O.K.    APPROVED: _____

TEST: No    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

TRIGGER CONNECTOR BROKEN.

COMPLAINT: "WILL NOT STAY COCKED"

INCIDENT: FOLLOWS DOWN

COMMENTS: THE BROKEN CONNECTOR MAKES RETRACTION
UNDER SEAR UNCONTROLLABLE. THE CONNECTOR
FAILING TO RETRACT CAUSES FOLLOW DOWN.

PLAINTIFF'S EXHIBIT
3289

1 of 1

AL 0029822

EXHIBIT 35
PAGE 63

RD-65421 Rev. 2-15-61

*Customer Complaint*

2.I. N/O    GUN EXAMINATION REPORT NUMBER: _____    MODEL: __700 BDL__

GENERAL CONDITION: __NEW__    R #: __26910__

OUTSIDE WORK: __No__    DATE: __11-17-70__

FROM: __GOLD BUSH SALES__

FIRED AMMO TYPE: __—__    __BROOKLYN, N.Y.__

& CONDITION: __[blank]__    GUN #: __G2B8540__

ASSEMBLER #30

PROOF: __R.E.P.__    INSP.: __74__    TEST: __79__    CODE: __CS= 4/69__

HEADING: __O.K.__    GA./CAL.: __30O6__

BREECH OPENING: __—__    CHECKED BY: __C.PROSSER__

RECOIL SHOULDERS: __O.K.__    APPROVED: _____

CHAMBER: __O.K.__    APPROVED: _____

TEST: __No__    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

COMPONENTS O.K.

COMPLAINT: __FIRED UPON CLOSING BOLT.__

INCIDENT: __APPARENTLY FOLLOWED DOWN.__

COMMENTS: __ENGAGEMENT O.K. NO REASON FOR MALFUNCT-__
__ION COULD BE FOUND. THE MALFUNCTION COULD__
__NOT BE REPRODUCED.__

1 of 1

PLAINTIFF'S
EXHIBIT
3290

AL 0029823

EXHIBIT 35
PAGE 64

Case 4:13-cv-00086-ODS   Document 196-13   Filed 01/30/17   Page 11 of 24

Customer Complaint

GUN ____ TYPE: ____   MODEL: ____   L.DL.: ____

GUN CONDITION: ____   R.B.: ____

CHOKED AREA: ____   DATE: ____

                           FROM: ____

FIRED IN O TYPE: ____

  & CONDITION: ____   GUN #: ____

PROOF: ____   INSP.: ____   TEST: ____   CODE: ____

HEADING: ____   GA/CAL.: ____

BREECH OPENING: ____   CHECKED BY: ____

RECOIL SHOULDERS: ____   APPROVED: ____

CHAMBER: ____   APPROVED: ____

TEST: NO   APPROVED: ____

COMPONENT CONDITION: (Damaged, Broken, Old Style)   APPROVED: ____

No PROBLEM OR DEFECTIVE COMPONENTS.

COMPLAINT: GUN FIRES WHEN BOLT IS CLOSED.

INCIDENT: FOLLOWS DOWN

COMMENTS: THE SEAR-CONNECTOR ENGAGEMENT WAS
SET TOO CLOSE BY FINAL ASSEMBLY.

PLAINTIFF'S
EXHIBIT
3291

1 of 1

AL 0029824

EXHIBIT 35
PAGE 65

RD-6542-1 Rev. 2-15-61                    *Custom Comphont.*

P.I. No ___ GUN EXAMINATION REPORT NUMBER: _____      MODEL: 700 BDL.

GENERAL CONDITION: GOOD _____      R #: 27632

OUTSIDE WORK: STOCK BEDDING ALTERED. ____      DATE: 12-3-70

SCOPE MOUNTED. _____      FROM: R. ROYSE

FIRED AMMO TYPE: — _____           PORTLAND, OREGON.

& CONDITION: _____      GUN #: 6275235

PROOF: R.F.P.    INSP.: 9    ASSEMBLER 90   TEST: 55      CODE: ES = 10/69

HEADING: O.K. _____      GR./CAL.: 7MM REM. MAG.

BREECH OPENING: — _____      CHECKED BY: C. PROSSER

RECOIL SHOULDERS: O.K. _____      APPROVED: _____

CHAMBER: O.K. _____      APPROVED: _____

TEST: No _____      APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)      APPROVED: _____

COMPLAINT: POOR GROUPS. FIRED WHEN SAFETY WAS PUSHED
TO FIRE POSITION.

INCIDENT: BARREL BORE ROUGH. FOLLOWED DOWN.

COMMENTS: THE FOLLOW DOWN CAN NOT BE DUPLICATED.
BARREL BORE EXCESSIVELY ROUGH - SHOULD BE
REPLACED.

PLAINTIFF'S
EXHIBIT
3292

1 of 1

AL 0029825

EXHIBIT 35
PAGE 66

*Customer Complaint*

F ..../..R-1 Rev. 2-15-61

P.I. *NO*  GUN EXAMINATION REPORT  NUMBER: _____

MODEL: *700 BDL*

GENERAL CONDITION: *NEW*

R #: *27237*

OUTSIDE WORK: *No*

DATE: *11-23-70*

FROM: *S..GGLE ELEC. Co.*

FIRED AMMO TYPE: *—*

*VERNAL, UTAH*

& CONDITION *—*

GUN #: *6296277*

PROOF: *R.E.P. 2*  INSP.: *74*  TEST: *55*

CODE: *LT = 2/70*

HEADING: *—*

GA./CAL.: *300G*

BREECH OPENING: *—*

CHECKED BY: *C. PROSSER*

RECOIL SHOULDERS: *—*

APPROVED: _____

CHAMBER: *—*

APPROVED: _____

TEST: *No*

APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)

APPROVED: _____

*TRIGGER : CONNECTOR CLEARANCE -.003 OUTSIDE MODEL*

*DRAWING, CONNECTOR: TRIGGER CLEARANCE +.005 OUTSIDE*

*MODEL DRAWING. THIS ADDS UP TO .009 MORE MOVE-*

*MENT UP, OF CONNECTOR THAN THERE SHOULD BE TO*

*POSS. 2.4.5 INTERFERENCE WITH THE SEAR.*

COMPLAINT: *"TRIGGER FIRES SOMETIMES WHEN TAKEN OFF*

*SAFE." (EXTRACTOR FAULTY)*

INCIDENT: *FOLLOWS DOWN WHEN SAFE IS PUSHED OFF.*

_____

COMMENTS: *THE FOLLOWS DOWN MALFUNCTION COULD NOT*

*BE VERIFIED ALTHOUGH EXCESSIVE CONNECTOR*

*MOVEMENT IS PRESENT.*

*EXTRACTOR CLAW DAMAGED.*

PLAINTIFF'S
EXHIBIT
3293

*1 of 1*

AL 0029826

RD-6742-1 Rev. 2-15-61                           Customer Complaint

P.I. / NO    GUN EXAMINATION REPORT  NUMBER: _____     MODEL:  700

GENERAL CONDITION:  NEW _____     R #:  27774

OUTSIDE WORK:  NO _____     DATE:  12-10-70

_____     FROM:  KROEGER'S FARM
                                                            SUPPLY
FIRED AMMO TYPE:  — _____            DURANGO, COL.

    & CONDITION:  — _____     GUN #:  6367225
                              ASSEMBLER  V
PROOF:  R.E.A.A.  INSP.:  5B    TEST:  13          CODE:  DT = 9/70

HEADING:  — _____     GK./CAL.:  30-06

BREECH OPENING:  — _____     CHECKED BY:  C. PROSSER

RECOIL SHOULDERS:  — _____     APPROVED: _____

CHAMBER:  — _____     APPROVED: _____

TEST:  NO _____     APPROVED: _____

COMPONENT CONDITION:  (Damaged,  Broken,  Old Style)     APPROVED: _____

    COMPONENTS  O.K. _____

_____

_____

_____

_____

COMPLAINT:  "HAMMER  IN  BOLT  WILL  NOT  STAY  COCKED."_____

_____

INCIDENT:  FOLLOWS  DOWN. _____

_____

_____

COMMENTS:  SEAR,  TRIGGER  CONNECTOR,  ENGAGEMENT _____

    ADJUSTED  TOO  CLOSE  (.005)  MINIMUM  IS .015,  THIS _____

    LETS  THE  SEAR  SLIP  OFF  THE  CONNECTOR  UNDER _____

    PRESSURE  & FIRING PIN  FOLLOWS  DOWN. _____

        RE-ADJUSTED  ENGAGEMENT, _____

_____   1 of 1.

PLAINTIFF'S
EXHIBIT
3294                          AL 0029827

RD-6542-1 Rev. 2-15-61     *Customer Complaint*

P.I. *No*  GUN EXAMINATION REPORT NUMBER: _____  MODEL: *700 BDL*

GENERAL CONDITION: *Good*        R# : *29327*

OUTSIDE WORK: *Extractor Rive- Ground Off.*  DATE: *12-15-70*

  *Trigger Adjusted - Engagement Screw*  FROM: *Harded S-T Sns.*

*Appears untouched.*         *Williamsport, Pa.*

FIRED AMMO TYPE: *—*

 & CONDITION:           GUN # : *626#373*

PROOF: *R.E.FFE* INSP.: *4?* TEST: *55*  CODE: *WS=8/40*

HEADING: *- ..*          D.R./OKL.: *...*

BREECH OPENING: *—*       CHECKED BY: *C. Prosser*

RECOIL SHOULDERS: *O.K.*      APPROVED: _____

CHAMBER: *O.K.*        APPROVED: _____

TEST: *No*          APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style) APPROVED: _____

*No Defective or Broken Components.*

COMPLAINT: *"Fired Upon Closing"*

INCIDENT: *Followed Down*

COMMENTS: *Sear-Connector Engagement .003, Minimum is .015.*
*This Lets the Sear Slip Off The Connector Under*
*Pressure and Follow Down Results.*

*1 of 1*

PLAINTIFF'S
EXHIBIT
3295

AL 0029828

RD-STAR-1 Rev. 2-15-61

P.I. _No_   GUN EXAMINATION REPORT  NUMBER: _____    MODEL: _700 BDL_

GENERAL CONDITION: _NEW_    R#: _29277_

OUTSIDE WORK: _No_    DATE: _12-21-70_

FROM: _LEONARDS_

FIRED AMMO TYPE: _—_    _Fort Worth, Tex._

& CONDITION: _____    GUN #: _635 MTD?_

PROOF: _R.F.P._   INSP.: _?_   TEST: _49_    CODE: _WT = 9/70_

HEADING: _O.K._    GA./CAL.: _270 WIN._

BREECH OPENING: _—_    CHECKED BY: _C.Frasser_

RECOIL SHOULDERS: _O.K._    APPROVED: _____

CHAMBER: _O.K._    APPROVED: _____

TEST: _NO_    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

_SAFETY CAM PUSHED OFF OF SEAR._

_____

_____

_____

COMPLAINT: _SAFETY DOES NOT WORK_

INCIDENT: _FIRES WITH SAFE ON_

COMMENTS: _SAFETY CAM NOT FUNCTION WITHOUT THE CAM_
_ON THE SEAR-SAFETY CAM._

_____

_____

PLAINTIFF'S
EXHIBIT
3296

_1 of 1_

AL 0029829

EXHIBIT 35
PAGE 70

Case 4:13-cv-00086-ODS  Document 196-13  Filed 01/30/17  Page 17 of 24

PT-5-4-1 Rev. 2-15-61

P.I. _____ GUN EXAMINATION REPORT NUMBER: _____          MODEL: *700 BDL*

GENERAL CONDITION: *Good*                                      R #: *2570~*

OUTSIDE WORK: *No*                                            DATE: *12-21-70*

                                                             FROM: *DL. Mai~ on C~*

FIRED AMMO TYPE: *—*                                         *Detroit which ~~*

   & CONDITION: _____                          GUN # : *~57~ ~.~.*

PROOF: *R.F.*   INSP.: _____   TEST: *✓*                    CODE: *P.2 = ~/~*

READING: *C.L.*                                              GAT./CAL.: *3~ WIN. M~~.*

BREECH OPENING: *—*                                          CHECKED BY: *C. Prosser~.*

RECOIL SHOULDERS: *O.K.*                                     APPROVED: _____

CHAMBER: *O.K.*                                              APPROVED: _____

TEST: *No*                                                   APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)            APPROVED: _____

_____

_____

_____

_____

COMPLAINT: *"Gun Fired When Picked Up"*

INCIDENT: *Follows B~~*

COMMENTS: *Trigger Connector - Sear Engagement .010*
*Min. Engagement = .015. Malfunction Not Duplicated.*
*Engagement Re-adjusted.*

PLAINTIFF'S
EXHIBIT
3297

*1 of 1*

AL 0029830

RD-65-2-1 Rev. 2-15-61                    *Customer Complaint*

~ P.I. *NO*    GUN EXAMINATION REPORT   NUMBER: _____     MODEL: *700 ADL*

GENERAL CONDITION: *NEW* _____          R #: *00285*

OUTSIDE WORK: *NO* _____          DATE: *1-6-71*

                                                            FROM: *K MART SPTG. DEL*

FIRED AMMO TYPE: *—* _____          *ST. CLAIR SHORES, MICH*

& CONDITION: _____          GUN #: *6248840*

                    *ASSEMBLER 12*                          CODE: *P.S. = 6/69*

PROOF: *R.ER*     INSP: _____   TEST: _____        GA./CAL.: *7MM REM.*

HEADING: *O.K.*                                             CHECKED BY: *C. PROSSER*

BREECH OPENING: *—*                                         APPROVED: _____

RECOIL SHOULDERS: *O.K.*                                    APPROVED: _____

CHAMBER: *O.K.*                                             APPROVED: _____

TEST: *NO*                                                  APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)          APPROVED: _____

*BROKEN TRIGGER CONNECTOR* _____

_____

_____

_____

COMPLAINT: *DEFECTIVE* _____

INCIDENT: *FOLLOWS DOWN* _____

_____

COMMENTS: *THE BROKEN TRIGGER CONNECTOR FAILS TO*

*RETRACT TO SUPPORT THE SEAR IN COCKED POSIT-*

*ION. WITHOUT SUPPORT, THE SEAR FOLLOWS DOWN.*

_____

_____

*1 of 1*

PLAINTIFF'S
EXHIBIT

3298

AL 0029831

RD-6542-1 Rev. 2-15-61      *Customer Complaint*

P.I. *NO*    GUN EXAMINATION REPORT   NUMBER: _____     MODEL: *700*

GENERAL CONDITION: *USED*           R #: *00598*

OUTSIDE WORK: *NO*           DATE: *1-11-71*

          FROM: *REM. ARMS OF CAN.*

FIRED AMMO TYPE: *—*           *TORONTO, ONT., CANADA*

  & CONDITION: _____           GUN #: *6216023*

PROOF: *R.E.P*   *ASSEMBLER* °*64* INSP.: *U*    TEST: *55*      CODE: *LS=2/69*

HEADING: *—*           GK./CAL.: *350 REM. MAG.*

BREECH OPENING: *—*           CHECKED BY: _____

RECOIL SHOULDERS: *—*           APPROVED: _____

CHAMBER: *O.K.*           APPROVED: _____

TEST: *No*           APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

*NO BROKEN COMPONENTS*

COMPLAINT: *SEAR WILL NOT HOLD.*

INCIDENT: *FOLLOW DOWN.*

COMMENTS: *SEAR-TRIGGER CONNECTOR ENGAGEMENT O.K.; MAL-FUNCTION COULD NOT BE DUPLICATED. HOWEVER BRIGHT EDGE ON TRIGGER (TOP) INDICATES A SLIGHT INTERFER-ANCE WHICH MAY HAVE CAUSED THE MALFUNCTION.*

*____ of ____*

PLAINTIFF'S EXHIBIT 3299

AL 0029832

11-1548-1 Rev. 2-15-61 . *N/700 Fire Control*

GUN EXAMINATION REPORT    NUMBER: _____    MODEL: _700 PDL_

GENERAL CONDITION: _Good_    R #: _22760_

OUTSIDE WORK: _Old Trigger Activation_    DATE: _10-16-79_

_Screws Unsealed, Adjustments Changed_ FROM: _Centralia,_

FIRED AMMO TYPE: _____    _Illinois._

& CONDITION: _____    GUN #: _1937 ?_

PROOF: _R.E.P_    INSP.: _7_    TEST: _____    CODE: _LN-3/78_    W15=5/78

READING: _____    CAT/CAL.: _222_

BREECH OPENING: _____    CHECKED BY: _C.P? Hauser_

RECOIL SHOULDERS: _____    APPROVED: _____

CHAMBER: _____    APPROVED: _____

TEST: _____    APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)    APPROVED: _____

—_OLD Style Sear-Safety Assembly. Old (???_

_Trigger Connector Broken._

COMPLAINT: _Follows Down._

INCIDENT: _____

COMMENTS: _Follow Down Was Caused By The Broken Connector._

PLAINTIFF'S EXHIBIT 3306

AL 0029841

RD-6542-1 Rev. 2-15-61

GUN EXAMINATION REPORT   NUMBER: _____     MODEL: _700_

GENERAL CONDITION: _NEW_ _____     R # : _22775_

OUTSIDE WORK: _No_ _____     DATE: _10-15-70_

                                                    FROM: _MARKLEYSBURG,_

FIRED AMMO TYPE: _____          _PA._

  & CONDITION: _____          GUN # : _6262918_

PROOF: _R.E.P._   INSP.: _7_   TEST: _____     CODE: _OS = 7/69_

HEADING: _O.K._ _____          ~~GA./~~CAL.: _22-250_

BREECH OPENING: __—__ _____     CHECKED BY: _C.PROSSER_

RECOIL SHOULDERS: __—__ _____     APPROVED: _____

CHAMBER: __—__ _____          APPROVED: _____

TEST: _FUNCTION  ONLY_ _____     APPROVED: _____

COMPONENT CONDITION:  (Damaged,  Broken,  Old Style)     APPROVED: _____

_____

_____

_____

_____

_____

COMPLAINT: _FOLLOWS DOWN WHEN SAFETY IS PUSHED OFF._

INCIDENT: _____

_____

_____

COMMENTS: _THE DIMENSION FROM THE TOP OF THE TRIGGER  TO_

_CENTER  OF TRIGGER PIN HOLE BEING .011 OVERSIZE_

_ELIMINATES  MOST OF THE CLEARANCE NEEDED FOR THE_

_TRIGGER- CONNECTOR TO RETRACT  WITH THE SAFETY ON_

_____

PLAINTIFF'S
EXHIBIT
3307
PENGAD-Bayonne, N.J.

AL 0029842

RD-6542-1 Rev. 2-15-61

P ~ *No* GUN EXAMINATION REPORT NUMBER: _____     MODEL: *700 ADL*

GENERAL CONDITION: *NEW* _____     R #: *22730*

OUTSIDE/WORK: *No* _____     DATE: *10-16-70*

_____     FROM: *LIVONIA,*

FIRED AMMO TYPE: _____               *MICH.*

& CONDITION: _____     GUN #: *6278113*

PROOF: *-R.E.P.* INSP.: _____ TEST: _____     CODE: _____

HEADING: *—* _____     ~~GA.~~/CAL.: *3006*

BREECH OPENING: *—* _____     CHECKED BY: *C.PROSSER*

RECOIL SHOULDERS: *—* _____     APPROVED: _____

CHAMBER: *—* _____     APPROVED: _____

TEST: *FUNCTION ONLY* _____     APPROVED: _____

COMPONENT CONDITION: (Damaged, Broken, Old Style)     APPROVED: _____

*CONNECTOR IS .005 UNDERSIZE ON 1.083 DIMENSION (TRIGGER*
*CLEARANCE)*                                                 *1.080*

_____

_____

COMPLAINT: *FOLLOWS DOWN* _____

_____

INCIDENT: _____

_____

COMMENTS: *CONNECTOR BEING TIGHT ON TRIGGER DID NOT RETRACT,*
*ACTION WOULD NOT COCK. AS LONG AS THE CONNECTOR*
*STAYED IN POSITION ON THE TRIGGER THE RIFLE WOULD*
*WORK O.K.*

*101*

PLAINTIFF'S
EXHIBIT
3308
PENGAD-Bayonne, N. J.

AL 0029843

RD-6542-1 Rev. 2-15-61

| | |
|---|---|
| PT. _No_ GUN EXAMINATION REPORT NUMBER: _____ | MODEL: _700_ |
| GENERAL CONDITION: _Good_ | R#: _21196_ |
| OUTSIDE WORK: _SCOPE MOUNTED_ | DATE: _10-2-70_ |
| | FROM: _DAVISON,_ |
| FIRED AMMO TYPE: | _MICHIGAN_ |
| & CONDITION: | GUN #: _6216922_ |
| PROOF: _R.E.P._ INSP.: _9_ TEST: _87_ | CODE: _L5 = 2/69_ |
| HEADING: _O.K._ | GA./CAL.: _243 WIN._ |
| BREECH OPENING: _—_ | CHECKED BY: _____ |
| RECOIL SHOULDERS: _—_ | APPROVED: _____ |
| CHAMBER: _O.K._ | APPROVED: _____ |
| TEST: _No_ | APPROVED: _____ |
| COMPONENT CONDITION: (Damaged, Broken, Old Style) | APPROVED: _____ |

_TRIGGER CONNECTOR BROKEN._

_____

_____

_____

_____

COMPLAINT: _FIRING PIN FOLLOWS DOWN_

INCIDENT: _____

_____

COMMENTS: _THE CONNECTOR BEING BROKEN, ENGAGEMENT_
_BETWEEN IT AND THE SEAR WAS UNLIKELY THEREFORE_
_THE FIRING PIN WAS FREE TO FOLLOW DOWN._

_____

PLAINTIFF'S
EXHIBIT
3309
FIREARMS-Raymon, N.J.

AL 0029844