# App. B: Petrie Decl., Ex. 4

United States
CONSUMER PRODUCT SAFETY COMMISSION

Search CPSC

# Polaris Recalls RZR Recreational Off-Highway Vehicles Due to Fire Hazard; Severe Burn Injuries, One Death Reported

3Share

Recall date: April 19, 2016

Recall number: 16-146



1 of 19 photos     « Previous     Next »

## Recall Summary

**Name of product:**

Polaris RZR recreational off-highway vehicles (ROVs)

**Hazard:**

The recalled ROVs can catch fire while consumers are driving, posing fire and burn hazards to drivers and passengers.

**Remedy:**

🔧 Repair

**Consumer Contact:**

Polaris at 800-POLARIS or 800-765-2747 from 8 a.m. to 9 p.m. CT Monday through Friday and 9 a.m. to 5 p.m. CT Saturday and Sunday or online at www.polaris.com and click on "Off-Road Safety Recalls" on the main page of the Polaris website.

## Recall Details

**Report an Incident Involving this Product**

**Units:**

About 53,000 vehicles

**Description:**

WASHINGTON, D.C. – The U.S. Consumer Product Safety Commission (CPSC) in cooperation with Polaris Industries Inc., of Medina, Minn., is announcing a recall for about 133,000 Polaris Model Year 2013-2016 RZR 900 and RZR 1000 recreational off-highway vehicles (ROVs).

CPSC and Polaris warn consumers to stop using these recreational vehicles immediately and contact their Polaris dealer for a free repair. Polaris has agreed to voluntarily suspend sale of all recalled vehicles until they are repaired.

Polaris has received more than 160 reports of fires with the recalled RZR ROVs, resulting in one death of a 15 year old passenger from a rollover that resulted in a fire and 19 reports of injuries, including first, second and third degree burns.

Visit www.polaris.com to determine if your RZR ROVs VIN number is included in this recall.

2013/2014 RZR XP 900

3NSJT9EAXEF364144 – 3NSJT9EA4EF385345

4XAJT87A0DP456738 – 4XAJT87A8EF366714

<u>2014/2015/2016 RZR XP 1000</u>  *additional VIN numbers included. Visit Polaris.com.

3NSVDE992FF361215 – 3NSVDE998GF784060

4XAST1EA0EB165962 – 4XAVFE992GB344924

<u>2015/2016 RZR 900</u>   *additional VIN numbers included. Visit Polaris.com.

3NSVAE871FF366883 – 3NSVAE874GH861374

4XAVAA878FB926614 – 4XAVAE873GB673176

<u>2015/2016 RZR S 900</u> *additional VIN numbers included. Visit Polaris.com.

3NSVBE870FF361395 – 3NSVBA876GH860331

4XAVBE879FP340592 – 4XAVBE876GB673749

<u>2016 RZR S 1000</u>   *additional VIN numbers included. Visit Polaris.com

3NSVBE994GH102740 – 3NSVBE99XGH108171

4XAVBE995GP340655 – 4XAVBE997GB673744

     The VIN is normally located on the driver's side rear frame rail, above the PVT cover.  Check your Owner's Manual if you have any difficulty locating the VIN. VINs are not sequential and not all VINs in the ranges above are included in this recall. To determine if a specific ROV is included in this recall visit www.Polaris.com and click on "Off-Road Safety Recalls" under the "Rider Community" heading on the main page of the Polaris website.

     The ROVs were sold at Polaris dealers nationwide from July 2012 through April 2016 for between $16,000 and $26,000.  The ROVs were manufactured in the United States and Mexico and imported and distributed by Polaris.

    Due to the serious risk of injury, owners and riders should stop using these recalled vehicles immediately. Repairs will start April 22, 2016. To schedule a free repair, consumers should call their local Polaris dealer.  Contact Polaris at 800-POLARIS or 800-765-2747 from 8 a.m. to 9 p.m. CT Monday through Friday and 9 a.m. to 5 p.m. CT Saturday and Sunday or online at www.polaris.com and click on "Off-Road Safety Recalls" on the main page of the Polaris website.

The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of injury or death associated with the use of thousands of types of consumer products under the agency's jurisdiction. Deaths, injuries, and property damage from consumer product incidents cost the nation more than $1 trillion annually. CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical or mechanical hazard. CPSC's work to help ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters and household chemicals -– contributed to a decline in the rate of deaths and injuries associated with consumer products over the past 40 years.

Federal law bars any person from selling products subject to a publicly-announced voluntary recall by a manufacturer or a mandatory recall ordered by the Commission.

To report a dangerous product or a product-related injury go online to www.SaferProducts.gov or call CPSC's Hotline at 800-638-2772 or teletypewriter at 301-595-7054 for the hearing impaired. Consumers can obtain news release and recall information at www.cpsc.gov, on Twitter @USCPSC or by subscribing to CPSC's free e-mail newsletters.

## Related Recalls



Barnett Outdoors Recalls Crossbows Due to Injury Hazard



Gates Recalls ATV and UTV Clutches Due to Laceration and Injury Hazards (Recall Alert) (Recall Alert)









**Search Product Safety Reports**

Search Product Safety Reports on Saferproducts.gov

**Find more about government recalls**

Recalls.gov

**Find recalls from around the world**

Global Recall Portal