# App. B:
# Petrie Decl., Ex. 5

United States
CONSUMER PRODUCT SAFETY COMMISSION

Search CPSC

# Sportcraft And Wilson Batting Tee Games Recalled

0

FOR IMMEDIATE RELEASE

April 8, 1993

Release # 93-057

PRODUCT: General Sportcraft Ltd. and Foremost "Batting Tees" sold nationwide since January 1991. The General Sportcraft product was sold under the "Sportcraft" name and the Foremost product was sold under the "Wilson" name. The Batting Tee is a ball on an elastic cord anchored to a base. The base is attached to a weighted stand that holds the ball during use.

PROBLEM: The washer that holds the cord may suddenly fly out of the slit when a child pulls on the ball or cord during normal use, striking a nearby player.

WHAT TO DO: Discontinue using the Batting Tees immediately and return them to the stores where purchased for a cash refund.

WASHINGTON, DC -- CPSC, General Sportcraft Ltd. and Foremost Sports Company, both of Bergenfield, NJ, are recalling a children's baseball practice stand called the "Batting Tee." The General Sportcraft labeled product was sold under the "Sportcraft" name and the Foremost labeled product was sold under the "Wilson" name.

The Batting Tee game consists of a plastic batting stand that fits into a rubber base. A ball is tethered to an elastic cord. Attached to the other end of the cord is a 1-1/4-inch metal washer. The elastic cord passes through a slit in the rubber base and the washer fits into a recess in the underside of the base.

The washer that holds the cord to the base may suddenly fly out of the slit when a child pulls on the ball or cord during normal use, striking a nearby player. CPSC has one report that a child was rendered legally blind in one eye after being struck by the washer from a Batting Tee.

Batting Tee sets were sold nationwide since January 1991 in various department and athletic stores. Approximately 153,000 sets were sold under both the Sportcraft and Wilson labels.

The recalled games have the word "Sportcraft" or "Wilson" embossed on the top of the base.

Consumers are urged to discontinue using the Batting Tees with metal washers bearing Wilson model number 96010 or Sportcraft model number 06650 and return the tethered ball, with washer attached, to the stores where purchased for a refund. Consumers can also return Batting Tees to: Batting Tee Recall, General Sportcraft/Foremost, 140 Woodbine Street, Bergenfield, NJ 07621. Consumers will receive $5.00 for the return of each item. For additional information, consumers may call Monday through Friday 1-800-526-0244, between the hours of 10 a.m. and 4 p.m. ET. New Jersey residents may call (201) 384-4242.

The U.S. Consumer Product Safety Commission is announcing this recall as part of its mission to protect the public from unreasonable risks of injury and death associated with consumer products. The Commission's mission is to reduce the estimated 28.6 million injuries and 21,700 deaths associated each year with the 15,000 different types of consumer products under the CPSC's jurisdiction.

The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of injury or death associated with the use of thousands of types of consumer products under the agency's jurisdiction. Deaths, injuries, and property damage from consumer product incidents cost the nation more than $1 trillion annually. CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical or mechanical hazard. CPSC's work to help ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters and household chemicals ─ contributed to a decline in the rate of deaths and injuries associated with consumer products over the past 40 years.

Federal law bars any person from selling products subject to a publicly-announced voluntary recall by a manufacturer or a mandatory recall ordered by the Commission.

To report a dangerous product or a product-related injury go online to www.SaferProducts.gov or call CPSC's Hotline at 800-638-2772 or teletypewriter at 301-595-7054 for the hearing impaired. Consumers can obtain news release and recall information at www.cpsc.gov, on Twitter @USCPSC or by subscribing to CPSC's free e-mail newsletters.

## Related Recalls

Case 4:13-cv-00086-ODS   Document 196-24   Filed 01/30/17   Page 2 of 3


Tea Collection Recalls Children's Denim Jackets Due to Choking Hazard


Skidders Footwear Recalls Children's Shoes Due to Laceration Hazard; Sold Exclusively at Meijer Stores


Projection Night Lights Recalled by LTD Commodities and The Lakeside Collection Due to Shock and Fire Hazards (Recall Alert) (Recall Alert)


Chimparoo Baby Carriers by L'echarpe Porte-bonheaur Recalled Due to Fall Hazard


Summer Infant Recalls Infant Bath Tubs Due to Risk of Impact Injury and Drowning

**Search Product Safety Reports**

Search Product Safety Reports on Saferproducts.gov

**Find more about government recalls**

Recalls.gov

**Find recalls from around the world**

Global Recall Portal