No: 17-1818

Ian Pollard

Appellee

v.

Remington Arms Company, LLC, et al.

Appellees

v.

Terry Pennington and Rodney Townsend

Lewis M. Frost and Richard Denney

Appellants

------------------------------

Commonwealth of Massachusetts, et al.

Amici on Behalf of Appellant(s)

State of Alabama, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:13-cv-00086-ODS)

---

**MANDATE**

In accordance with the opinion and judgment of 07/25/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 16, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit